# Exhibit D

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

The individual or institution listed below ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint alleging securities fraud against Canopy Growth Corporation (CGC) and various of its officers and directors, and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities law.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth in the Chart attached.

5.      During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in the following actions filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____Anna Cooney_____
    ⌐DocuSigned by:
    └BB450CC9324043E┘
    (Signature of Representative Plaintiff and Authorization to File a Complaint)

Date Signed:      Dec 4, 2019 | 2:32 PM EST

Name (print):     Anna Cooney

Street Address:   ████████████████

City, State, Zip: ██████████

County/Country:   ████

Phone:            ████████████

**Anna Cooney - Canopy Growth Corporation (CGC)**
**Class Period: Sept. 8, 2017 - Nov. 13, 2019**

| CGC Jan 15 '21 $70 Call | | | | | | |
|---|---|---|---|---|---|---|
| **PURCHASES** | | | | **SALES** | | |
| **Date** | **Shares** | **Share Price** | | **Date** | **Shares** | **Share Price** |
| 04/09/2019 | 1 | $4.5000 | | 11/20/19 | 20 | $0.3200 |
| 04/09/19 | 10 | $4.5000 | | 01/02/20 | 1 | $0.3700 |
| 04/09/19 | 9 | $4.5000 | | | | |
| 06/03/2019 | 2 | $3.7000 | | | | |
| 06/03/2019 | 10 | $3.4900 | | | | |
| 06/17/2019 | 1 | $3.9000 | | | | |
| 06/17/2019 | 1 | $3.7000 | | | | |
| 06/17/2019 | 1 | $3.9000 | | | | |
| 06/18/2019 | 1 | $3.7000 | | | | |
| 06/18/2019 | 1 | $3.6000 | | | | |
| 06/20/2019 | 1 | $4.1000 | | | | |
| 06/21/2019 | 40 | $3.2000 | | | | |
| 06/24/2019 | 5 | $3.2000 | | | | |
| 06/24/2019 | 1 | $3.0000 | | | | |
| 06/24/2019 | 1 | $2.8000 | | | | |
| 06/26/2019 | 1 | $2.8000 | | | | |
| 07/02/2019 | 1 | $2.5000 | | | | |
| 07/08/2019 | 1 | $2.3000 | | | | |
| 07/09/2019 | 1 | $2.2000 | | | | |
| 07/10/2019 | 1 | $2.3500 | | | | |
| 07/10/2019 | 1 | $2.2500 | | | | |
| 07/10/2019 | 3 | $2.1500 | | | | |
| 07/10/2019 | 1 | $2.0500 | | | | |
| 07/10/2019 | 1 | $2.0000 | | | | |
| 07/11/2019 | 5 | $1.9000 | | | | |
| 07/11/2019 | 2 | $1.8200 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/11/2019 | 1 | $1.7500 | | | | |
| 07/11/2019 | 1 | $1.7500 | | | | |
| 07/11/2019 | 1 | $1.7000 | | | | |
| 07/11/2019 | 10 | $1.6000 | | | | |
| 07/12/2019 | 10 | $1.5000 | | | | |
| 07/12/2019 | 10 | $1.4000 | | | | |
| 07/12/2019 | 10 | $1.3500 | | | | |
| 07/12/2019 | 5 | $1.3000 | | | | |
| 07/17/2019 | 1 | $1.5400 | | | | |
| 07/24/2019 | 1 | $1.3800 | | | | |
| 07/26/2019 | 1 | $1.3600 | | | | |
| 07/26/2019 | 1 | $1.4200 | | | | |
| 07/29/2019 | 1 | $1.1500 | | | | |
| 07/29/2019 | 1 | $1.1000 | | | | |
| 07/29/2019 | 1 | $1.2500 | | | | |
| 07/30/2019 | 1 | $1.1000 | | | | |
| 07/30/2019 | 1 | $1.0500 | | | | |
| 07/30/2019 | 1 | $1.1200 | | | | |
| 07/30/2019 | 1 | $1.1500 | | | | |
| 07/31/2019 | 1 | $1.1500 | | | | |
| 08/01/2019 | 1 | $1.0000 | | | | |
| 08/01/2019 | 1 | $0.9500 | | | | |
