THE ROSEN LAW FIRM, P.A.
Laurence Rosen
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Telephone: (973) 313-1887
Facsimile: (973) 833-0399
Email: lrosen@rosenlegal.com

*Attorney for Movants David Pendola
and Dean K. Lurie and Proposed
Co-Lead Counsel for the Class*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDUARDO ORTIZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANOPY GROWTH CORPORATION, BRUCE LINTON, MARK ZEKULIN, and MIKE LEE,<br><br>Defendants. | Case No. 2:19-cv-20543-KM-ESK<br><br>STIPULATION AND [PROPOSED] ORDER APPOINTING CO-LEAD PLAINTIFFS AND APPROVING CO-LEAD COUNSEL |

WHEREAS, on November 20, 2019, plaintiff Eduardo Ortiz commenced this action (the "Action") by filing a complaint against the above-captioned Defendants, alleging violations of the federal securities laws;

WHEREAS, on January 21, 2020, Anthony Sultan, Ellaine Sultan, Anna Cooley, and Formica Industries Limited (collectively, the "Sultan Group") filed a motion seeking appointment as Lead Plaintiff and approval of its selection of Lead Counsel (Dkt. No. 7);

WHEREAS, on January 21, 2020, David Pendola and Dean K. Lurie (collectively, "Pendola and Lurie") also filed a motion seeking appointment as Lead Plaintiffs and approval of their selections of Co-Lead Counsel (Dkt. No. 8);

WHEREAS, on January 21, 2020, five other movants filed motions seeking appointment as Lead Plaintiff and approval of their respective selections of Lead Counsel (collectively, the "Competing Movants") (Dkt. Nos. 5-6, 10-12), each alleging a smaller financial interest in this action than the Sultan Group and Pendola and Lurie;

WHEREAS, as of the time of this submission, each of the Competing Movants have filed notices either withdrawing their motions or stating their non-opposition to the other pending Lead Plaintiff motions (*see* Dkt. Nos. 13, 15, 16, 19, 23);

1

WHEREAS, the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B)(iii), provides, *inter alia*, that the most adequate plaintiff to serve as lead plaintiff is, in the determination of the Court, the "person or group of persons" that has the largest financial interest in the relief sought by the class and otherwise satisfies the relevant requirements of Rule 23 of the Federal Rules of Civil Procedure;

WHEREAS, 15 U.S.C. § 78u-4(a)(3)(B)(iv) provides that, subject to the approval of the Court, the most adequate plaintiff will select and retain counsel to represent the class;

WHEREAS, the Sultan Group has selected and retained the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and Pendola and Lurie have retained the law firms of Pomerantz LLP ("Pomerantz"), and The Rosen Law Firm P.A. ("Rosen") to pursue this litigation on their respective behalves if they are appointed as Lead Plaintiff;

WHEREAS, having reviewed one another's submissions to the Court, the Sultan Group and Pendola and Lurie believe it is in the best interests of the class for the Sultan Group and Pendola and Lurie to serve as Co-Lead Plaintiffs and for their selections of counsel, Hagens Berman, Pomerantz and Rosen to serve as Co-Lead Counsel;

WHEREAS, the Sultan Group and Pendola and Lurie have provided signed, sworn Certifications in support of their respective motions setting forth, *inter alia*, their transactions in Canopy Growth Corporation securities;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1. The Sultan Group and Pendola and Lurie are hereby appointed Co-Lead Plaintiffs in this Action and any subsequently filed or transferred actions that are consolidated with this Action, pursuant to 15 U.S.C. § 78u-4(a)(3)(B); and

2. Co-Lead Plaintiffs' selections of Hagens Berman, Pomerantz and Rosen as Co-Lead Counsel are hereby approved.

Dated: February 4, 2020

Respectfully submitted,

THE ROSEN LAW FIRM, P.A.

*/s/ Laurence Rosen*
Laurence Rosen
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Telephone: (973) 313-1887
Facsimile: (973) 833-0399
Email: lrosen@rosenlegal.com

POMERANTZ LLP
Gustavo F. Bruckner
Jeremy A. Lieberman
(*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016

3

Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: gfbruckner@pomlaw.com
Email: jalieberman@pomlaw.com

*Counsel for Lead Plaintiff Movants David Pendola and Dean K. Lurie and Proposed Co-Lead Counsel for the Class*

HAGENS BERMAN SOBOL
SHAPIRO LLP

By */s/ Reed R. Kathrein*
Reed R. Kathrein, *pro hac vice* forthcoming
Lucas E. Gilmore
Danielle Smith
HAGENS BERMAN SOBOL
SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Counsel for Anna Cooney, Anthony Sultan, Ellaine Sultan, and Formica*

4

*Industries Limited and Proposed Co-Lead Counsel for the Class*

IT IS SO ORDERED.

DATED: February 10, 2020

_____
THE HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE

5