SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK 10001-8602

————

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-2217
DIRECT FAX
(917) 777-2217
EMAIL ADDRESS
Andrew.Muscato@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

July 27, 2020

**VIA ECF**
Honorable Kevin McNulty, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re:  *Ortiz et. al.  v. Canopy Growth Corporation et. al.*, Case
> No. 2:19-cv-20543-KM-ESK _____

Dear Judge McNulty:

We represent defendants Canopy Growth Corporation, Bruce Linton, Mark Zekulin, Mike Lee, Tim Saunders, David Klein and Rade Kovacevic (the "Defendants") in the above-referenced action.

We write pursuant to Local Civil Rule 7.2(b) to respectfully request permission to file a 50-page memorandum of law in support of Defendants' upcoming motion to dismiss Plaintiffs' Amended Complaint which is due to be filed on August 4, 2020. The 10 additional pages will enable Defendants to address fully the issues presented in Plaintiffs' 118-page Amended Complaint, which consists of 274 paragraphs and allegations against seven Defendants.

We have conferred with counsel for Plaintiffs and they consent to the greater length brief. Counsel for Plaintiffs requests an equal 10 page extension for their opposition brief, to which Defendants consent.

Honorable Kevin McNulty
July 27, 2020
Page 2

Respectfully submitted,

*/s/ Andrew Muscato*

Andrew Muscato

cc:    All counsel of record (via ECF)

**SO ORDERED**

**s/Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 07/28/2020**