

## The Rosen Law Firm
### INVESTOR COUNSEL

Gonen Haklay
ghaklay@rosenlegal.com

August 13, 2020

Honorable Kevin McNulty
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re: *Ortiz v. Canopy Growth Corporation et al.*
      Civil Action No. 2:19-cv-20543-KM-ESK

Dear Judge McNulty:

We represent Lead Plaintiffs Anthony Sultan, Ellaine Sultan, Anna Cooney, Formica Industries Limited, David Pendola, and Dean K. Lurie in the above referenced action.

We write pursuant to Local Rule 6.1 to respectfully request an extension to sixty (60) days to file a brief in Opposition to Defendants' Motion to Dismiss. The Court granted Defendants sixty (60) days to file their Motion to Dismiss the Amended Complaint (Dkt. No. 49), and granted Defendants leave to file a fifty (50) page brief in support of their Motion to Dismiss (Dkt. No. 54). The additional time will enable Lead Plaintiffs to fully address the arguments in Defendants' brief as to each of the seven Defendants.

With respect to extensions for filing Opposition and Reply briefs, Magistrate Judge Kiel expressly "granted leave to address extension requests to file their respective papers to the District Judge when appropriate and if necessary" (Dkt. No. 39, March 2, 2020).

We have conferred with counsel for Defendants and they do not object to Lead Plaintiffs' request. Defendants have themselves requested thirty (30) days to file their Reply brief, a request to which Lead Plaintiffs do not object.

If the Court grants these requests, the revised schedule will be as follows:

- Lead Plaintiffs will file their Opposition brief no later than October 5, 2020;

- Defendants will file their Reply brief no later than November 4, 2020;

- The revised motion day will be November 16, 2020.

Honorable Kevin McNulty
August 13, 2020
Page 2


While the parties have previously requested an extension to file Opposition and Reply briefs (Dkt. No. 38, February 21, 2020), Magistrate Judge Kiel instead, as noted above, granted the parties leave to address extension requests to Your Honor at the appropriate time.

Respectfully submitted,


**THE ROSEN LAW FIRM, P.A.**

/s/ *Laurence M. Rosen*
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Telephone: (973) 313-1887
Facsimile: (973) 833-0399
Email: lrosen@rosenlegal.com


and

Jacob A. Goldberg
Gonen Haklay
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel: (215)600-2817
Fax: (973) 833-0399

**HAGENS BERMAN SOBOL SHAPIRO LLP**

/s/ *Reed A. Kathrein*
Reed R. Kathrein, *pro hac vice*
Lucas E. Gilmore
Danielle Smith
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com


and

Steve W. Berman

**POMERANTZ LLP**

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman, *pro hac vice*
Brian Calandra
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: bcalandra@pomlaw.com



*SO ORDERED*

*s/Kevin McNulty*
*Hon. Kevin McNulty*
*U.S. District Judge*
*Date: 08/14/2020*

Honorable Kevin McNulty
August 13, 2020
Page 3


Shayne C. Stevenson, *pro hac vice*
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

cc:     Counsel of Record (via ECF)