# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK 10001-8602
—
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2217
DIRECT FAX
(917) 777-2217
EMAIL ADDRESS
Andrew.Muscato@SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

January 26, 2021

**ORDER**

**VIA ECF**
Honorable Edward S. Kiel
United States Magistrate Judge
Frank R. Lautenberg U.S.P.O. & Courthouse
2 Federal Square
Newark, NJ 07102

Re:   *Ortiz v. Canopy Growth Corporation, et al.*,
Case No. 2:19-cv-20543-KM-ESK

Dear Magistrate Judge Kiel:

We represent defendants Canopy Growth Corporation, Bruce Linton, Mark Zekulin, Mike Lee, Tim Saunders, David Klein and Rade Kovacevic ("Defendants") in the above-referenced action.

We write pursuant to Local Civil Rule 7.2(b) to respectfully request permission to file a 25-page overlength reply brief in further support of Defendants' motion to dismiss (ECF No. 67) Plaintiffs' Second Amended Complaint. (ECF No. 65.) Defendants' reply brief is due to be filed on February 8, 2021 pursuant to Your Honor's October 9, 2020 Scheduling Order. (ECF No. 66.)

In that Order, Your Honor also granted the parties leave to file 55-page moving and opposition briefs. The 10 additional pages being requested for the reply brief will enable Defendants to address fully the issues presented in opposition to the motion to dismiss which addresses Plaintiffs' 146-page Second Amended Complaint consisting of 327 paragraphs and allegations against seven Defendants.

Magistrate Judge Edward S. Kiel
January 26, 2021
Page 2

      We have conferred with counsel for Plaintiffs and they take no position on this application for an overlength reply brief.

Respectfully submitted,

*s/ Andrew Muscato*

Andrew Muscato

cc:    All counsel of record (via ECF)

**The highlighted request (ECF No. 69) is granted without opposition. SO ORDERED.**

**Edward S. Kiel, U.S.M.J.**
**Date: January 27, 2021**