**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDUARDO ORTIZ, individually and on behalf of all others similarly situated, | Case No. 2:19-cv-20543-KM-ESK |
| Plaintiff, | |
| v. | **ORDER** |
| CANOPY GROWTH CORPORATION, BRUCE LINTON, MARK ZEKULIN, MIKE LEE, TIM SAUNDERS, DAVID KLEIN, and RADE KOVACEVIC, | |
| Defendants. | |

This matter, having been brought before the Court upon Plaintiffs' request to extend the

deadline for filing the Third Amended Compliant, and the Court having considered the matter,

**IT IS HEREBY ORDERED** that the request is granted, and the deadline for filing the

Third Amended Complaint is extended to June 14, 2021.

SO ORDERED:

Dated: June 4, 2021

_/s/ Edward S. Kiel_
Honorable Edward S. Kiel
United States Magistrate Judge