Jeremy A. Lieberman
Brian Calandra
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email:  jalieberman@pomlaw.com
      bcalandra@pomlaw.com

*Attorneys for Lead Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDUARDO ORTIZ, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>CANOPY GROWTH CORPORATION, BRUCE LINTON, MARK ZEKULIN, MIKE LEE, TIM SAUNDERS, DAVID KLEIN, and RADE KOVACEVIC,<br>               Defendants. | Case No.: 2:19-cv-20543-KM-ESK<br><br>**CERTIFICATION OF BRIAN CALANDRA IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT** |

BRIAN CALANDRA hereby certifies:

1.    I am a member of the Bar of this Court and counsel in the New York City office of Pomerantz LLP, attorneys for Lead Plaintiffs Anthony and Ellaine Sultan, Anna Cooley, Formica Industries Limited, David Pendola, and Dean K. Lurie (the "Plaintiffs") in this matter.

2.    I submit this Certification in support of Lead Plaintiffs' Memorandum Of Law In Opposition To Defendants' Motion To Dismiss The Third Amended Complaint (the "Opposition") and to place before the Court true and accurate copies of the following documents referenced in the Opposition:

| Exhibit | Document |
|---|---|
| 1 | Canopy Growth Corporation Form 10-K (Annual Report) dated June 1, 2020 |
| 2 | Excerpts from Canopy Growth Corporation Form 40-F (Annual Report), dated June 28, 2018 |
| 3 | Excerpts from Canopy Growth Corporation Form 40-F (Annual Report), dated June 26, 2019 |
| 4 | Excerpts from Canopy Growth Corporation Form 6-K (Quarterly Financial Information), dated August 15, 2018 |
| 5 | Excerpts from Canopy Growth Corporation Form 6-K (Quarterly Financial Information), dated November 15, 2018 |
| 6 | Excerpts from Canopy Growth Corporation Amended Form 6-K (Quarterly Financial Information), dated February 2, 2019 |
| 7 | Excerpts from Canopy Growth Corporation Form 6-K (Quarterly Financial Information), dated August 14, 2019 |
| 8 | Excerpts from Canopy Growth Corporation Form 6-K (Quarterly Financial Information), dated November 14, 2019 |
| 9 | Excerpts from Canopy Growth Corporation Form 6-K (Quarterly Financial Information), dated February 14, 2020 |
| 10 | Canopy Growth Corporation Consolidated Financial Statements for the Years Ended March 31, 2018 and 2017 |

| Exhibit | Document |
|---------|----------|
| 11 | Canopy Growth Corporation Consolidated Financial Statements for the Years Ended March 31, 2019 and 2018 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2021

*/s/ Brian Calandra*
Brian Calandra