# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDUARDO ORTIZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CANOPY GROWTH CORPORATION, BRUCE LINTON, MARK ZEKULIN, MIKE LEE, TIM SAUNDERS, DAVID KLEIN, and RADE KOVACEVIC,<br><br>　　　　　　　　Defendants. | Case No.: 2:19-cv-20543-KM-ESK |

## NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Co-Lead Plaintiffs Anthony Sultan, Ellaine Sultan, Anna Cooley, Formica Industries Limited, David Pendola and Dean K. Lurie (collectively, "Plaintiffs"), through the Plaintiffs' Counsel, on behalf of themselves and the Settlement Class, hereby move this Court under Federal Rule of Civil Procedure 23 for the entry of an order (the "Proposed Order"), substantially in the form attached as Exhibit A to the Stipulation of Settlement dated February 4, 2022 ("Stipulation"):

1. preliminarily approving the proposed settlement as set forth in the Stipulation, attached as Exhibit 1 to the Declaration of Brian Calandra in support of this Motion ("Calandra Declaration"), resolving this Action against all Defendants in exchange for the payment of $13 million for the benefit of the Settlement Class;

2. preliminarily certifying a class ("Settlement Class"), for settlement purposes only, of all persons or entities that purchased or otherwise acquired shares of common stock, call options, or put options of Canopy Growth Corp., between June 27, 2018, and May 28, 2020, both dates inclusive, and appointing Plaintiffs as Class Representatives on behalf of the Settlement Class;

3. appointing Strategic Claims Services as Claims Administrator;

4. approving the form and manner of disseminating notice to the Settlement Class;

5. scheduling a hearing to consider final approval of the Settlement and an award of attorneys' fees and expenses and compensatory awards to the Plaintiffs; and

6. setting deadlines for the dissemination of notice, the submission of proofs of claim and requests for exclusion, the filing of objections, and the filing of the Plaintiffs' Counsel's motion for final approval of the

Settlement and applications for attorneys' fees and expenses and compensatory awards to the Plaintiffs.

Plaintiffs base this Unopposed Motion on this Notice of Motion, the Calandra Declaration, the Stipulation and all exhibits attached thereto, and Plaintiffs' supporting Memorandum of Law, all filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

The Defendants do not oppose the relief that the Plaintiffs seek. Accordingly, the Plaintiffs request that this Court enter the Proposed Order.

Dated:  February 4, 2022

**POMERANTZ LLP**

By: /s/ Brian Calandra

Brian Calandra
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: bcalandra@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Gonen Haklay

Gonen Haklay
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399

2

Email: ghaklay@rosenlegal.com
Email: lrosen@rosenlegal.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Shayne C. Stevenson*

Steve W. Berman
Shayne C. Stevenson
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Fax: (206) 623-0594
Email: steve@hbsslaw.com
Email: shaynes@hbsslaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

**THE SCHALL LAW FIRM**

Brian Schall
Rina Restaino
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
Facsimile: (877) 590-0482
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Lead Plaintiff David Pendola*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of February, 2022, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Brian Calanra*
Brian Calandra