# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDUARDO ORTIZ, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>CANOPY GROWTH CORPORATION, BRUCE LINTON, MARK ZEKULIN, MIKE LEE, TIM SAUNDERS, DAVID KLEIN, and RADE KOVACEVIC,<br><br>     Defendants. | Case No.: 2:19-cv-20543-KM-ESK |

## DECLARATION OF BRIAN CALANDRA IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

I, BRIAN CALANDRA, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am Of Counsel at the law firm Pomerantz LLP, court-appointed Lead Counsel for Co-Lead Plaintiffs Anthony Sultan, Ellaine Sultan, Anna Cooley, Formica Industries Limited, David Pendola and Dean K. Lurie (collectively, "Plaintiffs") and the proposed Settlement Class. I am admitted to practice before this Court. I respectfully submit this declaration in support of Plaintiffs' Unopposed

Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the matters testified to herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated as of February 4, 2022, with annexed exhibits.

3. Attached hereto as Exhibit 2 is a true and correct copy of the resume of Pomerantz LLP.

4. Attached hereto as Exhibit 3 is a true and correct copy of the resume of The Rosen Law Firm, P.A.

5. Attached hereto as Exhibit 4 is a true and correct copy of the resume of Hagens Berman Sobol Shapiro LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of February 2022 at New York, New York.

*/s/ Brian Calandra*
Brian Calandra