# EXHIBIT A-3

EXHIBIT A-3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDUARDO ORTIZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CANOPY GROWTH CORPORATION, BRUCE LINTON, MARK ZEKULIN, MIKE LEE, TIM SAUNDERS, DAVID KLEIN, and RADE KOVACEVIC,<br><br>Defendants. | Case No.: 2:19-cv-20543-KM-ESK |

## SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION AND FINAL APPROVAL HEARING

**To:** ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY TRADED SECURITIES OF CANOPY GROWTH CORPORATION ("CANOPY") BETWEEN JUNE 27, 2018, AND MAY 28, 2020, BOTH DATES INCLUSIVE

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the District of New Jersey that a hearing will be held on _____, 2022, at __:__ _.m. before the Honorable Kevin McNulty, United States District Judge of the District of New Jersey, Frank Lautenberg Post Office & U.S. Courthouse, 2 Federal Square, Courtroom PO 04, Newark, New Jersey 07102, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $13,000,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of

1

Lead Counsel for an award of attorneys' fees, reimbursement of expenses, and Compensatory Awards to Lead Plaintiffs should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement dated _____, 2022 ("Stipulation").

If you purchased or otherwise acquired Canopy Securities between June 27, 2018, and May 28, 2020, both dates inclusive ("Settlement Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Canopy securities. If you have not received a detailed Notice of Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form ("Proof of Claim"), you may obtain copies by contacting the Claims Administrator at: Canopy Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063, Telephone: (866) 274-4004, Facsimile: (610) 565-7985, or email: info@strategicclaims.net. You can also download copies of the Long Notice and submit your Proof of Claim online at www.strategicclaims.net/CanopyGrowth/. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a properly completed Proof of Claim electronically or postmarked no later than 11:59 EST on _____, 2022, or electronically no later than 11:59 p.m. EST on _____ __, 20__ to the Claims Administrator, establishing that you are entitled to recovery.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received or postmarked no later than _____ __, 2022, in the manner and form explained in the Notice. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

2

Exhibit A-3

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and awards to Lead Plaintiffs must be in the manner and form explained in the detailed Long Notice and filed with the Court no later than _____ __, 2022. Please also provide copies of objections to Lead Counsel and Counsel for Defendants listed below. If you have any questions about the Settlement, you may call or write to Lead Counsel listed below.

| **Clerk of the Court** | **Lead Counsel** | **Counsel For Defendants** |
|---|---|---|
| United States District Court<br>District of New Jersey<br>Martin Luther King Building<br>& U.S. Courthouse<br>50 Walnut Street Room 4015<br>Newark, NJ 07101<br>973-645-3730 | Brian Calandra<br>POMERANTZ LLP<br>600 Third Avenue, Floor 20<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (917) 463-1044<br>Email: bcalandra@pomlaw.com<br><br>Shayne C. Stevenson<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>Email: shaynes@hbsslaw.com<br><br>Gonen Haklay<br>THE ROSEN LAW FIRM, P.A.<br>101 Greenwood Avenue, Suite 440<br>Dresher, PA 19046<br>Tel: (215) 600-2817<br>Fax: (973) 833-0399<br>Email: ghaklay@rosenlegal.com | Andrew Muscato<br>Jay B. Kasner<br>Susan L. Saltzstein<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000 (fax)<br>Email:andrew.muscato@skadden.com<br>Email: jay.kasner@skadden.com<br>Email: susan.saltzstein@skadden.com |

**DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIMS PROCESS.**

Exhibit A-3

Dated: _____, 2022

_____
BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT
OF NEW JERSEY