RECEIVED

APR 21 2022

AT 8:30_____

WILLIAM T. WALSH, CLERK

April 16, 2022

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2022 APR 21 AM 10:50

Clerk of the Courts:

Re: Case No. 2:19-cv-20543-KM-ESK (D.N.J)

I object to proposed settlement with regards to attorneys' fee and expenses. My opinion of class action style suits is very low. The lawyers, consultants, accountants etc bleed the trust dry.

It is my opinion this should be dropped, thrown out, Etc. I hope that this case doesn't waste any more of the courts time.

Sincerely and respectfully

Eric A. Magendantz
1689 Clematis Ln
Winter Park, FL 32792
402-881-9494

10/17/2018 bought 2 @ 50.42 ID 205 205149565746
7/24/2020 sold 2 @ 16.2596 ID 2774924 6
7283

10/17/2018 Bought 15 CGG @ $50.42   ID 20514963075
3/9/2020 Sold 15 CGC @ 13.01   ID 25137777851

P.S. I did not copy the lead counsel et al because I don't want to waste postage on blood suckers