Mr. Eric Magendantz
1689 Clematis Ln
Winter Park, FL 32792



U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2022 APR 21  A 8:30



ORLANDO FL 328

16 APR 2022 PM 2 L

Clerk of Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Rm #4015—
Newark, NJ 07101