22 April 2022

Jeffrey T. Daye
1207 Sandtrap Way
Durham, NC 27703
(919)339-1428

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

2022 APR 29 P 3: 18

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2022 APR 29 P 2: 59

JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

Clerk of the Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Room 4015
Newark, NJ 07101

RE: Object to the proposed Settlement of Ortiz v. Canopy Growth Corporation, et al., Case No. 2:19-cv-20543-KM-ESK (D.N.J.)

I strongly object of the settlement of $0.03 per share as a compensation.
Seeking a total amount of $5000.00 for relief.

   a.  sufficient documentation – included
   b.  grounds for the objection – the actions of the defendant have caused me considerable financial degradation. The proposed settlement is unfair.

Jeffrey T. Daye

**Statement for the Period April 1, 2020 to May 31, 2020**

JEFFREY DAYE - USAA FSB Rollover IRA
Account Number: RRU-608509

**ACTIVITY > MISCELLANEOUS & CORPORATE ACTIONS**

This section includes miscellaneous and certain corporate action transactions such as mergers, acquisitions, currency conversions, shares delivered or received in-kind, with a zero dollar amount at the time the transaction occurred. It also includes Return of Principal transactions.

| Date | Account Type | Transaction | Description | Quantity | Amount | Cost | Transaction Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 05/11/20 | CASH | IN LIEU OF FRX SHARE | AURORA CANNABIS INC COM NPV(POST REV SPLIT) ISIN #CA05156X8843 SEDOL #BLB8BC8 LEU PAYOUT 05156X108 #REORI M0051260270001 | | $6.11 | $88.12 | ($82.01) |
| 05/11/20 | CASH | REVERSE SPLIT | AURORA CANNABIS INC COM NPV ISIN CA05156X1087 SEDOL BTGWJY9 1 FOR 12 R/S INTO AURORA CANNABIS INC R/S TO 05156X884 #REOR M0051260270000 TRAN VALUE: $22.68 | (34) | $0.00 | | |
| 05/11/20 | CASH | REVERSE SPLIT | AURORA CANNABIS INC COM NPV(POST REV SPLIT) ISIN #CA05156X8843 SEDOL #BLB8BC8 R/S FROM 05156X108 #REOR M0051260270001 TRAN VALUE: ($14.82) | 2 | $0.00 | $0.00 | $0.00 |
| 05/26/20 | CASH | CONVERSION | AURORA CANNABIS INC COM NPV(POST REV SPLIT) ISIN #CA05156X8843 SEDOL #BLB8BC8 TRANSFER TO SCHWAB TRAN VALUE: $31.22 | (2) | $0.00 | | |
| 05/26/20 | CASH | CONVERSION | CANOPY GROWTH CORPORATION COM NPV ISIN #CA1380351009 SEDOL #BYTN3W0 TRANSFER TO SCHWAB TRAN VALUE: $640.32 | (32) | $0.00 | | |
| 05/26/20 | CASH | CONVERSION | CRONOS GROUP INC COM NPV ISIN #CA22717L1013 SEDOL #BF01YS3 TRANSFER TO SCHWAB TRAN VALUE: $159.84 | (24) | $0.00 | | |

Account carried with National Financial Services LLC, Member NYSE, SIPC

XXXX 560_Transactions_20220416-160935

**Transactions for account XXXX-1560 as of 04/16/2022 16:09:36 ET**

| Date | Action | Symbol | Description | Quantity | Price | Fees & Comm | Amount |
|------|--------|--------|-------------|----------|-------|-------------|--------|
| 01/25/2022 | Buy | LIDR | AEYE INC CLASS A | 30 | $2.95 | | -$88.50 |
| 01/05/2022 | MoneyLink Transfer | | Tfr WELLS FARGO BANK N, JEFFREY T DAYE | | | | $100.00 |
| 10/16/2020 | MoneyLink Transfer | | Tfr WELLS FARGO BANK,, JEFFREY T DAYE | | | | -$743.82 |
| 10/14/2020 | Sell | ACB | AURORA CANNABIS INC F | 2 | $4.58 | | $9.16 |
| 10/14/2020 | Sell | CRON | CRONOS GROUP INC F | 24 | $5.62 | | $134.77 |
| 10/14/2020 | Sell | CGC | CANOPY GROWTH CORP F | 5 | $18.29 | | $91.45 |
| 10/14/2020 | Sell | CGC | CANOPY GROWTH CORP F | 27 | $18.29 | $0.01 | $493.92 |
| 05/26/2020 | External Transfe | CRON | CRONOS GROUP INC F | 24 | | | |
| 05/26/2020 | External Transfe | ACB | AURORA CANNABIS INC F | 2 | | | |
| 05/26/2020 | External Transfe | CGC | CANOPY GROWTH CORP F | 32 | | | |
| 05/26/2020 | External Transfe | | USAA TO CS&CO TRANSFER | | | | $14.52 |
| **Transactions Total** | | | | | | | $11.50 |

