# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDUARDO ORTIZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CANOPY GROWTH CORPORATION, BRUCE LINTON, MARK ZEKULIN, MIKE LEE, TIM SAUNDERS, DAVID KLEIN, and RADE KOVACEVIC,<br><br>Defendants. | Case No.: 2:19-cv-20543-KM-ESK<br><br>Hon. Kevin McNulty |

## NOTICE OF CO-LEAD PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Co-Lead Plaintiffs Anthony Sultan, Ellaine Sultan, Anna Cooley, Formica Industries Limited, David Pendola, and Dean K. Lurie (collectively, "Plaintiffs"), by their undersigned attorneys, will move this Court on June 7, 2022 at 2:30 p.m., by way of a Final Approval Hearing (*see* Dkt. 89), for an Order to: (1) approve the Settlement as final; (2) certify the Class; (3) approve the Notice Plan; and (4) approve the Plan of Allocation. In support thereof, Plaintiffs file the accompanying Memorandum of Law. A [Proposed] Order with respect to both this Motion and the Motion For an Award of Attorneys' Fees and

Expenses and Compensatory Awards for Plaintiffs will be attached to reply papers, so that it can be adjusted after the exclusion deadline to reflect parties seeking exclusion.

Dated:  May 3, 2022　　　　　　　　　**POMERANTZ LLP**

By: */s/ Brian Calandra*
Brian Calandra
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: bcalandra@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Gonen Haklay*
Gonen Haklay
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
Email: ghaklay@rosenlegal.com
Email: lrosen@rosenlegal.com


**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Shayne Stevenson*
Steve W. Berman
Shayne C. Stevenson
1301 Second Avenue, Suite 2000
Seattle, WA 98101

Telephone: (206) 623-7292
Fax: (206) 623-0594
Email: steve@hbsslaw.com
shaynes@hbsslaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

**THE SCHALL LAW FIRM**

Brian Schall
Rina Restaino
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
Facsimile: (877) 590-0482
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Lead Plaintiff David Pendola*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May 2022, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Brian Calandra*
Brian Calandra