# EXHIBIT A

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDUARDO ORTIZ, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>CANOPY GROWTH CORPORATION, BRUCE LINTON, MARK ZEKULIN, MIKE LEE, TIM SAUNDERS, DAVID KLEIN, and RADE KOVACEVIC,<br><br>              Defendants. | Case No.: 2:19-cv-20543-KM-ESK |

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING (A) MAILING OF THE POSTCARD NOTICE; AND (B) REPORT ON REQUESTS FOR EXCLUSION, OBJECTIONS AND CLAIMS RECEIVED**

I, Margery Craig, declare as follows:

1. I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over fourteen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred (500) class action cases since its inception. Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated February 7, 2022 ("Court's Preliminary Approval Order") (Dkt. No. 89), SCS was retained as the Claims Administrator to supervise and administer the notice procedures, as well as the processing of claims, in connection with the Settlement[1] in the above-captioned action. I submit this

---

[1] All capitalized terms not otherwise defined herein have the meanings set forth in the Stipulation of Settlement, dated as of February 4, 2022 ("Stipulation"). (Dkt. No. 88-3).

declaration as a supplement to my previously filed Declaration of Margery Craig Concerning (A) CAFA Mailing; (B) Mailing of the Postcard Notice; (C) Publication of the Summary Notice; and (D) Report on Requests for Exclusion and Objections Received to Date, dated May 3, 2022 (the "Initial Mailing Declaration") in order to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

### UPDATE ON MAILING OF THE POSTCARD NOTICE

2.      As reported in the Initial Mailing Declaration, SCS mailed or emailed 2,195 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  Following this mailing and as of the date of the Initial Mailing Declaration, 1,174,830 potential Settlement Class Members were notified either by the mailed Postcard Notice or by the emailed link to the Long Notice and Proof of Claim. Since the Initial Mailing Declaration, SCS received 48 additional names and addresses from three nominees and promptly mailed the Postcard Notices.  SCS was also notified by a nominee that they emailed an additional 2,240 customers the direct link to the Long Notice and Proof of Claim. In total, as of the date of this Declaration, 1,177,118[2] Postcard Notices or the direct link to the Long Notice and Proof of Claim have been mailed or emailed to potential Settlement Class Members and nominees.

---

[2]      Of the 1,177,118 potential Settlement Class Members notified, we received 838 requests to mail them the Long Notice and Proof of Claim. Since the Initial Mailing Declaration, SCS has received an additional 956 requests from potential Settlement Class Members to mail them the Long Notice and Proof of Claim. In total, SCS mailed 1,794 Long Notice and Proof of Claims.

3.      Since the Initial Mailing Declaration, 7,412 Postcard Notices were returned to SCS as undeliverable.  Of the 7,412, the United Postal Service provided forwarding addresses for 852, and SCS immediately mailed another Postcard Notice to the updated addresses. The remaining 6,560 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 2,147 were re-mailed to updated addresses.

### UPDATE ON TOLL-FREE TELEPHONE LINE

4.      The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement as well as request a Long Notice and Proof of Claim.  Since the Initial Mailing Declaration, SCS received 4,972 inquiries via the toll-free telephone line, as well as 576 inquiries via email. SCS has promptly responded to each telephone inquiry and email from Settlement Class Members and will continue to do so.

### UPDATE ON SETTLEMENT WEBPAGE

5.      The Initial Mailing Declaration also noted that on February 24, 2022, SCS established a webpage for this Settlement at www.strategicclaims.net/Canopy/. The webpage is accessible 24 hours a day, 7 days a week. The webpage contains a current status of the case, the case deadlines, the online claim filing link, and important documents such as the Long Notice and Proof of Claim, the Postcard Notice, the Preliminary Approval Order, and the Stipulation. Since the filling of the Initial Mailing Declaration, the webpage has received 191,001 pageviews from 31,980 unique users.

### REPORT ON REPORT ON EXCLUSIONS, OBJECTIONS AND CLAIMS

6.      The Long Notice informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS and that they were received no later than May

3

17, 2022. SCS has been monitoring all mail received for this case. As previously reported in the Initial Mailing Declaration, SCS received 11 invalid requests for exclusion. Copies of these 11 exclusion requests were attached as Exhibit F to the Initial Mailing Declaration. Since the Initial Mailing Declaration, one of the invalid exclusion requests responded to SCS' letter with the requested additional information; therefore, it is now valid. A copy of this response is attached as **Exhibit A**. Additionally, since the Initial Mailing Declaration, SCS has received 18 more requests for exclusion. Of these 18 exclusion requests, eight are invalid as they did not provide the required information and documents; seven are valid exclusion requests; two is invalid because the investor purchased and sold their shares in the same inflation period and has no recognized loss; and the remaining one is invalid because the investor purchased shares for less than $17.16 and has no recognized loss. SCS notified the eight potential Settlement Class Members either by mail or email who could theoretically perfect a valid claim (and then exclude themselves), explaining what further information and/or documentation was required to cure the deficient request. To date, SCS has not received a response from these eight potential Settlement Class Members. **Exhibit B** is a copy of the 18 exclusion requests, the additional documents received, and the notifications SCS sent. In total, SCS has received 29 exclusion requests, eight are valid and 21 are invalid.

7.      The Long Notice informed potential Settlement Class Members seeking to object to the proposed Settlement, any part of the Settlement, the proposed Plan of Allocation, and/or Lead Counsel's motion for attorneys' fees and expenses and application for a compensatory award to Plaintiffs, that objections were required to submit their objection in writing, and received by Lead Counsel and Counsel for Defendants, as well as filed with the Clerk of the Court, no later than May 17, 2022. As previously reported in the Initial Mailing Declaration,

4

SCS received two objections. Copies of these two objections were attached as Exhibit G to the Initial Mailing Declaration. Since the Initial Mailing Declaration was submitted, SCS received one additional objection which is attached hereto as **Exhibit C.**

**UPDATE ON CLAIM FORM FILING STATUS**

14.    To date, SCS has received 203,245 Claim Forms.  The deadline to submit a claim: (i) if electronically at SCS's website, is 11:59 p.m. EDT on June 14, 2022; or (ii) if by mail, postmarked no later than June 14, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31st day of May, in Media, Pennsylvania.

Margery Craig

5
