**EXHIBIT B**

Leah Willett

April 15, 2022

Canopy Growth Corp. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

To whom it may concern:

I hereby request exclusion from the Settlement Class in Ortiz v. Canopy Growth Corporation, Case No. 2:19-cv-20543-KM-ESK (D.N.J.).

On July 31, 2019, I purchased 400 shares of Canopy Growth Corporation (CGC) at $33.43 per share (see attached statement from E-trade). As of May 28, 2020, I owned 400 shares of CGC.

Sincerely,

Leah Willett



PAGE 1 OF 6

August 1, 2019 - August 31, 2019
Account Number:
Account Type:      INDIVIDUAL

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**

Keep your information up to date.
Check that your profile is current and correct for
security purposes. Visit *etrade.com/myprofile*
to review your account info.

Want to get important documents faster?
Get your statements, confirms, and tax forms
online with paperless delivery. Enroll at
*etrade.com/paperless.*

LEAH WILLETT

## Account At A Glance

$16,038.45

$11,802.76

As of 07/31/19          As of 08/31/19

Net Change:                        $-4,235.69

---

▲ DETACH HERE
- LEAH WILLETT

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**   **Acct:**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please email us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU. In case of errors or questions about your electronic transfers please telephone us at 800-ETRADE-1 immediately or write us at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or the problem appeared. When you contact us, you must:
1. Tell us your name, account number, and ATM card or Check card number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you. Inquiries concerning the positions and balances in your account may be directed to ETS at 800-503-9260. All other inquiries regarding your account or the activity therein should be directed to ETS. Please promptly report any inaccuracy or discrepancy in your account to ETS at 800-503-9260. You should re-confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders and whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

**Margin Accounts.** The amount of margin required will be the greater of (1) the amount required by applicable laws, regulations, the rules of applicable self-regulatory organizations and clearinghouses, or (2) the amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at: www.etrade.com/cashbalance, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For detailed information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other more traditional investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values showing on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place following the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

S1RB240 – 06/19

Case 2:19-cv-20543-MCA-MAH   Document 97-4   Filed 05/31/22   Page 4 of 50 PageID: 7806



**E✳TRADE**

**E✳TRADE** Securities
Investment Account

**Account Number:**          Statement Period :  August 1, 2019 - August 31, 2019          Account Type:  INDIVIDUAL

**Customer Update:**

Invest on the go.
With the E✳TRADE Mobile app, you have everything you need in the palm of your hand—investing,
trading, research, easy-to-use tools, and more. Visit *etrade.com/mobile* to learn more.

## ACCOUNT OVERVIEW

| | | |
|---|---|---|
| Last Statement Date: | | July 31, 2019 |
| Beginning Account Value (On 07/31/19): | $ | 16,038.45 |
| Ending Account Value (On 08/31/19): | $ | 11,802.76 |
| Net Change: | $ | -4,235.69 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 08/31/19)

10.75% - Cash & Equivalents

89.25% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 08/31/19 | AS OF 07/31/19 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ 1,268.76 | $ 16,038.45 | -92.09% |
| **Total Cash/Margin Debt** | **$ 1,268.76** | **$ 16,038.45** | **-92.09%** |
| Stocks, Options & ETF (Long) | $ 10,534.00 | $ 0.00 | -- |
| **Total Value of Securities** | **$ 10,534.00** | **$ 0.00** | **--** |
| **Net Account Value** | **$ 11,802.76** | **$ 16,038.45** | **-26.41%** |

Securities products and services are offered by E✳TRADE Securities LLC, Member FINRA/SIPC.
Sweep Deposit Account is a bank deposit account with E✳TRADE Bank, a Federal savings bank,
Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of
$250,000. Securities products and cash balances other than Sweep Deposit Account funds are
not FDIC-insured, are not guaranteed deposits or obligations of E✳TRADE Bank, and are subject
to investment risk, including possible loss of the principal invested.
        E✳TRADE Securities LLC ✳ PO Box 484, Jersey City, NJ 07303-0484 ✳ www.etrade.com ✳ 1-800-ETRADE-1 (1-800-387-2331) ✳ Member FINRA/SIPC



# E✳TRADE®

**E✳TRADE** Securities
Investment Account

**Account Number:**                    Statement Period :   August 1, 2019 - August 31, 2019                    Account Type:  INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

| | | |
|---|---|---|

Chart values:

| Month | Value |
|---|---|
| AUG-18 | 0.00% |
| SEP-18 | 0.00% |
| OCT-18 | 0.00% |
| NOV-18 | 0.00% |
| DEC-18 | 0.00% |
| JAN-19 | 0.00% |
| FEB-19 | 0.00% |
| MAR-19 | 0.00% |
| APR-19 | 0.00% |
| MAY-19 | 0.00% |
| JUN-19 | 0.00% |
| JUL-19 | 612.48% |
| AUG-19 | -26.41% |

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ -14,769.90 | $ -14,769.90 |
| Interest Received | | |
| Taxable | $ 0.21 | $ 0.21 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 08/31/19)

Pie chart:
- 9.34%  - CRON
- 10.75%  - CASH EQUIV
- 79.91%  - CGC

Case 2:19-cv-20543-MCA-MAH   Document 97-4   Filed 05/31/22   Page 6 of 50 PageID: 7808

# E✳TRADE®

| Account Number: | Statement Period : August 1, 2019 - August 31, 2019 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (10.75% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| Extended Insurance Sweep Deposit Account | | |
| Opening Balance | | 16,038.46 |
| Closing Balance | 10.75 | 1,268.76 |
| Average Balance | | 4,127.42 |
| Extended Insurance Sweep Deposit Account Balance by Bank as of August 31, 2019 | | |
| ETRADE BANK | | 1,268.76 |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| TOTAL CASH & CASH EQUIVALENTS | 10.75% | $1,268.76 |
|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (89.25% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***CANOPY GROWTH CORPORATION COMMON SHARES | CGC | Margin | 400 | 23.5800 | 9,432.00 | 79.91 | | |
| ***CRONOS GROUP INC COM | CRON | Margin | 100 | 11.0200 | 1,102.00 | 9.34 | | |
| TOTAL STOCKS, OPTIONS & ETF | | | | | $10,534.00 | 89.25% | | |

| TOTAL PRICED PORTFOLIO HOLDINGS (ON 08/31/19) | | | | | $11,802.76 | | | |
|---|---|---|---|---|---|---|---|---|

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 07/31/19 09:32 | 08/02/19 | ***CANOPY GROWTH CORPORATION COMMON SHARES | CGC | Bought | 400 | 33.4300 | 13,378.95 | |
| 07/31/19 09:30 | 08/02/19 | ***CRONOS GROUP INC COM | CRON | Bought | 100 | 13.8400 | 1,390.95 | |
| TOTAL SECURITIES ACTIVITY | | | | | | | $14,769.90 | |

