4/22/2022

To Whom It May Concern,

Re: Exclusion from Settlement Class in Ortiz v. Canopy Growth Corporation, Case No. 2:19-cv-20543-KM-ESK (D.N.J.).

I, Beshoy Mankaryous, request exclusion from the Settlement Class in Ortiz v. Canopy Growth Corporation, Case No. 2:19-cv-20543-KM-ESK (D.N.J.).

As requested – please find detailed information below;

Beshoy Mankaryous

| Date | Number of Securities | Dollar Amount of all Purchases, Acquisitions, Sales or Dispositions | Number of Canopy Securities held by you as of May 28, 2020 |
|---|---|---|---|
| 08/19/2019 | 157 | $4,199.30 | 157 |

Beshoy Mankaryous

X_____

Signature

Case 2:19-cv-20543-MCA-MAH    Document 97-5    Filed 05/31/22    Page 2 of 43 PageID: 7854

**Fidelity**
*INVESTMENTS®*

# Activity

Account # _ _ _ _ _ _ _ _ _
**BESHOY MANKARYOUS - INDIVIDUAL**

## Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 08/21 | CANOPY GROWTH CORPORATION COM NPV | 138035100 | You Bought | 157.000 | $26.71560 | -$4.95 | -$4,199.30 |
| | ISIN #CA1380351009 SEDOL #BYTN3W0 | | | | | | |
| Total Securities Bought | | | | | | -$4.95 | -$4,199.30 |
| **Net Securities Bought & Sold** | | | | | | **-$4.95** | **-$4,199.30** |

## Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 08/30 | CASH | 315994103 | Interest Earned | - | - | $0.13 |
| **Total Dividends, Interest & Other Income** | | | | | | **$0.13** |

## Deposits

| Date | Reference | Description | Amount |
|---|---|---|---|
| 08/20 | | Eft Funds Received Er27507390 /web Citibank Na ******2236 | $4,200.00 |
| **Total Deposits** | | | **$4,200.00** |

## Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Account Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 08/20 | CASH | You Bought | CASH @ 1 | 4,200.000 | $1.0000 | $4,200.00 | $4,207.14 |
| 08/21 | CASH | You Sold | CASH @ 1 | -4,199.300 | 1.0000 | -4,199.30 | 7.84 |
| 08/30 | CASH | Reinvestment | CASH NET INT REINVEST | 0.130 | 1.0000 | 0.13 | 7.97 |
| **Total Core Fund Activity** | | | | | | **$0.83** | |

Beshoy Mankaryous

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

0021 1970 0002 2534 1437

UNITED STATES
POSTAL SERVICE®

1000          19063

U.S. POSTAGE PAID
FCM LETTER
BROOKLYN, NY
11209
APR 29, 22
AMOUNT

**$4.33**
R2303S101819-14

Canopy Growth corp.
Securities Litigation
c/o Strategic claims Services          MAY 03 2022
P.O. Box 230
600 North Jackson St., Ste. 205
Media, PA    19063

**Fidelity** INVESTMENTS®

**INVESTMENT REPORT**
**July 1, 2020 - August 31, 2020**

Fidelity Account BESHOY MANKARYOUS - INDIVIDUAL
▶ **Account Number:**

Envelope # BJTZPFBBBDSBH

BESHOY MANKARYOUS

**Your Account Value:** **$34,333.54**

**Change from Last Period:** ▼ **$3,289.90**

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$37,623.44** | **$37,508.05** |
| Additions | - | 6,840.26 |
| Subtractions | -4,000.00 | -4,000.00 |
| Change in Investment Value * | 710.10 | -6,014.77 |
| **Ending Account Value ** | **$34,333.54** | **$34,333.54** |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $34,333.54 | |

\*    *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

\*\*    *Excludes unpriced securities.*

## Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FASTSM-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |
| Stock Plan Services | (800) 544-9354 |
| Sun 5pm - Sat 12am ET | |

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

S

MR_CE_BJTZPFBBBDSBH_BBBBB 20200831

H55269646320200831



INVESTMENT REPORT
**July 1, 2020-August 31, 2020**

## Account Summary

### Accounts Included in This Report

| Page | Account Type/Name | Account Number | Beginning Value | Ending Value |
|---|---|---|---|---|
| | **GENERAL INVESTMENTS** | | | |
| 3 | FIDELITY ACCOUNT BESHOY MANKARYOUS - INDIVIDUAL | | $37,623.44 | $34,333.54 |
| | **Ending Account Value** | | **$37,623.44** | **$34,333.54** |

### Other Holdings[1]

| Page | Account Type/Name | Beginning Value | Ending Value |
|---|---|---|---|
| | **STOCK PLAN** | | |
| | *Items shown under "Stock Plans" represent your interests under your company's stock plans, for which Fidelity Stock Plan Services LLC provides administrative and record keeping services. Items shown under "Stock Plans" are not assets held in your Fidelity brokerage account, and therefore are not carried by NFS and are not covered by SIPC. Fidelity Stock Plan Services LLC provides this statement to you as part of administrative and recordkeeping services it provides to the company. See the Participant Agreement for details.* | | |
| | RESTRICTED STOCK UNITS - T-MOBILE RSU | $0.00 | $0.00 [v] |
| | **Total Including Other Holdings** | **$37,623.44** | **$34,333.54** |

1   *Other Holdings, including Assets Held Away, are provided for informational purposes only and may not be custodied at Fidelity Investments and may not reflect accurate values. See individual account listing for additional details.*

v   *Stock Plan values are an estimate of current value. See the Stock Plan Section below for a complete description of the values shown. Values may be unvested, and may not reflect with-drawable assets. This information is included on your statement solely as a service to you. It is derived from information provided by your company and Fidelity is not responsible for its accuracy.*

Total Account Trades Sep 2019 - Aug 2020:  0

MR_CE_BJTZPFBBBDSBH_BBBBB 20200831

S



INVESTMENT REPORT
**July 1, 2020 - August 31, 2020**

# Account Summary

**Account #**
**BESHOY MANKARYOUS - INDIVIDUAL**

Account Value: **$34,333.54**

Change in Account Value ▼ **$3,289.90**

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$37,623.44** | **$37,508.05** |
| **Additions** | **-** | **6,840.26** |
| Deposits | - | 6,840.26 |
| **Subtractions** | **-4,000.00** | **-4,000.00** |
| Withdrawals | -4,000.00 | -4,000.00 |
| **Change in Investment Value *** | **710.10** | **-6,014.77** |
| **Ending Account Value** | **$34,333.54** | **$34,333.54** |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $34,333.54 | |
| Free Credit Balance | $889.56 | |

***Free credit balances (FCB)** include cash credits from the sale of long positions, deposits, cash dividends, and interest payments which have not been transferred to a money market fund or FDIC core position. FCB also includes positions, FCASH and credit balances that exceed the amount required to satisfy your margin obligations. Refer to the back of your statement for more information.*

Total Account Trades Sep 2019 - Aug 2020: 0

\*    *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

## Account Holdings



3% Core Account ($889)

97% Stocks ($33,443)

## Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Five Below INC | $27,800 | 81% |
| Canopy Growth Corporation Com Npv Isin #CA1380351009 Sedol #Bytn3W0 | 2,593 | 8 |
| Starbucks Corp Com USD0.001 | 1,351 | 4 |
| **Total** | **$31,745** | **93%** |

