May 8th, 2022

Gregory M Domsic

Case # 2:19-cv-20543-km-ESK (D.N.J.)

To whom it may concern,

I would like to be excluded from the Canopy Growth Corp. Securities Litigation.

Bought...2/15/2019
Quantity: 6
$ Per share: $48.70
Principle: $292.20
Total price: $297.15

Bought...2/20/2019
Quantity: 10
$ Per share: 46.5268
Principle $465.27
Total price: $470.22

Sold...3/19/2019
Quantity: 16
$ Per share: 45.402
Principle $726.43
Total price: $721.47

Thank you

Gregory M Domsic



Gregory M. Domsic

Canopy Growth Corp. Securities Litigation
C/o strategic claims Services
P.O. Box 230
600 N. Jackson St.
Ste 205
Media PA 19063
19063-256455

Canopy Growth Corp. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230 600 N. Jackson St., Ste. 205
Media, PA 19063

Subject:  Request exclusion from the Settlement Class in Ortiz v. Canopy Growth Corporation, Case No. 2:19-cv-20543-KM-ESK (D.N.J.)

Name, address, phone and email address:
    Sarah R Masterson

Purchase info to include:

| Date | Quantity | Cost per share | Total cost |
|------|----------|----------------|------------|
| June 14, 2019 | 15 shares | $40.91 | $620.60 |

Number of shares held as of May 28, 2020 = 15 shares

Documents included with this request:  *10 pages total*
TD Ameritrade statement dated June 2019 showing purchase of Canoy Growth Corp shares  - *5 pages*
TD Ameritrade statement dated May 2020 showing owning Canopy Growth Corp shares  - *4 pages*
TD Ameritrade purchase transaction page   - *1 page*

Sincerely,

*Sarah R Masterson*
Sarah R Masterson

*7 May 2022*

 **Ameritrade**

**Statement Reporting Period:**
06/01/19 - 06/30/19

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account #**
SARAH P MASTERSON

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield |
|---|---|---|---|---|---|---|
| Cash | $   - | $   - | $   - | - | $   - | - |
| Insrd Dep Acct (IDA) | 880.88 | 497.43 | 383.45 | 77.1% | - | 0.07% |
| Money Market | - | - | - | - | - | - |
| Short Balance | - | - | - | - | - | - |
| Stocks | 1,048.95 | 428.50 | 620.45 | 144.8% | 48.00 | 4.6% |
| Short Stocks | - | - | - | - | - | - |
| Fixed Income | - | - | - | - | - | - |
| Options | - | - | - | - | - | - |
| Short Options | - | - | - | - | - | - |
| Mutual Funds | 765.23 | 721.00 | 44.23 | 6.1% | - | - |
| Other | - | - | - | - | - | - |
| **Total** | **$2,695.06** | **$1,646.93** | **$1,048.13** | **63.6%** | **$48.00** | **1.8%** |

**Portfolio Allocation**

Mutual Funds 28.4%
IDA 32.7%
Stocks 38.9%

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $ 0.00 | $   - |
| Securities Purchased | (620.60) | (620.60) |
| Securities Sold | - | - |
| Funds Deposited | 1,000.00 | 1,001.94 |
| Funds Disbursed | - | (0.87) |
| Income | 4.00 | 26.50 |
| Expense | - | - |
| Other | (383.40) | (406.97) |
| **Closing Balance** | $ 0.00 | $0.00 |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $4.00 | $   - | $26.50 |
| Interest | - | - | - |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | $4.00 | $0.00 | $26.50 |

## Performance Summary

| | |
|---|---|
| **Cost Basis As Of - 06/30/19 ** | $2,320.86 |
| Unrealized Gains | 192.13 |
| Unrealized Losses | (698.81) |
| Funds Deposited/(Disbursed)[YTD] | 1,001.07 |
| Income/(Expense)[YTD] | 26.50 |
| Securities Received/(Delivered)[YTD] | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Gain/Loss.

**Statement for Account #**
06/01/19 – 06/30/19

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $  1,000.00 | $  1,001.94 |
| *Subtotal* | 1,000.00 | 1,001.94 |
| **DEBITS** | | |
| Electronic Transfer | $  - | $  (0.87) |
| *Subtotal* | 0.00 | (0.87) |
| **TOTAL** | 1,000.00 | 1,001.07 |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | $ 4.00 | $ 26.50 |
| IDA Interest | 0.05 | 0.20 |

*This section displays current and year to date taxation values for this account. The current totals may not equate to the total payments listed on this statement as corrections to tax reporting may also be included. These corrections can include changes made to previous payments and removal of payments reportable in a previous tax year (spillover dividends). The year to date totals will accurately reflect your cumulative amount for the year.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| AGNC INVESTMENT CORP COM | AGNC | 25 | $ 16.82 | $420.50 | 12/11/12 | $ 724.39 | $ 28.98 | $ (303.89) | $ 48.00 | 11.4% |
| CANOPY GROWTH CORPORATION COM | CGC | 15 | 40.31 | 604.65 | 06/14/19 | 620.60 | 41.37 | (15.95) | - | - |
| PORTLOGIC SYSTEMS INC COM | PGSY | 5,000 | 0.0048 | 23.80 | 07/20/17 | 402.77 | 0.08 | (378.97) | - | - |
| **Total Stocks** | | | | $1,048.95 | | $1,747.76 | | $(698.81) | $48.00 | 4.6% |

page 2 of 5

**Statement for Account #**
06/01/19 - 06/30/19

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Mutual Funds - Cash** | | | | | | | | | | |
| RBB MOTLEY FOOL S/M CAP GR INV | TMFGX | 30.931 | $ 24.74 | $765.23 | 08/18/14 | $ 573.10 | $ 18.53 | $ 192.13 | $ - | - |
| **Total Mutual Funds** | | | | $765.23 | | $573.10 | | $192.13 | $0.00 | 0.0% |
| **Total Cash Account** | | | | $1,814.18 | | $2,320.86 | | $(506.68) | $48.00 | 2.6% |

### Online Cash Services Transaction Detail

| Category | Transaction Date | Description | | Amount |
|---|---|---|---|---|
| **CREDITS** | | | | |
| Electronic Transfer | 06/12/2019 | ACH IN | $ | 1,000.00 |
| *Subtotal* | | | | 1,000.00 |
| **TOTAL** | | | | 1,000.00 |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | $ 0.00 |
| 06/11/19 | 06/11/19 | Cash | Div/Int - Income | AGNC INVESTMENT CORP COM Payable: 06/11/2019 Ordinary Dividends 4.00 | AGNC | - | $ 0.00 | $ 4.00 | 4.00 |
| 06/11/19 | 06/11/19 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (4.00) | 0.00 |
| 06/11/19 | 06/12/19 | Cash | - Funds Deposited | ACH IN | - | - | 0.00 | 1,000.00 | 1,000.00 |
| 06/12/19 | 06/12/19 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (1,000.00) | 0.00 |

**Statement for Account #**
06/01/19 - 06/30/19

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/14/19 | 06/18/19 | Cash | Buy - Securities Purchased | CANOPY GROWTH CORPORATION COM Commission/Fee 6.95 | CGC | 15 | 40.91 | (620.60) | (620.60) |
| 06/18/19 | 06/18/19 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 620.60 | 0.00 |

**Closing Balance**                                                                                             **$ 0.00**

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 06/01/19 | $ 497.43 | 10 | 0.0700 | $ 0.01 | $ 0.01 | $ - |
| 06/11/19 | 501.43 | 1 | 0.0700 | - | 0.01 | - |
| 06/12/19 | 1,501.43 | 6 | 0.0700 | 0.02 | 0.03 | - |
| 06/18/19 | 880.83 | 13 | 0.0700 | 0.02 | 0.05 | 0.05 |

**Total Interest Income**                                                                                        **$0.05**

page 4 of 5

## Statement for Account
### 06/01/19 - 06/30/19

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Insured Deposit Account Activity** | | | | | | | | | |
| Date Cleared | Check Number | Date Written | Transaction | Description | | Tracking Code | Expense Code | Amount | Balance |
| **Opening Balance** | | | | | | | | | **$497.43** |
| 06/11/19 | - | 06/11/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | | - | - | $ 4.00 | 501.43 |
| 06/12/19 | - | 06/12/19 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | | - | - | 1,000.00 | 1,501.43 |
| 06/18/19 | - | 06/18/19 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | | - | - | (620.60) | 880.83 |
| 06/28/19 | - | 06/28/19 | Received | Interest; Insured Deposit Account Bank NA | | - | - | 0.05 | 880.88 |
| **Closing Balance** | | | | | | | | | **$880.88** |

**TD Bank NA**

FDIC Insured Deposit Account (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and held by one or more banks ("Program Banks"). Two of the Program Banks are TD Bank, N.A. and TD Bank USA, N.A., both affiliates of TD Ameritrade. The IDA balances are not covered by the Securities Investor Protection Corporation (SIPC) protection applicable to your brokerage account.

**Important Information**

### STATEMENT OF FINANCIAL CONDITION
The most recent statement of financial condition for TD Ameritrade Clearing, Inc. may be obtained at no cost, via the Internet at http://www.tdameritrade.com/financialstatement.html or by contacting TD Ameritrade Clearing, Inc. at 1-800-669-3900. As of March 31, 2019, TD Ameritrade Clearing, Inc. had net capital and a net capital requirement of $3.3 billion and $469.4 million, respectively. A copy of the report and comments is currently available for customers' inspection at the principal office of the Securities and Exchange Commission in Washington D.C. and the Denver, CO office of the Commission.

### FINRA INFORMATION
Required Annual FINRA Information: Investors may request disclosable background information on any U.S. licensed broker or broker-dealer via FINRA's BrokerCheck, a free online tool. Visit brokercheck.finra.org. Additionally, FINRA has a brochure which describes the BrokerCheck program. You may request this brochure either through the FINRA web site www.finra.org or by calling (800) 289-9999, the BrokerCheck Hotline Number.

