**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**
**VIA VIDEO/TELEPHONE CONFERENCE**

**OFFICE:  NEWARK**                                             **DATE:** June 7, 2022
**JUDGE** KEVIN MCNULTY
**COURT REPORTER:**  Rhea C. Villanti

**TITLE OF CASE:**                                             **DOCKET  # 20cv20543**

EDUARDO ORTIZ, et al
              vs.
CANOPY GROWTH CORPORATIONM et al

**APPEARANCES**

Gonen Haklay, Esq. an Brian P. Calandra, Esq., for Plaintiff
Pro Hac Vice Counsel: Shayne C. Stevenson, Esq.
Andrew Muscato, Esq. for Defendant
Pro Hac Vice Counsel: Susan Salzstein, Esq. and Jay B. Kasner, Esq.
Observer: Sean Bawden, Sharon Strosberg, Jonathon Booth, Law Clerk, and other by telephone.

**Nature of Proceedings**:  Final Settlement Hearing

Final Settlement Hearing held.
Conditions of settlement agreement placed on the record.
Order to be filed.

**Time Commenced: 2:30**
**Time Adjourned:  3:05**
**Total Time: 35 Minutes**

                                             Nitza Creegan
                                             DEPUTY CLERK