| 08/01/2019 | 2 | $0.9000 | | | | |
| 08/01/2019 | 1 | $0.9000 | | | | |
| 08/01/2019 | 3 | $0.8500 | | | | |
| 08/01/2019 | 1 | $1.1200 | | | | |
| 08/02/2019 | 1 | $1.0000 | | | | |
| 08/02/2019 | 1 | $0.9500 | | | | |
| 08/02/2019 | 1 | $0.9500 | | | | |
| 08/14/2019 | 1 | $1.0000 | | | | |
| 08/15/2019 | 5 | $0.9000 | | | | |
| 08/15/2019 | 5 | $0.7000 | | | | |
| 08/19/2019 | 1 | $0.5000 | | | | |
| 08/27/2019 | 1 | $0.6300 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/27/2019 | 1 | $0.6200 | | | | |
| 08/27/2019 | 1 | $0.6000 | | | | |
| 08/27/2019 | 1 | $0.5800 | | | | |
| 08/27/2019 | 4 | $0.5700 | | | | |
| 08/27/2019 | 8 | $0.5800 | | | | |
| 08/27/2019 | 3 | $0.5600 | | | | |
| 08/30/2019 | 1 | $0.5300 | | | | |
| 09/01/19 | 1 | $6.0000 | | | | |
| 09/05/2019 | 1 | $0.7500 | | | | |
| 09/09/2019 | 1 | $0.8000 | | | | |
| 09/12/2019 | 1 | $0.8000 | | | | |
| 09/20/2019 | 1 | $0.6800 | | | | |
| 09/25/2019 | 1 | $0.5000 | | | | |
| 09/25/2019 | 3 | $0.4900 | | | | |
| 09/25/2019 | 2 | $0.4700 | | | | |
| 09/25/2019 | 1 | $0.5100 | | | | |
| 09/27/2019 | 1 | $0.5100 | | | | |
| 09/30/2019 | 1 | $0.4400 | | | | |
| 09/30/2019 | 20 | $0.4200 | | | | |
| 10/01/2019 | 1 | $0.4500 | | | | |
| 10/01/2019 | 1 | $0.4400 | | | | |
| 10/03/2019 | 1 | $0.4800 | | | | |
| 10/04/2019 | 1 | $0.4400 | | | | |
| 10/10/2019 | 1 | $0.4200 | | | | |
| 10/10/2019 | 1 | $0.3900 | | | | |
| 10/10/2019 | 1 | $0.4500 | | | | |
| 10/11/2019 | 1 | $0.4000 | | | | |
| 10/14/2019 | 3 | $0.3400 | | | | |
| 10/14/2019 | 5 | $0.3600 | | | | |
| 10/14/2019 | 8 | $0.3500 | | | | |
| 10/14/2019 | 20 | $0.3500 | | | | |
| 10/14/2019 | 3 | $0.3400 | | | | |
| 10/14/2019 | 3 | $0.3400 | | | | |
| 10/14/2019 | 1 | $0.3300 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/14/2019 | 1 | $0.3300 | | | | |
| 10/16/2019 | 1 | $0.3600 | | | | |
| 10/17/2019 | 5 | $0.4000 | | | | |
| 10/17/2019 | 3 | $0.3900 | | | | |
| 10/17/2019 | 2 | $0.3800 | | | | |
| 10/17/2019 | 2 | $0.3500 | | | | |
| 10/22/2019 | 1 | $0.3600 | | | | |
| 10/22/2019 | 1 | $0.3500 | | | | |
| 10/22/2019 | 1 | $0.4000 | | | | |
| 10/30/2019 | 1 | $0.3600 | | | | |
| 10/30/2019 | 5 | $0.3500 | | | | |
| 10/30/2019 | 5 | $0.3470 | | | | |
| 10/30/2019 | 5 | $0.3300 | | | | |
| 10/30/2019 | 5 | $0.3400 | | | | |
| 10/30/2019 | 10 | $0.3300 | | | | |
| 10/30/2019 | 1 | $0.3400 | | | | |
| 10/31/2019 | 4 | $0.3400 | | | | |
| 10/31/2019 | 2 | $0.3300 | | | | |
| 10/31/2019 | 5 | $0.3200 | | | | |
| 11/01/2019 | 1 | $0.3300 | | | | |
| 11/05/2019 | 2 | $0.4000 | | | | |
| 11/05/2019 | 2 | $0.3800 | | | | |
| 11/07/2019 | 1 | $0.3800 | | | | |
| 11/07/2019 | 1 | $0.3600 | | | | |
| 11/11/2019 | 1 | $0.4000 | | | | |
| 11/12/2019 | 1 | $0.4100 | | | | |
| 11/12/2019 | 1 | $0.3900 | | | | |
| 11/12/2019 | 4 | $0.3800 | | | | |
| 11/12/2019 | 1 | $0.4300 | | | | |
| 11/13/2019 | 1 | $0.4200 | | | | |
| 11/13/2019 | 3 | $0.4000 | | | | |
| 11/13/2019 | 4 | $0.3500 | | | | |
| 11/13/2019 | 5 | $0.3400 | | | | |
| 11/13/2019 | 1 | $0.5100 | | | | |