1

## Accounts > History

### Transactions From 04/16/2018 To 04/16/2022

| Date | Action | Details | Symbol | Description* | Quantity | Price | Fees & Comm | Amount |
|------|--------|---------|--------|--------------|----------|-------|-------------|--------|
| 01/25/2022 | Buy | Trade Details | LIDR | AEYE INC CLASS A | 30 | $2.95 | . | -$88.50 |
| 01/05/2022 | MoneyLink Transfer | | | Tfr WELLS FARGO BANK N, JEFFREY T DAYE | | | | $100.00 |
| 10/16/2020 | MoneyLink Transfer | | | Tfr WELLS FARGO BANK,, JEFFREY T DAYE | | | | -$743.82 |
| 10/14/2020 | Sell | Trade Details | ACB | AURORA CANNABIS INC F | 2 | $4.58 | | $9.16 |
| 10/14/2020 | Sell | Trade Details | CRON | CRONOS GROUP INC F | 24 | $5.6155 | | $134.77 |
| 10/14/2020 | Sell | Trade Details | CGC | CANOPY GROWTH CORP F | 5 | $18.2901 | | $91.45 |
| 10/14/2020 | Sell | Trade Details | CGC | CANOPY GROWTH CORP F | 27 | $18.2936 | $0.01 | $493.92 |
| 05/26/2020 | External Transfer | | CRON | CRONOS GROUP INC F | 24 | | | |
| 05/26/2020 | External Transfer | | ACB | AURORA CANNABIS INC F | 2 | | | |
| 05/26/2020 | External Transfer | | CGC | CANOPY GROWTH CORP F | 32 | | | |
| 05/26/2020 | External Transfer | | | USAA TO CS&CO TRANSFER | | | | $14.52 |

Transactions Total                                                                                          $11.50

(0007-7604)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Charles Schwab Bank, SSB and Charles Schwab Premier Bank, SSB (collectively, 'Affiliated Banks") and Charles Schwab & Co., Inc. ("Schwab") are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Deposit and lending products, including the Pledged Asset Line®, are offered by Charles Schwab Bank, SSB, Member FDIC and Charles Schwab Premier Bank, SSB, Member FDIC. Investment products are offered by Charles Schwab & Co., Inc., Member SIPC , are not insured by the FDIC, are not deposits or obligations of the Affiliated Banks, and are subject to investment risk, including the possible loss of principal invested. The Affiliated Banks are not acting or registered as securities broker-dealers or investment advisors. Bank Sweep deposits are held at one or more FDIC-insured banks that are affiliated with Charles Schwab & Co., Inc. ("Affiliated" "Banks"). Funds deposited at Affiliated Banks are insured, in aggregate, up to $250,000 per Affiliated Bank, per depositor, for each account ownership category, by the Federal Deposit Insurance Corporation (FDIC). Securities products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc. (Member SIPC ) are not deposits or obligations of the Affiliated Banks, are subject to investment risk, are

Account: XXXX-X560
Today's Date: 3:50 PM, 16/04/2022

Case 2:19-cv-20543-WCA-MAH   Document 91   Filed 04/29/22   Page 5 of 5 PageID: 7259

JT Daye
1207 Sandtrap Way
Durham, NC 27703

RALEIGH NC 275
Research Triangle Region
26 APR 2022 PM 6 L

usa
forever

Clerk of the Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Room 4015
Newark, NJ 07101

07101-999955