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

# E✳TRADE®

E✳TRADE Securities
Investment Account

| Account Number: | Statement Period : August 1, 2019 - August 31, 2019 | Account Type: INDIVIDUAL |
|---|---|---|

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 08/26/19 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | 0.21 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | $0.21 |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | $0.21 |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 08/01/19 | Adjustment | TFR CASH TO MARGIN | 14,769.90 | |
| 08/01/19 | Adjustment | TFR CASH TO MARGIN | | 14,769.90 |
| **NET WITHDRAWALS & DEPOSITS** | | | | $0.00 |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( 0.0300% APY/0.0600%APY Earned as of  08/31/19)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 08/01/19 | | OPENING BALANCE | $16,038.45 |
| 08/01/19 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -14,769.90 |
| 08/26/19 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.21 |
| 08/31/19 | | CLOSING BALANCE | $1,268.76 |

23 APR 2022 PM 5 L

940

Sheila Leah Willett

7

Canopy Growth Corp Securities Litigation
c/o Strategic Claims Services
PO Box 230
600 N Jackson St Suite 205          APR 26 2022
Media, PA 19063

19063-255455

*Canopy Growth Corp. Securities Litigation*  
c/o Strategic Claims Services  
600 N. Jackson Street – Suite 205  
Media, PA 19063

Phone: (866) 274-4004  
Fax: (610) 565-7985  
Email: info@strategicclaims.net

May 4, 2022

Leah Willett

Re:  *Canopy Growth Corp. Securities Litigation*

Ms. Willett,

We received your request for exclusion from the *Canopy Growth Corp. Securities Litigation,* Case No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is needed in order for your request to be valid:

- Supporting documentation for the number of shares held on August 26, 2020, an authorized statement from the broker containing the holding information found in an account statement; and/or
- If the shares were sold prior to August 26, 2020, please submit your trade confirmation slips, broker account statements, or an authorized statement from the broker containing the sale transaction information between June 27, 2018 and August 26, 2020.

For your request to be honored, we must receive the information above no later than **May 17, 2022.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Margery Craig  
Project Manager  
Strategic Claims Services



**July 1, 2020 - August 31, 2020**

**Account Number:**

**Account Type:**    INDIVIDUAL

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**

Based on when the statement was generated, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. To review your most current portfolio value, visit *etrade.com*.

**IMPORTANT INFORMATION:**

**Want to get important documents faster?**

Get your statements, confirms, and tax forms online with paperless delivery. Enroll at *etrade.com/paperless.*

LEAH WILLETT

---

**E*TRADE Securities**
**Investment Account**

**Account At A Glance**



| | |
|---|---|
| $8,333.88 | $8,408.90 |
| As of 06/30/20 | As of 08/31/20 |

**Net Change:**    $75.02

---

▲ DETACH HERE

LEAH WILLETT

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**    **Acct:**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |



Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through *etrade.com* or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or *www.finra.org*.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity.
In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ('SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit *www.sipc.org* or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at *https://us.etrade.com/customer-service/faq*. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at: *https://us.etrade.com/l/options-uninvested-cash*, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/easconnectssweepagree or requested by calling 866-789-0755.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at *etrade.com* and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at *etrade.com* or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting *etrade.com*, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through *etrade.com* or call 800-ETRADE1 with any questions.

S1RB240 - 07/20



**Account Number:**      **Statement Period :**   July 1, 2020 - August 31, 2020      **Account Type:**   INDIVIDUAL

## Customer Update:

Based on when the statement was generated, the value of unsettled trades or pending transactions (e.g. those that occur or settle after the last business day of the month) may not be reflected on your statement. To see your most current portfolio value, visit *etrade.com*.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | June 30, 2020 |
| Beginning Account Value (On 06/30/20): | $ 8,333.88 |
| Ending Account Value (On 08/31/20): | $ 8,408.90 |
| Net Change: | $ 75.02 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 08/31/20)



14.79% - Cash & Equivalents

85.21% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 08/31/20 | AS OF 06/30/20 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ 1,243.90 | $ 1,268.88 | -1.97% |
| **Total Cash/Margin Debt** | **$ 1,243.90** | **$ 1,268.88** | **-1.97%** |
| Stocks, Options & ETF (Long) | $ 7,165.00 | $ 7,065.00 | 1.42% |
| **Total Value of Securities** | **$ 7,165.00** | **$ 7,065.00** | **1.42%** |
| **Net Account Value** | **$ 8,408.90** | **$ 8,333.88** | **0.90%** |

Securities products and services are offered by **E*TRADE Securities LLC**, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E*TRADE Bank**, a Federal savings bank, Member **FDIC**. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of **$250,000**. Securities products and cash balances other than Sweep Deposit Account funds are not **FDIC**-insured, are not guaranteed deposits or obligations of **E*TRADE Bank**, and are subject to investment risk, including possible loss of the principal invested.

Case 2:19-cv-20543-MCA-MAH  Document 97-4  Filed 05/31/22  Page 12 of 50 PageID: 7814



# E✳TRADE®

## E✳TRADE Securities
### Investment Account

**Account Number:**

**Statement Period :** July 1, 2020 - August 31, 2020

**Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

Monthly values with percentage changes:

| Month | % |
|-------|-----|
| AUG-19 | -26.41% |
| SEP-19 | -3.87% |
| OCT-19 | -11.21% |
| NOV-19 | -6.79% |
| DEC-19 | 11.52% |
| JAN-20 | 5.11% |
| FEB-20 | -14.91% |
| MAR-20 | -18.81% |
| APR-20 | 8.67% |
| MAY-20 | 7.35% |
| JUN-20 | -6.04% |
| JUL-20 | 10.82% |
| AUG-20 | -8.95% |

(Value axis: $0, $2,000, $4,000, $6,000, $8,000, $10,000, $12,000, $14,000, $16,000, $18,000, $20,000)

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|-------------|-------------|--------------|
| Interest Received | | |
| Taxable | $    0.02 | $    0.08 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 08/31/20)