*Please note that, due to rounding, percentages may not add to 100%.*

## Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Taxable** | **$20.77** | **$48.24** |
| Dividends | 20.72 | 48.00 |
| Interest | 0.05 | 0.24 |
| **Total** | **$20.77** | **$48.24** |

MR_CE_BJTZPFBBBDSBH_BBBBB 20200831



**Account #**
**BESHOY MANKARYOUS - INDIVIDUAL**

## Core Account and Credit Balance Cash Flow
*Core Account: CASH*

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Balance** | **$4,868.79** | **$75.31** |
| **Investment Activity** | | |
| Securities Bought | - | -$2,074.25 |
| Dividends, Interest & Other Income ᴰ | 20.77 | 48.24 |
| **Total Investment Activity** | **$20.77** | **-$2,026.01** |
| **Cash Management Activity** | | |
| Deposits | - | 6,840.26 |
| Withdrawals | -4,000.00 | -4,000.00 |
| **Total Cash Management Activity** | **-$4,000.00** | **$2,840.26** |
| **Ending Balance** | **$889.56** | **$889.56** |

D    *Includes dividend reinvestments.*

# Holdings

## Core Account

| Description | Beginning Market Value Jul 1, 2020 | Quantity Aug 31, 2020 | Price Per Unit Aug 31, 2020 | Ending Market Value Aug 31, 2020 | Total Cost Basis | Unrealized Gain/Loss Aug 31, 2020 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **CASH** | $4,868.79 | 889.560 | $1.0000 | $889.56 | not applicable | not applicable | - |
| | | | | | | | - |
| *For balances below $99,999,999,999.99, the current interest rate is 0.01%.* | | | | | | | |
| **Total Core Account (3% of account holdings)** | **$4,868.79** | | | **$889.56** | | | - |

MR_CE_BJTZPFBBBDSBH_BBBBB 20200831



INVESTMENT REPORT
**July 1, 2020 - August 31, 2020**

# Holdings

**Account #**
**BESHOY MANKARYOUS - INDIVIDUAL**

## Stocks

| Description | Beginning Market Value Jul 1, 2020 | Quantity Aug 31, 2020 | Price Per Unit Aug 31, 2020 | Ending Market Value Aug 31, 2020 | Total Cost Basis | Unrealized Gain/Loss Aug 31, 2020 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **ABBVIE INC COM USD0.01**(ABBV) | $1,178.16 | 12.000 | $95.7700 | $1,149.24 | $976.98 | $172.26 | $56.64 4.930% |
| **AUXLY CANNABIS GROUP INC COM NPV** ISIN #CA05335P1099 SEDOL #BDGMQB3 (CBWTF) | 334.07 | 1,569.000 | 0.1228 | 192.65 | 1,009.69 | -817.04 | - - |
| **CANNABIS SCIENCE INC COM** | unavailable | 1,600.000 | - | unavailable | 130.39 | unavailable | - - |
| **CANOPY GROWTH CORPORATION COM NPV** ISIN #CA1380351009 SEDOL #BYTN3W0 (CGC) | 2,537.12 | 157.000 | 16.5200 | 2,593.64 | 4,199.30 | -1,605.66 | - - |
| **CARL DATA SOLUTIONS INC COM NPV** ISIN #CA1421731037 SEDOL #BYQ5D30 (CDTAF) | 46.42 | 527.000 | 0.1036 | 54.60 | 69.92 | -15.32 | - - |
| **FIVE BELOW INC**(FIVE) | 27,155.14 | 254.000 | 109.4500 | 27,800.30 | 17,738.38 | 10,061.92 | - - |
| **MEDICAL MARIJUANA INC**(MJNA) | 54.28 | 3,310.000 | 0.0168 | 55.60 | 364.74 | -309.14 | - - |
| **MEDMEN ENTERPRISES INC COM NPV** ISIN #CA58507M1077 SEDOL #BYVPJP9 (MMNFF) | 272.02 | 1,235.000 | 0.1995 | 246.43 | 4,447.37 | -4,200.94 | - - |
| **STARBUCKS CORP COM USD0.001** (SBUX) | 1,177.44 | 16.000 | 84.4700 | 1,351.52 | 1,339.36 | 12.16 | 26.24 1.940 |
| Total Common Stock (97% of account holdings) | $32,754.65 | | | $33,443.98 | $30,276.13 | $3,298.24 | $82.88 |
| **Total Stocks (97% of account holdings)** | **$32,754.65** | | | **$33,443.98** | **$30,276.13** | **$3,298.24** | **$82.88** |
| **Total Holdings** | | | | **$34,333.54** | **$30,276.13** | **$3,298.24** | **$82.88** |

*All positions held in cash account unless indicated otherwise.*

MR_CE_BJTZPFBBBDSBH_BBBBB 20200831 S

**Fidelity** INVESTMENTS

INVESTMENT REPORT
**July 1, 2020 - August 31, 2020**

## Holdings

**Account #**
**BESHOY MANKARYOUS - INDIVIDUAL**

EAI **Estimated Annual Income (EAI) & Estimated Yield (EY)**- *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal*
*and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the**
**"Additional Information and Endnotes" section.**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 07/31 | **CASH** | 315994103 | Interest Earned | - | - | $0.04 |
| 08/14 | **ABBVIE INC COM USD0.01** | 00287Y109 | Dividend Received | - | - | 14.16 |
| 08/21 | **STARBUCKS CORP COM USD0.001** | 855244109 | Dividend Received | - | - | 6.56 |
| 08/31 | **CASH** | 315994103 | Interest Earned | - | - | 0.01 |
| **Total Dividends, Interest & Other Income** | | | | | | **$20.77** |

### Withdrawals

| Date | Reference | Description | Amount |
|---|---|---|---|
| 08/04 | Money Line Paid | EFT FUNDS PAID ED23910580  /WEB CITIBANK NA ******2236 | -$4,000.00 |
| **Total Withdrawals** | | | **-$4,000.00** |

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Account Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 07/31 | CASH | Reinvestment | **CASH NET INT REINVEST** | 0.040 | $1.0000 | $0.04 | $4,868.83 |
| 08/04 | CASH | You Sold | **CASH @ 1** | -4,000.000 | 1.0000 | -4,000.00 | 868.83 |
| 08/14 | CASH | You Bought | **CASH @ 1** | 14.160 | 1.0000 | 14.16 | 882.99 |



INVESTMENT REPORT
**July 1, 2020 - August 31, 2020**

## Activity

**Account #**
**BESHOY MANKARYOUS - INDIVIDUAL**

Core Fund Activity (continued)

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|------|------|-------------|-------------|----------|-------|--------|---------|
| 08/21 | CASH | You Bought | **CASH @ 1** | 6.560 | 1.0000 | 6.56 | 889.55 |
| 08/31 | CASH | Reinvestment | **CASH NET INT REINVEST** | 0.010 | 1.0000 | 0.01 | 889.56 |
| **Total Core Fund Activity** | | | | | | **-$3,979.23** | |