 **Ameritrade**

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account #**
SARAH R MASTERSON

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield |
|---|---|---|---|---|---|---|
| Cash | $ - | $ - | $ - | - | $ - | - |
| Insrd Dep Acct (IDA) | 176.59 | 211.59 | (35.00) | (16.5)% | - | 0.01% |
| Money Market | - | - | - | - | - | - |
| Short Balance | - | - | - | - | - | - |
| Stocks | 715.79 | 658.95 | 56.84 | 8.6% | 36.00 | 5.0% |
| Short Stocks | - | - | - | - | - | - |
| Fixed Income | - | - | - | - | - | - |
| Options | - | - | - | - | - | - |
| Short Options | - | - | - | - | - | - |
| Mutual Funds | 866.51 | 773.51 | 93.00 | 12.0% | - | - |
| Other | - | - | - | - | - | - |
| **Total** | **$1,758.89** | **$1,644.05** | **$114.84** | **7.0%** | **$36.00** | **2.0%** |

**Portfolio Allocation**

IDA 10.0%
Mutual Funds 49.3%
Stocks 40.7%

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $ 0.00 | $ - |
| Securities Purchased | - | - |
| Securities Sold | - | - |
| Funds Deposited | - | - |
| Funds Disbursed | - | - |
| Income | 3.00 | 19.00 |
| Expense | (38.00) | (38.00) |
| Other | 35.00 | 19.00 |
| **Closing Balance** | **$ 0.00** | **$0.00** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $3.00 | $ - | $19.00 |
| Interest | - | - | - |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | (38.00) | (38.00) |
| Other | - | - | - |
| **Net** | **$3.00** | **($38.00)** | **($19.00)** |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 05/31/20 ** | $3,053.83 |
| Unrealized Gains | 248.30 |
| Unrealized Losses | (1,719.83) |
| Funds Deposited/(Disbursed)$^{YTD}$ | - |
| Income/(Expense)$^{YTD}$ | (19.00) |
| Securities Received/(Delivered)$^{YTD}$ | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Gain/Loss.

page 1 of 4

**Statement for Account # ·**
05/01/20 – 05/31/20

| Income Summary Detail* | | |
| --- | --- | --- |
| **Description** | **Current** | **Year to Date** |
| Ordinary Dividends | $ 3.00 | $ 19.00 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

| Account Positions | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Investment Description** | **Symbol/ CUSIP** | **Quantity** | **Current Price** | **Market Value** | **Purchase Date** | **Cost Basis** | **Average Cost** | **Unrealized Gain(Loss)** | **Estimated Income** | **Yield** |
| **Stocks - Cash** | | | | | | | | | | |
| AGNC INVESTMENT CORP COM | AGNC | 25 | $ 12.94 | $323.50 | 12/11/12 | $ 702.89 | $ 28.12 | $ (379.39) | $ 36.00 | 11.1% |
| CANOPY GROWTH CORPORATION COM | CGC | 15 | 17.37 | 260.55 | 06/14/19 | 620.60 | 41.37 | (360.05) | - | - |
| CHARLOTTES WEB HOLDINGS INC COM | CWBHF | 15 | 5.3793 | 80.69 | 08/01/19 | 309.91 | 20.66 | (229.22) | - | - |
| EMERALD HEALTH THERAPEUTICS IN COM | EMHTF | 250 | 0.20 | 50.00 | 08/01/19 | 399.45 | 1.60 | (349.45) | - | - |
| JINZISHENG HLDG GROUP COM | PGSYD | 1 | 1.05 | 1.05 | 07/20/17 | 402.77 | 402.77 | (401.72) | - | - |
| **Total Stocks** | | | | $715.79 | | $2,435.62 | | $(1,719.83) | $36.00 | 5.0% |
| **Mutual Funds - Cash** | | | | | | | | | | |
| RBB MOTLEY FOOL S/M CAP GR INV | TMFGX | 32.748 | $ 26.46 | $866.51 | 08/18/14 | $ 618.21 | $ 18.88 | $ 248.30 | $ - | - |
| **Total Mutual Funds** | | | | $866.51 | | $618.21 | | $248.30 | $0.00 | 0.0% |
| **Total Cash Account** | | | | $1,582.30 | | $3,053.83 | | $(1,471.53) | $36.00 | 2.3% |

**Statement for Account #**
05/01/20 - 05/31/20

| | | | | | Account Activity | | | | |
|---|---|---|---|---|---|---|---|---|---|

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$ 0.00** |
| 05/05/20 | 05/05/20 | Cash | Delivered - Other | PORTLOGIC SYSTEMS INC 1:20000 R/S 5/5/20 47761Q102 1:20000 REVERSE SPLIT TO JINZISHENG HLDG GROUP 47761Q102 Auto Reorg#476286\|REVERSE SPLIT | 736878208 | 5,000- | $ 0.00 | $ - | 0.00 |
| 05/05/20 | 05/05/20 | Cash | Journal - Expense | MANDATORY REORGANIZATION FEE Auto Reorg#476286 | 736878208 | - | 0.00 | (38.00) | (38.00) |
| 05/06/20 | 05/06/20 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 38.00 | 0.00 |
| 05/11/20 | 05/11/20 | Cash | Div/Int - Income | AGNC INVESTMENT CORP COM Payable: 05/11/2020 Ordinary Dividends 3.00 | AGNC | - | 0.00 | 3.00 | 3.00 |
| 05/11/20 | 05/11/20 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (3.00) | 0.00 |
| 05/18/20 | 05/18/20 | Cash | Received - Other | JINZISHENG HLDG GROUP COM REORG - CREDIT MANDATORY ROUNDING SHARE FROM 736878208 | PGSYD | 1 | 0.00 | - | 0.00 |
| **Closing Balance** | | | | | | | | | **$ 0.00** |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

| | | Insured Deposit Account Interest Credited | | | | | |
|---|---|---|---|---|---|---|---|

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 05/01/20 | $ 211.59 | 4 | 0.0100 | $ - | $ - | $ - |
| 05/05/20 | 173.59 | 6 | 0.0100 | - | - | - |
| 05/11/20 | 176.59 | 21 | 0.0100 | - | - | - |
| **Total Interest Income** | | | | | | **$0.00** |

**Statement for Account #**

05/01/20 – 05/31/20

### Insured Deposit Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | **$211.59** |
| 05/06/20 | – | 05/06/20 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | – | – | $ (38.00) | 173.59 |
| 05/11/20 | – | 05/11/20 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | – | – | 3.00 | 176.59 |
| **Closing Balance** | | | | | | | | **$176.59** |
| **TD Bank NA** | | | | | | | **$176.59** | |

FDIC Insured Deposit Account (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and held by one or more banks ("Program Banks"). Two of the Program Banks are TD Bank, N.A. and TD Bank USA, N.A., both affiliates of TD Ameritrade. The IDA balances are not covered by the Securities Investor Protection Corporation (SIPC) protection applicable to your brokerage account.

### Important Information

**STATEMENT OF FINANCIAL CONDITION**

The most recent statement of financial condition for TD Ameritrade Clearing, Inc. may be obtained at no cost, via the Internet at [http://www.tdameritrade.com/financialstatement.html] or by contacting TD Ameritrade Clearing, Inc. at 1-800-669-3900. As of March 31, 2020, TD Ameritrade Clearing, Inc. had net capital and a net capital requirement of $3.27 billion and $402.7 million, respectively. A copy of the report and comments is currently available for customers' inspection at the principal office of the Securities and Exchange Commission in Washington, D.C. and the Denver, CO office of the Commission.

**RMDs HAVE BEEN SUSPENDED FOR 2020**

The recent CARES Act suspends all RMDs for tax year 2020, meaning you will **not** need to take an RMD from your retirement account for this year if you were due to take one. We've changed your RMD for tax year 2020 to zero. If your account is set up for systematic withdrawals with a distribution amount based on the RMD, we've discontinued them for 2020. They will resume in 2021. If your account was set up for periodic/recurring distributions based upon a predetermined amount and not your RMD, no changes will be made to those distributions. For more information, please see our FAQ at tdameritrade.com/CARESAct.

 **Ameritrade**

**Account History**          Search results for 1/1/2019 to 12/31/2019                                    Thu May 5 2022 7:21:45 pm ET

| Date | Description | Net Change |
|---|---|---|
| 06/14/2019  11:28:11 | Bought 15 CGC @ 40.91 | -620.60 |

| | | | | |
|---|---|---|---|---|
| **Transaction ID:** | 22537367430 | **Order Number:** | 609347199 | |
| **Underlying:** | | **Strike:** | | |
| **Put/Call:** | | **Expiration:** | | |
| **Session:** | Regular Market Hours | **Routing:** | | |
| **Date Entered:** | 06/14/2019 | **Time Entered:** | 11:28:11 | |
| **Commission:** | 6.95 | **Reg Fee:** | | |



USPS
UNITED STATES
POSTAL SERVICE®

1000          19063

MAY 09, 22
AMOUNT
**$1.28**
R2305K132966-5

CANOPY GROWTH CORP SECURITIES LIT

℅ STRATEGIC CLAIMS SERVICES

PO BOX 230 600 N JACKSON ST STE 205

MEDIA PA 19063

19063-023030

*Canopy Growth Corp. Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson Street – Suite 205
Media, PA 19063

Phone: (866) 274-4004
Fax: (610) 565-7985
Email: info@strategicclaims.net

May 16, 2022

Sarah R. Masterson

Re: *Canopy Growth Corp. Securities Litigation*

Sarah R. Masterson,

We received your request for exclusion from the *Canopy Growth Corp. Securities Litigation,* Case No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is needed in order for your request to be valid:

- Supporting documentation for the number of shares held on August 26, 2020, an authorized statement from the broker containing the holding information found in an account statement; and/or
- If the shares were sold prior to August 26, 2020, please submit your trade confirmation slips, broker account statements, or an authorized statement from the broker containing the sale transaction information between June 27, 2018 and August 26, 2020.