| | | CGC Jan 15 '21 $70 Call | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **P U R C H A S E S** | | | | **S A L E S** | | |
| **Date** | **Shares** | **Share Price** | | **Date** | **Shares** | **Share Price** |
| 08/15/19 | 1 | $0.9500 | | 04/03/19 | 11 | $5.5100 |
| 05/07/19 | 1 | $6.4000 | | | | |
| 05/06/19 | 2 | $7.0000 | | | | |
| 04/18/19 | 2 | $5.9000 | | | | |
| 04/17/19 | 100 | $5.0000 | | | | |
| 04/02/19 | 9 | $5.2500 | | | | |
| 02/20/19 | 1 | $9.2000 | | | | |
| 02/19/19 | 1 | $9.8000 | | | | |
| 10/16/18 | 50 | $18.0000 | | | | |
| 10/05/18 | 30 | $15.6000 | | | | |
| 09/20/18 | 50 | $18.5000 | | | | |
| 09/20/18 | 100 | $19.5000 | | | | |
| 09/19/18 | 39 | $22.0000 | | | | |
| 09/19/18 | 11 | $22.0000 | | | | |
| | | CGC Jan 15 '21 $80 Call | | | | |
| **P U R C H A S E S** | | | | **S A L E S** | | |
| **Date** | **Shares** | **Share Price** | | **Date** | **Shares** | **Share Price** |
| 11/15/18 | 10 | $8.8000 | | | | |
| 11/15/18 | 20 | $8.4000 | | | | |
| 11/26/18 | 1 | $6.3000 | | | | |
| 11/28/18 | 1 | $6.0000 | | | | |
| 01/24/19 | 1 | $5.6000 | | | | |
| 01/24/19 | 1 | $5.8000 | | | | |
| 02/21/19 | 9 | $7.0000 | | | | |
| 02/21/18 | 8 | $7.0000 | | | | |

| Date | Shares | Share Price | | Date | Shares | Share Price |
|---|---|---|---|---|---|---|
| 02/21/19 | 5 | $6.9000 | | | | |
| 06/20/19 | 1 | $3.0000 | | | | |
| 07/05/19 | 1 | $1.6500 | | | | |
| 07/11/19 | 1 | $1.2000 | | | | |
| 07/18/19 | 1 | $1.0500 | | | | |
| 09/05/19 | 1 | $0.6300 | | | | |
| 10/14/19 | 1 | $0.3000 | | | | |
| 10/16/19 | 1 | $0.2800 | | | | |
| | | | | | | |

### CGC Jan 15 '21 $80 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | | | |
| 04/18/19 | 1 | $4.9000 | | 03/20/19 | 88 | $6.0000 |
| 03/21/19 | 2 | $5.9000 | | 03/20/19 | 60 | $6.0000 |
| 03/21/19 | 5 | $6.1000 | | | | |
| 03/21/19 | 4 | $6.1000 | | | | |
| 03/20/19 | 5 | $6.5000 | | | | |
| 03/06/19 | 7 | $6.7500 | | | | |
| 03/06/19 | 5 | $7.0900 | | | | |
| 02/20/19 | 1 | $7.9000 | | | | |
| 02/15/19 | 1 | $8.2000 | | | | |
| 11/06/18 | 1 | $11.5000 | | | | |
| 10/17/18 | 29 | $15.7000 | | | | |
| 10/17/18 | 88 | $15.7000 | | | | |
| 10/17/18 | 60 | $15.7000 | | | | |
| | | | | | | |

### CGC Jan 17 '20 $70 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | | | |
| 10/10/19 | 1 | $0.0500 | | | | |

| Date | Shares | Share Price | | Date | Shares | Share Price |
|---|---|---|---|---|---|---|
| 10/01/19 | 8 | $0.0400 | | | | |
| 09/19/19 | 1 | $0.0700 | | | | |
| 09/09/19 | 1 | $0.1200 | | | | |
| 08/13/19 | 4 | $0.2000 | | | | |
| 04/22/19 | 1 | $2.2300 | | | | |
| 04/09/19 | 5 | $1.4000 | | | | |
| 04/01/19 | 1 | $2.0500 | | | | |
| 02/21/19 | 1 | $4.2000 | | | | |
| 02/21/19 | 1 | $4.0000 | | | | |
| 02/21/19 | 1 | $4.0000 | | | | |
| 02/21/19 | 2 | $3.9000 | | | | |
| | | | | | | |
| **CGC Jan 17 '20 $70 Call** | | | | | | |
| | | | | | | |
| **P U R C H A S E S** | | | | **S A L E S** | | |
| **Date** | **Shares** | **Share Price** | | **Date** | **Shares** | **Share Price** |
| | | | | | | |
| 10/22/18 | 25 | $7.2000 | | 01/30/19 | 13 | $5.1500 |
| 10/23/18 | 75 | $6.5000 | | 01/30/19 | 12 | $5.1200 |
| 03/05/19 | 5 | $3.7500 | | 01/30/19 | 12 | $5.1200 |
| 05/02/19 | 10 | $2.8000 | | 01/30/19 | 40 | $5.1200 |
| 05/02/19 | 1 | $2.9000 | | | | |
| 07/26/19 | 1 | $0.1500 | | | | |
| 07/26/19 | 1 | $0.1600 | | | | |
| 08/20/19 | 1 | $0.1000 | | | | |
| 10/22/18 | 13 | $7.2000 | | | | |
| 09/27/18 | 12 | $10.5000 | | | | |
| 09/27/18 | 12 | $10.5000 | | | | |
| 10/22/18 | 40 | $7.2000 | | | | |
| | | | | | | |
| **CGC Jan 17 '20 $60 Call** | | | | | | |
| | | | | | | |
| **P U R C H A S E S** | | | | **S A L E S** | | |
| **Date** | **Shares** | **Share Price** | | **Date** | **Shares** | **Share Price** |