78.58% - CGC
6.62% - CRON
14.79% - CASH EQUIV

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



# E✳TRADE®

## E✳TRADE Securities
### Investment Account

**Account Number:**

**Statement Period :** July 1, 2020 - August 31, 2020

**Account Type:** INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (14.79% of Holdings)

| DESCRIPTION | | PORTFOLIO % | AMOUNT |
|---|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | | |
| Opening Balance | | | **1,268.88** |
| Closing Balance | | **14.79** | **1,243.90** |
| Average Balance | | | **1,155.56** |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of August 31, 2020** | | | |
| ETRADE BANK | | | **1,243.90** |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| TOTAL CASH & CASH EQUIVALENTS | | 14.79% | $1,243.90 |
|---|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (85.21% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***CANOPY GROWTH CORPORATION COMMON SHARES | CGC | Margin | 400 | 16.5200 | 6,608.00 | 78.58 | | |
| ***CRONOS GROUP INC COM | CRON | Margin | 100 | 5.5700 | 557.00 | 6.62 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$7,165.00** | **85.21%** | | |

| TOTAL PRICED PORTFOLIO HOLDINGS (ON 08/31/20) | | | | | $8,408.90 | | | |
|---|---|---|---|---|---|---|---|---|

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 07/27/20 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | 0.01 |
| 08/26/20 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | 0.01 |

**Account Number:**     **Statement Period :**   July 1, 2020 - August 31, 2020     **Account Type:**   INDIVIDUAL

## DIVIDENDS & INTEREST ACTIVITY (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | $0.02 |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | $0.02 |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|---|
| 08/10/20 | Wire | WIRE OUT | | 1,000.00 | |
| 08/10/20 | Other | OUTGOING WIRE FEE | | 25.00 | |
| 08/12/20 | Deposit | ACH DEPOSIT REFID:52084227482; | | | 1,000.00 |
| **NET WITHDRAWALS & DEPOSITS** | | | | $25.00 | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( **0.0100**% APY/**0.0100**%APY Earned as of 08/31/20)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **07/01/20** | | **OPENING BALANCE** | **$1,268.88** |
| 07/27/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.01 |
| 08/10/20 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -1,025.00 |
| 08/13/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 1,000.00 |
| 08/26/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.01 |
| **08/31/20** | | **CLOSING BALANCE** | **$1,243.90** |

Case 2:19-cv-20543-MCA-MAH   Document 97-4   Filed 05/31/22   Page 15 of 50 PageID: 7817



**July 1, 2020 - August 31, 2020**
**Account Number:**

**E\*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**IMPORTANT INFORMATION:**
**Want to get important documents faster?**
Get your statements, confirms, and tax forms online with paperless delivery. Enroll at *etrade.com/paperless.*

## Customer Update:

Based on when the statement was generated, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. To review your most current portfolio value, visit *etrade.com.*

E\*TRADE Securities
Investment Account

---

### Account At A Glance



| | |
|---|---|
| **$8,333.88** | **$8,408.90** |
| **As of 06/30/20** | **As of 08/31/20** |

**Net Change:**                              **$75.02**

---

▲ DETACH HERE

LEAH WILLETT

Make checks payable to E\*TRADE Securities LLC

Mail deposits to:

E\*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

| Use This Deposit Slip | Acct: |
|---|---|

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

E\*TRADE



E✱TRADE Securities
Investment Account

E✱TRADE®

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self -regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ('SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202- 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at: https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/easconnectsweepagree or requested by calling 866-789-0755.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

S1RB240 - 07/20

# E✳TRADE®

E✳TRADE Securities
**Investment Account**



| | |
|---|---|
| **Account Number:** | |
| **Statement Period :** July 1, 2020 - August 31, 2020 | **Account Type:** INDIVIDUAL |

**Customer Update:**

Based on when the statement was generated, the value of unsettled trades or pending transactions (e.g. those that occur or settle after the last business day of the month) may not be reflected on your statement. To see your most current portfolio value, visit *etrade.com*.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | June 30, 2020 |
| Beginning Account Value (On 06/30/20): | $ 8,333.88 |
| Ending Account Value (On 08/31/20): | $ 8,408.90 |
| Net Change: | $ 75.02 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 08/31/20)



14.79% - Cash & Equivalents

85.21% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 08/31/20 | AS OF 06/30/20 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ 1,243.90 | $ 1,268.88 | -1.97% |
| **Total Cash/Margin Debt** | **$ 1,243.90** | **$ 1,268.88** | **-1.97%** |
| Stocks, Options & ETF (Long) | $ 7,165.00 | $ 7,065.00 | 1.42% |
| **Total Value of Securities** | **$ 7,165.00** | **$ 7,065.00** | **1.42%** |
| **Net Account Value** | **$ 8,408.90** | **$ 8,333.88** | **0.90%** |

Securities products and services are offered by **E✳TRADE** Securities LLC, Member **FINRA/SIPC**. Sweep Deposit Account is a bank deposit account with **E✳TRADE** Bank, a Federal savings bank, Member **FDIC**. Sweep deposit accounts at each bank are **FDIC**-insured up to a maximum of **$250,000**. Securities products and cash balances other than Sweep Deposit Account funds are not **FDIC**-insured, are not guaranteed deposits or obligations of **E✳TRADE** Bank, and are subject to investment risk, including possible loss of the principal invested.



**E✱TRADE** ®

**E✱TRADE Securities**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** | **Statement Period :** July 1, 2020 - August 31, 2020 | **Account Type:** INDIVIDUAL |

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Interest Received | | |
| Taxable | $ 0.02 | $ 0.08 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 08/31/20)



6.62%  - CRON
14.79%  - CASH EQUIV
78.58%  - CGC

# E✱TRADE®



| Account Number: | Statement Period : July 1, 2020 - August 31, 2020 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (14.79% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | 1,268.88 |
| Closing Balance | 14.79 | 1,243.90 |
| Average Balance | | 1,155.56 |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of August 31, 2020** | | |
| ETRADE BANK | | 1,243.90 |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| TOTAL CASH & CASH EQUIVALENTS | 14.79% | $1,243.90 |
|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (85.21% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***CANOPY GROWTH CORPORATION COMMON SHARES | CGC | Margin | 400 | 16.5200 | 6,608.00 | 78.58 | | |
| ***CRONOS GROUP INC COM | CRON | Margin | 100 | 5.5700 | 557.00 | 6.62 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$7,165.00** | **85.21%** | | |

| TOTAL PRICED PORTFOLIO HOLDINGS (ON 08/31/20) | $8,408.90 |
|---|---|

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 07/27/20 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | 0.01 |
| 08/26/20 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | 0.01 |

# E✱TRADE®



**E✱TRADE Securities**
**Investment Account**

| Account Number: | Statement Period : July 1, 2020 - August 31, 2020 | Account Type: INDIVIDUAL |
|---|---|---|