## Estimated Cash Flow *(Rolling as of August 31, 2020)*

| Month | Bond & CD Income | Bond & CD Principal | Stock Income | ETP Income | Mutual Fund Income | Other Income | Total Est. Cash Flow |
|-------|------------------|---------------------|--------------|------------|--------------------|--------------|----------------------|
| September 2020 | -- | -- | -- | -- | -- | -- | -- |
| October | -- | -- | -- | -- | -- | -- | -- |
| November | -- | -- | 21 | -- | -- | -- | 21 |
| December | -- | -- | -- | -- | -- | -- | -- |
| January 2021 | -- | -- | -- | -- | -- | -- | -- |
| February | -- | -- | 21 | -- | -- | -- | 21 |
| March | -- | -- | -- | -- | -- | -- | -- |
| April | -- | -- | -- | -- | -- | -- | -- |
| May | -- | -- | 21 | -- | -- | -- | 21 |
| June | -- | -- | -- | -- | -- | -- | -- |
| July | -- | -- | -- | -- | -- | -- | -- |
| August | -- | -- | 21 | -- | -- | -- | 21 |
| **Total** | **--** | **--** | **$84** | **--** | **--** | **--** | **$84** |

This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold. **Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.**

MR_CE_BJTZPFBBBDSBH_BBBBB 20200831    S

**Fidelity** INVESTMENTS®

INVESTMENT REPORT
**July 1, 2020 - August 31, 2020**

## Estimated Cash Flow *(Rolling as of August 31, 2020)*

**Account #**
**BESHOY MANKARYOUS - INDIVIDUAL**

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

*-- not available*

## Additional Information and Endnotes

▶ Due to current events, mail may be delayed by circumstances beyond our control. You can always view your statements and other documents online. Learn more about paperless options at www.Fidelity.com/edelivery.

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness. **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

For more information about your statement, please refer to our **Frequently Asked Questions** document at **Fidelity.com/statements** .



## Information About Your Fidelity Statement

TDD Service for the Hearing-Impaired Call 800-544-0118, 9 am - 9 pm ET, 7 days a week.
**Lost or Stolen Cards** For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.
**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.
**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.
**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.
**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

using the FIFO method if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.
**Statement Discrepancies Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138.** Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).
**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).
**Mutual Funds and Performance  Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**
**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products such as alternative investments or private placements ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the Offering Materials as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, which may be reported on your statement, including insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). **Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.
**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.
**Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.
**FPWA Services** Fidelity Go®, Fidelity® Personalized Planning & Advice and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy,  the Fidelity® International Equity Strategy, the Fidelity® Tax-Managed International Equity Index Strategy, the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. **These advisory services are provided for a fee.** FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.
**Ratings Information from Standard & Poors ("S&P")** may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.
**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.45.0

S

MR_CE_BJTZPFBBBDSBH_BBBBB 20200831



This page intentionally left blank

*Canopy Growth Corp. Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson Street – Suite 205
Media, PA 19063

Phone: (866) 274-4004
Fax: (610) 565-7985
Email: info@strategicclaims.net

May 12, 2022

Beshoy Mankaryous

Re:  *Canopy Growth Corp. Securities Litigation*

Beshoy Mankaryouys,

We received your request for exclusion from the *Canopy Growth Corp. Securities Litigation,* Case No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is needed in order for your request to be valid:

- Supporting documentation for the number of shares held on August 26, 2020, an authorized statement from the broker containing the holding information found in an account statement; and/or
- If the shares were sold prior to August 26, 2020, please submit your trade confirmation slips, broker account statements, or an authorized statement from the broker containing the sale transaction information between June 27, 2018 and August 26, 2020.

For your request to be honored, we must receive the information above no later than **May 17, 2022.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Margery Craig
Project Manager
Strategic Claims Services

**mcraig@strategicclaims.net**

| | |
|---|---|
| **From:** | Claims Analyst <info@strategicclaims.net> |
| **Sent:** | Monday, May 16, 2022 2:03 PM |
| **To:** | Josephine Bravata; Margery Craig |
| **Subject:** | Fwd: Margery Craig Canopy Growth Corp. Securities Litigation, Case # 2:19-cv-20543-KM-ESK |
| **Attachments:** | Statement08312020.pdf; canopy letter.jpg |

Josephine,

Please see the below documentation for exclusion.

---------- Forwarded message ---------
From: **B M**
Date: Sun, May 15, 2022 at 2:14 PM
Subject: Margery Craig Canopy Growth Corp. Securities Litigation, Case # 2:19-cv-20543-KM-ESK
To: <info@strategicclaims.net>

Margery Craig
Project Manager
Strategic Claims Services
Canopy Growth Corp. Securities Litigation
letter was received 05/15/22
Margery Craig,

I am in receipt of your response regarding my request for exclusion from the Canopy Growth Corp. Securities Litigation, Case # 2:19-cv-20543-KM-ESK.

All requested information to exclude myself from this class action suit has been provided.

With regards to the request for "supporting documentation for the number of shares held on August 26, 2020" this was provided in the form of my Portfolio printout directly from my current broker, and broker at the time of purchase, Fidelity Investments.

The printout provided included the following information;

- Date of purchase
- Number of shares purchased
- Number of shares held effective August 26, 2020
- Cost of purchase per share
- Current value of shares

I have enclosed another copy for your records and expect to be excluded from the aforementioned class action suit against Canopy Growth Corp.

Should you request additional documentation moving forward, I expect to be notified via phone and email in a timely manner with more than 7 business days to provide requested documentation.

1

I can reached via email at _____

--
Claims Administrator
Strategic Claims Services
600 N. Jackson St., Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

Case 2:19-cv-20543-MCA-MAH    Document 97-5    Filed 05/31/22    Page 17 of 43 PageID: 7869

![Fidelity Investments logo]

Envelope # BJTZPFBBBDSBH

BESHOY MANKARYOUS
8927 88TH ST
WOODHAVEN NY 11421-2530

Fidelity Account BESHOY MANKARYOUS - INDIVIDUAL
► **Account Number: X64-939529**

**Your Account Value:**                                    **$34,333.54**

**Change from Last Period:**                              ▼ **$3,289.90**

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$37,623.44** | **$37,508.05** |
| Additions | - | 6,840.26 |
| Subtractions | -4,000.00 | -4,000.00 |
| Change in Investment Value * | 710.10 | -6,014.77 |
| **Ending Account Value ** | **$34,333.54** | **$34,333.54** |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $34,333.54 | |

*    *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

**    *Excludes unpriced securities.*

Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST$^{SM}$-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |
| Stock Plan Services | (800) 544-9354 |
| Sun 5pm - Sat 12am ET | |

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*




H55269646320200831

Case 2:19-cv-20543-MCA-MAH   Document 97-5   Filed 05/31/22   Page 18 of 43 PageID: 7870

# Account Summary

## Accounts Included in This Report

| Page | Account Type/Name | Account Number | Beginning Value | Ending Value |
|---|---|---|---|---|
| | **GENERAL INVESTMENTS** | | | |
| 3 | FIDELITY ACCOUNT BESHOY MANKARYOUS - INDIVIDUAL | | $37,623.44 | $34,333.54 |
| | **Ending Account Value** | | **$37,623.44** | **$34,333.54** |