For your request to be honored, we must receive the information above no later than **May 17, 2022.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Margery Craig
Project Manager
Strategic Claims Services

 PO BOX 2577
OMAHA NE 68103-2577

SARAH R MASTERSON



# Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets.[1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month? The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Two of the Program Banks are TD Bank, N.A. and TD Bank USA, N.A., both affiliates of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

[1]Due to rounding adjustments, the statement details may not equal the statement totals.
[2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI")**, also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party lender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. All transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market and its clearing house, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal

Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T)** : If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker-dealers, exchanges and alternative trading systems (including electronic communications networks)) for execution. Compensation generally is in the form of a per share or per contract cash payment. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. TD Ameritrade posts SEC Rule 606 quarterly reports that include order routing disclosures at www.tdameritrade.com. A written copy is available upon request. In addition, on request, TD Ameritrade will provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 12/18

# TD Ameritrade

Statement for Account #
SARAH R MASTERSON

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

Case 2:19-cv-20543-MCA-MAH   Document 97-6   Filed 05/31/22   Page 18 of 77 PageID: 7913

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield |
|---|---|---|---|---|---|---|
| Cash | $ - | $ - | $ - | - | $ - | - |
| Insrd Dep Acct (IDA) | 185.59 | 182.59 | 3.00 | 1.6% | - | 0.01% |
| Money Market | - | - | - | - | - | - |
| Short Balance | - | - | - | - | - | - |
| Stocks | 690.73 | 706.75 | (16.02) | (2.3)% | 36.00 | 5.2% |
| Short Stocks | - | - | - | - | - | - |
| Fixed Income | - | - | - | - | - | - |
| Options | - | - | - | - | - | - |
| Short Options | - | - | - | - | - | - |
| Mutual Funds | 965.08 | 960.17 | 4.91 | 0.5% | - | - |
| Other | - | - | - | - | - | - |
| **Total** | **$1,841.40** | **$1,849.51** | **($8.11)** | **(0.4)%** | **$36.00** | **2.0%** |

**Portfolio Allocation**

IDA 10.1%
Stocks 37.5%
Mutual Funds 52.4%

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $ 0.00 | $ - |
| Securities Purchased | - | - |
| Securities Sold | - | - |
| Funds Deposited | - | - |
| Funds Disbursed | - | - |
| Income | 3.00 | 28.00 |
| Expense | - | (38.00) |
| Other | (3.00) | 10.00 |
| **Closing Balance** | $ 0.00 | $0.00 |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $3.00 | $ - | $28.00 |
| Interest | - | - | - |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | (38.00) |
| Other | - | - | - |
| **Net** | $3.00 | $0.00 | ($10.00) |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 08/31/20 ** | $3,053.83 |
| Unrealized Gains | 346.87 |
| Unrealized Losses | (1,744.89) |
| Funds Deposited/(Disbursed) YTD | - |
| Income/(Expense) YTD | (10.00) |
| Securities Received/(Delivered) YTD | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

| Income Summary Detail* | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Ordinary Dividends | $ 3.00 | $ 28.00 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

| Account Positions | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Investment Description** | **Symbol/ CUSIP** | **Quantity** | **Current Price** | **Market Value** | **Purchase Date** | **Cost Basis** | **Average Cost** | **Unrealized Gain(Loss)** | **Estimated Income** | **Yield** |
| **Stocks - Cash** | | | | | | | | | | |
| AGNC INVESTMENT CORP COM | AGNC | 25 | $ 14.11 | $ 352.75 | 12/11/12 | $ 702.89 | $ 28.12 | $ (350.14) | $ 36.00 | 10.2% |
| CANOPY GROWTH CORPORATION COM | CGC | 15 | 16.52 | 247.80 | 06/14/19 | 620.60 | 41.37 | (372.80) | - | - |
| CHARLOTTES WEB HOLDINGS INC COM | CWBHF | 15 | 3.39 | 50.85 | 08/01/19 | 309.91 | 20.66 | (259.06) | - | - |
| EMERALD HEALTH THERAPEUTICS IN COM | EMHTF | 250 | 0.1533 | 38.33 | 08/01/19 | 399.45 | 1.60 | (361.12) | - | - |
| JINZISHENG HLDG GROUP COM | JGHG | 1 | 1.00 | 1.00 | 07/20/17 | 402.77 | 402.77 | (401.77) | - | - |
| **Total Stocks** | | | | **$690.73** | | **$2,435.62** | | **$(1,744.89)** | **$36.00** | **5.2%** |
| **Mutual Funds - Cash** | | | | | | | | | | |
| RBB MOTLEY FOOL S/M CAP GR INV | TMFGX | 32.748 | $ 29.47 | $ 965.08 | 08/18/14 | $ 618.21 | $ 18.88 | $ 346.87 | $ - | - |
| **Total Mutual Funds** | | | | **$965.08** | | **$618.21** | | **$346.87** | **$0.00** | **0.0%** |
| **Total Cash Account** | | | | **$1,655.81** | | **$3,053.83** | | **$(1,398.02)** | **$36.00** | **2.2%** |

Case 2:19-cv-20543-MCA-MAH   Document 97-6   Filed 05/31/22   Page 19 of 77 PageID: 7914

Case 2:19-cv-20543-MCA-MAH   Document 97-6   Filed 05/31/22   Page 20 of 77 PageID: 7815

**Statement for Account #**
08/01/20 - 08/31/20

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$ 0.00** |
| 08/11/20 | 08/11/20 | Cash | Div/Int - Income | AGNC INVESTMENT CORP COM Payable: 08/11/2020 Ordinary Dividends 3.00 | AGNC | - | $ 0.00 | $ 3.00 | 3.00 |
| 08/11/20 | 08/11/20 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (3.00) | 0.00 |
| **Closing Balance** | | | | | | | | | **$ 0.00** |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 08/01/20 | $ 182.59 | 10 | 0.0100 | $ - | $ - | $ |
| 08/11/20 | 185.59 | 21 | 0.0100 | - | - | - |
| **Total Interest Income** | | | | | | **$0.00** |

## Insured Deposit Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | **$182.59** |
| 08/11/20 | - | 08/11/20 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | $ 3.00 | 185.59 |
| **Closing Balance** | | | | | | | | **$185.59** |

**TD Bank NA** **$185.59**

FDIC Insured Deposit Account (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and held by one or more banks ("Program Banks"). Two of the Program Banks are TD Bank, N.A. and TD Bank USA, N.A., both affiliates of TD Ameritrade. The IDA balances are not covered by the Securities Investor Protection Corporation (SIPC) protection applicable to your brokerage account.

**mcraig@strategicclaims.net**

| | |
|---|---|
| **From:** | |
| **Sent:** | Monday, May 16, 2022 7:22 PM |
| **To:** | mcraig@strategicclaims.net; srm1259@gmail.com |
| **Cc:** | 'Josephine Bravata' |
| **Subject:** | RE: Canopy Growth Corp. Securities Litigation |
| **Attachments:** | 1974962436.pdf; 2354332639.pdf |

Good Day Ms Craig,

Thank you for letting me know my request was received.

I would like to state that I sent the documents as required by the notification I received. There was no mention of data from Aug 2020.

I am attaching copies of the Aug 2020 statement and the Apr 2022 statement showing I still own the same number of Canopy Growth Corp shares.

I'm forced to assume that this email response with the attached documents is sufficient since there is no way to have this information delivered in a day as your letter says it needs to be at your office by 16 May 2022.

Please be so kind as to let me know you have received this email and the attached documents and that you now have everything you need from me.

Regards,
Sarah Masterson

Sent from my Galaxy

-------- Original message --------
From: mcraig@strategicclaims.net
Date: 5/16/22 7:30 AM (

Subject: Canopy Growth Corp. Securities Litigation

Sarah R. Masterson,

We received your request for exclusion from the *Canopy Growth Corp. Securities Litigation,* Case No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is needed in order for your request to be valid:

1

- Supporting documentation for the number of shares held on August 26, 2020, an authorized statement from the broker containing the holding information found in an account statement; and/or
- If the shares were sold prior to August 26, 2020, please submit your trade confirmation slips, broker account statements, or an authorized statement from the broker containing the sale transaction information between June 27, 2018 and August 26, 2020.

For your request to be honored, we must receive the information above no later than **May 17, 2022.**    If you have any questions, please contact me at your earliest convenience.

Please note, a copy of this letter has been mailed to the address on file.

Regards,

Margie Craig
Project Manager
Strategic Claims Services
600 North Jackson Street
Suite 205
Media, PA 19063
610-565-9202 x1005
Toll free 866-274-4004
Fax 610-565-7985

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

Claevens Estriplet

Canopy Growth Corp. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

4/24/2022

Re: Request exclusion from the Settlement Class in Ortiz v. Canopy Growth Corporation,
Case No. 2:19-cv-20543-KM-ESK (D.N.J.)

Dear Claims Settlement Administrator:

Please let this letter serve as my official written request to be **excluded** from the **Settlement Class
in Ortiz v. Canopy Growth Corporation, Case No. 2:19-cv-20543-KM-ESK (D.N.J.)**. See
below and the enclosed for the additional information requested.

Name: **Claevens Estriplet**
Address:
Telephone:
Date of Security Purchase: **4/28/2020**
Number of Shares Purchased (and currently holding): **2**

As proof of security purchase and holdings I have provided a portion of my brokerage statement.

Sincerely,

Claevens Estriplet

# TIAA

TIAA Brokerage
A Division of TIAA-CREF Individual & Institutional
Services, LLC. Member FINRA, SIPC
8500 Andrew Carnegie Boulevard [A0-06]
Charlotte, NC 28262
800-842-2252

# Brokerage
Account Statement

March 1, 2022 - March 31, 2022
Account Number: ▮▮▮▮▮

CLAEVENS ESTRIPLET

## Portfolio at a Glance

| | This Period | Year-to-Date |
|---|---|---|
| **BEGINNING ACCOUNT VALUE** | | |
| Dividends, Interest and Other Income | | |
| **Net Change in Portfolio**[1] | | |
| **ENDING ACCOUNT VALUE** | | |
| Estimated Annual Income | | |

**Your Financial Institution:**

[1] Net Change in Portfolio is the difference between the ending account value and beginning account value after activity.

**The Bank Deposits in your account are FDIC insured bank deposits.**
FDIC insured bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). These bank deposits are covered by the Federal Deposit Insurance Corporation (FDIC), up to allowable limits.

## For Your Information

Effective March 21, 2022, TIAA Brokerage customers will have an updated Customer Account Agreement. Preview the updated agreement at www.TIAA.org/Brokerage_CAA. See the Statement Message section at the end of your statement for information.

Do you need to take your IRA Required Minimum Distribution this year? If you have a Traditional IRA and are 72 years of age or older, or have an Inherited IRA, you may be required to take a distribution. Don't wait to start. We can discuss automating your payment or other options. Get started today by calling 800-842-2252, weekdays 8 a.m.–7 p.m. (ET). (1956671)

Please refer to the Messages section of the statement for additional information regarding your account.