| Date | Shares | Share Price | | | | |
|---|---|---|---|---|---|---|
| 09/09/19 | 1 | $0.1600 | | | | |
| 01/22/19 | 2 | $4.9700 | | | | |
| 11/15/18 | 1 | $6.9000 | | | | |
| 11/19/19 | 1 | $0.0200 | | | | |
| | | | | | | |
| **CGC Jan 17 '20 $60 Call** | | | | | | |
| | | | | | | |
| **PURCHASES** | | | | **SALES** | | |
| **Date** | **Shares** | **Share Price** | | **Date** | **Shares** | **Share Price** |
| 09/20/18 | 50 | $16.0000 | | | | |
| 09/26/18 | 3 | $15.0000 | | | | |
| 03/21/19 | 4 | $5.5500 | | | | |
| 09/20/18 | 50 | $16.0000 | | | | |
| 09/26/18 | 3 | $15.0000 | | | | |
| 03/21/19 | 4 | $5.5500 | | | | |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

The individual or institution listed below ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint alleging securities fraud against Canopy Growth Corporation (CGC) and various of its officers and directors, and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities law.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth in the Chart attached.

5.      During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in the following actions filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _Anthony Sultan_
(Signature of Representative Plaintiff and Authorization to File a Complaint)

Date Signed:      Jan 6, 2020 | 7:11 PM PST

Name (print):      Anthony E. Sultan

Street Address:      ████  ████

City, State, Zip:      ████████████

County/Country:      ████████

Phone:      ████████

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

The individual or institution listed below ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint alleging securities fraud against Canopy Growth Corporation (CGC) and various of its officers and directors, and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities law.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth in the Chart attached.

5.      During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in the following actions filed under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____Ellaine Sultan_____
DocuSign by:
(Signature of Representative Plaintiff and Authorization to File a Complaint)

Date Signed:    Jan 6, 2020 | 7:15 PM PST

Name (print):    Ellaine W. Sultan

Street Address: ████  ████

City, State, Zip: ████████████

County/Country: ██████

Phone: ██████

**Anthony and Ellaine Sultan - Canopy Growth Corp. (CGC)**
**Class Period 09/08/17 - 11/13/19**

### COMMON STOCK

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 06/24/19 | 2,000 | $38.9000 | | 06/28/19 | 2,000 | $40.0000 |
| 07/01/19 | 2,000 | $40.9200 | | 04/26/19 | 2,000 | $48.5000 |
| 04/24/19 | 2,000 | $48.4500 | | 02/15/19 | 1,000 | $45.5000 |
| 04/29/19 | 2,000 | $49.3400 | | 02/15/19 | 1,000 | $46.5000 |
| 02/01/19 | 1,000 | $49.8000 | | 03/01/19 | 1,000 | $46.0000 |
| 02/04/19 | 1,000 | $49.2000 | | 03/01/19 | 1,000 | $45.0000 |
| 02/08/19 | 1,000 | $45.8500 | | 04/26/19 | 2,000 | $49.0000 |
| 02/14/19 | 200 | $45.2300 | | 05/01/19 | 500 | $46.5000 |
| 02/14/19 | 800 | $45.2400 | | 05/01/19 | 800 | $46.0000 |
| 02/15/19 | 2,000 | $47.0000 | | 05/01/19 | 800 | $45.5000 |
| 02/21/19 | 100 | $45.5200 | | 09/13/19 | 1,000 | $25.0000 |
| 02/21/19 | 900 | $45.5000 | | 10/25/19 | 4,000 | $21.0000 |
| 02/27/19 | 1,000 | $45.8500 | | | | |
| 03/01/19 | 1,000 | $47.5000 | | | | |
| 03/01/19 | 1,000 | $47.2500 | | | | |
| 03/04/19 | 1,000 | $46.9000 | | | | |
| 03/04/19 | 1,000 | $46.5000 | | | | |
| 03/22/19 | 100 | $45.1100 | | | | |
| 03/22/19 | 900 | $45.1300 | | | | |
| 04/18/19 | 2,000 | $45.5000 | | | | |
| 04/26/19 | 2,000 | $49.7500 | | | | |
| 04/26/19 | 2,000 | $49.2500 | | | | |
| 04/29/19 | 2,000 | $51.4400 | | | | |
| 05/01/19 | 2,000 | $50.0000 | | | | |
| 05/03/19 | 1,500 | $46.5000 | | | | |
| 05/03/19 | 200 | $46.0000 | | | | |
| 05/03/19 | 1,200 | $45.5000 | | | | |
| 05/22/19 | 1,000 | $46.5000 | | | | |
| 07/17/19 | 1,000 | $36.1000 | | | | |
| 09/18/19 | 500 | $26.5000 | | | | |
| 10/24/19 | 4,000 | $21.5000 | | | | |
| 10/28/19 | 4,000 | $21.9500 | | | | |