## DIVIDENDS & INTEREST ACTIVITY (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | $0.02 |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | $0.02 |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 08/10/20 | Wire | WIRE OUT | 1,000.00 | |
| 08/10/20 | Other | OUTGOING WIRE FEE | 25.00 | |
| 08/12/20 | Deposit | ACH DEPOSIT REFID:52084227482; | | 1,000.00 |
| **NET WITHDRAWALS & DEPOSITS** | | | **$25.00** | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( **0.0100**% APY/**0.0100**%APY Earned as of 08/31/20)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **07/01/20** | | **OPENING BALANCE** | **$1,268.88** |
| 07/27/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.01 |
| 08/10/20 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -1,025.00 |
| 08/13/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 1,000.00 |
| 08/26/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.01 |
| **08/31/20** | | **CLOSING BALANCE** | **$1,243.90** |

Canopy Growth Corp.
Securities Litigation c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

**Today's Date: 26April2022**

**SUBJECT: Nancy T Kamm requests exclusion from the Settlement Class in Ortiz v. Canopy Growth Corporation, Case No. 2:19-cv-20543-KM-ESK (D.N.J.).**

Below is information requested concerning this exclusion. Please research the BUY transaction details provided in this letter to confirm trade proof for the 2 applicable BUY transactions executed through Schwab during the Settlement Class Period.  I am not providing personal account information, as this violates my financial and personal privacy. I have nothing to gain except financial exposure by providing this information since I am EXCLUDING myself from this class action. If this is an issue and I am included in the class as a result, I will not benefit at all from this class action based on estimated settlement compensation.

(A)  Name, address, telephone number, and e-mail address (if any)

Nancy Kamm,                                                    -- Phone:

(B)  Date, number of securities, and dollar amount of all purchases, acquisitions, sales, or dispositions of Canopy Securities during the Settlement Class Period

**NOTE: NO CGC Shares were sold during the Settlement Class Period.**

| Date | Action | Details | Symbol/Desc | QTY | Price | Fees/Comm & | TOTAL |
|---|---|---|---|---|---|---|---|
| 12/08/2020 | Sell | Trade Detail NOT provided (out of settle period) | CGC | CANOPY GROWTH CORP F | 60 | $28.076 | $0.04 | $1,684.52 |
| 02/26/2020 | Buy | See Trade Detail provided in C below | CGC | CANOPY GROWTH CORP F | 40 | $20.188 | | -$807.52 |
| 09/24/2018 | Buy | See Trade Detail provided in C below | CGC | CANOPY GROWTH CORP F | 20 | $50.945 | $4.95 | -1,023.85 |

**Total 3 TXNs:  - $146.85**

Exclusion of Nancy T Kamm                      CGC Settlement Class Action                      Page    1

(C)  Number of Canopy Securities held by you as of May 28, 2020.

Refer to (B) for Securities held -- 60 Shares were held as of May 28, 2020. **NOTE these shares were NOT sold suring the settlement class period.**

Documentary Proof for CGC Securities held during the settlement class period
(i)      Each purchase or acquisition – See figures below for 2 Purchase Transactions.
(ii)     **Not applicable**

| Accounts > History | |
|---|---|
| **Trade Details** | |
| **CGC - CANOPY GROWTH CORP F** | |
| Transactions | Trade Details |
| Trade Date | 09/24/2018 |
| Settle Date | 09/26/2018 |
| Security # | 1421725 |
| CUSIP # | 138035100 |
| Action | Buy |
| Quantity | 20 |
| Price | $50.945 |
| Principal | -$1,018.90 |
| Commission | $4.95 |
| Total | -$1,023.85 |

| **Trade Details** | |
|---|---|
| **CGC - CANOPY GROWTH CORP F** | |
| Transactions | Trade Details |
| Trade Date | 02/26/2020 |
| Settle Date | 02/28/2020 |
| Security # | 1421725 |
| CUSIP # | 138035100 |
| Action | Buy |
| Quantity | 40 |
| Price | $20.188 |
| Principal | -$807.52 |
| Commission | 0.00 |
| Total | -$807.52 |

**Signed below by Nancy T Kamm, the "beneficial owner" of the CGC Securities identified in this letter.**

*Nancy T Kamm*

**Nancy T Kamm**



Ms. Nancy Kamm

25 APR 2022

APR 28 2022



CANOPY GROWTH CORP
SECURITIES LITIGATION
c/o STRATEGIC CLAIMS SERVICES
P.O. BOX 230
600 N. JACKSON ST., STE 205
MEDIA, PA  19063

19063-256455

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

### In The Matter of

*EDUARDO ORTIZ v. CANOPY GROWTH CORPORATION*
UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY
Case No.: 2:19-cv-20543-KM-ESK

Canopy Growth Corp. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Facsimile: (610) 565-7985

----

Name:  **Justin Robert Parke**r

Street Address:

Telephone Number:
Email Address:                          ╭─

Date of Securities purchased during Settlement Class Period:  **07/15/2019**
Securities purchased during Settlement Class Period:  **3**
Canopy Securities held by you as of May 28, 2020:  **559**

I, Justin Robert Parker, wish to be excluded from the settlement class in Eduardo Ortiz v. Canopy Growth Corporation, United States District Court District New Jersey Case Number 2:19-cv-20543-KM-ESK. I understand I will not receive money from the class settlement.

I further verify that the following is true: My name, address and other contact information are accurately set forth above. I received and read the Notice of Pendency of Class Action and proposed Settlement that was sent to me via an E*TRADE Securities Email. I understand that by signing this letter, I voluntarily choose to "opt out" of the proposed Settlement of this Class Action. I understand that by opting out, I may not accept any money allocated for me in the proposed Settlement. On the other hand, I also understand that if I wish to assert any claims related to those set forth in this lawsuit, I can do so separately. Furthermore, I object to both the settlement amount and the "supposed" Settlement Class Period. And, I understand that I will need to consult with an attorney to obtain advice regarding my future rights with respect to this Settlement. I have included all requested documents and I have not been coerced by anyone to opt out of this Class Action. I choose to opt out of my own free will.

I declare under penalty of perjury under the laws of the State of New Jersey that the forgoing is true and correct.