## Other Holdings[1]

| Page | Account Type/Name | Beginning Value | Ending Value |
|---|---|---|---|
| | **STOCK PLAN** | | |
| | *Items shown under "Stock Plans" represent your interests under your company's stock plans, for which Fidelity Stock Plan Services LLC provides administrative and record keeping services. Items shown under "Stock Plans" are not assets held in your Fidelity brokerage account, and therefore are not carried by NFS and are not covered by SIPC. Fidelity Stock Plan Services LLC provides this statement to you as part of administrative and recordkeeping services it provides to the company. See the Participant Agreement for details.* | | |
| | RESTRICTED STOCK UNITS - T-MOBILE RSU | $0.00 | $0.00 ᵛ |
| | **Total Including Other Holdings** | **$37,623.44** | **$34,333.54** |

1   *Other Holdings, including Assets Held Away, are provided for informational purposes only and may not be custodied at Fidelity Investments and may not reflect accurate values. See individual account listing for additional details.*

ᵛ   *Stock Plan values are an estimate of current value. See the Stock Plan Section below for a complete description of the values shown. Values may be unvested, and may not reflect with-drawable assets. This information is included on your statement solely as a service to you. It is derived from information provided by your company and Fidelity is not responsible for its accuracy.*

Total Account Trades Sep 2019 - Aug 2020:  0

## Account Summary

**Account #**
**BESHOY MANKARYOUS - INDIVIDUAL**

Account Value: **$34,333.54**

Change in Account Value ▼ **$3,289.90**

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $37,623.44 | $37,508.05 |
| **Additions** | - | 6,840.26 |
| Deposits | - | 6,840.26 |
| **Subtractions** | -4,000.00 | -4,000.00 |
| Withdrawals | -4,000.00 | -4,000.00 |
| **Change in Investment Value \*** | 710.10 | -6,014.77 |
| **Ending Account Value** | $34,333.54 | $34,333.54 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $34,333.54 | |

Free Credit Balance $889.56

*Free credit balances (FCB)* include cash credits from the sale of long positions, deposits, cash dividends, and interest payments which have not been transferred to a money market fund or FDIC core position. FCB also includes positions, FCASH and credit balances that exceed the amount required to satisfy your margin obligations. Refer to the back of your statement for more information.

Total Account Trades Sep 2019 - Aug 2020: 0

\*    *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

## Account Holdings

3% Core Account ($889)

97% Stocks ($33,443)

## Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Five Below INC | $27,800 | 81% |
| Canopy Growth Corporation Com Npv Isin #CA1380351009 Sedol #Bytn3W0 | 2,593 | 8 |
| Starbucks Corp Com USD0.001 | 1,351 | 4 |
| **Total** | **$31,745** | **93%** |

*Please note that, due to rounding, percentages may not add to 100%.*

## Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Taxable** | **$20.77** | **$48.24** |
| Dividends | 20.72 | 48.00 |
| Interest | 0.05 | 0.24 |
| **Total** | **$20.77** | **$48.24** |

Case 2:19-cv-20543-MCA-MAH   Document 97-5   Filed 05/31/22   Page 19 of 43 PageID: 7871
MR_CE_BJTZPFBBBDSBH_BBBBB 20200831    s



Account # _____
**BESHOY MANKARYOUS - INDIVIDUAL**

## Core Account and Credit Balance Cash Flow
*Core Account: CASH*

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Balance** | $4,868.79 | $75.31 |
| **Investment Activity** | | |
| Securities Bought | - | -$2,074.25 |
| Dividends, Interest & Other Income  D | 20.77 | 48.24 |
| **Total Investment Activity** | **$20.77** | **-$2,026.01** |
| **Cash Management Activity** | | |
| Deposits | - | 6,840.26 |
| Withdrawals | -4,000.00 | -4,000.00 |
| **Total Cash Management Activity** | **-$4,000.00** | **$2,840.26** |
| **Ending Balance** | **$889.56** | **$889.56** |

D  *Includes dividend reinvestments.*

# Holdings

## Core Account

| Description | Beginning Market Value Jul 1, 2020 | Quantity Aug 31, 2020 | Price Per Unit Aug 31, 2020 | Ending Market Value Aug 31, 2020 | Total Cost Basis | Unrealized Gain/Loss Aug 31, 2020 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **CASH** | $4,868.79 | 889.560 | $1.0000 | $889.56 | not applicable | not applicable | - |
|  |  |  |  |  |  |  | - |

*For balances below $99,999,999,999.99, the current interest rate is 0.01%.*

| **Total Core Account (3% of account holdings)** | **$4,868.79** |  |  | **$889.56** |  |  | - |

Case 2:19-cv-20543-MCA-MAH   Document 97-5   Filed 05/31/22   Page 20 of 43 PageID: 7872

MR_CE_BJTZPFBBBDSBH_BBBBB 20200831   S   1831

## Holdings

### Stocks

| Description | Beginning Market Value Jul 1, 2020 | Quantity Aug 31, 2020 | Price Per Unit Aug 31, 2020 | Ending Market Value Aug 31, 2020 | Total Cost Basis | Unrealized Gain/Loss Aug 31, 2020 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **ABBVIE INC COM USD0.01**(ABBV) | $1,178.16 | 12.000 | $95.7700 | $1,149.24 | $976.98 | $172.26 | $56.64 4.930% |
| **AUXLY CANNABIS GROUP INC COM NPV** ISIN #CA05335P1099 SEDOL #BDGMQB3 (CBWTF) | 334.07 | 1,569.000 | 0.1228 | 192.65 | 1,009.69 | -817.04 | - - |
| **CANNABIS SCIENCE INC COM** | unavailable | 1,600.000 | - | unavailable | 130.39 | unavailable | - - |
| **CANOPY GROWTH CORPORATION COM NPV** ISIN #CA1380351009 SEDOL #BYTN3W0 (CGC) | 2,537.12 | 157.000 | 16.5200 | 2,593.64 | 4,199.30 | -1,605.66 | - - |
| **CARL DATA SOLUTIONS INC COM NPV** ISIN #CA1421731037 SEDOL #BYQ5D30 (CDTAF) | 46.42 | 527.000 | 0.1036 | 54.60 | 69.92 | -15.32 | - - |
| **FIVE BELOW INC**(FIVE) | 27,155.14 | 254.000 | 109.4500 | 27,800.30 | 17,738.38 | 10,061.92 | - - |
| **MEDICAL MARIJUANA INC**(MJNA) | 54.28 | 3,310.000 | 0.0168 | 55.60 | 364.74 | -309.14 | - - |
| **MEDMEN ENTERPRISES INC COM NPV** ISIN #CA58507M1077 SEDOL #BYVPJP9 (MMNFF) | 272.02 | 1,235.000 | 0.1995 | 246.43 | 4,447.37 | -4,200.94 | - - |
| **STARBUCKS CORP COM USD0.001** (SBUX) | 1,177.44 | 16.000 | 84.4700 | 1,351.52 | 1,339.36 | 12.16 | 26.24 1.940 |
| Total Common Stock (97% of account holdings) | $32,754.65 | | | $33,443.98 | $30,276.13 | $3,298.24 | $82.88 |
| **Total Stocks (97% of account holdings)** | **$32,754.65** | | | **$33,443.98** | **$30,276.13** | **$3,298.24** | **$82.88** |
| **Total Holdings** | | | | **$34,333.54** | **$30,276.13** | **$3,298.24** | **$82.88** |