Go paperless

Printed Document
Every Year Since 2007

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon

**TIAA** TIAA Brokerage
A Division of TIAA-CREF Individual & Institutional
Services, LLC. Member FINRA/SIPC
8500 Andrew Carnegie Boulevard (AC/9E)
Charlotte, NC 28262
800-842-2252

March 1, 2022 - March 31, 2022
CLAEVENS ESTRIPLET

## Portfolio Holdings

| Opening Date | Quantity | Account Number | Activity Ending | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield | Current Yield |
|---|---|---|---|---|---|---|---|---|---|
| **CASH, MONEY FUNDS AND BANK DEPOSITS 1.00% of Portfolio** | | | | | | | | | |
| **FDIC Insured Bank Deposits** | | | | | | | | | |
| TIAA BANK BROKERAGE SWEEP ACCT held at TIAA CREF FDIC INSURED | | | | | | | | | |
| 03/01/22 | | | 03/31/22 | | | | | | |
| **Total FDIC Insured Bank Deposits** | | | | | | | | | |
| **TOTAL CASH, MONEY FUNDS AND BANK DEPOSITS** | | | | | | | | | |

| Date Acquired | Quantity | Unit Cost | Current Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **EQUITIES 96.00% of Portfolio** | | | | | | | | |
| **Common Stocks** | | | | | | | | |
| CANOPY GROWTH CORP COM ISIN# CA1380351009 | | | | Security Identifier: CGC | | | | |
| Dividend Option: Cash | | | | CUSIP: 138035100 | | | | |
| 04/28/20 | 2.0000 | 18.0000 | 36.00 | 7.5906 | 15.18 | -20.82 | | |



Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon





# Investments

Data delayed at least 15 minutes

**CURRENT HOLDINGS**    **PROJECTED CASH**    **COST BASIS**    **PAST HOLDINGS**

**VIEW HOLDING:**

CGC

Export

## Cost basis summary

**CGC | CANOPY GROWTH CORP COM ISIN# CA1380351009**

| | |
|---|---|
| Security type | Stock |
| Total shares owned | 2 |
| Market value | $11.14 |
| Market price | $5.57 |
| Total unrealized gain/loss | -$24.86 (-69.06%) |
| Cost basis | |

Cost basis
Total purchase cost                   $36.00

**TRADE**

| PURCHASE DATE ▼ | QTY ▲ | PURCHASE COST PURCHASE PRICE ▲ | MKT VALUE MKT PRICE ▲ | UNREALIZED GAIN/LOSS ▲ | TERM ▲ |
|---|---|---|---|---|---|
| 04/28/2020 | 2 | **$36.00** $18.00 | **$11.14** $5.57 | -$24.86 (-69.06%) | Long |





Feedback



TO: Canopy Securities Litigation
c/o Strategic Claims Service
600 N. Jackson St. Suite 205
P.O. Box 230
Media, PA. 19063                    May 12th, 2022

RE: My Filed Request for Exclusion

To Whom it may Concern,

                    Please exclude me from this lawsuit.
CASE# 2:19-cv-20543-KM-ESK. I do "Not" want to be
involved in this lawsuit against Canopy Growth.

        I am an eligible stock holder, I purchased my stock on
approximately October 20, 2018. This post card sent
by your law office is proof of my membership in
this lawsuit, which I do Not want to participate,
              in this lawsuit,
(See copy of postcard)

        Thank you for your time & consideration

        Sincerely,
                                        Desiree Adamson
        Desiree Adamson

    (#5) I am Not trying to prove/pr
    a claim.

Canopy Growth Corp. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063



Mail ID: 384156

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
LANSDALE, PA
PERMIT NO. 491

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

*This Notice may affect your legal rights. You may be entitled to a payment from this securities class action settlement.*

T535  P3 ****************AUTO**ALL FOR AADC 773    300912
DESIREE ADAMSON

*Ortiz v. Canopy Growth Corporation, et al.*, Case No. 2:19-cv-20543 (D.N.J.)
THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.
PLEASE VISIT WWW.STRATEGICCLAIMS. NET/CANOPY/ OR CALL 1-866-274-4004 FOR MORE INFORMATION.

The U.S. District Court for the District of New Jersey ("Court") has preliminarily approved a Settlement of claims against Canopy Growth Corporation ("Canopy"), and six of its current and/or former officers (collectively, "Defendants"). Plaintiffs allege that Defendants made public statements at certain times in 2018-2020 that were materially false and misleading or omitted material information, causing damages to persons who purchased or otherwise acquired Canopy securities. Defendants deny any wrongdoing.

You received this notice because you or someone in your family or household may have purchased or acquired Canopy securities between June 27, 2018, and May 28, 2020, both dates inclusive ("Settlement Class Period"). The Settlement provides that, in exchange for dismissal and release of claims known or unknown against Defendants, Defendants will pay or cause to be paid into a settlement fund $13,000,000 ("Settlement Fund"). The Settlement Fund, less attorneys' fees and expenses, and a compensatory award to Lead Plaintiffs, will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Proof of Claim"). For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation of Settlement and Notice of Proposed Settlement of Class Action ("Notice") in any of the following ways: (1) by mail: Canopy Growth Corp. Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (2) by phone: toll free, (866) 274-4004; (3) by fax: (610) 565-7985; (4) by email: info@strategicclaims.net; or (5) by visiting the website: www.strategicclaims.net/canopy/.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator. PROOFS OF CLAIM ARE DUE BY JUNE 14, 2022, TO: CANOPY GROWTH CORP. SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON STREET, SUITE 205, MEDIA, PA 19063, OR SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/CANOPY/. If you DO NOT want to be legally bound by the Settlement, you must exclude yourself from the Settlement Class by May 17, 2022 or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by May 17, 2022. The Notice and Stipulation of Settlement explain how to opt-out or to object.

The Court will hold a hearing in this case on June 7, 2022 at 2:30 p.m. at 2 Federal Square, Courtroom PO 04, Newark, New Jersey 07102, to consider whether to approve the Settlement, the Plan of Allocation, a request by Lead Counsel for attorneys' fees up to 33 1/3%, plus actual expenses up to $275,000, and compensatory awards to Plaintiffs not to exceed $30,000 ("Final Approval Hearing"). You may attend the hearing and ask to be heard by the Court, but you do not have to. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means. For more information, call (866) 274-4004, or visit the website, www.strategicclaims.net/canopy/.

Desiree Adamson

(Page 2)  Request for Exclusion



To: Canopy Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste Suite 205
P.O. Box 230
Media, PA. 19063

D. Adamson

*Canopy Growth Corp. Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson Street – Suite 205
Media, PA 19063

Phone: (866) 274-4004
Fax: (610) 565-7985
Email: info@strategicclaims.net

May 18, 2022

Desiree Adamson

Re:  *Canopy Growth Corp. Securities Litigation*

Ms. Adamson,

We received your request for exclusion from the *Canopy Growth Corp. Securities Litigation,* Case No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is needed in order for your request to be valid:

- Supporting documentation for the number of publicly traded securities of Canopy Growth Corporation purchased between June 27, 2018 and May 28, 2020.
- Supporting documentation for the number of shares held on August 26, 2020, an authorized statement from the broker containing the holding information found in an account statement; and/or
- If the shares were sold prior to August 26, 2020, please submit your trade confirmation slips, broker account statements, or an authorized statement from the broker containing the sale transaction information between June 27, 2018 and August 26, 2020.\

For your request to be honored, we must receive the information above no later than **May 25, 2022.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Margery Craig
Project Manager
Strategic Claims Services

**Jesse R. Welfer**

May 14, 2022

VIA PRIORITY MAIL EXPRESS

Canopy Growth Corp. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

> RE: Opting Out From Settlement
> Ortiz v. Canopy Growth Corporation
> Case No. 2:19-cv-20543-KM-ESK (D.N.J.)

Dear Sir/Madam:

**I request exclusion from the Settlement Class in *Ortiz v. Canopy Growth Corporation*, Case No. 2:19-cv-20543-KM-ESK (D.N.J.).** My name is Jesse R. Welfer, address is
', and Tel. No. ,                I wish all communications
to be via mail, and not by e-mail. Enclosed herewith please find my TD Ameritrade Statement
for Account # ending in         for the period 02/01/19 – 02/28/19 (documentary proof), with the
full account number redacted as it comprises confidential personal information, evidencing (i)
my purchase of 17 and 4 shares of Canopy Securities on 01/31/19 and 02/13/19, respectively,
during the Settlement Class Period, and (ii) demonstrating my status as a beneficial owner of the
Canopy Securities.

I designate, and request that, the aforementioned enclosed TD Ameritrade Statement be
treated as confidential information as I never requested to participate, and do not wish to
participate, in this class action litigation, as I would not receive any benefit from the proposed
Settlement.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

*Jesse Welfer*

**Jesse R. Welfer**

Enclosure

 **Ameritrade**    PO BOX 2577
OMAHA NE 68103-2577

JESSE RYAN WELFER

# Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets.[1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month? The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Two of the Program Banks are TD Bank, N.A. and  TD Bank USA, N.A., both affiliates of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. This TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

[1]Due to rounding adjustments, the statement details may not equal the statement totals.
[2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

---

Dividends are declared daily and paid/reinvested monthly.  The prospectus contains this and other important information. Read the  prospectus  carefully  before  investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:**  Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements, Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

Alternative Investments ("AI"), also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

△ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent  sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

MSRB RULE G-10: TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission.  The website address for the Municipal

---

Securities Rulemaking Board is http://www.msrb.org.  An investor brochure is available  on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:**  The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at  http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):**  Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T)** : If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading  is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker-dealers, exchanges and alternative trading systems (including electronic communications networks)) for execution. Compensation generally is in the form of a per share or per contract cash payment. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. TD Ameritrade posts SEC Rule 606 quarterly reports that include order routing disclosures at www.tdameritrade.com. A written copy is available upon request. In addition, on request, TD Ameritrade will provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Trade Confirmations (Rule 10b-10):**  All confirmations are transmitted on the transaction date. If you participated in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:**  In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including the foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:**  The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1)  Tell us your name and account number.
(2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3)  Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 12/18

**Ameritrade**

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account #◼**
JESSE RYAN WELFER

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $11.51 | $1,600.00 | ($1,588.49) | - | $ - | - | |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - | |
| Money Market | - | - | - | - | - | - | Cash |
| Short Balance | - | - | - | - | - | - | 0.7% |
| Stocks | 1,587.74 | - | 1,587.74 | - | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | |
| **Total** | **$1,599.25** | **$1,600.00** | **($0.75)** | **-** | **$ 0.00** | **0.0%** | Stocks 99.3% |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $1,600.00 | $ - |
| Securities Purchased | (1,588.49) | (1,588.49) |
| Securities Sold | - | - |
| Funds Deposited | - | 1,600.00 |
| Funds Disbursed | - | - |
| Income | - | - |
| Expense | - | - |
| Other | - | - |
| **Closing Balance** | **$11.51** | **$11.51** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $ - |
| Interest | - | - | - |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | **$0.00** | **$0.00** | **$0.00** |

## Performance Summary

| | |
|---|---|
| **Cost Basis As Of - 02/28/19 \*\*** | **$1,588.49** |
| Unrealized Gains | 26.16 |
| Unrealized Losses | (26.91) |
| Funds Deposited/(Disbursed)[YTD] | 1,600.00 |
| Income/(Expense)[YTD] | - |
| Securities Received/(Delivered)[YTD] | 0.00 |

\*\*To view realized gains and losses for your account, login at
www.tdameritrade.com and visit My Account > Gain/Loss.