### July 05, 2019 $41.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 07/01/19 | 20 | $0.3700 |

### June 28 19 $40 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 07/01/19 | 20 | $0.3700 |

### May 03 19 $49.50 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 04/29/19 | 20 | $1.3400 |

### Apr 26 19 $48.50 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 04/24/19 | 20 | $0.8600 |

### Feb 08 19 $51 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 02/04/19 | 10 | $1.2500 |

### Feb 08 19 $51.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 02/01/19 | 10 | $1.4700 |

### Feb 15 19 $45.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 02/14/19 | 10 | $1.7100 |

### Feb 15 19 $49.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 02/08/19 | 10 | $1.0800 |

### Feb 15 19 $46.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 02/11/19 | 10 | $1.2500 |

**Anthony and Ellaine Sultan - Canopy Growth Corp. (CGC)**
**Class Period 09/08/17 - 11/13/19**

### Feb 22 19 $46 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 02/21/19 | 9 | $0.6200 |
| | | | | 02/21/19 | 1 | $0.6300 |

### Feb 22 19 $48.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 02/15/19 | 20 | $1.5300 |

### Feb 22 19 $50 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 02/11/19 | 10 | $1.0000 |

### Mar 01 19 $45 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 02/25/19 | 10 | $0.6500 |

### Mar 01 19 $46 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 02/25/19 | 10 | $0.5000 |

### Mar 01 19 $48.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 02/19/19 | 10 | $1.3000 |

### Mar 08 19 $45.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 02/25/19 | 4 | $1.0500 |
| | | | | 02/25/19 | 6 | $1.0400 |

### Mar 08 19 $46 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 02/25/19 | 10 | $1.1000 |

### Mar 08 19 $47 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 03/01/19 | 10 | $1.4000 |

### Mar 08 19 $49 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 03/01/19 | 10 | $0.6500 |

### Mar 15 19 $46.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 03/07/19 | 10 | $1.0500 |

### Mar 15 19 $47 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 03/07/19 | 10 | $0.9500 |

### Mar 15 19 $47.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 03/04/19 | 10 | $1.2000 |

### Mar 15 19 $48.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 03/04/19 | 10 | $0.8500 |

### Mar 15 19 $50 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 03/04/19 | 10 | $0.9000 |

### Mar 22 19 $47 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 03/11/19 | 10 | $1.4500 |

**Anthony and Ellaine Sultan - Canopy Growth Corp. (CGC)**
**Class Period 09/08/17 - 11/13/19**

### Mar 22 19 $48 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 03/11/19 | 10 | $1.2500 |

### Mar 22 19 $49.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 03/11/19 | 10 | $0.8500 |

### Mar 29 19 $48 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 03/19/19 | 10 | $0.8500 |

### Mar 29 19 $48.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 03/19/19 | 10 | $0.8000 |

### Mar 29 19 $49 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 03/19/19 | 10 | $0.5700 |

### Apr 05 19 $46.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 03/22/19 | 9 | $1.4300 |

### Apr 12 19 $45 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 04/02/19 | 20 | $0.4500 |

### Apr 18 19 $46.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 04/02/19 | 20 | $0.5000 |

### Apr 26 19 $49 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 04/18/19 | 20 | $0.5500 |

### Apr 18 19 $47 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 04/02/19 | 20 | $0.4200 |

### May 03 19 $46.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 04/10/19 | 20 | $0.5500 |

### May 03 19 $52.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 04/26/19 | 20 | $0.8000 |

### May 03 19 $55 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 04/29/19 | 20 | $0.4300 |

### May 10 19 $48.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 04/18/19 | 10 | $1.1000 |

### May 10 19 $52.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 05/03/19 | 20 | $0.4000 |

### May 17 19 $48.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 05/09/19 | 10 | $0.8000 |

### May 17 19 $49 Call

**Anthony and Ellaine Sultan - Canopy Growth Corp. (CGC)**
**Class Period 09/08/17 - 11/13/19**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 05/08/19 | 10 | $1.0500 |
| | | | | | | |