Signed: _____   Date: _04/15/2022_

Printed Name: _Justin Parker_

# E✳TRADE FINANCIAL®

Trading  ·  Investing  ·  Banking

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number:**

**E✳TRADE Securities LLC**
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Account Name:**
JUSITN PARKER

**Customer Update**
Tax questions? No problem. Get helpful tips, tools, and key dates in the E*TRADE Tax Center. Visit etrade.com/tax today.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/11/16 | 03/16/16 | 6 1 | TWMJF | BUY | 150 | $2.11 | Cash | PRINCIPAL | $316.50 |
| ***CANOPY GROWTH CORPORATION COM | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | NET AMOUNT | $326.49 |
| 03/11/16 | 03/16/16 | 6 1 | TWMJF | BUY | 319 | $2.10 | Cash | PRINCIPAL | $669.90 |
| ***CANOPY GROWTH CORPORATION COM | | | | | | | | NET AMOUNT | $669.90 |

▲  DETACH HERE

JUSITN PARKER

Make checks payable to E*TRADE Clearing LLC.
Mail deposits to:

E*TRADE CLEARING LLC
PO Box 484
Jersey City, NJ 07303-0484

DETACH HERE  ▲

**Use This Deposit Slip     Acct:**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

# E✱TRADE
# FINANCIAL®
Trading  •  Investing  •  Banking

**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number:**

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Account Name:**
JUSITN PARKER

**Customer Update**
Take advantage of the Online Customer Service Center to complete a number of transactions and interactions. Please visit etrade.com/servicecenter to learn more.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/25/17 | 04/28/17 | 6 1 | TWMJF | BUY | 3 | $6.9243 | Cash | PRINCIPAL | $20.77 |
| ***CANOPY GROWTH CORPORATION COM | | | | | | | | COMMISSION | $6.95 |
| | | | | | | | | NET AMOUNT | $27.72 |

▲ DETACH HERE

JUSITN PARKER

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip    Acct:**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

# E✳TRADE FINANCIAL®

Trading • Investing • Banking

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number:**

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ  07303-0484
1-800-ETRADE-1  (1-800-387-2331)
etrade.com

**Account Name:**
JUSITN PARKER

**Customer Update**
Take advantage of the Online Customer Service Center to complete a number of transactions and interactions. Please visit etrade.com/servicecenter to learn more.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/15/17 | 05/18/17 | 6 1 | TWMJF | BUY | 3 | $6.04 | Cash | PRINCIPAL | $18.12 |
| ***CANOPY GROWTH CORPORATION COM | | | | | | | | COMMISSION | $6.95 |
| | | | | | | | | NET AMOUNT | $25.07 |

▲  DETACH HERE

JUSITN PARKER

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
PO Box 484
Jersey City, NJ  07303-0484

DETACH HERE  ▲

**Use This Deposit Slip**  **Acct:**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL DEPOSIT | | |

# E✳TRADE FINANCIAL®

Trading • Investing • Banking

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number:**

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Account Name:**
JUSTIN PARKER

**Customer Update**
Invest on the go. With the E*TRADE Mobile app, you have everything you need in the palm of your hand. Visit etrade.com/mobile to learn more.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/15/19 | 07/17/19 | 3 1 | CGC | BUY | 3 | $35.00 | Margin | PRINCIPAL | $105.00 |
| ***CANOPY GROWTH CORPORATION COMMON SHARES | | | | | | | | COMMISSION | $6.95 |
| | | | | | | | | NET AMOUNT | $111.95 |

▲ DETACH HERE

JUSTIN PARKER

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**  **Acct:**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

# E✳TRADE FINANCIAL®

Trading · Investing · Banking

## E✳TRADE Securities

Investment Account

# TRADE CONFIRMATION

**Account Number:**

**E✳TRADE Securities LLC**
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Account Name:**
JUSITN PARKER

### Customer Update
Tax questions? No problem. Get helpful tips, tools, and key dates in the E✳TRADE Tax Center. Visit etrade.com/tax today.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL/ CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/01/16 | 03/04/16 | 6 1 | TWMJF | BUY | 51 | $2.242 | Cash | PRINCIPAL | $114.34 |
| ***CANOPY GROWTH CORPORATION COM | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | NET AMOUNT | $124.33 |

▲  DETACH HERE
JUSITN PARKER

Make checks payable to E*TRADE Clearing LLC.
Mail deposits to:

E*TRADE CLEARING LLC
PO Box 484
Jersey City, NJ 07303-0484

DETACH HERE  ▲

### Use This Deposit Slip    Acct:

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

# E✱TRADE FINANCIAL®

Trading · Investing · Banking

**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number:**

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Account Name:**
JUSITN PARKER

**Customer Update**
Opportunity. Whip Your Retirement Savings Into Shape! Make the most of all you've achieved when your roll over an old 401(k). For more information visit etrade.com/rollover.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/27/15 | 04/30/15 | 6 1 | TWMJF | BUY | 30 | $1.698 | Cash | PRINCIPAL | $50.94 |
| ***TWEED MARIJUANA INC COM | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | **NET AMOUNT** | **$60.93** |

▲ DETACH HERE

JUSITN PARKER

Make checks payable to E*TRADE Clearing LLC.
Mail deposits to:

E*TRADE CLEARING LLC
PO Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip    Acct:**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

*Canopy Growth Corp. Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson Street – Suite 205
Media, PA 19063

Phone: (866) 274-4004
Fax: (610) 565-7985
Email: info@strategicclaims.net

May 4, 2022

Justin Robert Parker

Re:  *Canopy Growth Corp. Securities Litigation*

Mr. Parker,

We received your request for exclusion from the *Canopy Growth Corp. Securities Litigation,* Case No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is needed in order for your request to be valid:

- Supporting documentation for the number of shares held on August 26, 2020, an authorized statement from the broker containing the holding information found in an account statement; and/or
- If the shares were sold prior to August 26, 2020, please submit your trade confirmation slips, broker account statements, or an authorized statement from the broker containing the sale transaction information between June 27, 2018 and August 26, 2020.