*All positions held in cash account unless indicated otherwise.*

Case 2:19-cv-20543-MCA-MAH   Document 97-5   Filed 05/31/22   Page 21 of 43 PageID: 7873

MR_CE_BJTZPFBBBDSBH_BBBBB 20200831

## Holdings

EAI & EY  *Estimated Annual Income (EAI) & Estimated Yield (EY)*- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 07/31 | **CASH** | 315994103 | Interest Earned | - | - | $0.04 |
| 08/14 | **ABBVIE INC COM USD0.01** | 00287Y109 | Dividend Received | - | - | 14.16 |
| 08/21 | **STARBUCKS CORP COM USD0.001** | 855244109 | Dividend Received | - | - | 6.56 |
| 08/31 | **CASH** | 315994103 | Interest Earned | - | - | 0.01 |
| **Total Dividends, Interest & Other Income** | | | | | | **$20.77** |

### Withdrawals

| Date | Reference | Description | Amount |
|---|---|---|---|
| 08/04 | Money Line Paid | EFT FUNDS PAID ED23910580  /WEB CITIBANK NA ******2236 | -$4,000.00 |
| **Total Withdrawals** | | | **-$4,000.00** |

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Account Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 07/31 | CASH | Reinvestment | **CASH NET INT REINVEST** | 0.040 | $1.0000 | $0.04 | $4,868.83 |
| 08/04 | CASH | You Sold | **CASH @ 1** | -4,000.000 | 1.0000 | -4,000.00 | 868.83 |
| 08/14 | CASH | You Bought | **CASH @ 1** | 14.160 | 1.0000 | 14.16 | 882.99 |

Case 2:19-cv-20543-MCA-MAH   Document 97-5   Filed 05/31/22   Page 22 of 43 PageID: 7874

# Activity

**Account #**
**BESHOY MANKARYOUS - INDIVIDUAL**

## Core Fund Activity (continued)

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 08/21 | CASH | You Bought | **CASH @ 1** | 6.560 | 1.0000 | 6.56 | 889.55 |
| 08/31 | CASH | Reinvestment | **CASH NET INT REINVEST** | 0.010 | 1.0000 | 0.01 | 889.56 |
| **Total Core Fund Activity** | | | | | | **-$3,979.23** | |

## Estimated Cash Flow *(Rolling as of August 31, 2020)*

| Month | Bond & CD Income | Bond & CD Principal | Stock Income | ETP Income | Mutual Fund Income | Other Income | Total Est. Cash Flow |
|---|---|---|---|---|---|---|---|
| September 2020 | -- | -- | -- | -- | -- | -- | -- |
| October | -- | -- | -- | -- | -- | -- | -- |
| November | -- | -- | 21 | -- | -- | -- | 21 |
| December | -- | -- | -- | -- | -- | -- | -- |
| January 2021 | -- | -- | -- | -- | -- | -- | -- |
| February | -- | -- | 21 | -- | -- | -- | 21 |
| March | -- | -- | -- | -- | -- | -- | -- |
| April | -- | -- | -- | -- | -- | -- | -- |
| May | -- | -- | 21 | -- | -- | -- | 21 |
| June | -- | -- | -- | -- | -- | -- | -- |
| July | -- | -- | -- | -- | -- | -- | -- |
| August | -- | -- | 21 | -- | -- | -- | 21 |
| **Total** | **--** | **--** | **$84** | **--** | **--** | **--** | **$84** |

This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold. **Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.**

Case 2:19-cv-20543-MCA-MAH Document 97-5 Filed 05/31/22 Page 23 of 43 PageID: 7875

## Estimated Cash Flow *(Rolling as of August 31, 2020)*

**Account #**
**BESHOY MANKARYOUS - INDIVIDUAL**

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

*-- not available*

## Additional Information and Endnotes

▶ Due to current events, mail may be delayed by circumstances beyond our control. You can always view your statements and other documents online. Learn more about paperless options at www.Fidelity.com/edelivery.

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness. **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

For more information about your statement, please refer to our **Frequently Asked Questions** document at **Fidelity.com/statements** .

Case 2:19-cv-20543-MCA-MAH   Document 97-5   Filed 05/31/22   Page 24 of 43 PageID: 7876

## Information About Your Fidelity Statement

TDD Service for the Hearing-Impaired Call 800-544-0118, 9 am - 9 pm ET, 7 days a week.

**Lost or Stolen Cards** For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

using the FIFO method if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.

**Statement Discrepancies Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138.** Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Performance Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products such as alternative investments or private placements ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the Offering Materials as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.

**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.

**FPWA Services** Fidelity Go®, Fidelity® Personalized Planning & Advice and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy, the Fidelity® Tax-Managed International Equity Index Strategy, the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. **These advisory services are provided for a fee.** FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

**Ratings Information from Standard & Poors ("S&P")** may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. **Short Account Balances** Other Assets, which may be reported on your statement, including insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). **Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

9 of 10

588130.45.0

This page intentionally left blank



# REQUEST FOR EXCLUSION FROM CLASS ("OPT-OUT") FORM

### *Ortiz V. Canopy Growth Corporation, et al.,*
**The U.S. District Court for the District of New Jersey, Case No. 2:19-cv-20543-KM-ESK (D.N.J.)**

## YOU MUST COMPLETE THIS FORM IF YOU DO NOT WISH TO BE PART OF THE CLASS ACTION SETTLEMENT.

By signing and returning this form, I confirm that I do not want to be included in the Settlement of the class action lawsuit referenced above.

I understand that by opting out, I am giving up my right to receive any payments under the settlement.

By opting out, I understand that I retain the right to file my own individual lawsuit against Bissell Bros., Inc.

By providing the following information, I affirm that I want to opt-out of this class:

_____     _____     _____
First Name                Middle Initial            Last Name

_____     _____     _____
Former Name (if any): First   Middle Initial        Last Name

—                                    —

_____                05/06/22_____
(Sign Here)                          (Date)

Page 1 of 1



Brokerage Account Number
****>        **IRA - ROLLOVER**

**EVAN L  BAYLIS**

9900347591

FMT CO CUST IRA ROLLOVER
FBO EVAN L BAYLIS

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 20080-1DOHRW | 1* | WY# | 03-20-20 | 03-24-20 | ******00 | 20080-KSD1L | | |

DESCRIPTION and DISCLOSURES

| | | | | | |
|---|---|---|---|---|---|
| You Bought | | CANOPY GROWTH CORPORATION COM NPV | Principal Amount | 118.60 |
| | 10 | ISIN #CA1380351009 SEDOL #BYTN3W0 | Settlement Amount | 118.60 |
| at | 11.8600 | WE HAVE ACTED AS AGENT. | | |

Symbol:
CGC

9900347591                    ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO EVAN L BAYLIS

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *            only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

447970.20.0

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

Transaction Confirmation                    Page 2 of 2
Confirm Date: March 20, 2020

Brokerage Account Number
                    RA - ROLLOVER

EVAN L  BAYLIS

9900347591              ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

REMITTANCE COUPON

In accordance with your instructions we are pleased to confirm the transaction or order for your account and risk subject to terms listed below.