**Statement for Account #▬▬**

02/01/19 - 02/28/19

### Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Checks Deposited | $ - | $ 1,600.00 |
| *Subtotal* | 0.00 | 1,600.00 |
| **TOTAL** | 0.00 | 1,600,00 |

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| AXON ENTERPRISE INC COM | AAXN | 11 | $ 53.83 | $ 592.13 | 01/31/19 | $ 565.97 | $ 51.45 | $ 26.16 | $ - | - |
| CANOPY GROWTH CORPORATION COM | CGC | 21 | 47.41 | 995.61 | 01/31/19 | 1,022.52 | 48.69 | (26.91) | - | - |
| **Total Stocks** | | | | $1,587.74 | | $1,588.49 | | $(0.75) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $1,587.74 | | $1,588.49 | | $(0.75) | $0.00 | 0.0% |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$1,600.00** |
| 01/31/19 | 02/04/19 | Cash | Buy - Securities Purchased | AXON ENTERPRISE INC COM Commission/Fee 6.95 | AAXN | 11 | $ 50.82 | $ (565.97) | 1,034.03 |
| 01/31/19 | 02/04/19 | Cash | Buy - Securities Purchased | CANOPY GROWTH CORPORATION COM Commission/Fee 6.95 | CGC | 17 | 48.4647 | (830.85) | 203.18 |
| 02/13/19 | 02/15/19 | Cash | Buy - Securities Purchased | CANOPY GROWTH CORPORATION COM Commission/Fee 6.95 | CGC | 4 | 46.1796 | (191.67) | 11.51 |
| **Closing Balance** | | | | | | | | | **$11.51** |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.










*Canopy Growth Corp. Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson Street – Suite 205
Media, PA 19063

Phone: (866) 274-4004
Fax: (610) 565-7985
Email: info@strategicclaims.net

May 18, 2022

Jesse R. Welfer

Re:  *Canopy Growth Corp. Securities Litigation*

Jesse R. Welfer,

We received your request for exclusion from the *Canopy Growth Corp. Securities Litigation,* Case No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is needed in order for your request to be valid:

- Supporting documentation for the number of shares held on August 26, 2020, an authorized statement from the broker containing the holding information found in an account statement; and/or
- If the shares were sold prior to August 26, 2020, please submit your trade confirmation slips, broker account statements, or an authorized statement from the broker containing the sale transaction information between June 27, 2018 and August 26, 2020.\

For your request to be honored, we must receive the information above no later than **May 25, 2022.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Margery Craig
Project Manager
Strategic Claims Services

Jesse R. Welfer

May 23, 2022

<u>VIA FAX: (610) 565-7985</u>

Canopy Growth Corp. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

<u>Attention: Margery Craig, Project Manager, Strategic Claims Services</u>

> RE: Opting Out From Settlement
> Ortiz v. Canopy Growth Corporation
> <u>Case No. 2:19-cv-20543-KM-ESK (D.N.J.)</u>

Dear Ms. Craig:

In response to your letter, dated May 18, 2022, a copy of which is attached for your convenience, attached herewith please find my TD Ameritrade Statement for Account # ending in 8448, for the period 08/01/20 – 08/31/20 (documentary proof), with the full account number redacted as it comprises confidential personal information, evidencing 21 shares of Canopy Growth Corp. held by me on August 26, 2020. I designate, and request that, the aforementioned TD Ameritrade Statement be treated as confidential information as I never requested to participate, and do not wish to participate, in this class action litigation.

**I reiterate my request for exclusion from the Settlement Class in *Ortiz v. Canopy Growth Corporation*, Case No. 2:19-cv-20543-KM-ESK (D.N.J.).** All communications to me should be via mail, as I cannot receive communications via facsimile.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

*Jesse Welfer*

**Jesse R. Welfer**

Attachments

*Canopy Growth Corp. Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson Street – Suite 205
Media, PA 19063

Phone: (866) 274-4004
Fax: (610) 565-7985
Email: info@strategicclaims.net

May 18, 2022

Jesse R. Welfer

Re: *Canopy Growth Corp. Securities Litigation*

Jesse R. Welfer,

We received your request for exclusion from the *Canopy Growth Corp. Securities Litigation,* Case No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is needed in order for your request to be valid:

- Supporting documentation for the number of shares held on August 26, 2020, an authorized statement from the broker containing the holding information found in an account statement; and/or
- If the shares were sold prior to August 26, 2020, please submit your trade confirmation slips, broker account statements, or an authorized statement from the broker containing the sale transaction information between June 27, 2018 and August 26, 2020.\

For your request to be honored, we must receive the information above no later than **May 25, 2022.** If you have any questions, please contact me at your earliest convenience.

Regards,

Margery Craig
Project Manager
Strategic Claims Services

 PO BOX 2577
OMAHA NE 68103-2577

JESSE RYAN WELFER

# Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets.[1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month.[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity (Total Long Marginable Value + Total Short Value).

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirmed executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports:** Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Two of the Program Banks are TD Bank, N.A. and TD Bank USA, N.A., both affiliates of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

[1]Due to rounding adjustments, the statement details may not equal the statement totals.
[2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being referenced as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in the loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI")**, also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, unit investment trusts, commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments which do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. All transaction fees are applicable to purchases, capital call processing, and redemptions.

A Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both its liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market and its clearinghouse, if any, on which such transactions are executed (ii) federal and state law, and the rules and regulations promulgated thereunder, and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal

Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the Internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker-dealers, exchanges and alternative trading systems (including electronic communications networks)) for execution. Compensation generally is in the form of a per share or per contract cash payment. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. TD Ameritrade posts SEC Rule 606 quarterly reports that include order routing disclosures at www.tdameritrade.com. A written copy is available upon request. In addition, on request, TD Ameritrade will provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, file our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size, guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to assist for such improvement if available.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation – EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/prips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 160 12/18

Case 2:19-cv-30543-MCA-MAH Document 97 Filed 05/31/22 Page 48 of 97 PageID: 7943

# TD Ameritrade

00-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
TD Ameritrade Clearing, Inc., Member SIPC

## Statement Reporting Period:
08/01/20 - 08/31/20

**Statement for Account #**
JESSE RYAN WELFER

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $11.51 | $11.51 | $ - | - | $ - | - | |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - | |
| Money Market | - | - | - | - | - | - | Cash 0.9% |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 1,289.40 | 1,296.31 | (6.91) | (0.7)% | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | Stocks 99.1% |
| Total | $1,300.91 | $1,309.82 | ($8.91) | (0.7)% | $0.00 | 0.0% | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening Balance | $11.51 | $11.51 |
| Securities Purchased | - | - |
| Securities Sold | - | - |
| Funds Deposited | - | - |
| Funds Disbursed | - | - |
| Income | - | - |
| Expense | - | - |
| Other | - | - |
| Closing Balance | $11.51 | $11.51 |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| Income | | | |
| Dividends | $ - | $ - | $ - |
| Interest | - | - | - |
| Other | - | - | - |
| Expense | | | |
| Interest | - | - | - |
| Fees | - | - | - |
| Other | - | - | - |
| Net | $0.00 | $0.00 | $0.00 |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 08/31/20 ** | $1,588.49 |
| Unrealized Gains | 376.51 |
| Unrealized Losses | (676.60) |
| Funds Deposited/(Disbursed) YTD | - |
| Income/(Expense) YTD | - |
| Securities Received/(Delivered) YTD | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

Case 2:19-cv-20543-MCA-MAH   Document 60-6   Filed 05/31/22   Page 50 of 77 PageID: 7945

To: 16105663529785   From: SEXTER & WARMFLASH P.C.   05/20/22 08:39 #311 P.007

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| AXON ENTERPRISE INC COM | AAXN | 11 | $ 85.68 | $ 942.48 | 01/31/19 | $ 565.97 | $ 51.45 | $ 376.51 | $ - | - |
| CANOPY GROWTH CORPORATION COM | CGC | 21 | 16.52 | 346.92 | 01/31/19 | 1,022.52 | 48.69 | (675.60) | - | - |
| **Total Stocks** | | | | $1,289.40 | | $1,588.49 | | $(299.09) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $1,289.40 | | $1,588.49 | | $(299.09) | $0.00 | 0.0% |

## SUPPORT CENTER
Support Ticket System

05/23/2022 09:35:53 AM

# Ticket #181746

| | | | |
|---|---|---|---|
| **Status** | New | **Name** | 8x8 Team |
| **Priority** | Normal | **Email** | noreply@8x8.com |
| **Department** | Claims Administrators | **Phone** | |
| **Create Date** | 05/23/2022 09:24:08 AM | **Source** | Email |

| | | | |
|---|---|---|---|
| **Assigned To** | | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | **Last Response** | |
| **Due Date** | 05/24/2022 09:24:08 AM | **Last Message** | 05/23/2022 09:24:09 AM |

**Ticket Details**

**Case:** Canopy Growth

# Your Internet Fax number 16105657985 has a new message from

# SUPPORT CENTER
Support Ticket System

05/23/2022 09:35:53 AM

~~ ~~/2022 09:24:09 AM Your Internet Fax number 16105657985 has a new message from 8x8 Team

Dear  General

Your Internet Fax number 16105657985 has a new message.

Sender:
Pages: 7/7

Faxes over 50 pages cannot be received as email attachments. If the fax is not attached, please login to your 8x8 softphone application and navigate to the **Fax** tab to view the fax.

**Important**: Faxes are only stored online for 60 days. Be sure to download and save any faxes you want to keep.

Should you have any customer service or technical support questions, please contact us at 1-888-898-8733.

Sincerely,
Your 8x8 Support Team

fax.pdf (166.5 kb)

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT
IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL,
AND EXEMPTED FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS
MESSAGE IS NOT THE INTENDED RECEPIENT, OR THE EMPLOYEE OR AGENT
RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPENT, YOU ARE
HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS
COMMUNICATION IS STRICTLY PROHIBITED.   IF YOU HAVE RECEIVED THIS
COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND
RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE UNITED
STATES POSTAL SERVICE. THANK YOU.

TX No. _____

FAX TO : Canopy Growth Corp. Securities Litigation

FAX No : (610) 565-7985

ATTN. : Margery Craig, Project Manager, Strategic Claim Services

FROM : Jesse A. Welfer by Jeremy Welfer

RE : Opting Out From Settlement – Case No.: 2:19-cv-20543 (D.N.J.)

DATE : May 23, 2022

TIME :

PAGES (INCLUDING COVER PAGE) : 7 pgs.

MESSAGE

Please see the attached documents regarding the above-referenced matter. If you are missing any pages, please call me at (212) 577-2800.