**May 17 19 $49.5 Call**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 05/08/19 | 20 | $1.0000 |
| | | | | | | |

**May 17 19 $51 Call**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 05/06/19 | 20 | $0.8000 |
| | | | | | | |

**May 24 19 $47.5 Call**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 05/14/19 | 10 | $0.6900 |
| | | | | | | |

**May 31 19 $46.5 Call**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 05/21/19 | 10 | $0.5200 |
| | | | | | | |

**May 31 19 $47 Call**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 05/21/19 | 10 | $0.4200 |
| | | | | | | |

**May 31 19 $47.5 Call**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 05/21/19 | 10 | $0.4000 |
| | | | | | | |

**Jun 07 19 $46.5 Call**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 05/28/19 | 10 | $0.6200 |
| | | | | | | |

**Jun 07 19 $47.5 Call**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 05/28/19 | 20 | $0.4000 |
| | | | | | | |

**Jun 07 19 $49.5 Call**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 05/22/19 | 20 | $0.5500 |
| | | | | | | |

**Jun 14 19 $49.5 Call**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 05/28/19 | 10 | $0.3000 |
| | | | | | | |

**Jun 07 19 $50 Call**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 05/22/19 | 10 | $0.5500 |
| | | | | | | |

**Jun 14 19 $50 Call**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 05/28/19 | 20 | $0.2500 |
| | | | | | | |

**Jul 12 19 $46.5 Call**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 06/27/19 | 20 | $0.1600 |
| | | | | | | |

**Jul 19 19 $36.5 Call**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 07/17/19 | 10 | $0.5200 |
| | | | | | | |

**Jul 26 19 $36.5 Call**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 07/19/19 | 10 | $0.5100 |
| | | | | | | |

**Jul 26 19 $46.5 Call**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |

**Anthony and Ellaine Sultan - Canopy Growth Corp. (CGC)**
**Class Period 09/08/17 - 11/13/19**

| Date | Shares | Share Price | | Date | Shares | Share Price |
|---|---|---|---|---|---|---|
| | | | | 06/25/19 | 10 | $0.4800 |

### Aug 02 19 $36 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 07/22/19 | 10 | $0.7000 |

### Aug 02 19 $36.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 07/22/19 | 10 | $0.6000 |

### Aug 02 19 $38 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 07/16/19 | 10 | $0.6200 |

### Aug 16 19 $36 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 08/01/19 | 10 | $0.4600 |
| | | | | 08/05/19 | 20 | $0.4100 |

### Aug 16 19 $47.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 07/09/19 | 10 | $0.4000 |

### Aug 23 19 $36 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 08/05/19 | 10 | $0.5500 |

### Aug 30 19 $28.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 08/27/19 | 10 | $0.2400 |

### Sep 13 19 $25 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 09/03/19 | 10 | $0.3700 |

### Sep 20 19 $26.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 09/03/19 | 10 | $0.3100 |

### Sep 20 19 $45 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 07/16/19 | 10 | $0.7500 |

### Sep 20 19 $47.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 07/15/19 | 20 | $0.4600 |

### Sep 27 19 $28 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 08/27/19 | 10 | $0.4400 |

### Oct 18 19 $45 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 07/16/19 | 10 | $1.0000 |

### Nov 01 19 $22 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 10/21/19 | 40 | $0.2800 |

### Nov 08 19 $24 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 10/28/19 | 40 | $0.3000 |

### Nov 15 19 $24 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 11/08/19 | 40 | $0.5300 |

**Anthony and Ellaine Sultan - Canopy Growth Corp. (CGC)**
**Class Period 09/08/17 - 11/13/19**

### Nov 15 19 $30 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 10/02/19 | 10 | $0.3600 |
| | | | | | | |

### Nov 22 19 $24 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 11/04/19 | 40 | $0.2400 |
| | | | | | | |

### Jan 17 20 $45 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 07/16/19 | 10 | $2.0000 |
| | | | | 08/02/19 | 20 | $1.0600 |
| | | | | | | |

### Jan 17 20 $47.5 Call

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 07/09/19 | 10 | $2.5500 |

DocuSign Envelope ID: B2238B5A8D2A-4D45-BE19-2672A8D296FB

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

I, Armando Jose Rinaldi Balbi, as a Director and authorized representative of Formica Industries Limited, declare as to the claims asserted under the federal securities laws, that:

1. I submit this certification in support of Formica Industries Limited's ("Formica") joint motion for appointment as Lead Plaintiff and approval of its selection of counsel in the class action litigation against Canopy Growth Corporation ("Canopy") pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

2. As Director of Formica, I am authorized to act on Formica's behalf, including making this Certification and handling all matters on behalf of Formica in the Canopy litigation, including entering Formica into litigation. I have personal knowledge about the information in this Certification relating to the Formica, including Formica's investments in Canopy securities.

3. Formica is a British Virgin Island investment vehicle established for the purpose of holding family investments. Formica is incorporated in the Territory of the British Virgin Islands. Formica's registered office is located at Trident Chambers, P.O. Box 146, Road Town, Tortola, British Virgin Islands. Formica has no officers or employees. I, along with Renato Leite Rinaldi Balbi, are the current Directors of Formica. We both reside in Rio de Janeiro, Brazil.

4. I, on behalf of Formica, have reviewed a complaint alleging securities fraud against Canopy and various of its officers and directors, and adopt its allegations.

5. Formica did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities law.

6. Formica is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

7. Formica has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action, except those set forth in the Chart attached. Formica is the direct owner of the Canopy securities at issue and holder of the claims thereon, as the shares were bought for and held in Formica's account.