For your request to be honored, we must receive the information above no later than **May 17, 2022.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Margery Craig
Project Manager
Strategic Claims Services



PAGE 1 OF 10

**August 1, 2020 - August 31, 2020**

**Account Number:**

**Account Type:**    **INDIVIDUAL**

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**IMPORTANT INFORMATION:**
**Want to get important documents faster?**
Get your statements, confirms, and tax forms online with
paperless delivery. Enroll at *etrade.com/paperless.*

## Customer Update:

Based on when the statement was generated, the value of certain
unsettled trades and/or pending transactions (e.g., transactions that
take place or settle after the last business day of the month) may not
be reflected on your statement. To review your most current portfolio
value, visit *etrade.com.*

JUSTIN PARKER

**E*TRADE Securities**
**Investment Account**

**E*TRADE**

### Account At A Glance



| | |
|---|---|
| $21,380.31 | $21,068.99 |
| As of 07/31/20 | As of 08/31/20 |

**Net Change:**                    **$-311.32**

---

▲ DETACH HERE                                                                                     DETACH HERE ▲

JUSTIN PARKER

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Use This Deposit Slip**    **Acct:**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |



**E*TRADE Securities Investment Account**

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-1 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/easconnectssweepagree or requested by calling 866-789-0755.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

S1RB240 - 07/20

PAGE 2 OF 10


**Account Number**        478

**Statement Period :**  August 1, 2020 - August 31, 2020

**Account Type:**  INDIVIDUAL

**Customer Update:**

Based on when the statement was generated, the value of unsettled trades or pending transactions (e.g. those that occur or settle after the last business day of the month) may not be reflected on your statement. To see your most current portfolio value, visit *etrade.com.*

## ACCOUNT OVERVIEW

| | | |
|---|---|---|
| Last Statement Date: | | July 31, 2020 |
| Beginning Account Value (On 07/31/20): | $ | 21,380.31 |
| Ending Account Value (On 08/31/20): | $ | 21,068.99 |
| Net Change: | $ | -311.32 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 08/31/20)

0.20% - Cash & Equivalents



99.80% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 08/31/20 | AS OF 07/31/20 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $     42.07 | $     41.66 | 0.98% |
| **Total Cash/Margin Debt** | $     **42.07** | $     **41.66** | **0.98%** |
| Stocks, Options & ETF (Long) | $   21,026.92 | $   21,338.65 | -1.46% |
| **Total Value of Securities** | $   **21,026.92** | $   **21,338.65** | **-1.46%** |
| **Net Account Value** | $   **21,068.99** | $   **21,380.31** | **-1.46%** |

Securities products and services are offered by E✳TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E✳TRADE Bank, a Federal savings bank, Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E✳TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

Case 2:19-cv-20543-MCA-MAH   Document 97-4   Filed 05/31/22   Page 36 of 50 PageID: 7838

**Account Number:**    **Statement Period :** August 1, 2020 - August 31, 2020    **Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ 0.00 | $ -145.50 |
| Dividends Received | | |
| Taxable | $ 17.95 | $ 200.71 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 08/31/20)

6.55%  - OTHER
2.11%  - T
2.78%  - FB
2.99%  - VZ
3.43%  - PEG
4.26%  - BWXT
5.17%  - BRKB
13.79%  - MSFT
15.07%  - PRU
43.83%  - CGC

Case 2:19-cv-20543-MCA-MAH   Document 97-4   Filed 05/31/22   Page 37 of 50 PageID: 7839



**E*TRADE** · E*TRADE Securities Investment Account

Account Number:     Account Type: INDIVIDUAL

Statement Period : August 1, 2020 - August 31, 2020

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.20% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | 41.66 |
| Closing Balance | 0.20 | 42.07 |
| Average Balance | | 42.20 |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of August 31, 2020** | | 42.07 |
| ETRADE BANK | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| TOTAL CASH & CASH EQUIVALENTS | 0.20% | $42.07 |
|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (99.80% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***AIRBUS SE AMERICAN DEPOSITARY RECEIPTS UNSPONSORED | EADSY | Margin | 2 | 20.5820 | 41.16 | 0.20 | | |
| AT&T INC | T | Margin | 14.9407 | 29.8100 | 445.38 | 2.11 | 31.00 | 6.96% |
| ***AURORA CANNABIS INC COM NEW | ACB | Margin | 8 | 9.8000 | 78.40 | 0.37 | | |
| BERKSHIRE HATHAWAY INC DEL CL B | BRKB | Margin | 5 | 218.0400 | 1,090.20 | 5.17 | | |
| ***BRITISH AMERICAN TOBACCO PLC SPONSORED ADR | BTI | Cash | 0.3551 | 33.7700 | 11.99 | 0.06 | 1.00 | 8.34% |
| ***BRITISH AMERICAN TOBACCO PLC SPONSORED ADR | BTI | Margin | 2.0193 | 33.7700 | 68.19 | 0.32 | 5.00 | 7.33% |
| BWX TECHNOLOGIES INC COM | BWXT | Margin | 16.1293 | 55.6100 | 896.95 | 4.26 | 12.00 | 1.34% |
| ***CANOPY GROWTH CORPORATION COMMON SHARES | CGC | Margin | 559 | 16.5200 | 9,234.68 | 43.83 | | |
| CISCO SYSTEMS INC | CSCO | Margin | 6.5452 | 42.2200 | 276.34 | 1.31 | 9.00 | 3.26% |


**Account Number:** **Statement Period :** August 1, 2020 - August 31, 2020    **Account Type:** INDIVIDUAL

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| COCA COLA COMPANY (THE) | KO | Margin | 5.6643 | 49.5300 | 280.55 | 1.33 | 9.00 | 3.21% |
| FACEBOOK INC CL A | FB | Margin | 2 | 293.2000 | 586.40 | 2.78 | | |
| ***IANTHUS CAPITAL HOLDNGSINC COMMON | ITHUF | Cash | 217 | 0.0695 | 15.08 | 0.07 | | |
| ***IANTHUS CAPITAL HOLDNGSINC COMMON | ITHUF | Margin | 70 | 0.0695 | 4.87 | 0.02 | | |
| MEDICAL MARIJUANA INC | MJNA | Cash | 1,050 | 0.0168 | 17.64 | 0.08 | | |
| MICROSOFT CORP | MSFT | Margin | 12.8841 | 225.5300 | 2,905.76 | 13.79 | 26.00 | 0.89% |
| ***MPX INTL CORP COM | MPXOF | Cash | 130 | 0.0880 | 11.44 | 0.05 | | |
| ***MPX INTL CORP COM | MPXOF | Margin | 41 | 0.0880 | 3.61 | 0.02 | | |
| PRUDENTIAL FINANCIAL INC | PRU | Margin | 46.8629 | 67.7700 | 3,175.90 | 15.07 | 206.00 | 6.49% |
| PUBLIC SERVICE ENTERPRISE GROUP INC | PEG | Margin | 13.8393 | 52.2400 | 722.97 | 3.43 | 27.00 | 3.73% |
| ***REVIVE THERAPEUTICS LTD COM | RVVTF | Cash | 58 | 0.2300 | 13.34 | 0.06 | | |
| ***ROYAL BANK OF CANADA | RY | Margin | 2.263 | 76.1200 | 172.26 | 0.82 | 7.00 | 4.06% |
| STARBUCKS CORP | SBUX | Margin | 1 | 84.4700 | 84.47 | 0.40 | 2.00 | 2.37% |
| ***SUPREME CANNABIS CO INC COM NEW | SPRWF | Cash | 26 | 0.1590 | 4.13 | 0.02 | | |
| ***TAIWAN SEMICONDUCTOR MFG CO LTD-SPONSORED ADR REPSTG 5 COM | TSM | Margin | 3.2183 | 79.2500 | 255.06 | 1.21 | 4.00 | 1.57% |
| VERIZON COMMUNICATIONS | VZ | Margin | 10.6318 | 59.2700 | 630.15 | 2.99 | 26.00 | 4.13% |
| WISDOM HOMES OF AMERICA INC COM | WOFA | Cash | 1 | 0.0002 | 0.00 | 0.00 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$21,026.92** | **99.80%** | **$365.00** | **1.74%** |