Please inform our office promptly if there is an error in this confirmation. Your failure to do so may result in the inability to amend a transaction. Please address all communications to the firm and not to individuals and include your brokerage account number on all checks and communications.

It is understood and agreed that all transactions made for you are subject to the rules and customs of the exchange or market (and its clearing house, if any) where executed by us or by our agents, of the Financial Industry Regulatory Authority, Inc., as the case may be and to the Securities Exchange Act. It is further understood and agreed that on margin business all securities or other things bought or held by us, are pledged as collateral security for any and all claims and demands we then, or thereafter may have against the party giving such orders whether arising thereunder or not. It is further understood and agreed that we have the right to close transactions without further notice, at public or private sale, without liability for subsequent difference in value, when such a sale or purchase is deemed necessary by us for our protection, with the right upon our part of becoming the purchaser thereof free from all trust; that securities held by us in margin accounts (and in cash accounts until paid for in full) are or may be hypothecated for the sum, due thereon, or for a greater sum, under circumstances which will permit the commingling thereof with securities carried for the account of other customers; and that we have the right to loan such securities held by us.

When-Issued, When-Distributed or TBA Transactions: The information contained herein is an estimate based upon information available at the time of your order. The final figures will be forwarded to you when obtainable upon issue, delivery or pool allocation. Such transactions shall be settled at such time, place and in such manner and by delivery of such securities and/or other property as determined by the exchange or association to whose requirements the transaction is subject, or shall be canceled if such exchange or association shall so determine. National Financial Services LLC, ("NFS"), may demand deposits to secure this transaction and reserves the right to close this transaction upon the failure of the customer to tender such deposit.

Open Orders. An open order will remain in effect until executed or canceled. Customers may attempt to cancel open orders at any time prior to execution. NFS will cancel open orders after 180 calendar days (or in accordance with standards set by your Employer) and we reserve the right, but are not obligated to, cancel open orders when the limit price becomes unrealistic in relation to the market price. Limits on open orders to BUY and STOP ORDERS TO SELL, subject to the rules of the exchange or association where the securities are traded, may be automatically adjusted on the date the security trades "ex-dividend", "ex-rights", "ex-distribution", or "ex-interest". Unexecuted portions of an open order which are executed on subsequent days are treated as separate orders for commission purposes, in accordance with industry practices.

Orders marked "solicited" are not the result of "investment advice" from Fidelity, as that term is defined under ERISA and underlying U.S. Department of Labor Regulations, except to the extent that Fidelity utilizes an unaffiliated third party in obtaining such advice.

Payment for Order Flow Disclosure [Exchange Act Rule 10b-10(a)(2)(i)(C)]. Fidelity Brokerage Services LLC ("FBS") and/or NFS receives remuneration, compensation, or consideration for directing orders in equity securities to particular broker/dealers or market centers for execution. The source and nature of any compensation received in connection with your particular transaction will be disclosed upon written request to FBS. Please review FBS's annual disclosure on payment for order flow policies and order routing practices.

The private placement memorandum, term sheet, prospectus or other disclosure documents ("Offering Materials") you previously received include important information concerning your alternative investment transaction (e.g., hedge funds, private equity funds, REITS). Please refer to these materials for an explanation of the subscription (i.e., purchase) and redemption process as well as information regarding compensation that FBS or NFS may receive from you and/or the alternative investment in connection with your transaction. The settlement date for these transactions is often extended a number of days beyond the subscription (i.e., trade) or redemption date. As part of the subscription process, your subscription funds could be held in escrow until such time as your subscription is accepted by the alternative investment. Gross proceeds are reflected on the statement and may not be realized at the time of the redemption if the fund is subject to a holdback. See the Offering Materials for more details. Any such assets retained by the fund are held as a general obligation of the fund and are not protected by SIPC.

In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") such as alternative investments or private placements or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS commissions, sales loads and 12b-1 fees described in the Offering Materials as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request.

Currency exchanges may be effected by Fidelity FOREX, Inc. on a principal basis. Fidelity FOREX, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price. Fidelity FOREX may in turn share a portion of any foreign exchange commission or markup with NFS and/or FBS. The currency exchange rate applicable to any foreign security trade is available upon request.

For trades of positions set up for average cost, the cost basis per share is calculated as the average price of all shares in the position and shares are depleted on a first-in-first-out basis.

When there are multiple lots for the particular date indicated via versus purchase, the system depletes the lots starting with the highest quantity lot and moves through the lots in descending order of quantity until the order is filled. If an order cannot be matched versus purchase, or if the order quantity exceeds the matched lots, lots are depleted using the account-level default disposal method. If more than one lot has the same date and quantity, selection among such lots is random.

The local broker in a foreign securities transaction may be Fidelity Clearing Canada ULC, an affiliate of NFS and FBS.

Other remuneration may have been received and information will be furnished on request.

At the time you purchase shares of a no-load fund, those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

Certificates of deposit and certain securities, including bonds, preferred stocks, and common stocks, may be subject to call or redemption (prior to maturity, if applicable). Call features may exist in addition to those which may appear on the front of the confirmation. Early call or redemption could affect Yield. Complete information will be provided upon written request.

This statement is computed for payment by bank draft on settlement date. If payment is made at a later date, additional interest to date of payment will be charged.

Name of the other party, time of execution and remuneration furnished on request. Fidelity Brokerage Services LLC, Member NYSE/SIPC. Account carried with National Financial Services LLC.

**\* T - TYPE OF ACCOUNT**

| | |
|---|---|
| 0 - Deliver / Receive vs. Payment | 6 - Special Account |
| 1 - Cash Account | 8 - When Issued / TBA |
| 2 - Margin Account | 9 - Income Account |
| 3 - Short Account | |

If an odd-lot differential is indicated on the face of this confirmation, an amount of 12½ cents per share was added to the price of purchase or deducted from the price of sale.

D1. Additional call features exist that may affect yield; complete information will be provided upon request.

D2. No periodic interest payments - callable below maturity value without notice by mail to holder unless registered.

D3. For bonds callable and issued in bearer form, it may be difficult for you to determine whether the securities have been called.

D4. Asset-backed Securities. An asset-backed security represents an interest in or is secured by a pool of financial assets that may be subject to continuous prepayment. The actual yield may vary based on prepayment rates of the underlying receivable or other financial assets. Information concerning factors that affect yield will be furnished upon written request.

Ratings information, when provided, has been obtained from select ratings services which NFS believes to be reliable, however, NFS cannot guarantee its timeliness, accuracy or completeness. Ratings are opinions and not recommendations or investment advice. Ratings or the absence of ratings should not alone be relied upon when assessing the credit quality of a security or making an investment decision. Ratings are subject to change or withdrawal by the ratings services at any time. Ratings information may not be provided for all debt securities. When indicated, NR denotes that the security is not rated by the listed rating organization. The security may be rated by other rating services. Please contact your broker dealer if you need more information about a security.

447970.25.0

---

# INSTRUCTIONS FOR DEPOSITING CERTIFICATES

**Endorsement Instructions**

1) The signature on the back of the certificate must correspond exactly to the name as written upon the face of the certificate.