Very truly yours,

Jeremy Welfer on behalf of Jesse Welfer



### DONEGAL.
**INSURANCE GROUP**

Atlantic States Insurance Company · Donegal Mutual Insurance Company
Michigan Insurance Company · Mountain States Indemnity Company
Mountain States Commercial Insurance Company · Peninsula Indemnity
Company · The Peninsula Insurance Company · Southern Insurance Company
of Virginia · Southern Mutual Insurance Company

**VIA UPS OVERNIGHT**

**May 16, 2022**

**TO:    Canopy Growth Corp. Securities Litigation
c/o Strategic Claims Services
P.O. Box 320
600 N. Jackson St., Ste. 205
Media, PA 19063**

**RE:    *Ortiz v. Canopy Growth Corporation, et al.*
No. 2:19-cv-20543-KM-ESK (D.N.J.)**

Dear Claims Administrator:

Please allow this letter to serve as a written request of Atlantic States Insurance Company (the "Company"), IRS EIN: 23-1336198, to be excluded from the Settlement Class in *Ortiz v. Canopy Growth Corporation*, Case No. No. 2:19-cv-20543-KM-ESK (D.N.J.).

The Company confirms it made relevant purchases of Canopy Securities during the settlement period and may have held Canopy Securities as of May 28, 2020. However, at this time the Company is unable to provide proof of any sale transaction of any Canopy Securities or proof of beneficial owner status.

If you have any questions, please contact our paralegal at

Sincerely,
ATLANTIC STATES INSURANCE COMPANY

By: _____
Tony Viozzi
SVP & Chief Investment Officer

**Extremely Urgent**

This envelope is for use with

Visit **UPS.com**

**Apply shipping documents on this side.**

Scan QR code to
schedule a pickup

**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes may only be used for
  correspondence, urgent documents, and/or electronic media weighing
  8 oz. or less. UPS Express envelopes containing items other than those described
  or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express envelope may be used only for documents of no commercial
  value. Certain countries consider electronic media as documents. Visit
  ups.com/importexport to verify if your shipment is classified as a document.

- To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less.
  UPS express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments of
electronic media containing sensitive personal information or breakable items.
Do not send cash or cash equivalent.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

---

P: ORANGE S. BROWN
STRATEGIC CLAIMS SERVICES
600 N JACKSON ST
STE 205
MEDIA PA 19063
0411-2320
1.00

---

KAREN WHITE

SHIP TO:
CANOPY GROWTH CORP SECURITIES LITIG
STRATEGIC CLAIMS SERVICES
STE 205
600 N JACKSON ST
MEDIA PA 19063

1 LBS    1 OF 1

PA 194 9-02

**UPS GROUND**
TRACKING #:

BILLING: P/P

US   29.0.7    LP2844  29.0R 05/2022

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com

010195101  9/20  PAC  United Parcel Service

*Canopy Growth Corp. Securities Litigation*                              Phone: (866) 274-4004
c/o Strategic Claims Services                                                    Fax: (610) 565-7985
600 N. Jackson Street – Suite 205                              Email: info@strategicclaims.net
Media, PA 19063


May 18, 2022


Atlantic States Insurance Company




Re:  *Canopy Growth Corp. Securities Litigation*

Atlantic States Insurance Company,

We received your request for exclusion from the *Canopy Growth Corp. Securities Litigation,* Case No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is needed in order for your request to be valid:

- Supporting documentation for the number of publicly traded securities of Canopy Growth Corporation purchased between June 27, 2018 and May 28, 2020.
- Supporting documentation for the number of shares held on August 26, 2020, an authorized statement from the broker containing the holding information found in an account statement; and/or
- If the shares were sold prior to August 26, 2020, please submit your trade confirmation slips, broker account statements, or an authorized statement from the broker containing the sale transaction information between June 27, 2018 and August 26, 2020.\

For your request to be honored, we must receive the information above no later than **May 25, 2022.**   If you have any questions, please contact me at your earliest convenience.


Regards,

Margery Craig
Project Manager
Strategic Claims Services

# AMON GOODEN, B.S.

_____

To Whom It May Concern,

      With regards to the case of: _Ortiz v. Canopy Growth Corporation, et al._, Case No. 2:19-cv-20543-KM-ESK (D.N.J.).  I would like to exclude myself from the case.   I have not had the time nor expertise to examine the case fully.  My lawyer recently had surgery and while in rehab has come down with COVID. Therefore, I exclude myself from the case due to lack of legal counsel.

Sincerely,

Amon Gooden

## mcraig@strategicclaims.net

| | |
|---|---|
| **From:** | Gonen Haklay <ghaklay@rosenlegal.com> |
| **Sent:** | Tuesday, May 17, 2022 4:39 PM |
| **To:** | Shayne Stevenson; Brian Calandra; Josephine Bravata; mcraig@strategicclaims.net; 'Matthew Shillday'; 'Paul Mulholland' |
| **Subject:** | Exclusion letter- FW: Ortiz v. Canopy Growth Corporation, et al., Case No. 2:19-cv-20543-KM-ESK (D.N.J.) |
| **Attachments:** | Canapy Growth Co - case for AMON GOODEN.docx |

Folks, here is another attempted exclusion. There is no brokerage account information included. Margie, do you reach out to people to perfect exclusion if they so desire?

---

**From:** Amon Gooden <amoncham@gmail.com>
**Sent:** Tuesday, May 17, 2022 4:36 PM
**To:** bcalandra@pomlaw.com; shaynes@hbsslaw.com; Gonen Haklay <ghaklay@rosenlegal.com>
**Subject:** Ortiz v. Canopy Growth Corporation, et al., Case No. 2:19-cv-20543-KM-ESK (D.N.J.)

[EXTERNAL EMAIL]

With regards to the case of: *Ortiz v. Canopy Growth Corporation, et al.*, Case No. 2:19-cv-20543-KM-ESK (D.N.J.).  I would like to exclude myself from the case.   I have not had the time nor expertise to examine the case fully.  My lawyer  had surgery and while in rehab has come down with COVID.  Therefore, I exclude myself from the case due to lack of legal counsel.

Thank you for your understanding,

Amon Gooden

*Canopy Growth Corp. Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson Street – Suite 205
Media, PA 19063

Phone: (866) 274-4004
Fax: (610) 565-7985
Email: info@strategicclaims.net

May 18, 2022

Amon Gooden. B.S.

Re: *Canopy Growth Corp. Securities Litigation*

Amon Gooden,

We received your request for exclusion from the *Canopy Growth Corp. Securities Litigation,* Case No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is needed in order for your request to be valid:

- Supporting documentation for the number of publicly traded securities of Canopy Growth Corporation purchased between June 27, 2018 and May 28, 2020.
- Supporting documentation for the number of shares held on August 26, 2020, an authorized statement from the broker containing the holding information found in an account statement; and/or
- If the shares were sold prior to August 26, 2020, please submit your trade confirmation slips, broker account statements, or an authorized statement from the broker containing the sale transaction information between June 27, 2018 and August 26, 2020.\

For your request to be honored, we must receive the information above no later than **May 25, 2022.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Margery Craig
Project Manager
Strategic Claims Services

May 16, 2022

**Canopy Growth Corp. Securities Litigation**

**c/o Strategic Claims Services**

**P.O. Box 230 600 N. Jackson St., Ste. 205**

**Media, PA 19063**

**Facsimile: (610) 565-7985**

RE: CANOPY GROWTH CORP SECURITIES LITIGATION

**I Request exclusion from the Settlement Class in Ortiz v. Canopy Growth Corporation, Case No. 2:19-cv-20543-KM-ESK (D.N.J.)**

MICHAEL McCREADY

SHARES: 186

COST BASIS: $48.23/SHARE

PURCHASE DATE: 4-23-2019

186 SHARES HELD AS OF 05-28-2020



Brokerage Account Number

9900056143

**MICHAEL T MCCREADY**

MICHAEL T MCCREADY

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 19113-OBRXJJ | 1* | WK# | 04-23-19 | 04-25-19 | 138035100 | 19112-RB44D | | |

You Bought
     186
   at   48.2000
Symbol :
CGC

DESCRIPTION and DISCLOSURES
CANOPY GROWTH CORPORATION COM NPV
ISIN #CA1380351009 SEDOL #BYTN3W0
WE HAVE ACTED AS AGENT.

| | |
|---|---|
| Principal Amount | 8,965.20 |
| Commission / Fees | 4.95 |
| Settlement Amount | 8,970.15 |

9900056143

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL T MCCREADY

If you are eligible to make a deposit, please use this form fo
investments in your brokerage account *            only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.
447970.20.0

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

099 0X85520980   00   000

Case 2:19-cv-20543-MCA-MAH   Document 97-6   Filed 05/31/22   Page 64 of 77 PageID: 7959

## Account Summary

Account #
MICHAEL T MCCREADY - INDIVIDUAL

Account Value: **$4,051.65**

Change in Account Value ▲ $29.78

| | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | $4,021.87 | $4,965.97 |
| Change in Investment Value * | 29.78 | -914.32 |
| Ending Account Value | $4,051.65 | $4,051.65 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $4,051.65 | |

Total Account Trades Jul 2019 - Jun 2020: 0

\* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

### Core Account and Credit Balance Cash Flow
*Core Account: FIDELITY GOVERNMENT MONEY MARKET*

| | This Period | Year-to-Date |
|---|---|---|
| Beginning Balance | $1,045.87 | $1,043.23 |
| Investment Activity | | |
| Dividends, Interest & Other Income D | 0.02 | 2.66 |
| Total Investment Activity | $0.02 | $2.66 |
| Ending Balance | $1,045.89 | $1,045.89 |

D Includes dividend reinvestments.