8. During the three years prior to the date of this Certificate, Formica has not sought to serve or served as a representative party for a class in the following actions filed under the federal securities laws.

DocuSign Envelope ID: B2238B56-8D2A-4D45-BE19-2672A8D296FB

9.      Formica will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America on this 21 day of January 2020 that the foregoing is true and correct.

By:    *Armando Balbi*

—705310B1941246D...

Armando José Rinaldi Balbi, Director

*On Behalf of Formica Industries Limited*

**Formica Industries Limited - Canopy Growth Corp. (CGC)**
**Class Period 09/08/17 - 11/13/19**

### COMMON STOCK

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 09/04/18 | 10,000 | $47.3700 | | 11/12/18 | 10,000 | $39.1120 |
| 11/09/18 | 10,000 | $48.0000 | | 11/26/18 | 10,000 | $32.8500 |
| 11/23/18 | 10,000 | $41.5000 | | 12/03/18 | 10,000 | $33.7176 |
| 12/03/18 | 10,000 | $34.1201 | | 12/17/18 | 10,000 | $29.4500 |
| 12/07/18 | 10,000 | $39.0000 | | 04/18/19 | 10,000 | $45.7467 |
| 05/17/19 | 10,000 | $48.5000 | | 07/09/19 | 7,500 | $38.2658 |
| 06/21/19 | 10,000 | $44.0000 | | 07/09/19 | 2,500 | $38.3076 |
| 07/19/19 | 10,000 | $41.5000 | | 07/22/19 | 5,000 | $34.5236 |
| 07/19/19 | 10,000 | $40.5000 | | 08/19/19 | 20,000 | $27.2002 |
| 07/19/19 | 20,000 | $38.5000 | | 08/19/19 | 20,000 | $27.1175 |
| 07/19/19 | 10,000 | $37.5000 | | 08/20/19 | 10,000 | $27.0846 |
| 08/16/19 | 5,000 | $32.0000 | | 09/16/19 | 10,000 | $28.2944 |
| 08/16/19 | 10,000 | $35.0000 | | 10/14/19 | 20,000 | $18.0243 |
| 09/06/19 | 10,000 | $27.6292 | | 10/14/19 | 10,000 | $18.4076 |
| 09/13/19 | 10,000 | $28.5000 | | 11/21/19 | 1,960 | $20.8500 |
| 09/20/19 | 10,000 | $34.0000 | | 11/21/19 | 8,040 | $20.7500 |
| 09/20/19 | 10,000 | $32.5000 | | 12/18/19 | 10,000 | $19.9200 |
| 10/18/19 | 10,000 | $30.0000 | | 12/19/19 | 10,000 | $20.1000 |
| 10/28/19 | 10,000 | $21.8799 | | 12/23/19 | 10,000 | $19.8200 |
| 11/15/19 | 10,000 | $19.5000 | | 12/31/19 | 10,000 | $20.0800 |
| 11/15/19 | 10,000 | $35.0000 | | 01/03/20 | 10,000 | $19.9513 |
| | | | | 01/10/20 | 10,000 | $21.1688 |

### 05OCT18 PUT @ $45.50

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 10/03/18 | 9,800 | $0.3400 | | 09/14/18 | 10,000 | $4.1000 |
| 10/17/18 | 200 | $0.3000 | | | | |

### 19OCT18 PUT @ $46.50

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 10/17/18 | 10,000 | $0.20 | | 10/03/18 | 10,000 | $2.30 |

### 09NOV18 PUT @ $48

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 11/12/18 | 10,000 | (Assigned) | | 10/16/18 | 10,000 | $2.70 |

### 23NOV18 PUT @ $41.50

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 11/26/18 | 100,000 | (Assigned) | | 11/08/18 | 100,000 | $2.20 |

### 07DEC18 PUT @ $39

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 12/10/18 | 10,000 | (Assigned) | | 11/26/18 | 10,000 | $6.41 |

### 21DEC18 PUT @ $39

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 12/14/18 | 10,000 | $7.40 | | 12/10/18 | 10,000 | $7.76 |

### 12APR19 PUT @ $40

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 04/15/19 | 15,000 | (Expired) | | 04/11/19 | 15,000 | $0.59 |

### 12APR19 PUT @ $42.50

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 04/12/19 | 10,000 | $0.42 | | 04/03/19 | 10,000 | $0.87 |

### 18APR19 PUT @ $41.50

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 04/22/19 | 10,000 | (Expired) | | 04/09/19 | 10,000 | $1.22 |

### 26APR19 PUT @ $40

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 04/24/19 | 10,000 | $0.01 | | 04/11/19 | 10,000 | $1.42 |

### 17MAY19 PUT @ $48.50

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 05/20/19 | 10,000 | (Assigned) | | 05/06/19 | 10,000 | $2.05 |

**21JUN19 PUT @ $39**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 06/24/19 | 10,000 | (Expired) | | 06/03/19 | 10,000 | $2.06 |