Case 2:19-cv-20543-MCA-MAH   Document 97-4   Filed 05/31/22   Page 39 of 50 PageID: 7841

E✳TRADE®

E✳TRADE Securities
**Investment Account**

Case 2:19-cv-20543-MCA-MAH    Document 97-4    Filed 05/31/22    Page 40 of 50 PageID: 7842

| Account Number: | Statement Period : August 1, 2020 - August 31, 2020 | Account Type: INDIVIDUAL |
|---|---|---|

| | | |
|---|---|---|
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 08/31/20)** | $21,068.99 | |
| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | $365.00 | |

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 08/03/20 | Dividend | AT&T INC CASH DIV ON 14.68271 SHS REC 07/10/20 PAY 08/03/20 | T | | 7.64 |
| 08/03/20 | Dividend | VERIZON COMMUNICATIONS CASH DIV ON 10.51914 SHS REC 07/10/20 PAY 08/03/20 | VZ | | 6.47 |
| 08/21/20 | Dividend | STARBUCKS CORP CASH DIV ON    1 SHS REC 08/07/20 PAY 08/21/20 | SBUX | | 0.41 |
| 08/25/20 | Dividend | ***BRITISH AMERICAN TOBACCO PLC SPONSORED ADR CASH DIV ON 0.30861 SHS REC 07/10/20 PAY 08/24/20 | BTI | | 0.21 |
| 08/25/20 | Dividend | ***BRITISH AMERICAN TOBACCO PLC SPONSORED ADR AGENCY PROCESSING FEE | BTI | 0.01 | |
| 08/25/20 | Dividend | ***BRITISH AMERICAN TOBACCO PLC SPONSORED ADR CASH DIV ON 2.01934 SHS REC 07/10/20 PAY 08/24/20 | BTI | | 1.39 |
| 08/25/20 | Dividend | ***ROYAL BANK OF CANADA CASH DIV ON 2.24233 SHS REC 07/27/20 PAY 08/24/20 FRGN-W/H@SOURCE | RY | 0.27 | 1.83 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | **$0.28** | **$17.95** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$17.67** |



# E✳TRADE

**E✳TRADE Securities**
**Investment Account**

**Account Number:** [redacted]

**Statement Period :** August 1, 2020 - August 31, 2020

**Account Type:** INDIVIDUAL

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 08/03/20 | Adjustment | TRNSFR FROM MARGIN TO CASH | | 14.11 |
| 08/03/20 | Adjustment | TRNSFR FROM MARGIN TO CASH | 14.11 | |
| 08/04/20 | Adjustment | TFR CASH TO MARGIN | 14.11 | |
| 08/04/20 | Adjustment | TFR CASH TO MARGIN | | 14.11 |
| 08/21/20 | Adjustment | TRNSFR FROM MARGIN TO CASH | | 0.41 |
| 08/21/20 | Adjustment | TRNSFR FROM MARGIN TO CASH | 0.41 | |
| 08/26/20 | Adjustment | TFR MARGIN TO CASH | | 1.38 |
| 08/26/20 | Adjustment | TFR MARGIN TO CASH | 1.38 | |
| **NET WITHDRAWALS & DEPOSITS** | | | | **$0.00** |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|---------------|------------------|----------|-------|----------------|------------------|
| 08/03/20 | AT&T INC REIN @ 29.6086 REC 07/10/20 PAY 08/03/20 | T | Div Reinvest | 0.258 | | 7.64 | |
| 08/03/20 | VERIZON COMMUNICATIONS REIN @ 57.4103 REC 07/10/20 PAY 08/03/20 | VZ | Div Reinvest | 0.1127 | | 6.47 | |
| 08/25/20 | ***BRITISH AMERICAN TOBACCO PLC SPONSORED ADR REIN @ 34.1499 REC 07/10/20 PAY 08/24/20 | BTI | Div Reinvest | 0.0465 | | 1.59 | |
| 08/25/20 | ***ROYAL BANK OF CANADA REIN @ 75.3074 REC 07/27/20 PAY 08/24/20 | RY | Div Reinvest | 0.0207 | | 1.56 | |
| **TOTAL OTHER ACTIVITY** | | | | | | **$17.26** | |
| **NET OTHER ACTIVITY** | | | | | | **$17.26** | |

Case 2:19-cv-20543-MCA-MAH   Document 97-4   Filed 05/31/22   Page 42 of 50 PageID: 7844

**E✱TRADE**

**E✱TRADE** Securities
**Investment Account**

| Account Number: | Statement Period : August 1, 2020 - August 31, 2020 | Account Type: INDIVIDUAL |
|---|---|---|

### EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY ( 0.0100% APY/0.0000%APY Earned as of 08/31/20)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| **08/01/20** | | **OPENING BALANCE** | **$41.66** |
| 08/03/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 14.11 |
| 08/04/20 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -14.11 |
| 08/21/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.41 |
| **08/31/20** | | **CLOSING BALANCE** | **$42.07** |

**mcraig@strategicclaims.net**

| | |
|---|---|
| **From:** | Claims Analyst <info@strategicclaims.net> |
| **Sent:** | Tuesday, May 10, 2022 4:31 PM |
| **To:** | Margery Craig |
| **Subject:** | Fwd: Canopy Growth Securities Litigation Case2:19-cv-20543-KM-ESK |
| **Attachments:** | Reference_Letter.pdf; Account= Brokerage Statement - 202008.pdf |

Margie,

See below, related to previous exclusion request  -- if I am responding, please advise, thanks --

George

---------- Forwarded message ---------
From: **Justin Parker**
Date: Tue, May 10, 2022 at 4:09 PM
Subject: Canopy Growth Securities Litigation Case2:19-cv-20543-KM-ESK
To: <info@strategicclaims.net>

Attn Margery Craig

Margery,

  Please find the following attached documentation for 559 shares held on August 26, 2020 (Account= Brokerage Statement - 202008.pdf) in reference to your letter sent on May 4th, 2022 (also attached - Reference_Letter.pdf).