2) Write "National Financial Services LLC" on the line between "appoint" and "attorney."

3) Write your brokerage account number on the top right corner of the front of the certificate.

4) Failure to properly prepare the Certificate may result in delays completing your transaction.

## MAIL CERTIFICATES TO THIS ADDRESS:

NATIONAL FINANCIAL SERVICES LLC
ATTN: Banking Services
Mail Zone KCTN
100 Crosby Parkway
Covington, KY 41015

9900347591

Canopy Growth Corp. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

6 MAY 2022 PM 6 L



FOREVER
994511215093747

Canopy Growth Corp. Securities Litigation                    Lucy Verhulst
% Strategic Claims Services
PO Box 230
600 N. Jackson St. Ste. 205
Media
PA 19063
USA

To whom it may concern,

I, Lucy Verhulst, request exclusion from the Settlement Class in Ortiz v. Canopy Growth Corporation, Case No. 2:19-cv-20543-KM-ESK (D.N.J.)

60 shares were bought  on October 9 2018 worth CAD $6,000.00
All the shares remained in my portfolio as of May  28 2020

Please find supporting documentation included.

Your Sincerely,

*Lucy Verhulst*

Lucy Verhulst

BMO One View | InvestorLine 2.0                              MyLink (0) | BMO Services | Rates | Security Settings | Contact us | Last login: Apr 26, 2022 20:29 | Sign out

Trading | My Portfolio | Quotes & Tools | Markets & News | Research | Education | Account Services    Enter symbol or name

Home    My Portfolio    **Performance Details**                                                                    5 Star Tools

## Performance Details

| Accou... ........ : LUCY VERHULST | |
|---|---|
| As of: **May 01, 2022** | **Cash** |
| Currency: CAD | 2,283.74 C |
| **Total in CAD:** | **2,283.74 C** |

**Notes:**
- For more information on how each performance measure has been calculated, please view the Help information.
- Detailed Deposit and Withdrawal activity is available for the most recent three months. Select a month from the Current Calendar Year table below..

**Current Calendar Year**
Market Value At Previous Year End On 31 Dec 2021 : $2,946.14                                                Help

| Month Ending | Net Deposits/ Withdrawals | Month End Market Value | Accrued Interest | Total Market Value | Change in Market Value | Change Net of Flows |
|---|---|---|---|---|---|---|
| Mar 2022 | 0.00 | 2,852.54 | 0.00 | 2,852.54 | 26.40 | 26.40 |
| Feb 2022 | 0.00 | 2,826.14 | 0.00 | 2,826.14 | -70.72 | -70.72 |
| Jan 2022 | 0.00 | 2,896.86 | 0.00 | 2,896.86 | -49.28 | -49.28 |
| **Year-to-date Total:** | **0.00** | **2,852.54** | **0.00** | **2,852.54** | **-93.60** | **-93.60** |

**Previous Calendar Years**
Initial Deposit at 09 Oct 2018: $6,000.00

| Year Ending | Net Deposits/ Withdrawals | Month End Market Value | Accrued Interest | Total Market Value | Change in Market Value | Change Net of Flows |
|---|---|---|---|---|---|---|
| Dec 2021 | 0.00 | 2,946.14 | 0.00 | 2,946.14 | -1,216.80 | -1,216.80 |
| Dec 2020 | 0.00 | 4,162.94 | 0.00 | 4,162.94 | 240.60 | 240.60 |
| Dec 2019 | 0.00 | 3,922.34 | 0.00 | 3,922.34 | -2,077.66 | -2,077.66 |
| Dec 2018 | 0.00 | 6,000.00 | 0.00 | 6,000.00 | 0.00 | 0.00 |

Site map | Privacy | Legal | Conflicts of Interest | Relationship Disclosure | Security

Member – Canadian Investor Protection Fund |    IIROC    Regulated by Investment Industry Regulatory Organization of Canada

LVERDULST

R:1687390.104342
Destination: 19063

CANADA POSTES
POST CANADA

Date       Postage - Port
2022.05.01    32.04
Calgary AB T3G4J0  0.021 kg
CANADA
1.00
6002552    1687390    0104342

Xpresspost-USA
Xpresspost EU

Do not cover chevron
Ne couvrez pas le chevron

2022-05-01

Xpresspost

33-086-072 (10-01)

CANOPY GROWTH CORP. SECURITIES LITIGATION

C/O STRATEGIC CLAIMS SERVICES.

P.O. BOX 230

600 N. JACKSON ST. STE 205

MEDIA

PA 19063

U.S.A.

CANADA POSTES
POST CANADA

EMS

Xpresspost- USA
E.-U.

DATA ENTERED
DONNÉES SAISIES

1

From  De

USPS TRACKING™ #

Customer No.    N° du client

Date
YA        MM         DJ
C.C. No.    N° du c.c.

Volumetric      Équivalent
equivalent      volumétrique
of actual weight  du poids réel

CANADA

EM 102 296 836 CA

To / À

CANADA

| Importer's Ref.    La réf. de l'importateur | Sender's Ref.    La réf. de l'exportateur |
|---|---|

**★NON - DELIVERY INSTRUCTIONS    DIRECTIVES RELATIVES À NON - LIVRAISON**
Sender check one.    Expéditeur cochez un.

A  Return at SENDER'S EXPENSE
   Renvoyer AUX FRAIS DE L'EXPÉDITEUR ☐    OR
OU    B  ABANDON
   ABANDON ☐

| Insured Value    Valeur assurée |
|---|
| $ |
| Postage Rate    Tarif d'affran. |
| $ |
| Gross Weight    Poids brut |
| kg |

**Reason for Export    Raison de l'exportation**

★Sender check applicable    Expéditeur cochez applicable

☐ Gift
   Cadeau    ☐ Sale
   Vente    ☐ Document
   Document    ☐ Commercial Sample
   Échantillon commercial

☐ Returned Goods/Repair/
   Warranty
   Retour de marchandises /
   Réparation / Garantie    Other (Please specify)    Autre (S.V.P. spécifiez)

**Commercial Sender    Expéditeurs commerciaux**

☐ Certificate No.
   N° de certificat

☐ License No.
   N° de licence

☐ Invoice No.
   N° de facture

**UNITED STATES  /  ÉTATS-UNIS**

| QTY QTÉ | Detailed Description of Contents Description détaillée du contenu | Net Weight Poids net | Declared Value Valeur déclarée $CAD | Country of origin Pays d'origine | HS Tariff No. N° de tarif SH |
|---|---|---|---|---|---|
|  |  | kg | $ |  |  |
|  |  | kg | $ |  |  |
|  |  | kg | $ |  |  |
|  |  | kg | $ |  |  |

I, the undersigned exporter of the goods, certify that the particulars given in this invoice declaration are true and correct to the best of my knowledge and that the items do not contain any dangerous or prohibited articles. See additional Terms and Conditions on reverse side. May be opened officially by Customs.