### Account Holdings

26% Core Account ($1,045)

74% Stocks ($3,005)

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Canopy Growth Corporation Com Npv Isin #CA1380351009 Sedol #Bytn3W0 | $3,005 | 74% |
| Fidelity Government Money Market | 1,045 | 26 |
| Total | $4,051 | 100% |

*Please note that, due to rounding, percentages may not add to 100%.*

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| Taxable | $0.02 | $2.66 |
| Dividends | 0.02 | 2.66 |
| Total | $0.02 | $2.66 |

# Holdings

Account #
MICHAEL T MCCREADY - INDIVIDUAL

## Core Account

| Description | Beginning Market Value May 1, 2020 | Quantity Jun 30, 2020 | Price Per Unit Jun 30, 2020 | Ending Market Value Jun 30, 2020 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2020 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **FIDELITY GOVERNMENT MONEY MARKET** (SPAXX) -- 7-day yield: 0.01% | $1,045.87 | 1,045.890 | $1.0000 | $1,045.89 | not applicable | not applicable | $12.91 1.230% |
| **Total Core Account (26% of account holdings)** | $1,045.87 | | | $1,045.89 | | | $12.91 |

## Stocks

| Description | Beginning Market Value May 1, 2020 | Quantity Jun 30, 2020 | Price Per Unit Jun 30, 2020 | Ending Market Value Jun 30, 2020 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2020 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **CANOPY GROWTH CORPORATION COM NPV** ISIN #CA1380351009 SEDOL #BYTN3W0 (CGC) | $2,976.00 | 186.000 | $16.1600 | $3,005.76 | $8,970.15 | -$5,964.39 | - - |
| Total Common Stock (74% of account holdings) | $2,976.00 | | | $3,005.76 | $8,970.15 | -$5,964.39 | - |
| **Total Stocks (74% of account holdings)** | $2,976.00 | | | $3,005.76 | $8,970.15 | -$5,964.39 | - |
| **Total Holdings** | | | | $4,051.65 | $8,970.15 | -$5,964.39 | $12.91 |

*All positions held in cash account unless indicated otherwise.*

EAI & EY  ***Estimated Annual Income (EAI) & Estimated Yield (EY)****- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

MCCREADY

CERTIFIED MAIL

7021 2720 0002 6636 2129

17 MAY 2022PM 3 L



1000

19063

MAY 17
AMOUN

$4

R2304N

Canopy Growth Corp. Securities Litigation
c/o Strategic Claims Services
PO Box 230
600 N. Jackson St, Ste 205        MAY 20 2022
Media PA   19063

19063-256455

*Canopy Growth Corp. Securities Litigation*                              Phone: (866) 274-4004
c/o Strategic Claims Services                                                      Fax: (610) 565-7985
600 N. Jackson Street – Suite 205                               Email: info@strategicclaims.net
Media, PA 19063


May 21, 2022

Michael McCready



Re:  *Canopy Growth Corp. Securities Litigation*

Mr. McCready,

We received your request for exclusion from the *Canopy Growth Corp. Securities Litigation,* Case No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is needed in order for your request to be valid:

- Supporting documentation for the number of shares held on August 26, 2020, an authorized statement from the broker containing the holding information found in an account statement; and/or
- If the shares were sold prior to August 26, 2020, please submit your trade confirmation slips, broker account statements, or an authorized statement from the broker containing the sale transaction information between June 27, 2018 and August 26, 2020.

For your request to be honored, we must receive the information above no later than **May 27, 2022.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Margery Craig
Project Manager
Strategic Claims Services

# SUPPORT CENTER
#### Support Ticket System

05/27/2022 09:10:10 AM

# Ticket #143358

| | | | |
|---|---|---|---|
| **Status** | New | **Name** | George Panoutsopoulos |
| **Priority** | Normal | **Email** | |
| **Department** | Claims Administrators | **Phone** | |
| **Create Date** | 05/26/2022 11:16:07 PM | **Source** | Email |

| | | | |
|---|---|---|---|
| **Assigned To** | | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | **Last Response** | |
| **Due Date** | 05/27/2022 11:16:07 PM | **Last Message** | 05/26/2022 11:16:07 PM |

**Ticket Details**

| | |
|---|---|
| **Case:** | Canopy Growth |

# Ortiz V Canopy Growth Corparation

| | |
|---|---|
| 05/26/2022 11:16:07 PM Ortiz V Canopy Growth Corparation | George Panoutsopoulos |

I received a white little paper regarding Ortiz v Canopy Growth on the 24th May 2022, i want to exclude myself from the case, however the cut off date was the 17th May and I have received this 24th May. Could someone assist me with this as I received this notice passed the cut off date. I have proof of purchase and sale of shares between the particular date attached.

Your assistance is greatly appreciated.

Kind regards

George Panoutsopoulos

Canopy Growth Corp Sold 15-04-2019.pdf (499.2 kb)
Canopy Growth Corp buy 4-10-18.pdf (507.3 kb)



**Commonwealth Securities Ltd**
Locked Bag 22
Australia Square NSW 1215
Tel: 1300 361 170
ABN 60 067 254 399 AFSL 238814

# Confirmation

GEORGE PANOUTSOPOULOS

GEORGE PANOUTSOPOULOS

| Account Number |
|---|
| Process Date: October 04, 2018 |

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

## Client Service Information

Your Financial Consultant : 000

COMMSEC MAIN TRADING IP
1 HARBOUR STREET SYDNEY

## You Bought

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CGC | I7QD47 [1] | 6 | 49.56 | 297.36 | | 19.95 | 1.80 | | 319.11 | 1 | 1 |

Trade Date: 10-04-18    Settlement Date: 10-09-18
Cusip: 138035-10-0    Settlement Currency: U.S. Dollars
CANOPY GROWTH CORP COM ISIN# CA1380351009

Unsolicited Order
Time of Execution: 09:30:16

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TLRY | I7QDWO [1] | 5 | 148.60 | 743.00 | | 19.95 | 1.80 | | 764.75 | 1 | 1 |

Trade Date: 10-04-18    Settlement Date: 10-09-18

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. CLEARING THROUGH PERSHING LLC , A WHOLLY OWNED SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION (BNY MELLON) PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.

 **go paperless**
Ask about e-delivery

IF YOU WOULD LIKE TO RECEIVE YOUR TRADE CONFIRMATIONS ONLINE, PLEASE CONTACT YOUR INVESTMENT PROFESSIONAL OR FINANCIAL ORGANIZATION.

GEORGE PANOUTSOPOULOS
October 04, 2018

For additional information, please see the reverse side.

## You Bought (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TLRY (Continued) | | | | | | | | | | | |

Cusip: 88688T-10-0    Settlement Currency: U.S. Dollars

TILRAY INC COM

Unsolicited Order

Time of Execution: 09:30:01

## Disclosures

¹ All or a portion of the service fee is due to paper trade confirmation surcharge

Account Numbe

## TERMS AND CONDITIONS

Securities purchased on a cash or margin basis are or may be hypothecated under circumstances that will permit the commingling thereof with securities carried for other customers; but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefor.

If this transaction is a purchase by you in a cash account, and sufficient funds are not already in your account with us, it is agreed that you will promptly make full payment for the securities described on this confirmation and no later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction, and that you do not contemplate the sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account, and the securities described on this confirmation are not already held in your account with us, we are acting upon your representation that you or your principal own such securities, and it is agreed that you will promptly, and no later than the settlement date, deposit such securities with us. If full payment for the securities purchased by you in this transaction is not received by us, or if securities sold by you in this transaction are not delivered to us in proper form on or after the first trading day after the settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees and other costs incurred by us and interest thereon.

If this transaction is a purchase by you in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of your introducing firm or Pershing LLC ("Pershing").

It is understood and agreed that all transactions are subject to the rules and customs of the exchange or market (and its clearing house, if any) where they are executed. The name of the other broker or party and the time of execution will be furnished on request.

YOUR INTRODUCING BROKER DOES NOT RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW IN EQUITY SECURITIES. PERSHING RECEIVES COMPENSATION FOR DIRECTING ORDER FLOW IN CERTAIN EQUITY SECURITIES AND LISTED OPTIONS. THE SOURCE AND NATURE OF THE COMPENSATION, IF ANY, RECEIVED IN CONNECTION WITH THIS TRADE WILL BE FURNISHED UPON WRITTEN REQUEST TO PERSHING.

In those equity transactions where it is indicated that Pershing or an affiliated company, acted in the capacity of principal (as market maker or specialist), it fills orders at the inside market without mark up or down, and charges for its services.

Commission rates are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to or by others in similar transactions. The source and amount of other commissions received in connection with this transaction will be furnished on request.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request.

Rating information is not provided for securities for which a rating is not available. Securities which are unrated are marked "UNRATED". Ratings information that appears in the description of fixed income securities has been obtained from rating services which Pershing believes to be reliable; however Pershing cannot guarantee their accuracy.

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such a security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including, at a minimum estimated yield, weighted average life, and the prepayment assumptions of the underlying yield) will be furnished upon your written request.

PLEASE IMMEDIATELY REPORT ANY ERROR, OMISSION OR EXCEPTION TO YOUR INTRODUCING FIRM AT THE ADDRESS SHOWN ON THIS CONFIRMATION.

## EXPLANATION OF CODED SYMBOLS

**Type of Account**

| | |
|---|---|
| 0. Deliver/Receive vs. Payment | 8. Non-Securities Credit Account — reflects the purchase or sale of Precious Metals, which are not securities and are, therefore, not eligible for protection by the Securities Investor Protection Corporation (SIPC) or for any excess SIPC coverage |
| 1. Cash Account | |
| 2. Margin Account | |
| 3. Short Account | |
| 4. Special Subscription Account | |
| 5. Arbitrage Account | |

**Capacity in Which Your Introducing Firm Acted**

1, 2, 3, or 8........As broker/agent only.
4. ...... Reprinted confirmation; capacity appears on original
5. or 6. ...... As principal.
9. ...... As agent for the buyer and seller, charging you a commission as shown on this confirmation.
0. ...... Average price or block transaction.
A. ...... As agent.
M. ...... As both principal & agent in this transaction.
P. ...... As principal.

**Additional Capacity Information**

If so noted on this Confirmation, Pershing, or an affiliated company, makes a market in this security and acted as principal in buying from or selling to you. Your introducing firm (if any) acted as your agent, charging you a commission for the service.

If " Average Unit  Price Transaction" is indicated on this confirmation, your introducing firm, Pershing or an affiliate, may have executed your order as a single price execution and/or may have acted as principal, agent or both or agent for another party on one or more exchanges . Details are available through your introducing firm upon request.

With respect to the purchase of zero coupon securities, please note: No periodic interest payment will be made, and, if callable, securities may be called below maturity value without notice by mail to holder unless registered.

Your introducing firm charges you a transaction fee on certain securities transactions which are subject to fees assessed by a self-regulatory organization, securities exchange and/or government agency.  The fee is based on the value of the "covered" securities transactions. To determine the exact amount of this fee with respect to any transaction, please contact your introducing firm.

---

When Pershing LLC receives a non-directed order from an introducing firm or customer for execution on your behalf, and executes that order in accordance with Pershing's best execution policy, Pershing may execute that order itself as a market maker, or send that order for execution to an exchange or other off-exchange venue.

Details concerning the type of order, venue, date, time of execution as stated in Coordinated Universal Time (UTC) and multiple executions are available upon your written request to your introducing broker.

Net Asset Value (NAV) based transactions in Exchange Traded Products (ETPs) and transactions in foreign securities executed in a foreign market may include additional fees. Details furnished upon request.