**21JUN19 PUT @ $44**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 06/24/19 | 100,000 | (Assigned) | | 05/23/19 | 10,000 | $2.13 |

**05JUL19 PUT @ $41**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 07/05/19 | 10,000 | $0.66 | | 06/21/19 | 10,000 | $1.69 |

**05JUL19 PUT @ $42.50**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 07/05/19 | 10,000 | $2.17 | | 06/13/19 | 10,000 | $2.62 |

**19JUL19 PUT @ $37.50**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 07/22/19 | 10,000 | (Assigned) | | 07/11/19 | 10,000 | $1.14 |

**19JUL19 PUT @ $38.50**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 07/22/19 | 20,000 | (Assigned) | | 07/09/19 | 20,000 | $1.14 |

**19JUL19 PUT @ $40.50**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 07/22/19 | 10,000 | (Assigned) | | 07/05/19 | 10,000 | $1.54 |

**19JUL19 PUT @ $41.50**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 07/22/19 | 10,000 | (Assigned) | | 07/05/19 | 10,000 | $2.16 |

**16AUG19 PUT @ $32**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 08/19/19 | 5,000 | (Assigned) | | 08/05/19 | 5,000 | $2.39 |

**16AUG19 PUT @ $35**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 08/19/19 | 10,000 | (Assigned) | | 07/22/19 | 10,000 | $2.32 |

**13SEP19 PUT @ $28.50**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 09/16/19 | 10,000 | (Assigned) | | 09/06/19 | 10,000 | $1.72 |

**20SEP19 PUT @ $22.50**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 09/23/19 | 20,000 | (Expired) | | 08/20/19 | 20,000 | $0.38 |

**20SEP19 PUT @ $32.50**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 09/23/19 | 10,000 | (Assigned) | | 08/16/19 | 10,000 | $5.08 |

**20SEP19 PUT @ $34**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 09/23/19 | 10,000 | (Assigned) | | 08/19/19 | 10,000 | $7.56 |

**18OCT19 PUT @ $30**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 10/21/19 | 10,000 | (Assigned) | | 09/18/19 | 10,000 | $3.06 |

**18OCT19 PUT @ $32.50**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 10/14/19 | 10,000 | $14.25 | | 09/18/19 | 10,000 | $5.09 |

**18OCT19 PUT @ $35**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 10/14/19 | 10,000 | $16.87 | | 09/18/19 | 10,000 | $7.35 |

**18OCT19 PUT @ $37.50**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 10/14/19 | 10,000 | $19.36 | | 08/20/19 | 10,000 | $10.96 |

**18OCT19 PUT @ $40**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 10/14/19 | 10,000 | $21.95 | | 08/20/19 | 10,000 | $13.44 |

**15NOV19 PUT @ $19.50**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 11/18/19 | 10,000 | (Assigned) | | 11/04/19 | 10,000 | $1.15 |

**15NOV19 PUT @ $35**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 11/18/19 | 10,000 | (Assigned) | | 10/11/19 | 10,000 | $15.20 |

**20DEC19 PUT @ $20**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 12/13/19 | 10,000 | $0.33 | | | | |

**20DEC19 PUT @ $21**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 12/20/19 | 10,000 | $0.77 | | | | |

**20DEC19 PUT @ $25**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 12/23/19 | 10,000 | (Assigned) | | | | |

**20DEC19 PUT @ $30**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 12/23/19 | 10,000 | (Assigned) | | | | |

**17JAN20 PUT @ $17.50**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 01/03/20 | 20,000 | $0.31 | | | | |
| 01/06/20 | 20,000 | $0.32 | | | | |

**17JAN20 PUT @ $19.50**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 01/06/20 | 10,000 | $1.02 |

**17JAN20 PUT @ $21**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 01/13/20 | 10,000 | $0.4700 | | | | |

**17JAN20 PUT @ $22.50**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 01/13/20 | 10,000 | $0.77 | | 12/13/19 | 10,000 | $2.73 |
| 01/15/20 | 10,000 | $0.17 | | 12/18/19 | 10,000 | $3.70 |

**17JAN20 PUT @ $25**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| | | | | 12/19/19 | 10,000 | $5.73 |

**15JAN21 PUT @ $20**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 01/15/20 | 10,000 | $5.39 | | | | |

**15JAN21 CALL @ $15**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 01/03/20 | 10,000 | $6.30 | | | | |
| 01/03/20 | 10,000 | $6.18 | | | | |

**15JAN1 CALL @ $17.50**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Shares | Share Price | | Date | Shares | Share Price |
| 01/10/20 | 9,000 | $5.85 | | 01/24/44 | | |
| 01/10/20 | 1,000 | $5.75 | | 09/28/15 | | |

**15JAN21 CALL @ $21**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|

| Date | Shares | Share Price | | Date | Shares | Share Price |
|------|--------|-------------|---|------|--------|-------------|
| 01/03/20 | 20,000 | $4.44 | | | | |