Regards,

Justin Parker

--
Claims Administrator
Strategic Claims Services
600 N. Jackson St., Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

1

# SUPPORT CENTER
### Support Ticket System

05/09/2022 11:04:42 AM

# Ticket #401270

| | | | |
|---|---|---|---|
| **Status** | Completed | **Name** | |
| **Department** | Claims Administrators | **Phone** | |
| **Create Date** | 05/09/2022 08:08:04 AM | **Source** | Email |

| | | | |
|---|---|---|---|
| **Assigned To** | George Allen | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | **Last Response** | 05/09/2022 11:04:29 AM |
| **Due Date** | 05/10/2022 08:08:04 AM | **Last Message** | 05/09/2022 08:08:04 AM |

### Ticket Details

| | |
|---|---|
| **Case:** | Canopy Growth |

## SCS Contact Form: Question about a Case



| 05/09/2022 08:08:04 AM SCS Contact Form: Question about a Case | 'Amazon Reply |
|---|---|

**Reason for Contacting Us**

Question about a Case

**Please tell us what case you are inquiring about**

Canopy Growth Corp. Securities Litigation

**Control Number / Mail ID**

397084

**Name**

Ronald Madeline

**Email**



**Phone**

(330) 402-2312

**Your Question**

Do I need to take an action if I am excluding myself from the settlement? If so, what do I need to do?

| 05/09/2022 11:04:29 AM | George Allen |
|---|---|

Good morning,

---

# SUPPORT CENTER
### Support Ticket System

05/09/2022 11:04:42 AM

Thank you for contacting our office regarding the *Canopy Growth Corp. Securities Litigation*.

Please note: **You cannot exclude yourself by telephone or by e-mail.**

Instructions for excluding yourself (printed below) can also be found on p. 6 of the attached Notice/Claim Form.

To exclude yourself from the Settlement, you must mail a letter stating that you "request exclusion from the Settlement Class in Ortiz v. Canopy Growth Corporation, Case No. 2:19-cv-20543-KM-ESK (D.N.J.)".

To be valid, the letter must state (A) your name, address, telephone number, and e-mail address (if any); (B) the date, number of securities, and dollar amount of all purchases, acquisitions, sales, or dispositions of Canopy Securities during the Settlement Class Period; and (C) the number of Canopy Securities held by you as of May 28, 2020.

In order to be valid, such request for exclusion must be submitted with documentary proof (i) of each purchase or acquisition and, if applicable, sale transaction of Canopy Securities during the Settlement Class Period and (ii) demonstrating your status as a beneficial owner of the Canopy Securities.

Any request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must submit your exclusion request so that it is received no later than May 17, 2022 at:


Canopy Growth Corp. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230 600 N. Jackson St., Ste. 205 Media, PA 19063
Facsimile: (610) 565-7985


If you properly exclude yourself, you will not receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the judgment in this case.

If you have any further questions, please feel free to contact our office.


Thank you.


--
Claims Administrator
Strategic Claims Services
600 N. Jackson St. - Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985

---

# SUPPORT CENTER
### Support Ticket System

05/09/2022 11:04:42 AM

Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

Final Canopy Notice and Claimv2.pdf (347.5 kb)

Canopy Growth Corp. Securities Litigation
C/O Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA  19063


I am "requesting exclusion from the Settlement Class in *Ortiz v. Canopy Growth Corporation*, Case No. 2:19-cv-20543-KM-ESK (D.N.J.)

Per your website directions listed below is the information needed for this exclusion:

    A.  Name: Gary Horvath
        Address: 7
        Phone: ∠
        e-Mail : g

    B.  Date of purchase: 01/15/2019, Number of Securities: 100, price per share: $39.3850. Total Purchase: $3,938.50

    C.  Shares held as of May 28,2020 – 100 Shares

Attached is a copy of purchase transaction. This is the only transaction I had. I continue to hold my 100 shares.

 This settlement of approximately $0.03/ share hardly comes close to making up for my "to date" loss of $34.155/share. I want to be excluded from this Settlement Class in *Ortiz v. Canopy Growth Corporation*,
Case No. 2:19-cv-20543-KM-ESK (D.N.J.)


Regards,

    4/27/2022

Gary Horvath


Attachment : Proof of security purchase



Brokerage Account Number
***▨▨▨IRA - ROLLOVER

**GARY A HORVATH**

9900104429

FMT CO CUST IRA ROLLOVER
FBO GARY A HORVATH

| Online | Fidelity.com |
|---|---|
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Premium Services | 800-544-4442 |
| 8am - 11pm ET, Mon - Fri | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 19011▨▨ | 1* | WK# | 01-11-19 | 01-15-19 | ▨▨100 | 19011▨ | | |

DESCRIPTION and DISCLOSURES

| You Bought | | CANOPY GROWTH CORPORATION COM NPV | Principal Amount | 3,938.50 |
|---|---|---|---|---|
| | 100 | ISIN #CA1380351009 SEDOL #BYTN3W0 | Commission / Fees | 4.95 |
| at | 39.3850 | WE HAVE ACTED AS AGENT. | Settlement Amount | 3,943.45 |

Symbol :
CGC

Gary Horvath

28 APR 2022   PM 5  L

Canopy Growth Corp. Securities Litigation
C/O Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA  19063

MAY 0 2 2022

19063-256455

*Canopy Growth Corp. Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson Street – Suite 205
Media, PA 19063

Phone: (866) 274-4004
Fax: (610) 565-7985
Email: info@strategicclaims.net

May 11, 2022

Gary Horvath

Re:  *Canopy Growth Corp. Securities Litigation*

Mr. Horvath,

We received your request for exclusion from the *Canopy Growth Corp. Securities Litigation,* Case No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is needed in order for your request to be valid:

- Supporting documentation for the number of shares held on August 26, 2020, an authorized statement from the broker containing the holding information found in an account statement; and/or
- If the shares were sold prior to August 26, 2020, please submit your trade confirmation slips, broker account statements, or an authorized statement from the broker containing the sale transaction information between June 27, 2018 and August 26, 2020.

For your request to be honored, we must receive the information above no later than **May 17, 2022.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Margery Craig
Project Manager
Strategic Claims Services