Je soussigné, l'exportateur des marchandises, atteste que l'information fournie sur la présente Déclaration relative à la facture est véridique et correcte au meilleur de ma connaissance et que le colis ne contient pas de marchandises dangereuses ou prohibées. Voir conditions additionnelles à l'endos. Peut être ouvert d'office par les douanes.

| ★Sender's signature    Signature de l'expéditeur | ★Total declared value Valeur déclarée totale $    $CAD | ★Date | YA | MM | DJ |
|---|---|---|---|---|---|
| Recipient's signature    Signature du destinataire | Recipient's Name    Nom du destinataire | Time    Heure | Delivery Date Date de livraison | YA    MM    DJ |

43-074-236 (16-11)

Customs Declaration  CN23  Shipping Label    Déclaration en douane  CN23  Étiquette d'expédition    2



33-086-572 (10-01)

Xpresspost

*Canopy Growth Corp. Securities Litigation*                                 Phone: (866) 274-4004
c/o Strategic Claims Services                                                      Fax: (610) 565-7985
600 N. Jackson Street – Suite 205                                      Email: info@strategicclaims.net
Media, PA 19063


May 16, 2022

Lucy Verulst



Re:  *Canopy Growth Corp. Securities Litigation*

Lucy Verhulst,

We received your request for exclusion from the *Canopy Growth Corp. Securities Litigation,* Case No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is needed in order for your request to be valid:

- Supporting documentation for the number of publicly traded securities of Canopy Growth Corporation purchased between June 27, 2018 and May 28, 2020.
- Supporting documentation for the number of shares held on August 26, 2020, an authorized statement from the broker containing the holding information found in an account statement; and/or
- If the shares were sold prior to August 26, 2020, please submit your trade confirmation slips, broker account statements, or an authorized statement from the broker containing the sale transaction information between June 27, 2018 and August 26, 2020.

For your request to be honored, we must receive the information above no later than **May 17, 2022.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Margery Craig
Project Manager
Strategic Claims Services

**mcraig@strategicclaims.net**

| | |
|---|---|
| **From:** | Lucy Verhulst <l          r |
| **Sent:** | Monday, May 16, 2022 8:33 PM |
| **To:** | mcraig@strategicclaims.net |
| **Cc:** | 'Josephine Bravata' |
| **Subject:** | Re: Canopy Growth Corp. Securities Litigation |

Hi Margery,

Unfortunately at this late stage I will not make the May 17 2022 deadline.

For your information, a broker was not used so the photocopy is what I was able to pull off the self-directed platform that I used.

My only option at this stage is to abstain as I do not wish to be part of the lawsuit so I will not be sending any further information for the opt-in deadline.

Yours Sincerely

Lucy Verhulst

---

**From:** mcraig@strategicclaims.net <mcraig@strategicclaims.net>
**Sent:** May 16, 2022 8:15 AM
**To:** .
**Cc:** 'Josephine Bravata' <jbravata@strategicclaims.net>
**Subject:** Canopy Growth Corp. Securities Litigation

Lucy Verhulst,

We received your request for exclusion from the *Canopy Growth Corp. Securities Litigation,* Case No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is needed in order for your request to be valid:

- Supporting documentation for the number of publicly traded securities of Canopy Growth Corporation purchased between June 27, 2018 and May 28, 2020.
- Supporting documentation for the number of shares held on August 26, 2020, an authorized statement from the broker containing the holding information found in an account statement; and/or

1

- If the shares were sold prior to August 26, 2020, please submit your trade confirmation slips, broker account statements, or an authorized statement from the broker containing the sale transaction information between June 27, 2018 and August 26, 2020.

For your request to be honored, we must receive the information above no later than **May 17, 2022.** If you have any questions, please contact me at your earliest convenience.

Please note, a copy of this letter has been mailed to the address on file.

Regards,

Margery Craig
Project Manager
Strategic Claims Services

Regards,

Margie Craig
Project Manager
Strategic Claims Services
600 North Jackson Street
Suite 205
Media, PA 19063
610-565-9202 x1005
Toll free 866-274-4004
Fax 610-565-7985

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it. Thank you.*

May 7, 2022

Canopy Growth Corp. Securities
Litigation
C/o Strategic Claims
Services

I, Jane A. Davis, request
exclusion from the Settlement
Class in Ortiz v. Canopy Growth
Corporation, Case No. 2:19-cv-
20543-KM-ESK (D.N.J.)

Jane A. Davis

I no longer have any shares
of Canopy Growth. Via BofA &
a Merrill Edge Acct. I sold 5 (ALL)
my CGC shares valued @ $4.64
on 12/30/21.

Regards,
Jane A. Davis

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

*This Notice may affect your legal rights. You may be entitled to a payment from this securities class action settlement.*

CANOPY GROWTH CORP. SECURITIES LITIGATION
C/O STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA 19063

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225

00024714    6#

JOB# N70685-010

04



\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 980
MLPF& S CUST FPO
JANE DAVIS RRA
FBO JANE DAVIS

04

**Roth IRA-Edge**

| Trade Date | Action | Quantity | Price | Amount |
|---|---|---|---|---|
| 12/30/2021 | Sold | 5 | 8.93 | 44.65 |

| | | | |
|---|---|---|---|
| **Security Description** | CANOPY GROWTH CORP<br>ORDERS MAY BE ROUTED TO A MERRILL LYNCH AFFILIATE WHO MAY<br>EXECUTE SUCH ORDERS AS PRINCIPAL OR AGENT OR ROUTE ORDERS TO<br>OTHER MARKET CENTERS FOR EXECUTION.<br>EXECUTED 100% AGENCY. CLIENT ENTERED.<br>ML ACTED AS AGENT.<br><br>SEE ABOVE FOR TRANSACTION DETAILS | **Processing Fee**<br><br>**Transaction Fee**<br>0.01<br><br>**Accrued Interest/Dividend** |
| **Security** | CGC | **Net Amount** |
| **CUSIP** | 138035100 | 44.64 |
| **FA Number** | 1000 | **Settlement Date** |
| **Client Address** | MLPF& S CUST FPO<br>JANE DAVIS RRA<br>FBO JANE DAVIS | 01/03/2022 |
| **Office Address** | Office Serving Your Account<br><br>P.O. BOX 1527<br>PENNINGTON NJ 08534-4125<br>877-653-4732 | |

Please write your account numbers shown above on the face of your check, money order or correspondence and forward to the office serving your account.

Payment for securities or other investment purchased and delivery of securities or other investment instruments sold are due on **Settlement Date** unless otherwise indicated by a **Date Due**. Delivery on or before settlement date will avoid premium charges.

If you have moved or plan to move, notify your Financial Advisor of your new address or update your account profile .

The details displayed here are for informational purposes only. Please choose the "View Confirmations" link to review the official confirmation of your trade.



*Canopy Growth Corp. Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson Street – Suite 205
Media, PA 19063

Phone: (866) 274-4004
Fax: (610) 565-7985
Email: info@strategicclaims.net

May 16, 2022

Jane Davis

Re:  *Canopy Growth Corp. Securities Litigation*

Jane Davis,

We received your request for exclusion from the *Canopy Growth Corp. Securities Litigation,* Case No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is needed in order for your request to be valid:

- Supporting documentation for the number of publicly traded securities of Canopy Growth Corporation purchased between June 27, 2018 and May 28, 2020.

For your request to be honored, we must receive the information above no later than **May 17, 2022.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Margery Craig
Project Manager
Strategic Claims Services