CB-1 (07/18)



**Commonwealth Securities Ltd**
Locked Bag 22
Australia Square NSW 1215
Tel: 1300 361 170
ABN 60 067 254 399 AFSL 238814

# Confirmation

GEORGE PANOUTSOPOULOS

GEORGE PANOUTSOPOULOS

Account Numb
Process Date: April 15, 2019

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

## Client Service Information

Your Financial Consultant : 000

Contact Information:

COMMSEC MAIN TRADING IP
1 HARBOUR STREET SYDNEY

E-Mail Address: commsecinternationaldesk@cba.com.au

## You Sold

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CGC | IOWTXS [1,2] | 6 | 40.73 | 244.38 | | 19.95 | 1.80 | 0.01 | 222.62 | 1 | 1 |

Trade Date: 04-15-19    Settlement Date: 04-17-19
Cusip: 138035-10-0    Settlement Currency: U.S. Dollars
CANOPY GROWTH CORP COM ISIN# CA1380351009

Unsolicited Order

Default Tax Lot Disposition Method : FIRST IN FIRST OUT

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. CLEARING THROUGH PERSHING LLC , A WHOLLY OWNED SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION (BNY MELLON) PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.

Page: 1 of 3



go **paperless**
Ask about e-delivery

IF YOU WOULD LIKE TO RECEIVE YOUR TRADE CONFIRMATIONS ONLINE, PLEASE CONTACT YOUR INVESTMENT PROFESSIONAL OR FINANCIAL ORGANIZATION.

GEORGE PANOUTSOPOULOS
April 15, 2019

For additional information, please see the reverse side.

## Disclosures

[1] Tax lot information will only be displayed for partial dispositions. Full dispositions will use all the available tax lots. You may change the disposition method or tax lots applied to this trade before the earlier of settlement date or three business days. For more cost basis information, please contact your investment professional.

[2] All or a portion of the service fee is due to paper trade confirmation surcharge

## TERMS AND CONDITIONS

Securities purchased on a cash or margin basis are or may be hypothecated under circumstances that will permit the commingling thereof with securities carried for other customers; but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefor.

If this transaction is a purchase by you in a cash account, and sufficient funds are not already in your account with us, it is agreed that you will promptly make full payment for the securities described on this confirmation and no later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction, and that you do not contemplate the sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account, and the securities described on this confirmation are not already held in your account with us, we are acting upon your representation that you or your principal own such securities, and it is agreed that you will promptly, and no later than the settlement date, deposit such securities with us. If full payment for the securities purchased by you in this transaction is not received by us, or if securities sold by you in this transaction are not delivered to us in proper form on or after the first trading day after the settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees and other costs incurred by us and interest thereon.

If this transaction is a purchase by you in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of your introducing firm or Pershing LLC ("Pershing").

It is understood and agreed that all transactions are subject to the rules and customs of the exchange or market (and its clearing house, if any) where they are executed. The name of the other broker or party and the time of execution will be furnished on request.

YOUR INTRODUCING BROKER DOES NOT RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW IN EQUITY SECURITIES. PERSHING RECEIVES COMPENSATION FOR DIRECTING ORDER FLOW IN CERTAIN EQUITY SECURITIES AND LISTED OPTIONS. THE SOURCE AND NATURE OF THE COMPENSATION, IF ANY, RECEIVED IN CONNECTION WITH THIS TRADE WILL BE FURNISHED UPON WRITTEN REQUEST TO PERSHING.

In those equity transactions where it is indicated that Pershing or an affiliated company, acted in the capacity of principal (as market maker or specialist), it fills orders at the inside market without mark up or down, and charges for its services.

Commission rates are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to or by others in similar transactions. The source and amount of other commissions received in connection with this transaction will be furnished on request.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request.

Rating information is not provided for securities for which a rating is not available. Securities which are unrated are marked "UNRATED". Ratings information that appears in the description of fixed income securities has been obtained from rating services which Pershing believes to be reliable; however Pershing cannot guarantee their accuracy.

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such a security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including, at a minimum estimated yield, weighted average life, and the prepayment assumptions of the underlying yield) will be furnished upon your written request.

## EXPLANATION OF CODED SYMBOLS

**Type of Account**

0.Deliver/Receive vs. Payment
1.Cash Account
2.Margin Account
3.Short Account
4.Special Subscription Account
5.Arbitrage Account

8.Non-Securities Credit Account — reflects the purchase or sale of Precious Metals, which are not securities and are, therefore, not eligible for protection by the Securities Investor Protection Corporation (SIPC) or for any excess SIPC coverage

**Capacity in Which Your Introducing Firm Acted**

1, 2, 3, or 8........As broker/agent only.
4. ...... Reprinted confirmation; capacity appears on original
5. or 6. ...... As principal.
9. ...... As agent for the buyer and seller, charging you a commission as shown on this confirmation.
0. ...... Average price or block transaction.
A. ...... As agent.
M. ......As both principal & agent in this transaction.
P. .......As principal.

**Additional Capacity Information**

If so noted on this Confirmation, Pershing, or an affiliated company, makes a market in this security and acted as principal in buying from or selling to you. Your introducing firm (if any) acted as your agent, charging you a commission for the service.

If " Average Unit  Price Transaction" is indicated on this confirmation, your introducing firm, Pershing or an affiliate, may have executed your order as a single price execution and/or may have acted as principal, agent or both or agent for another party on one or more exchanges . Details are available through your introducing firm upon request.

With respect to the purchase of zero coupon securities, please note: No periodic interest payment will be made, and, if callable, securities may be called below maturity value without notice by mail to holder unless registered.

Your introducing firm charges you a transaction fee on certain securities transactions which are subject to fees assessed by a self-regulatory organization, securities exchange and/or government agency.  The fee is based on the value of the "covered" securities transactions. To determine the exact amount of this fee with respect to any transaction, please contact your introducing firm.

PLEASE IMMEDIATELY REPORT ANY ERROR, OMISSION OR EXCEPTION TO YOUR INTRODUCING FIRM AT THE ADDRESS SHOWN ON THIS CONFIRMATION.

When Pershing LLC receives a non-directed order from an introducing firm or customer for execution on your behalf, and executes that order in accordance with Pershing's best execution policy, Pershing may execute that order itself as a market maker, or send that order for execution to an exchange or other off-exchange venue.

Details concerning the type of order, venue, date, time of execution as stated in Coordinated Universal Time (UTC) and multiple executions are available upon your written request to your introducing broker.

Net Asset Value (NAV) based transactions in Exchange Traded Products (ETPs) and transactions in foreign securities executed in a foreign market may include additional fees. Details furnished upon request.

CB-1 (07/18)

## EXHIBIT C

## FAX MEMO

**FAXED TO:**

**DATE:**        05/12/2022

**FROM:**        MAUREEN M. KELLEHER-FLO

**TO:**          BRIAN CALANDRA, POMERANTZ LLP, Shayne C. Stevenson, Hagens Berman Sobol Shapiro OLLP, Gonen Haklay, The Rosen Law Firm, P.A., Andrew Muscato, Jay B. Kasner, Susan L. Saltzstein, Skadden, Arps, Slate, Meager & Flom LLP

**RE:**          Letter sent to Clerk of the Court regarding the Objection to the settlement or part of the settlement, Canopy Growth Corp. Securities Litigation, Case No. 2:19-cv-20543-KM-ESK

**PLEASE SEE ATTACHMENT**

**THANK YOU. HAVE A GREAT DAY.**

**MAUREEN KELLEHER-FLO, agent for William M. Rooney**

5/12/2022

TO:     **Clerk of the Court**
        **Martin Luther King Building**
        **& U.S. Courthouse**
        **50 Walnut Street Room 4015**
        **Newark, NJ   07101**
        **973-645-3730**
        And
        Lead Counsel
        Brian Calandra
        Pomerantz LLP
        600 Third Avenue, Floor 20
        New York, New York   10016
        Tele  212-661-1100
        Fax  917-463-1044
        Email: bcalandra@pomlaw.com
        Shayne C. Stevenson
        Hagens Berman Sobol Shapiro LLP
        1301 Second Avenue, Suite 2000
        Seattle, WA   98101
        Tele  206-623-7292
        Fax  206-623-0594
        Email: shaynes@hbsslaw.com
        Gonen Haklay
        The Rosen Law Firm, P.A.
        101Greenwood Avenue, Suite 440
        Dresher, PA   19046
        Tele  215-600-2817
        Fax: 973-833-0399
        Email: ghaklay@rosenlegal.com
        Counsel for Defendents
        Andrew Muscato
        Jay B. Kasner
        Susan L. Saltzstein
        Skadden, Arps, Slate, Meager & Flom LLP
        One Manhattan West
        New York, New York   10001
        Tele  212-735-3000
        Fax  212-735-2000
        Email: Andrew.muscato@skadden.com
        Email: jay.kasner@skadden.com
        Email: susan.saltzstein@skadden.com

5/12/22-continued

### OBJECTING TO THE SETTLEMENT OR PART OF THE SETTLEMENT

**To the Clerk of the Court:**

I filed a Claim Form – Canopy Growth Corp. Securities Litigation, Case No. 2:19-cv-20543-KM-ESK, Eduardo Ortiz, Plaintiff v. Canopy Growth Corporation, Bruce Linton, Mark Zekulin, Mike Lee, Tim Saunders, David Klein, and Rade Kovacevic, Defendants on May 12, 2022 with Strategic Claims Services, on line at www.strategicclaims.net/canopy/.

I oppose the settlement amount of $13,000,000 because based on my investment of $101,700.00, this claim will possibly provide me with a return on my investment of maybe $160.00. That does seem to be fair, if these defendants are truly responsible for providing false information to the public, or not providing accurate financial information to the public.

Please consider this objection and I hope you will reconsider the settlement amount for the penalty to these defendants for not being truthful. Please make sure that the defendants have not violated federal securities laws by making misrepresentations and/or omissions of material fact in public statements to the Public concerning: 1) inventories of cannabis oils, extracts, and dry flower; 2) Risk Factors regarding inventory buildup or excess production facilities; 3) valuation of its inventory on its financial statements; 4) reporting of revenue without including or disclosing reserves for returns or price concessions; and 5) cannabis production facilities.

Please make sure the defendants were not involved in these above misrepresentations or violations or omissions of material fact in public statements to the public.

Thank you for considering my opinion and I hope the court will increase the settlement amount so that the shareholders receive an adequate return on their investment, say at least 6% return on their investment.

Thank you for your consideration.

Sincerely,

Maureen M. Kelleher-Flo, agent for William M. Rooney

Maureen M. Kelleher-Flo

2