# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDUARDO ORTIZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CANOPY GROWTH CORPORATION, BRUCE LINTON, MARK ZEKULIN, MIKE LEE, TIM SAUNDERS, DAVID KLEIN, and RADE KOVACEVIC,<br><br>Defendants. | Case No.: 2:19-cv-20543-KM-ESK |

## <u>FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE</u>

WHEREAS, an action is pending before this Court entitled *Ortiz v. Canopy Growth Corporation, et al.*, Docket No. 2:19-cv-20543-KM-ESK (D.N.J.) ("Litigation");

Co-Lead Plaintiffs Anthony Sultan, Ellaine Sultan, Anna Cooley, Formica Industries Limited, David Pendola, and Dean K. Lurie (collectively, "Plaintiffs"), through Lead Counsel, on behalf of themselves and the Settlement Class, and defendant Canopy Growth Corporation ("Canopy"), and defendants Bruce Linton, Mark Zekulin, Mike Lee, Tim Saunders, David Klein, and Rade Kovacevic (collectively, "Individual Defendants"; together with Canopy, "Defendants"; and together with Plaintiffs, "Settling Parties"), have determined to fully, finally, and forever compromise, settle, release, resolve, relinquish, waive, and discharge each and every Released Claim against each of the Defendants and Released Persons on the terms and conditions set forth in the Stipulation of Settlement dated February 4, 2022 ("Stipulation") (Dkt. No. 88-3) subject to approval of this Court ("Settlement");

WHEREAS, unless otherwise defined in this Judgment, the capitalized terms herein shall have the same meaning as they have in the Stipulation;

WHEREAS, by Order dated February 7, 2022 ("Preliminary Approval Order") (Dkt. No. 89), this Court: (a) preliminarily approved the Settlement; (b) certified the Settlement Class solely for purposes of effectuating the Settlement; (c)

ordered that notice of the proposed Settlement be provided to potential Settlement Class Members; (d) provided Settlement Class Members with the opportunity either to exclude themselves from the Settlement Class or to object to the proposed Settlement; and (e) scheduled a hearing regarding final approval of the Settlement;

WHEREAS, due and adequate notice has been given to the Settlement Class;

WHEREAS, the Court conducted a hearing on June 7, 2022 (the "Final Approval Hearing") to consider, among other things, (a) whether the terms and conditions of the Settlement are fair, reasonable, and adequate to the Settlement Class, and should therefore be approved; and (b) whether a judgment should be entered dismissing the Action with prejudice as against the Defendants; and

WHEREAS, the Court having reviewed and considered the Stipulation, all papers filed and proceedings held herein in connection with the Settlement, all oral and written comments received regarding the Settlement, and the record in the Action, and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.     **Incorporation of Settlement Documents** – This Judgment incorporates by reference the definitions in the Stipulation, annexed as Exhibit 1 hereto.

2.      **Jurisdiction** – This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all Settlement Class Members.

3.      **Class Certification for Settlement Purposes** – The Court hereby affirms its determinations in the Preliminary Approval Order certifying, for the purposes of the Settlement only, the Action as a class action pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure on behalf of the "Settlement Class" consisting of all persons or entities that purchased or otherwise acquired Canopy Securities between June 27, 2018, and May 28, 2020, both dates inclusive ("Settlement Class Period"). Excluded from the Class are all named Defendants in the Litigation, the present officers and directors of Canopy, the officers and directors of Canopy during the Settlement Class Period, and the immediate family members, legal representatives, heirs, successors, or assigns of such excluded persons and any entity in which any Defendant has or had a controlling interest during the Settlement Class Period. Also excluded from the Settlement Class are all putative members of the Settlement Class who excluded themselves by filing a valid and timely request for exclusion.

4.      **Adequacy of Representation** – Pursuant to Rule 23 of the Federal Rules of Civil Procedure, and for the purposes of the Settlement only, the Court hereby affirms its determinations in the Preliminary Approval Order certifying

Plaintiffs as Class Representatives for the Settlement Class and appointing Lead Counsel as Class Counsel for the Settlement Class. Plaintiffs and Lead Counsel have fairly and adequately represented the Settlement Class both in terms of litigating the Litigation and for purposes of entering into and implementing the Settlement, and have satisfied the requirements of Federal Rules of Civil Procedure 23(a)(4) and 23(g).

5.      **<u>Final Settlement Approval and Dismissal of Claims</u>** – Pursuant to Federal Rule of Civil Procedure 23, the Court hereby approves the Settlement set forth in the Stipulation and finds that:

(a)     the Stipulation and the Settlement described therein are in all respects, fair, reasonable, and adequate, and in the best interest of the Settlement Class;

(b)     there was no collusion in connection with the Stipulation;

(c)     the Stipulation was the product of informed, arm's-length negotiations among competent, able counsel; and

(d)     the record is sufficiently developed and complete to have enabled Plaintiffs and Defendants to adequately evaluate and consider their positions.

6.      Accordingly, the Court authorizes and directs implementation and performance of all the terms and provisions of the Stipulation, as well as the terms and provisions hereof. The Litigation and all claims contained therein, as well as all of the Released Claims, are dismissed with prejudice as against Defendants and the Released Persons. The Settling Parties are to bear their own costs, except as otherwise provided in the Settlement Stipulation.

7.      The finality of this Final Judgment and Order shall not be affected, in any manner, by rulings that the Court may make on Lead Counsel's application for an award of attorneys' fees, expenses, or awards to Plaintiffs.

8.      **Objections** – The Court has considered each of the objections to the Settlement submitted pursuant to Rule 23(e)(5) of the Federal Rules of Civil Procedure. The Court finds and concludes that each of the objections is without merit, and they are hereby overruled.

9.      **Notice** – In accordance with the Court's Preliminary Approval Order, the Court hereby finds that the forms and methods of notifying the Settlement Class of the Settlement and its terms and conditions met the requirements of due process, Rule 23 of the Federal Rules of Civil Procedure, and Section 21D(a)(7) of the Exchange Act, 15 U.S.C. § 78u-4(a)(7), as amended by the Private Securities Litigation Reform Act of 1995; constituted the best notice practicable under the circumstances; and constituted due and sufficient notice of these proceedings and the matters set forth herein, including the Settlement and Plan of Allocation, to all persons and entities entitled to such notice. No Settlement Class Member is relieved from the terms and conditions of the Settlement, including the releases provided for in the Settlement Stipulation, based upon the contention or proof that such Settlement Class Member failed to receive actual or adequate notice. A full opportunity has been offered to the Settlement Class Members to object to the

proposed Settlement and to participate in the hearing thereon. The Court further finds that the notice provisions of the Class Action Fairness Act, 28 U.S.C. § 1715, were fully discharged. Thus, it is hereby determined that all Settlement Class Members are bound by this Final Judgment and Order except those persons listed on Exhibit 2 to this Final Judgment and Order.

10.     **Plan of Allocation** – The Court hereby finds that the proposed Plan of Allocation is a fair and reasonable method to allocate the Net Settlement Fund among Settlement Class Members, and Lead Counsel and the Claims Administrator are directed to administer the Plan of Allocation in accordance with its terms and the terms of the Stipulation.

11.     **Releases** – Upon the Effective Date, Plaintiffs shall, and each of the Settlement Class Members shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished, and discharged all Released Claims against the Released Persons, whether or not such Settlement Class Member executes and delivers the Proof of Claim and Release or shares in the Settlement Fund. Claims to enforce the terms of the Stipulation are not released.

12.     Upon the Effective Date, all Settlement Class Members, and anyone claiming through or on behalf of any of them, will be permanently and forever barred and enjoined from, and shall be deemed to permanently covenant to refrain from,

commencing, instituting, prosecuting, or continuing to prosecute any action or other proceeding in any capacity in any court of law or equity, arbitration tribunal, administrative forum, or any other forum, asserting any of the Released Claims against any of the Released Persons.

13.     Upon the Effective Date, each of the Released Persons shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished, and discharged Plaintiffs and Lead Counsel from all of Defendants' Claims. Claims to enforce the terms of the Stipulation are not released.

14.     The Settling Parties may file the Stipulation and/or this Order and Final Judgment in any proceedings that may be necessary to consummate or enforce the Stipulation, the Settlement, or this Order and Final Judgment.

15.     **No Admissions** – Neither the Stipulation nor the Settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the Settlement: (i) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of Defendants or their respective Related Parties; (ii) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of Defendants or their respective Related Parties in any civil, criminal, or administrative proceeding in any court, administrative agency, or other tribunal; (iii) is or may be deemed to be or may be used as an admission, or evidence,

that any claim asserted by Plaintiffs was not valid in any civil, criminal or administrative proceeding in any court, administrative agency, or other tribunal or (iv) is or may be deemed to be or may be used as an admission of, or evidence of, the appropriateness of treating the Litigation as a class action for any purpose other than the Settlement. Defendants and/or their respective Related Parties may file the Stipulation and/or this Judgment in any action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar, or reduction, or any theory of claim preclusion or issue preclusion or similar defense or counterclaim.

16.   **Retention of Jurisdiction** – Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over: (i) implementation of this Settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (ii) disposition of the Settlement Fund; (iii) hearing and determining applications for attorneys' fees, expenses, and interest in the Litigation; and (iv) all parties herein for the purpose of construing, enforcing, and administering the Stipulation.

17.   **Rule 11 Findings** – The Court finds that during the course of the Litigation, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

18.   **Attorney's Fees** – Lead Counsel is awarded attorneys' fees in the amount of $4,333,333.33, and expenses in the amount of $91,336.06, plus any applicable interest, such amounts to be paid out of the Settlement Fund immediately following entry of this Order.

19.   **Plaintiffs' Awards** – Plaintiffs are each awarded $5,000, as a Compensatory Award for reasonable costs and expenses directly relating to the representation of the Settlement Class as provided in 15 U.S.C. § 78u-4(a)(4), such amounts to be paid from the Settlement Fund upon the Effective Date of the Settlement.

20.   **Termination of Settlement** – If the Settlement is terminated as provided in the Stipulation, or the Effective Date of the Settlement otherwise fails to occur, this Judgment shall be vacated, rendered null and void, and be of no further force and effect, except as otherwise provided by the Stipulation, and this Judgment shall be without prejudice to the rights of Plaintiffs, the other Settlement Class Members, and Defendants, and the Settling Parties shall revert to their respective pre-mediation positions in the Litigation, as provided in the Stipulation.

21.   **Modification of the Agreement of Settlement** – Without further approval from the Court, Plaintiffs and Defendants are hereby authorized to agree to and adopt such amendments or modifications of the Stipulation or any exhibits attached thereto to effectuate the Settlement that: (a) are not materially inconsistent

with this Judgment; and (b) do not materially limit the rights of Settlement Class Members in connection with the Settlement. Without further order of the Court, Plaintiffs and Defendants may agree to reasonable extensions of time to carry out any provisions of the Settlement.

22.     **Entry of Final Judgment** – There is no just reason to delay the entry of this Judgment as a final judgment in this Action. Accordingly, the Clerk of the Court is expressly directed to immediately enter this final judgment in this Action.


        IT IS SO ORDERED.


DATED: _____6/7/2022_____      _____/s/ Kevin McNulty_____
                                THE HONORABLE KEVIN MCNULTY
                                UNITED STATES DISTRICT JUDGE

# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDUARDO ORTIZ, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>CANOPY GROWTH CORPORATION, BRUCE LINTON, MARK ZEKULIN, MIKE LEE, TIM SAUNDERS, DAVID KLEIN, and RADE KOVACEVIC,<br><br>       Defendants. | Case No.: 2:19-cv-20543-KM-ESK |

## STIPULATION OF SETTLEMENT

This Stipulation of Settlement ("Stipulation"), dated February 4, 2022, in the above-captioned litigation ("Litigation"), is entered into by and among: (i) Co-Lead Plaintiffs Anthony Sultan, Ellaine Sultan, Anna Cooley, Formica Industries Limited, David Pendola and Dean K. Lurie (collectively, "Plaintiffs") on behalf of themselves and each of the Settlement Class Members, by and through their counsel of record in the Litigation; and (ii) defendants Canopy Growth Corporation ("Canopy"), Bruce Linton, Mark Zekulin, Mike Lee, Tim Saunders, David Klein and Rade Kovacevic (together with Canopy, "Defendants") by and through their counsel of record in the Litigation. The Stipulation is intended to fully, finally, and forever resolve, discharge, and settle with prejudice the Released Claims, subject to the approval of the United States District Court for the District of New Jersey ("Court"), and the terms and conditions set forth in this Stipulation.[1]

## I.   THE LITIGATION

This is a federal securities class action on behalf of the Settlement Class. For purposes of this Settlement only, the Settlement Class is defined in § IV.1 herein, and the Settling Parties (as defined herein) intend that the provisions herein concerning certification of the Settlement Class shall have no effect whatsoever in the event that the Settlement does not become Final.

### 1.   Procedural History of the Litigation

The Litigation is pending before the Honorable Kevin McNulty in the United States District Court for the District of New Jersey. On November 20, 2019, Plaintiff Eduardo Ortiz commenced this action alleging violations of Sections 10(b) and 20(a) of the Exchange Act and Rule 10b-5 thereunder. Dkt. No. 1. On January 21, 2020, Anthony Sultan, Ellaine Sultan, Anna

---

[1] All capitalized terms not otherwise defined shall have the meanings ascribed to them in § IV herein.

Cooley, and Formica Industries Limited (together, "Sultan Group") filed a motion seeking appointment as Lead Plaintiffs, and on the same day David Pendola and Dean Lurie also filed a motion seeking appointment as Lead Plaintiffs. Dkt. Nos. 7–8. On February 10, 2020, District Judge Kevin McNulty so-ordered a stipulation filed by the Sultan Group, Pendola, and Lurie appointing them Lead Plaintiffs and approving their selection of Pomerantz LLP, The Rosen Law Firm, P.A., and Hagens Berman Sobol Shapiro LLP as Lead Counsel. Dkt. No. 27.

Plaintiffs filed their First Amended Complaint on June 4, 2020 (Dkt. No. 52), and on August 4, 2020, Defendants moved to dismiss (Dkt. No. 55). Plaintiffs obtained leave to file a Second Amended Complaint on October 9, 2020 (*see* Dkt. No. 66) and filed their Second Amended Complaint the same day (Dkt. No. 65). Defendants moved to dismiss the Second Amended Complaint on November 23, 2020 (Dkt. No. 67), and on May 7, 2021, the Court granted Defendants' motion without prejudice and permitted Plaintiffs to file a Third Amended Complaint (Dkt. No. 73). Plaintiffs filed their Third Amended Complaint on June 14, 2021 (Dkt. No 77). Defendants moved to dismiss the Third Amended Complaint on August 16, 2021 (Dkt. No. 80) and Plaintiffs filed their opposition to that Motion on October 12, 2021 (Dkt. No. 83).

### 2.    Settlement Negotiations

On October 19, 2021, Lead Counsel and Defendants' counsel participated in a full-day mediation session before Jed D. Melnick of JAMS. In advance of that session, the Settling Parties prepared and exchanged detailed mediation statements. The session ended without an agreement being reached. Settlement negotiations between the parties continued through mediator Jed Melnick in the weeks that followed. On November 19, 2021, the Settling Parties agreed in principle to resolve the claims asserted in this Litigation for $13 million in return for a release of all claims against Defendants, as further detailed below. On December 14, 2021, the Settling Parties executed a Memorandum of Understanding setting forth the terms of the agreement in principle ("MOU").

## II.      PLAINTIFFS' ASSESSMENT OF THE CLAIMS AND BENEFITS OF SETTLEMENT

Plaintiffs believe that the claims asserted in the Litigation have merit and that the evidence developed to date supports their claims. Nonetheless, Plaintiffs and their counsel recognize the current posture of the dismissed litigation and the expense and length of continued prosecution of the Litigation against Defendants through discovery, trial, and possible appeals if the renewed motion to dismiss were denied. Plaintiffs and their counsel also recognize the uncertain outcome and the risk associated with the litigation, especially in complex securities actions such as this Litigation, as well as the challenges and delays inherent in such litigation. Plaintiffs and their counsel believe that the Settlement set forth in this Stipulation confers substantial benefits upon the Settlement Class, is fair, reasonable, adequate, and is in the best interests of the Settlement Class.

## III.      DEFENDANTS' DENIALS OF WRONGDOING AND LIABILITY

Defendants have denied and continue to deny each and all of the claims asserted in the Litigation, and expressly deny that they have engaged in any wrongdoing, including, without limitation, that their public statements were false or misleading; that they acted with the requisite scienter; that they have committed any violations of law or breaches of duty to Plaintiffs, Canopy shareholders, or anyone else, or aided and abetted the same; and that any investment losses sustained by Lead Plaintiffs and the Settlement Class were caused by Defendants' alleged misconduct. Defendants believe that the Litigation is without merit, that their public statements during the Settlement Class Period contained no material misstatements or omissions, that they otherwise complied with all applicable rules, regulations, and laws, and that they have meritorious defenses to all claims alleged in the Litigation. Defendants make no admission of liability or any form of wrongdoing whatsoever by entering into this Settlement.

This Stipulation, whether or not consummated, and whether or not approved by the court, shall not be construed as or deemed to be evidence of any presumption, admission, or concession on the part of any Defendant, Defendants' counsel, insurer, or any of the Related Parties (as defined in ¶ 1.29), with respect to any claim of any fact alleged by Lead Plaintiffs or any Settlement Class Member, the validity of any claim that was or could have been asserted by Lead Plaintiffs or any Settlement Class Member, or any deficiency of any defense that has been or could have been asserted by Defendants in this Action or in any other litigation. Further, this Stipulation, and all related documents, shall not be construed as or deemed to be evidence of any deception, negligence, fault, liability, wrongdoing, or damage whatsoever, of any kind or by any Defendant, nor any of the Related Parties, or in any way referred to for any other reason as against any Defendant or any of the Related Parties, in any civil, criminal, or administrative action or proceeding. The Parties, and each of them, shall not assert or pursue any action, claim or rights that any party hereto violated any provision of Rule 11 of the Federal Rules of Civil Procedure. Further, the Parties, and each of them, will not deny in any statement made to any media representative that the Action is being settled voluntarily after consultation with competent counsel. The Parties, and each of them, and their respective counsel agree that the Action was resolved in good faith, following arm's length bargaining.

As set forth below, neither the Settlement nor any of the terms of this Stipulation shall constitute an admission or finding of any fault, liability, wrongdoing, or damage whatsoever, or any infirmity in the defenses that Defendants have, or could have, asserted in the Litigation. Defendants are entering into this Stipulation solely to eliminate the burden and expense of further litigation. Defendants have determined that it is desirable and beneficial to them that the Litigation be settled in the manner and upon the terms and conditions set forth in the Stipulation.

## IV.    TERMS OF STIPULATION AND AGREEMENT OF SETTLEMENT

Now, therefore, it is hereby stipulated and agreed by and among Plaintiffs (individually and on behalf of all Settlement Class Members) and Defendants, and each of them, by and through their respective undersigned counsel or attorneys of record, that, subject to the approval of the Court, the Litigation and Released Claims shall be finally and fully compromised, settled, and released, and the Litigation shall be dismissed with prejudice, as to all Settling Parties, upon and subject to the terms and conditions of this Stipulation.

### 1.    Definitions

As used in the Stipulation and its Exhibits, the following terms shall have the meanings specified below. Terms used in the singular shall be deemed to include the plural and vice versa:

1.1    "Authorized Claimant" means any Settlement Class Member whose claim for recovery is allowed pursuant to the terms of the Stipulation.

1.2    "Canopy" means Canopy Growth Corporation.

1.3    "Canopy Call Options" means call options on Canopy Common Stock.

1.4    "Canopy Common Stock" means the common stock of Canopy.

1.5    "Canopy Put Options" means put options on Canopy Common Stock.

1.6    "Canopy Securities" means shares of Canopy Common Stock, Canopy Call Options, and Canopy Put Options.

1.7    "Claims Administrator" means Strategic Claims Services, which shall administer the Settlement.

1.8    "Court" means the United States District Court for the District of New Jersey.

1.9    "Defendants' Claims" means any and all claims, demands, rights, causes of action, and liabilities, whether based in law or equity, arising under federal, state, local, statutory, or common law or any other law, rule, or regulation including both known and Unknown Claims,

that have been or could have been asserted in the Litigation or any forum by the Released Persons or any of them against Plaintiffs, the Settlement Class Members, and Plaintiffs' counsel, which arise out of or relate in any way to the institution, prosecution, or settlement of the claims against Defendants, including under Rule 11 of the Federal Rules of Civil Procedure, or for any other fees or cost shifting, except for claims relating to the enforcement of this Stipulation or the Settlement.

1.10    "Defendants" means Canopy, Bruce Linton, Mark Zekulin, Mike Lee, Tim Saunders, David Klein and Rade Kovacevic.

1.11    "Effective Date" or the date upon which this Stipulation and the Settlement become "effective," means three (3) business days after the date by which all of the events and conditions specified in ¶ 8.1 herein have been met and have occurred.

1.12    "Escrow Account" means the escrow account described in ¶ 2.1 herein.

1.13    "Escrow Agent" means Huntington National Bank.

1.14    "Fee and Expense Application" means the application(s) for an award of attorneys' fees and expenses to Plaintiffs' counsel described in ¶ 7.1 herein.

1.15    "Fee and Expense Award" means the award of attorneys' fees and expenses of Plaintiffs' counsel described in ¶ 6.2 herein.

1.16    "Final" means (1) the Court has entered a Judgment approving the Settlement in all material respects, including but not limited to, *inter alia,* (a) certifying a Settlement Class, (b) approving the scope of the Releases, and (c) ordering the Clerk of the Court to enter final judgment in the form set forth in Exhibit B pursuant to Federal Rule 54(b), finding that there is no just reason for delay of enforcement or appeal of the order, and (2) the time to appeal the Judgment has expired, or the Judgment has been affirmed in all respects on any appeal or review and is no longer subject to further appeal or review. Provided, however, and notwithstanding any provision to the

contrary in this Settlement, "Final" shall not include (and the Settlement is expressly not conditioned upon) the Court's approval of attorneys' fees and the reimbursement of expenses sought by Lead Counsel, or the approval of payment of a Compensatory Award for the time and expenses expended by Lead Plaintiffs, or any appeals solely related thereto.

1.17    "Final Approval Hearing" means the hearing required by Federal Rule of Civil Procedure 23(e), at which time the Settling Parties will request that the Court approve the fairness, reasonableness, and adequacy of the proposed Settlement embodied by this Stipulation and enter the Judgment. Lead Counsel will also request that the Court approve the Plan of Allocation and the Fee and Expense Application.

1.18    "Judgment" means the Final Judgment and Order of Dismissal with Prejudice to be rendered by the Court, substantially in the form attached hereto as Exhibit B.

1.19    "Lead Counsel" means the law firms of Pomerantz LLP, Hagens Berman Sobol Shapiro LLP, and The Rosen Law Firm, P.A., or their respective successors.

1.20    "Litigation" means the action captioned *Ortiz v. Canopy Growth Corp., et al.*, Case No. 2:19-cv-20543-KM-ESK (D.N.J.).

1.21    "Net Settlement Fund" means the net settlement fund described in ¶ 6.2 herein.

1.22    "Notice and Administration Expenses" means the costs and expenses described in ¶ 2.8 herein.

1.23    "Notice" means the notice described in ¶ 4.1 herein.

1.24    "Parties" means, collectively, Defendants and Plaintiffs on behalf of themselves and each of the Settlement Class Members.

1.25    "Person" means an individual, corporation, limited liability corporation, professional corporation, limited liability partnership, partnership, limited partnership, limited

liability company, association, joint stock company, estate, legal representative, trust, unincorporated association, government or any political subdivision or agency thereof, and any business or legal entity and their respective spouses, heirs, beneficiaries, executors, administrators, predecessors, successors, representatives, or assignees.

1.26 "Plaintiffs" means Anthony Sultan, Ellaine Sultan, Anna Cooley, Formica Industries Limited, David Pendola and Dean K. Lurie.

1.27 "Plan of Allocation" means a plan or formula for allocating the Net Settlement Fund whereby the Net Settlement Fund to distributed to Authorized Claimants. Any Plan of Allocation is not part of the stipulation and neither Defendants nor their Related Parties shall have any responsibility or liability with respect thereto.

1.28 "Preliminary Approval Order" means the order described in ¶ 4.1 herein.

1.29 "Related Parties" means each of a Defendant's respective former, present, or future parents, subsidiaries, controlling shareholders, predecessors, successors, divisions, joint ventures and general or limited partnerships, and each of their respective current or former officers, directors, trustees, partners, contractors, auditors, principals, agents, managing agents, employees, attorneys, accountants, investment bankers, underwriters, insurers, or reinsurers in their capacities as such, as well as each of the immediate family members, heirs, executors, personal or legal representatives, estates, beneficiaries, predecessors, successors and assigns of the Individual Defendants.

1.30 "Released Claims" means any and all claims, suits, actions, appeals, causes of action, damages (including, without limitation, compensatory, punitive, exemplary, rescissory, direct, consequential, or special damages, and restitution and disgorgement), demands, rights, debts, penalties, costs, expenses, fees, injunctive relief, attorneys' fees, expert or consulting fees,

prejudgment interest, indemnities, duties, liabilities, losses, or obligations of every nature and description whatsoever, including both known and Unknown Claims, whether or not concealed or hidden, fixed or contingent, direct or indirect, anticipated or unanticipated, whether legal, contractual, rescissory, statutory, or equitable in nature, arising under federal, state, local, statutory, or common law, or any other law, rule, or regulation of any jurisdiction, including, but not limited to, the United States or Canada that have been or could have been asserted in any forum by the members of the Settlement Class, or the successors or assigns of any of them, in any capacity, against the Released Persons, arising out of, based upon or related in any way to the purchase, acquisition, sale, or ownership of Canopy Securities during the Settlement Class Period, including without limitation any claims related to the allegations, transactions, facts, events, matters, occurrences, acts, representations, or omissions involved, set forth, referred to, or that could have been asserted in the Action, and any for negligence, gross negligence, breach of duty of candor, fraud, or negligent misrepresentation ("Settled Claims"), except for any claims relating to the enforcement of the Settlement. Nothing in this paragraph shall affect any claims, demands, rights, or causes of action and liabilities: (a) between or among Defendants; or (b) between Defendants and their insurers.

1.31    "Released Persons" means each and all of Defendants and each and all of their Related Parties.

1.32    "Settlement" means the settlement of the Litigation as set forth in this Stipulation.

1.33    "Settlement Amount" means Thirteen Million Dollars (US$13,000,000.00) in cash, to be paid to the Escrow Agent pursuant to ¶ 2.1 of this Stipulation.

1.34    "Settlement Class" means all Persons who purchased or otherwise acquired Canopy Securities during the Settlement Class Period. Excluded from the Settlement Class are all named

Defendants in the Litigation, the present officers and directors of Canopy, the officers and directors Canopy during the Settlement Class Period, and the immediate family members, legal representatives, heirs, successors, or assigns of such excluded persons and any entity in which any Defendant has or had a controlling interest during the Settlement Class Period. Also excluded from the Settlement Class are all putative members of the Settlement Class who exclude themselves by filing a valid and timely request for exclusion.

1.35    "Settlement Class Member" means any Person who falls within the definition of the Settlement Class as set forth in ¶ 1.32 above.

1.36    "Settlement Class Period" means the period between June 27, 2018, and May 28, 2020, both dates inclusive.

1.37    "Settlement Fund" means the Settlement Amount plus all interest and accretions thereto and which may be reduced by payments or deductions as provided herein or by Court order.

1.38    "Settling Parties" means, collectively, Defendants and Plaintiffs on behalf of themselves and each of the Settlement Class Members.

1.39    "Supplemental Agreement" means the supplemental agreement between the Settling Parties described in ¶ 8.3 herein.

1.40    "Tax Expenses" means expenses and costs incurred in connection with the calculation and payment of taxes or the preparation of tax returns and related documents including, without limitation, expenses of tax attorneys and/or accountants and mailing and distribution costs relating to filing (or failing to file) the returns described in ¶ 2.9 herein.

1.41    "Taxes" means any and all taxes, fees, levies, duties, tariffs, imposts, and other charges of any kind (together with any and all interest, penalties, additions to tax and additional

amounts imposed with respect thereto) imposed by any governmental authority and arising with respect to income earned by the Settlement Fund as described in ¶ 2.9.

1.42    "Unknown Claims" means (i) any Released Claims which Plaintiffs or any Class Member do not know or suspect to exist in his, her or its favor at the time of the release of the Released Persons, which, if known by him, her or it, might have affected his, her or its settlement with and release of the Released Persons, or might have affected his, her or its decision not to object to this Settlement or seek exclusion from the Settlement Class; and (ii) any Defendants' Claims that any Defendant does not know or suspect to exist in his, her or its favor at the time of the release of Plaintiffs, the Settlement Class Members, and Plaintiffs' counsel, which, if known by him, her or it might have affected his, her or its settlement with and release of Plaintiffs, the Settlement Class Members, and Plaintiffs' counsel, or might have affected his, her or its decision(s) with respect to the Settlement. With respect to any and all Released Claims and Defendants' Claims, the Settling Parties stipulate and agree that, upon the Effective Date, Plaintiffs and Defendants shall expressly waive, and each of the Settlement Class Members shall be deemed to have, and by operation of the Judgment shall have, expressly waived any and all provisions, rights, and benefits conferred by California Civil Code §1542, which provides:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

Plaintiffs and Defendants shall expressly waive, and each of the Settlement Class Members shall be deemed to have, and by operation of the Judgment shall have, expressly waived any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law, which is similar, comparable or equivalent to California Civil Code

§1542. Plaintiffs, Defendants and the Settlement Class Members may hereafter discover facts in addition to or different from those which he, she or it now knows or believes to be true with respect to the subject matter of the Released Claims or Defendants' Claims, but Plaintiffs shall expressly, fully, finally, and forever settle and release, and each Settlement Class Member, upon the Effective Date, shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever settled and released, any and all Released Claims, and Defendants shall expressly, fully, finally, and forever settle and release any and all Defendants' Claims, in each case known or unknown, suspected or unsuspected, contingent or non-contingent, disclosed or undisclosed, matured or unmatured, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts. The Settling Parties acknowledge, and the Settlement Class Members shall be deemed by operation of the Judgment to have acknowledged, that the foregoing waiver was separately bargained for and is a key element of the Settlement of which these releases are a part.

## 2. The Settlement

### A. The Settlement Amount

2.1 The Settlement Amount shall be deposited into an interest-bearing escrow account ("Escrow Account") controlled by the Escrow Agent on or before fifteen (15) business days after the later of: (i) the entry of the Preliminary Approval Order, as defined in ¶ 4.1 herein, and (ii) provision to Defendants of all information necessary to effectuate a transfer of funds, including the bank name and ABA routing number, account name and number, and a signed W-9 reflecting the taxpayer identification number for the Settlement Fund.

2.2     Canopy and/or Defendants' insurers shall pay or cause to be paid the Settlement Amount on behalf of all Defendants. Such amount is paid as consideration for full and complete settlement of all Released Claims. In the event that the entire Settlement Amount is not funded when due, Plaintiffs shall have the right to terminate the Settlement.

2.3     Other than the obligation of Canopy and/or Defendants' insurers to pay or cause to be paid the Settlement Amount into the Settlement Fund, Defendants shall have no obligation to make any other payment into the Settlement Fund pursuant to this Stipulation.

### B.     The Escrow Agent

2.4     The Escrow Agent shall invest the Settlement Amount, deposited pursuant to ¶ 2.1 herein, in United States Agency or Treasury Securities or other instruments backed by the Full Faith & Credit of the United States Government or an Agency thereof, or fully insured by the United States Government or an Agency thereof, and shall reinvest the proceeds of these instruments as they mature in similar instruments at their then-current market rates. All risks related to the investment of the Settlement Fund in accordance with the investment guidelines set forth in this paragraph shall be borne by the Settlement Fund, and the Released Persons shall have no responsibility for, interest in, or liability whatsoever with respect to investment decisions or the actions of the Escrow Agent, or any transactions executed by the Escrow Agent.

2.5     The Escrow Agent shall not disburse the Settlement Fund except as provided in the Stipulation, by an order of the Court, or with the written agreement of counsel for Canopy.

2.6     Subject to further order(s) and/or directions as may be made by the Court, or as provided in the Stipulation, the Escrow Agent is authorized to execute such transactions as are consistent with the terms of this Stipulation. The Released Persons shall have no responsibility for, interest in, or liability whatsoever with respect to the actions of the Escrow Agent, or for any transaction executed by the Escrow Agent.

2.7     All funds held by the Escrow Agent shall be deemed and considered to be in *custodia legis* of the Court, and shall remain subject to the jurisdiction of the Court, until such time as such funds shall be distributed or returned pursuant to this Stipulation and/or further order(s) of the Court.

2.8     Without further order of the Court or approval from Defendants, the Settlement Fund may be used by the Escrow Agent, as directed by Lead Counsel, to pay reasonable costs and expenses actually incurred up to the sum of $500,000 in connection with providing notice to the Settlement Class, locating Settlement Class Members, soliciting Settlement Class claims, assisting with the submission of Settlement Class claims, processing Proofs of Claim and Releases, administering and distributing the Net Settlement Fund to Authorized Claimants, paying Taxes and Tax Expenses, and paying escrow fees and costs, if any ("Notice and Administration Expenses"). After the effective date, without further order of the Court or approval from Defendants, additional amounts up to $250,000 may be used by the Escrow Agent, as directed by Lead Counsel, to pay any additional Notice and Administrations Expenses from the Settlement Fund. The Released Persons shall have no responsibility for or liability whatsoever with respect to the Notice and Administration Expenses, nor shall they have any responsibility for or liability whatsoever for any claims with respect thereto. Notwithstanding the foregoing, Defendants shall be responsible for the costs and expenses of providing to Lead Counsel and/or the Claims Administrator pertinent transfer records for purposes of mailing notice to the Settlement Class.

### C.     Taxes

2.9     (a)     The Settling Parties and the Escrow Agent agree to treat the Settlement Fund as being at all times a "qualified settlement fund" within the meaning of Treas. Reg. §1.468B-1. In addition, the Escrow Agent shall timely make such elections as necessary or advisable to carry out the provisions of this ¶ 2.9, including the "relation-back election" (as defined in Treas.

Reg. §1.468B-1) back to the earliest permitted date. Such elections shall be made in compliance with the procedures and requirements contained in such regulations. It shall be the responsibility of the Escrow Agent to timely and properly prepare and deliver the necessary documentation for signature by all necessary parties, and thereafter to cause the appropriate filing to occur.

(b)     For the purpose of §1.468B of the Internal Revenue Code of 1986, as amended, and the regulations promulgated thereunder, the "administrator" shall be the Escrow Agent. The Escrow Agent shall timely and properly file all informational and other tax returns necessary or advisable with respect to the Settlement Fund (including, without limitation, the returns described in Treas. Reg. §1.468B-2(k)). Such returns (as well as the election described in ¶ 2.9(a) herein) shall be consistent with this ¶ 2.9 and in all events shall reflect that all Taxes (including any estimated Taxes, interest, or penalties) on the income earned by the Settlement Fund shall be paid out of the Settlement Fund as provided in ¶ 2.9(c) herein.

(c)     All (i) Taxes (including any estimated Taxes, interest or penalties) arising with respect to the income earned by the Settlement Fund, including any Taxes or tax detriments that may be imposed upon the Released Persons or their counsel with respect to any income earned by the Settlement Fund for any period during which the Settlement Fund does not qualify as a "qualified settlement fund" for federal or state income tax purposes, and (ii) expenses and costs incurred in connection with the operation and implementation of this ¶ 2.9 (including, without limitation, expenses of tax attorneys and/or accountants and mailing and distribution costs and expenses relating to filing (or failing to file) the returns described in this ¶ 2.9) ("Tax Expenses"), shall be paid out of the Settlement Fund; in all events the Released Persons and their counsel shall have no responsibility or liability whatsoever for Taxes or Tax Expenses. The Escrow Agent, through the Settlement Fund, shall indemnify and hold each of the Released Persons and their

counsel harmless for Taxes and Tax Expenses (including, without limitation, Taxes payable by reason of any such indemnification). Further, Taxes and Tax Expenses shall be treated as, and considered to be, a cost of administration of the Settlement Fund and shall be timely paid by the Escrow Agent out of the Settlement Fund without prior order from the Court, and the Escrow Agent shall be obligated (notwithstanding anything herein to the contrary) to withhold from distribution to Authorized Claimants any funds necessary to pay such amounts, including the establishment of adequate reserves for any Taxes and Tax Expenses (as well as any amounts that may be required to be withheld under Treas. Reg. §1.468B-2(l)(2)). The Settling Parties hereto agree to cooperate with the Escrow Agent, each other, and their tax attorneys and accountants to the extent reasonably necessary to carry out the provisions of this ¶ 2.9.

### D.    Termination of the Settlement

2.10    In the event that the Stipulation is not approved, the Stipulation is terminated or canceled, or the Effective Date otherwise fails for any reason to occur, the Settlement Funds less Notice and Administration Expenses or Taxes or Tax Expenses paid, incurred, or due and owing in connection with the Settlement provided for herein, shall be refunded to the parties that submitted the payment pursuant to written instructions for counsel for Canopy in accordance with ¶ 8.4 herein.

### 3.    Class Certification

3.1    For the sole purpose of the Settlement and for no other purpose, the Settling Parties stipulate, agree, and consent to: (i) certification of the Litigation as a class action pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3) on behalf of the Settlement Class; (ii) appointment of Plaintiffs as class representatives; and (iii) appointment of Lead Counsel as class counsel for the Settlement Class pursuant to Fed. R. Civ. P. 23(g).

3.2     Nothing in this Stipulation shall serve, either directly or indirectly, as evidence of or support for certification of a class other than for settlement purposes, and the Settling Parties intend that the provisions herein concerning certification of the Settlement Class shall have no effect whatsoever in the event the Settlement and Judgment do not become Final. Defendants expressly reserve the right to contest class certification in the event the Settlement is terminated or the Effective Date does not occur for any other reason.

## 4.     Preliminary Approval Order and Final Approval Hearing

4.1     Promptly after execution of this Stipulation, Plaintiffs shall submit the Stipulation together with its Exhibits to the Court and shall apply for entry of an order ("Preliminary Approval Order"), substantially in the form of Exhibit A attached hereto, requesting, *inter alia*, the preliminary approval of the Settlement set forth in the Stipulation, certification of the Settlement Class for settlement purposes, and approval of the mailing of a settlement notice ("Notice") and Claim Form and publication of a summary notice, substantially in the forms of Exhibits 1, 3, and 4 to Exhibit A attached hereto. The Notice shall include the general terms of the Settlement set forth in the Stipulation, the proposed Plan of Allocation, the general terms of the Fee and Expense Application, as defined in ¶ 7.1 herein, and the date of the Final Approval Hearing, as defined below.

4.2     Lead Counsel shall request that after notice is given, the Court hold a hearing ("Final Approval Hearing") and finally approve the Settlement of the Litigation as set forth herein. At or after the Final Approval Hearing, Lead Counsel also will request that the Court approve the proposed Plan of Allocation, the Fee and Expense Application, and Plaintiffs' request for payment of time and for their expenses, if any.

## 5.     Releases

5.1     Upon the Effective Date, Plaintiffs shall, and each of the Settlement Class Members shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished, and discharged all Released Claims against the Released Persons, whether or not such Settlement Class Member executes and delivers a Proof of Claim and Release or shares in the Settlement Fund. Claims to enforce the terms of this Stipulation are not released. This release shall not apply to any person or entity who or which submits a request for exclusion from the Settlement Class that is accepted by the Court.

5.2     The Proof of Claim and Release to be executed by Settlement Class Members at the Effective Date shall release all Released Claims against the Released persons and shall be substantially in the form contained in Exhibit 2 to Exhibit A attached hereto.

5.3     Upon the Effective Date, all Settlement Class Members, and anyone claiming through or on behalf of any of them, will be forever barred and enjoined from commencing, instituting, prosecuting, or continuing to prosecute any action or other proceeding in any court of law or equity, arbitration tribunal, administrative forum, or any other forum, asserting the Released Claims against any of the Released Persons.

5.4     Upon the Effective Date, each of the Released Persons shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished, and discharged Plaintiffs, each and all of the Settlement Class Members, and Plaintiffs' counsel, including Lead Counsel, from all Defendants' Claims. Claims to enforce the terms of this Stipulation or any order of the Court in the Litigation are not released.

**6.      Administration and Calculation of Claims, Final Awards and Supervision and Distribution of the Settlement Fund**

6.1     The Claims Administrator, subject to such supervision and direction of the Court as may be necessary or as circumstances may require, shall administer and calculate the claims

19

submitted by Settlement Class Members and shall oversee distribution of the Net Settlement Fund (defined below) to Authorized Claimants.

6.2     The Settlement Fund shall be applied as follows:

(a)     To pay all the Notice and Administration Expenses described in ¶ 2.8 herein;

(b)     To pay the Taxes and Tax Expenses described in ¶ 2.9;

(c)     To pay attorneys' fees and expenses of counsel for Plaintiffs ("Fee and Expense Award"), and to pay Plaintiffs for their time and expenses, if and to the extent allowed by the Court; and

(d)     After the Effective Date, to distribute the balance of the Settlement Fund ("Net Settlement Fund") to Authorized Claimants as allowed by the Stipulation, the Plan of Allocation, or the Court.

6.3     After the Effective Date, and in accordance with the terms of the Stipulation, the Plan of Allocation, or such further approval and further order(s) of the Court as may be necessary or as circumstances may require, the Net Settlement Fund shall be distributed to Authorized Claimants, subject to and in accordance with the following:

(a)     Each Person claiming to be an Authorized Claimant shall be required to submit to the Claims Administrator a completed Proof of Claim and Release, substantially in the form of Exhibit 2 to Exhibit A attached hereto, signed under penalty of perjury and supported by such documents as are specified in the Proof of Claim and Release.

(b)     All Proofs of Claim and Releases must be submitted within seven days after the date of the Final Approval Hearing or such other time as may be set by the Court. Except as otherwise ordered by the Court, all Settlement Class Members who fail to timely submit a valid

Proof of Claim and Release within such period, or such other period as may be ordered by the Court, or otherwise allowed, shall be forever barred from receiving any payments pursuant to the Stipulation and the Settlement set forth herein, but shall in all other respects be subject to and bound by the provisions of the Stipulation and the Settlement, including the terms of the Judgment and the releases provided for therein and herein, and will be barred and enjoined from bringing any action against the Released Persons concerning the Released Claims. Notwithstanding the foregoing, Lead Counsel shall have the discretion (but not an obligation) to accept late-submitted claims for processing by the Claims Administrator so long as the distribution of the Net Settlement Fund to Authorized Claimants is not materially delayed thereby. Lead Counsel shall have no liability for not accepting late-submitted claims.

6.4     Persons who otherwise would be Settlement Class Members but desire to be excluded from the Settlement shall be required to provide a written statement that the Person wishes to be excluded from the Settlement Class for receipt by the Claims Administrator no later than twenty-one (21) days prior to the Final Approval Hearing or such other time as may be set by the Court. Unless otherwise ordered by the Court, any Person who is a Settlement Class Member and who does not submit a timely and valid request for exclusion from the Settlement Class shall be bound by this Stipulation. Copies of all requests for exclusion received, and copies of all written revocations of requests for exclusion received, shall be sent to counsel for Defendants and to Lead Counsel within a reasonable time of receipt by the Claims Administrator and in any event not less than seven (7) calendar days prior to the Final Approval Hearing.

6.5     The Net Settlement Fund shall be distributed to the Authorized Claimants substantially in accordance with the Plan of Allocation set forth in the Notice and approved by the Court. If there is any balance remaining in the Net Settlement Fund after a reasonable period of

time after the date of the initial distribution of the Net Settlement Fund, Lead Counsel shall, if feasible, reallocate (which reallocation may occur on multiple occasions) such balance among Authorized Claimants in an equitable and economic fashion. Thereafter, any *de minimis* balance which still remains in the Net Settlement Fund shall be donated to an appropriate non-profit organization selected by Lead Counsel. This is not a claims-made settlement. There will be no reversion to Defendants.

6.6     Except for Canopy's obligation to pay or cause payment of the Settlement Amount into the Settlement Fund as set forth herein, Defendants and their Related Parties shall have no responsibility for, interest in, or liability whatsoever with respect to the investment or distribution of the Settlement Fund, the Plan of Allocation, the determination, administration, or calculation of Settlement Class claims, the payment or withholding of Taxes or Tax Expenses, or any losses incurred in connection therewith. No Person shall have any claim of any kind against Defendants, their Related Parties, or counsel for Defendants with respect to the matters set forth in ¶¶ 6.1–6.8 herein; and the Settlement Class Members, Plaintiffs, and Plaintiffs' counsel, including Lead Counsel, release Defendants and their Related Parties from any and all liability and claims arising from or with respect to the administration, investment, or distribution of the Settlement Fund.

6.7     No Person shall have any claim against Defendants or their Related Parties, counsel for Defendants, Plaintiffs, Lead Counsel, the Claims Administrator or any other Person designated by Lead Counsel based on determinations or distributions made substantially in accordance with the Stipulation and the Settlement contained herein, the Plan of Allocation, or further order(s) of the Court.

6.8     It is understood and agreed by the Settling Parties that any proposed Plan of Allocation of the Net Settlement Fund, including, but not limited to, any adjustments to an

Authorized Claimant's claim set forth therein, is not a part of the Stipulation and is to be considered by the Court separately from the Court's consideration of the fairness, reasonableness, and adequacy of the Settlement set forth in the Stipulation, and any order or proceeding relating to the Plan of Allocation shall not operate to terminate or cancel the Stipulation, or affect or delay the finality of the Judgment approving the Stipulation and the Settlement of the Litigation set forth therein. Defendants will take no position with respect to such proposed Plan of Allocation or such plan as may be approved by the Court.

7.        **Plaintiffs' Counsel's Attorneys' Fees and Expenses**

7.1        Lead Counsel may submit an application or applications ("Fee and Expense Application") to the Court for distributions from the Settlement Fund for: (i) an award of attorneys' fees; plus (ii) expenses or charges in connection with prosecuting the Litigation; plus (iii) any interest on such attorneys' fees and expenses at the same rate and for the same periods as earned by the Settlement Fund (until paid) as may be awarded by the Court. Plaintiffs may also submit an application for an award to any or all Lead Plaintiffs for their time and expenses in connection with the prosecution of the Litigation. Lead Counsel reserve the right to make additional applications for fees and expenses incurred. This Settlement shall not be conditioned upon any award of attorneys' fees and expenses to Lead Counsel, and Defendants shall take no position with respect to the Fee and Expense Application.

7.2        The attorneys' fees and expenses, as awarded by the Court, shall be paid to Lead Counsel from the Settlement Fund, as ordered, within five (5) business days after the Court executes an order awarding such fees and expenses, notwithstanding the existence of any objections thereto or potential for appeal therefrom. Lead Counsel may thereafter allocate the attorneys' fees among Lead Plaintiff's other counsel, if any, in a manner in which they in good

23

faith believe reflects the contributions of such counsel to the initiation, prosecution, and resolution of the Litigation.

7.3     In the event that the Effective Date fails for any reason to occur, or the Judgment or the order making the Fee and Expense Award is reversed or modified, or the Stipulation is canceled or terminated for any other reason, and such reversal, modification, cancellation, or termination becomes final and not subject to review, and in the event that the Fee and Expense Award has been paid to any extent, then Lead Counsel shall, within fifteen (15) calendar days from receiving notice from Defendants' counsel or from a court of appropriate jurisdiction, be severally and jointly obligated to refund to the Settlement Fund such fees and expenses previously paid to them from the Settlement Fund, plus interest thereon at the same rate as earned on the Settlement Fund in an amount consistent with such reversal, modification, cancellation or termination. Lead Counsel, as a condition of receiving such fees and expenses, agrees to be subject to the jurisdiction of the Court for the purpose of enforcing the provisions of this paragraph.

7.4     The procedure for and the allowance or disallowance by the Court of any applications by any Plaintiffs' counsel for attorneys' fees and expenses, or the time and expenses of Plaintiffs, to be paid out of the Settlement Fund, are not part of the Settlement set forth in the Stipulation, and are to be considered by the Court separately from the Court's consideration of the fairness, reasonableness, and adequacy of the Settlement set forth in the Stipulation, and any order or proceeding relating to the Fee and Expense Application, or Plaintiffs' time and expense application, or any appeal from any order relating thereto or reversal or modification thereof, shall not operate to terminate or cancel the Stipulation, or affect or delay the finality of the Judgment approving the Stipulation and the Settlement of the Litigation set forth therein.

7.5     Any fees and/or expenses awarded by the Court shall be paid solely from the Settlement Fund. Defendants and their Related Parties shall have no responsibility for any payment of attorneys' fees and/or expenses to Lead Counsel, Plaintiffs, or any other counsel or Person who receives payment from the Settlement Fund.

7.6     Defendants and their Related Parties shall have no responsibility or liability whatsoever for the allocation among Lead Counsel, or any other counsel or Person who may assert some claim thereto, of any Fee and Expense Award that the Court may make in the Litigation.

**8.     Conditions of Settlement, Effect of Disapproval, Cancellation or Termination**

8.1     The Effective Date of the Stipulation shall be conditioned on the occurrence of all the following events:

(a)     The Court has entered the Preliminary Approval Order, as required by ¶ 4.1 herein;

(b)     The Settlement Amount has been deposited into the interest-bearing Escrow Account;

(c)     Defendants have not exercised their option to terminate the Stipulation pursuant to ¶ 8.3 herein;

(d)     The Court has entered the Judgment, or a judgment substantially in the form of Exhibit B attached hereto; and

(e)     The Judgment has become Final, as defined in ¶ 1.16 herein.

8.2     Upon the Effective Date, any and all remaining interest or right of Defendants or Defendants' insurers in or to the Settlement Fund, if any, shall be absolutely and forever extinguished. If all of the conditions specified in ¶ 8.1 herein are not met, then the Stipulation shall be canceled and terminated subject to ¶ 8.4 herein, unless Lead Counsel and counsel for Defendants mutually agree in writing to proceed with the Settlement.

8.3     Defendants shall have the unilateral right to terminate the Settlement in the event that Settlement Class Members who or which, pursuant to timely and valid requests for exclusion from the Settlement Class, meet the conditions set forth in a confidential supplemental agreement ("Supplemental Agreement") between the Settling Parties. The Supplemental Agreement, which is being executed concurrently herewith, shall not be filed with the Court and its terms shall not be disclosed in any other manner (other than the statements herein, to the extent necessary, or as otherwise provided in the Supplemental Agreement), unless and until the Court otherwise directs or a dispute arises between the Settling Parties concerning its interpretation or application. If submission of the Supplemental Agreement is required for resolution of a dispute or is otherwise ordered by the Court, the Settling Parties will undertake to have the Supplemental Agreement submitted to the Court *in camera* or filed under seal.

8.4     In the event that the Stipulation is not approved, the Stipulation is terminated or canceled, or the Effective Date otherwise fails for any reason to occur, then:

(a)     Within fifteen (15) calendar days after written notification of such event is sent by counsel for Defendants or Lead Counsel to the Escrow Agent, the Settlement Fund (including accrued interest), less any expenses which have either been disbursed pursuant to ¶¶ 2.8 or 2.9 herein, or are chargeable to the Settlement Fund pursuant to ¶¶ 2.8 or 2.9 herein, shall be refunded by the Escrow Agent to the parties that submitted the payment pursuant to written instructions from Canopy's counsel. The Escrow Agent or its designee shall apply for any tax refund owed to the Settlement Fund and pay the proceeds to the parties that submitted the payment, after deduction of any fees or expenses incurred in connection with such application(s) for refund, pursuant to written instructions from Canopy's counsel;

(b)     Neither Plaintiffs nor any of their counsel shall have any obligation to repay any amounts disbursed pursuant to ¶¶ 2.8 or 2.9 herein, and any expenses already incurred pursuant to ¶¶ 2.8 or 2.9 herein, but which have not been paid, shall be paid by the Escrow Agent in accordance with the terms of the Stipulation prior to the balance being refunded in accordance with ¶¶ 2.10 and 8.4(a) herein;

(c)     The Settling Parties shall revert to their respective positions in the Litigation as of December 14, 2021; and

(d)     The terms and provisions of the Stipulation, with the exception of this ¶ 8.4 and ¶¶ 1.1–1.42, 2.8–2.10, 7.3, 9.3, and 9.6 herein, shall have no further force and effect with respect to the Settling Parties and shall not be enforceable, or used in this Litigation or in any other proceeding for any purpose, and any Judgment or order entered by the Court in accordance with the terms of the Stipulation shall be treated as vacated, *nunc pro tunc*. No order of the Court, or modification or reversal on appeal of any order of the Court, concerning the Plan of Allocation, or the amount of any attorneys' fees, expenses, and interest awarded by the Court to any of Plaintiffs' counsel or Plaintiffs, shall operate to terminate or cancel this Stipulation or constitute grounds for cancellation or termination of this Stipulation.

## 9.     Miscellaneous Provisions

9.1     The Settling Parties: (i) acknowledge that it is their intent to consummate this Stipulation; and (ii) agree to cooperate to the extent reasonably necessary to effectuate and implement all terms and conditions of the Stipulation and to exercise their best efforts to accomplish the foregoing terms and conditions of the Stipulation.

9.2     The Settling Parties intend this Settlement to be a final and complete resolution of all disputes between them with respect to the Litigation. The Settlement compromises claims which are contested and shall not be deemed an admission by any Settling Party as to the merits

of any claim or defense. Plaintiffs and Defendants agree that all Settling Parties and their respective counsel have complied with Federal Rule of Civil Procedure 11. The Judgment will contain a finding that, during the course of the Litigation, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11. The Settling Parties agree that the Settlement Amount and the other terms of the Settlement were negotiated in good faith by the Settling Parties, and reflect a settlement that was reached voluntarily after consultation with competent legal counsel. The Settling Parties reserve their right to rebut, in a manner that such party determines to be appropriate, any contention made by any of the Settling Parties in any public forum regarding the Litigation, including that the Litigation was brought or defended in bad faith or without a reasonable basis.

9.3     Neither this Stipulation nor the Settlement contained herein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the Settlement: (i) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of Defendants or their respective Related Parties; (ii) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of Defendants or their respective Related Parties in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal; (iii) is or may be deemed to be or may be used as an admission, or evidence, that any claim asserted by Plaintiffs was not valid in any civil, criminal, or administrative proceeding in any court, administrative agency or other tribunal or (iv) is or may be deemed to be or may be used as an admission of, or evidence of, the appropriateness of treating the Litigation as a class action for any other purpose than the Settlement. Defendants and/or their respective Related Parties may file this Stipulation and/or the Judgment in any action that may be brought against them in order to support a defense

28

or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction, or any theory of claim preclusion or issue preclusion or similar defense or counterclaim.

9.4     Defendants shall provide notice under the provisions of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715, as appropriate, at their own expense.

9.5     Other than as set forth in the Stipulation and the MOU, the Settling Parties agree that there will be no public announcements regarding the Settlement until Canopy has announced or disclosed it.  Once disclosure is made by Canopy, the Settling Parties agree that, other than disclosures required by law, any public comments from the Settling Parties regarding this resolution will not substantially deviate from words to the effect that the Settling Parties have reached a mutually acceptable resolution by way of a mediated settlement.

9.6     Except as otherwise provided for herein, all agreements made and orders entered during the course of the Litigation relating to the confidentiality of information shall survive this Stipulation.

9.7     All of the Exhibits to the Stipulation are material and integral parts hereof and are fully incorporated herein by this reference.

9.8     The Stipulation may be amended or modified only by a written instrument signed by or on behalf of all Settling Parties or their respective successors-in-interest.

9.9     The Stipulation, the Exhibits attached hereto, and the Supplemental Agreement constitute the entire agreement among the Settling Parties hereto. No representations, warranties or inducements have been made to any party concerning the Stipulation, its Exhibits, or the Supplemental Agreement other than the representations, warranties, and covenants contained and memorialized in such documents.

9.10    Except as otherwise provided for herein, each Settling Party shall bear his, her or its own costs.

9.11    Lead Counsel, on behalf of the Settlement Class, are expressly authorized by Plaintiffs to take all appropriate action required or permitted to be taken by the Settlement Class pursuant to the Stipulation to effectuate its terms and also are expressly authorized to enter into any modifications or amendments to the Stipulation on behalf of the Settlement Class which they deem appropriate.

9.12    Each counsel or other Person executing the Stipulation or any of its Exhibits on behalf of any party hereto warrants that such Person has the full authority to do so.

9.13    The Stipulation may be executed in one or more counterparts. All executed counterparts and each of them shall be deemed to be one and the same instrument. A complete set of executed counterparts shall be filed with the Court. Signatures sent by facsimile or e-mail shall be deemed originals.

9.14    The headings herein are used for the purpose of convenience only and are not meant to have legal effect.

9.15    The waiver by one party of any breach in this Stipulation by any other party shall not be deemed a waiver by any other party or a waiver of any other prior or subsequent breach of this Stipulation.

9.16    The Stipulation shall be binding upon, and inure to the benefit of, the successors and assigns of the Settling Parties hereto.

9.17    Without affecting the finality of the Judgment entered in accordance with this Stipulation, the Court shall retain jurisdiction with respect to implementation and enforcement of the terms of the Stipulation, and all Settling Parties submit to the jurisdiction of the Court for

purposes of implementing and enforcing the Settlement embodied in the Stipulation and matters related to the Settlement.

9.18    Pending approval of the Court of the Stipulation and its Exhibits, other than by agreement of the Settling Parties, all proceedings in this Litigation shall be stayed and Plaintiffs and all Settlement Class Members shall be barred and enjoined from prosecuting any of the Released Claims against any of the Released Persons. Canopy and Defendants may seek to prevent or to stay any other action(s) or claims that assert any Released Claims.

9.19    Any failure by any party to this Stipulation to insist upon the strict performance by any other party of any of the provisions of this Stipulation shall not be deemed a waiver of any of the provisions, and such party, notwithstanding such failure, shall have the right thereafter to insist upon the strict performance of any and all of the provisions of the Stipulation to be performed by such other party.

9.20    This Stipulation, the Exhibits attached hereto, and the Supplemental Agreement shall be considered to have been negotiated, executed, and delivered, and to be wholly performed, in the State of New Jersey, and the rights and obligations of the Settling Parties to the Stipulation shall be construed and enforced in accordance with, and governed by, the internal, substantive laws of the State of New Jersey without giving effect to that State's choice-of-law principles.

9.21    This Stipulation shall not be construed more strictly against one party than another merely by virtue of the fact that it, or any part of it, may have been prepared by counsel for one of the Settling Parties, it being recognized that it is the result of arm's-length negotiations between the Settling Parties, and the Settling Parties have contributed substantially and materially to the preparation of this Stipulation.

9.22    Nothing in this Stipulation, or the negotiations relating thereto, is intended to or shall be deemed to constitute a waiver of any applicable privilege or immunity, including, without limitation, the attorney-client privilege, the work product doctrine, or the joint defense or common interest doctrine.

IN WITNESS WHEREOF, the Settling Parties hereto have caused the Stipulation to be executed by their duly authorized attorneys, dated February 4, 2022.

**POMERANTZ LLP**

By: s/ Jeremy A. Lieberman

Jeremy A. Lieberman
Brian Calandra
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: bcalandra@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

By: s/ Gonen Haklay

Gonen Haklay
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
Email: ghaklay@rosenlegal.com
Email: lrosen@rosenlegal.com

**HAGENS BERMAN SOBOL
SHAPIRO LLP**

By: s/ Shayne C. Stevenson

Steve W. Berman
Shayne C. Stevenson
1301 Second Avenue, Suite 2000

**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP,**

By: s/ Susan L. Saltzstein

Andrew Muscato
Jay B. Kasner
Susan L. Saltzstein
One Manhattan West
New York, New York 10001
(212) 735-3000 (telephone)
(212) 735-2000 (fax)
andrew.muscato@skadden.com
jay.kasner@skadden.com
susan.saltzstein@skadden.com

*Attorneys for the Defendants*

Seattle, WA 98101
Telephone: (206) 623-7292
Fax: (206) 623-0594
Email: steve@hbsslaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

# EXHIBIT 2



**EXHIBIT A**

PAGE 1 OF 8

**July 1, 2020 - August 31, 2020**

Account Number: ⬛⬛⬛ ⬛⬛⬛⬛⬛

Account Type: **INDIVIDUAL**

**Customer Update:**

Based on when the statement was generated, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. To review your most current portfolio value, visit *etrade.com*.

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**E*TRADE Securities**
**Investment Account**

**IMPORTANT INFORMATION:**

**Want to get important documents faster?**
Get your statements, confirms, and tax forms online with paperless delivery. Enroll at *etrade.com/paperless*.

TIMOTHY MUHLBRADT

## Portfolio At A Glance



$752,205.30        $274,877.67

☐ **Vested Employee Stock Plan Value**
- - As of 08/31/20
- - As of 06/30/20

☐ **Securities and Cash Value**
$274,877.67 As of 08/31/20
$752,205.30 As of 06/30/20

**As of 06/30/20        As of 08/31/20**

Vested Employee Stock Plan Value is an estimate based on information provided by your company, for which E*TRADE Securities is not responsible. This value is displayed here solely as a service to you, does not represent assets held in your brokerage account, and is not protected by SIPC.

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA. Please promptly report any inaccuracy or discrepancy in your account to E*TRADE Securities LLC at 1-800-ETRADE-1. You should re-confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPC).

| Net Change: | **$-477,327.63** |
| --- | --- |

▲ DETACH HERE

TIMOTHY MUHLBRADT

DETACH HERE ▲

| **Use This Deposit Slip** | **Acct:** | |
| --- | --- | --- |

**Please do not send cash**

**E*TRADE**

Make checks payable to E*TRADE Securities LLC

| | **Dollars** | **Cents** |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484



**E*TRADE Securities Investment Account**

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC") SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC and FINRA requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration depending in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the ( 1 ) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/easconnectsweepagree or requested by calling 866-789-0755.

**Other Cash Balance Option** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether your have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

S1RB240 - 07/20



# E✱TRADE®
## E✱TRADE Securities
### Investment Account

**Account Number:**

**Statement Period :** July 1, 2020 - August 31, 2020

**Account Type:** INDIVIDUAL

### Customer Update:

Based on when the statement was generated, the value of unsettled trades or pending transactions (e.g., those that occur or settle after the last business day of the month) may not be reflected on your statement. To see your most current portfolio value, visit *etrade.com*.

## PORTFOLIO OVERVIEW

**Last Statement Date :** June 30, 2020

| | Securities and Cash Value | Vested Employee Stock Plan Value | Total Net Portfolio Value |
|---|---|---|---|
| Beginning Portfolio Value (On 06/30/20): | $752,205.30 | - - | $752,205.30 |
| Ending Portfolio Value (On 08/31/20): | $274,877.67 | - - | $274,877.67 |
| Net Change: | -$477,327.63 | - - | -$477,327.63 |

For current rates, please visit **etrade.com/rates**

## PORTFOLIO ALLOCATION (AS OF 08/31/20)



0.62% - Cash & Equivalents

99.38% - Stocks, Options & ETF (Long)

## PORTFOLIO VALUE SUMMARY

| | AS OF 08/31/20 | AS OF 06/30/20 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | 1,695.79 | 0.02 | - - |
| Cash Holdings/Margin Debt | 1,695.79 | 0.02 | - - |
| Stocks, Options & ETF (Long) | 273,181.88 | 752,205.28 | -63.68% |
| Market Value of Securities | 273,181.88 | 752,205.28 | -63.68% |
| Net Portfolio Value | 274,877.67 | 752,205.30 | -63.46% |

Vested Employee Stock Plan Value is an estimate based on information provided by your company, for which E*TRADE Securities is not responsible. This value is displayed here solely as a service to you, does not represent assets held in your brokerage account, and is not protected by SIPC. Note that the percentage allocation of long securities and cash holdings would be greater than what is shown above if Vested Employee Stock Plan Value was not included.

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank, Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.



# E✳TRADE®

**E✳TRADE Securities**
Investment Account

Account Number:

**Statement Period :** July 1, 2020 - August 31, 2020

**Account Type:** INDIVIDUAL

## PORTFOLIO TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ 0.00 | $ -116,605.37 |
| Securities Sold | $ 0.00 | $ 175,737.44 |
| **Interest Received** | | |
| Taxable | $ 0.01 | $ 0.05 |
| **Dividends Received** | | |
| Taxable | $ 1,695.76 | $ 5,009.12 |
| Margin Interest | $ 0.00 | $ -1,426.08 |

Vested Employee Stock Plan Value, which includes Vested Employee Stock Options and Vested Employee Stock Appreciation Rights, is an estimate based on information provided by your company, for which E*TRADE Securities is not responsible. This value is displayed here solely as a service to you, does not represent assets held in your brokerage account, and is not protected by SIPC. Note that the percentage allocation of long securities and cash holdings would be greater than what is shown above if Vested Employee Stock Plan Value was not included.

## NET PORTFOLIO VALUE BY MONTH END

| | AUG-19 | SEP-19 | OCT-19 | NOV-19 | DEC-19 | JAN-20 | FEB-20 | MAR-20 | APR-20 | MAY-20 | JUN-20 | JUL-20 | AUG-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | -0.93% | 7.49% | 2.60% | 6.37% | 10.15% | 5.10% | -10.00% | -8.27% | 24.70% | 8.86% | 8.39% | 16.49% | -68.63% |

$900,000
$830,769
$741,538
$652,308
$563,077
$555,846
$484,615
$415,385
$346,154
$276,923
$307,692
$138,462
$49,231
$0

☐ Vested Employee Stock Plan Value   ☐ Securities and Cash Holdings

## TOP PORTFOLIO HOLDINGS (ON 08/31/20)



0.62% - OTHER
2.30% - CGC
97.08% - AAPL

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 4 OF 8



# E✳TRADE Securities
## Investment Account

**Account Number:**

**Statement Period :** July 1, 2020 - August 31, 2020

**Account Type:** INDIVIDUAL

## PORTFOLIO HOLDINGS

### CASH & CASH EQUIVALENTS (0.62% of Holdings)

| DESCRIPTION | PORTFOLIO (%) | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | 0.02 |
| Closing Balance | 0.62 | 1,695.79 |
| Average Balance | | 734.85 |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of August 31, 2020** | | 1,695.79 |

ETRADE BANK

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| TOTAL CASH & CASH EQUIVALENTS | 0.62% | $1,695.79 |
|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (99.38% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| APPLE INC | AAPL | Margin | 1,750 | 129.0400 | 225,820.00 | 82.15 | 1,435.00 | 0.64% |
| APPLE INC | AAPL | StkPln | 318 | 129.0400 | 41,034.72 | 14.93 | 261.00 | 0.64% |
| ***CANOPY GROWTH CORPORATION COMMON SHARES | CGC | Margin | 383 | 16.5200 | 6,327.16 | 2.30 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$273,181.88** | **99.38%** | **$1,696.00** | **0.62%** |

| TOTAL PRICED PORTFOLIO HOLDINGS (ON 08/31/20) | $274,877.67 |
|---|---|

| TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME | $1,696.00 |
|---|---|

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5 OF 8



THIS PAGE INTENTIONALLY LEFT BLANK





# E*TRADE
## E*TRADE Securities
### Investment Account

**Account Number:**

**Statement Period :** July 1, 2020 - August 31, 2020

**Account Type:** INDIVIDUAL

## UNVESTED RESTRICTED STOCKS

| GRANT DATE | NUMBER | TYPE | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY UNVESTED | GRANT PRICE | MARKET PRICE | TOTAL EST MKT VALUE (PRE-TAX) |
|---|---|---|---|---|---|---|---|---|
| 10/14/2016 | 318571 | RSU | AAPL | StkPln | 252 | $0.00 | $129.04 | $32,518.08 |
| 10/15/2017 | 360866 | RSU | AAPL | StkPln | 572 | $0.00 | $129.04 | $73,810.88 |
| 9/30/2018 | 413159 | RSU | AAPL | StkPln | 440 | $0.00 | $129.04 | $56,777.60 |
| 9/29/2019 | 473477 | RSU | AAPL | StkPln | 720 | $0.00 | $129.04 | $92,908.80 |
| 2/15/2018 | G0040771 | RSU | AAPL | StkPln | 20 | $0.00 | $129.04 | $2,580.80 |

**TOTAL UNVESTED RESTRICTED STOCKS** $258,596.16

**TOTAL UNVESTED EMPLOYEE STOCK PLAN VALUE (ON 08/31/2020)** $258,596.16

Unvested Employee Stock Plan Value, which includes Unvested Stock Options, Stock Appreciation Rights, Restricted Stock, Performance Shares, and Cash Grants, is based on information provided by your company, for which E*TRADE Securities is not responsible. This value is displayed here solely as a service to you, does not represent assets held in your brokerage account, and is not protected by SIPC.

## TRANSACTION HISTORY

### UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/31/20 | | APPLE INC STK SPLIT ON   1750 SHS REC 08/24/20 PAY 08/28/20 | AAPL | Bought | 5,250 | | | |
| 08/31/20 | | APPLE INC STK SPLIT ON   318 SHS REC 08/24/20 PAY 08/28/20 | AAPL | Bought | 954 | | | |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 08/13/20 | Dividend | APPLE INC CASH DIV ON   318 SHS REC 08/10/20 PAY 08/13/20 | AAPL | | 260.76 |
| 08/13/20 | Dividend | APPLE INC CASH DIV ON   1750 SHS REC 08/10/20 PAY 08/13/20 | AAPL | | 1,435.00 |

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 7 OF 8





# E✱TRADE
### E✱TRADE Securities
### Investment Account

**Account Number:**

**Statement Period :** July 1, 2020 - August 31, 2020

**Account Type:** INDIVIDUAL

## DIVIDENDS & INTEREST ACTIVITY (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 08/26/20 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | 0.01 |

**TOTAL DIVIDENDS & INTEREST ACTIVITY** — $1,695.77

**NET DIVIDENDS & INTEREST ACTIVITY** — $1,695.77

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|---|
| 08/13/20 | Adjustment | TRNSFR FROM MARGIN TO CASH | | | 1,435.00 |
| 08/13/20 | Adjustment | TRNSFR FROM MARGIN TO CASH | | 1,435.00 | |

**NET WITHDRAWALS & DEPOSITS** — $0.00

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 08/03/20 | APPLE INC RAND 322140189 | AAPL | Receive | 23 | | | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY ( 0.0100% APY/0.0100%APY Earned as of 08/31/20)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 07/01/20 | | OPENING BALANCE | $0.02 |
| 08/13/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 1,695.76 |
| 08/26/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.01 |
| 08/31/20 | | CLOSING BALANCE | $1,695.79 |



E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • 1-800-ETRADE-1 (1-800-387-2331) • www.etrade.com • Member FINRA/SIPC

PAGE 8 OF 8

**mcraig@strategicclaims.net**

| | |
|---|---|
| **From:** | Claims Analyst <info@strategicclaims.net> |
| **Sent:** | Monday, May 9, 2022 10:39 AM |
| **To:** | Margery Craig |
| **Subject:** | Fwd: Missing supporting documentation for Canopy Growth Corp. Securites Litigation |
| **Attachments:** | Personal Letter.pdf; Brokerage Statement - XXXX0196 - 202008.pdf |

Margie,

See below, **Timothy Muhlbradt** Canopy exclusion letter/docs (in response to earlier email contact from you? Not obvious in this email, I don't see you cc'd) -- I did not respond yet, nor have I saved any docs since there are multiple docs & not sure how you want to deal with that re the numbers, etc., please advise, thanks --

George

---------- Forwarded message ---------
From: **Timothy Muhlbradt** <          a
Date: Sun, May 8, 2022 at 8:00 PM
Subject: Missing supporting documentation for Canopy Growth Corp. Securites Litigation
To: <info@strategicclaims.net>

Hi Margery,

I thought I had included the supporting info along with the letter via the envelope sent via mail in late April.  Here is the original letter I sent and my August 2020 E*Trade statement.

--
Claims Administrator
Strategic Claims Services
600 N. Jackson St., Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

1

**EXHIBIT B**

Leah Willett

April 15, 2022

Canopy Growth Corp. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

To whom it may concern:

I hereby request exclusion from the Settlement Class in Ortiz v. Canopy Growth Corporation,
Case No. 2:19-cv-20543-KM-ESK (D.N.J.).

On July 31, 2019, I purchased 400 shares of Canopy Growth Corporation (CGC) at $33.43 per
share (see attached statement from E-trade). As of May 28, 2020, I owned 400 shares of CGC.

Sincerely,

*Leah Willett*

Leah Willett



PAGE 1 OF 6

**August 1, 2019 - August 31, 2019**
Account Number:
Account Type:     INDIVIDUAL

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**

**Keep your information up to date.**
Check that your profile is current and correct for
security purposes. Visit *etrade.com/myprofile*
to review your account info.

**E*TRADE Securities**
**Investment Account**

**Want to get important documents faster?**
Get your statements, confirms, and tax forms
online with paperless delivery. Enroll at
*etrade.com/paperless.*

LEAH WILLETT

---

**Account At A Glance**

$16,038.45

$11,802.76

As of 07/31/19     As of 08/31/19

**Net Change:**                    **$-4,235.69**

---

▲ DETACH HERE
– LEAH WILLETT

DETACH HERE ▲

**E*TRADE**

**Use This Deposit Slip**     **Acct:**

**Please do not send cash**

Make checks payable to E*TRADE Securities LLC

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Mail deposits to:                     **TOTAL DEPOSIT**

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484



*Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please email us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT. EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU. In case of errors or questions about your electronic transfers please telephone us at 800-ETRADE1 immediately or write us at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or the problem appeared. When you contact us, you must:*

1. Tell us your name, account number, and ATM card or Check card number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you. Inquiries concerning the positions and balances in your account may be directed to ETS at 800-503-9260. All other inquiries regarding your account or the activity therein should be directed to ETS. Please promptly report any inaccuracy or discrepancy in your account to ETS at 800-503-9260. You should re-confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on: (i) month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. The value of indexed CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market). automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders and whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

**Margin Accounts.** The amount of margin required will be the greater of ( 1 ) the amount required by applicable laws, regulations, the rules of applicable self-regulatory organizations and clearinghouses, or (2) the amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at www.etrade.com/cashbalance; and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC. but which are not obligations of ETS Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For detailed information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities. which includes alternative investments. often involves higher risk and less liquidity than other more traditional investments. Because there is generally no secondary market for alternative investments. the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values showing on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint. please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by Issue of security.
**DIV/CP% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place following the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

S1RB240 - 08/19

E*TRADE Securities Investment Account



# E✳TRADE®

**E✳TRADE Securities**
Investment Account

**Account Number:**

**Statement Period :** August 1, 2019 - August 31, 2019

**Account Type:** INDIVIDUAL

## Customer Update:

**Invest on the go.**
With the E✳TRADE Mobile app, you have everything you need in the palm of your hand—investing, trading, research, easy-to-use tools, and more. Visit *etrade.com/mobile* to learn more.

## ACCOUNT OVERVIEW

**Last Statement Date:** July 31, 2019

| | | |
|---|---|---|
| Beginning Account Value(On 07/31/19): | $ | 16,038.45 |
| Ending Account Value(On 08/31/19): | $ | 11,802.76 |
| Net Change: | $ | -4,235.69 |

For current rates, please visit *etrade.com/rates*

## ASSET ALLOCATION (AS OF 08/31/19)



10.75% - Cash & Equivalents

89.25% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 08/31/19 | AS OF 07/31/19 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ 1,268.76 | $ 16,038.45 | -92.09% |
| **Total Cash/Margin Debt** | **$ 1,268.76** | **$ 16,038.45** | **-92.09%** |
| Stocks, Options & ETF (Long) | $ 10,534.00 | $ 0.00 | -- |
| **Total Value of Securities** | **$ 10,534.00** | **$ 0.00** | **--** |
| **Net Account Value** | **$ 11,802.76** | **$ 16,038.45** | **-26.41%** |



**Securities products and services are offered by E✳TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E✳TRADE Bank, a federal savings bank, Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E✳TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.**

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 3 OF 6



# E✲TRADE®

## E✲TRADE Securities
### Investment Account

**Account Number:**

**Statement Period :** August 1, 2019 - August 31, 2019

**Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| Securities Purchased | $ | -14,769.90 | $ | -14,769.90 |
| Interest Received | | | | |
| Taxable | $ | 0.21 | $ | 0.21 |

## TOP 10 ACCOUNT HOLDINGS (AS OF 08/31/19)



10.75% - CASH EQUIV

9.34% - CRON

79.97% - CGC

E✲TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 4 OF 6



# E✳TRADE®

**E✳TRADE Securities**
Investment Account

**Account Number:**    **Statement Period :** August 1, 2019 - August 31, 2019    **Account Type:** INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (10.75% of Holdings)

| DESCRIPTION | | | | | | | PORTFOLIO % | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | | | | | | | | |
| Opening Balance | | | | | | | | | 16,030.45 |
| Closing Balance | | | | | | | | 10.75 | 1,268.76 |
| Average Balance | | | | | | | | | 4,127.42 |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of August 31, 2019** | | | | | | | | | **1,268.76** |
| ETRADE BANK | | | | | | | | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| TOTAL CASH & CASH EQUIVALENTS | | | | | | | 10.75% | | $1,268.76 |
|---|---|---|---|---|---|---|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (89.25% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***CANOPY GROWTH CORPORATION COMMON SHARES | CGC | Margin | 400 | 23.5800 | 9,432.00 | 79.91 | | |
| ***CRONOS GROUP INC COM | CRON | Margin | 100 | 11.0200 | 1,102.00 | 9.34 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$10,534.00** | **89.25%** | | |

| TOTAL PRICED PORTFOLIO HOLDINGS (ON 08/31/19) | | | | | $11,802.76 | | | |
|---|---|---|---|---|---|---|---|---|

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 07/31/19 09:32 | 08/02/19 | ***CANOPY GROWTH CORPORATION COMMON SHARES | CGC | Bought | 400 | 33.4300 | 13,378.95 | |
| 07/31/19 09:30 | 08/02/19 | ***CRONOS GROUP INC COM | CRON | Bought | 100 | 13.8400 | 1,390.95 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$14,769.90** | |



E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-I (1-800-387-2331) • Member FINRA/SIPC          PAGE 5 OF 6



# E✳TRADE®
### E✳TRADE Securities
Investment Account

**Account Number:**  Statement Period : August 1, 2019 - August 31, 2019    Account Type: INDIVIDUAL

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|------|------------------|-------------|---------------|----------------|------------------|
| 08/26/19 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | 0.21 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.21** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.21** |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 08/01/19 | Adjustment | TFR CASH TO MARGIN | 14,769.90 | |
| 08/01/19 | Adjustment | TFR CASH TO MARGIN | | 14,769.90 |
| **NET WITHDRAWALS & DEPOSITS** | | | | **$0.00** |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY  (0.0300% APY / 0.0800% APY Earned as of 08/31/19)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------------------|-------------|--------------------|
| 08/01/19 | | OPENING BALANCE | $16,038.45 |
| 08/01/19 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -14,769.90 |
| 08/26/19 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.21 |
| 08/31/19 | | CLOSING BALANCE | $1,268.76 |

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6 OF 6

David Lean Willett

7

23 APR 2022 PM 5 L

940

Canopy Growth Corp Securities Litigation
c/o Strategic Claims Services
PO Box 230
600 N Jackson St Suite 205
Media, PA 19063

APR 26 2022

1 9063-256455

r          r          r

c/o Strategic Claims Services

Phone: (866) 274-4004

600 N. Jackson Street – Suite 205

Fax: (610) 565-7985

Media, PA 19063

Email: info@strategicclaims.net

May 4, 2022

Leah Willett

Re:          r          r          r

Ms. Willett,

We received your request for exclusion from the          r          r          r          Case No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is needed in order for your request to be valid:

>   Supporting documentation for the number of shares held on August 26, 2020, an authorized statement from the broker containing the holding information found in an account statement; and/or
>
>   If the shares were sold prior to August 26, 2020, please submit your trade confirmation slips, broker account statements, or an authorized statement from the broker containing the sale transaction information between June 27, 2018 and August 26, 2020.

For your request to be honored, we must receive the information above no later than **May 17, 2022.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Margery Craig
Project Manager
Strategic Claims Services

PAGE 1 OF 6

**July 1, 2020 - August 31, 2020**
**Account Number:**
**Account Type:**      **INDIVIDUAL**

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**IMPORTANT INFORMATION:**
**Want to get important documents faster?**
Get your statements, confirms, and tax forms online with
paperless delivery. Enroll at *etrade.com/paperless.*

## Customer Update:

Based on when the statement was generated, the value of certain
unsettled trades and/or pending transactions (e.g., transactions that
take place or settle after the last business day of the month) may not
be reflected on your statement. To review your most current portfolio
value, visit *etrade.com.*

LEAH WILLETT

**E*TRADE Securities**
**Investment Account**

## Account At A Glance



| | |
|---|---|
| $8,333.88 | $8,408.90 |
| As of 06/30/20 | As of 08/31/20 |

**Net Change:**                                    **$75.02**

---

▲ DETACH HERE
LEAH WILLETT

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**    **Acct:**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |



Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/usstagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity in certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of its firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using actual debit balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS base rate is available upon written request to ETS. For more information on how ETS calculates interest charges, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program") For current rates and other information, speak to your investment advisor or call 888-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/easconnectsweepagree or requested by calling 866-789-0755.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether your have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statement. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Any open orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g. transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

S1RB240 - 07/20



# E✻TRADE®

## E✻TRADE Securities
### Investment Account

**Account Number:**

**Statement Period :** July 1, 2020 - August 31, 2020

**Account Type:** INDIVIDUAL

## ACCOUNT OVERVIEW

| | | |
|---|---|---|
| Last Statement Date: | June 30, 2020 | |
| Beginning Account Value (On 06/30/20): | $ | 8,333.88 |
| Ending Account Value (On 08/31/20): | $ | 8,408.90 |
| Net Change: | $ | 75.02 |

For current rates, please visit etrade.com/rates

### Customer Update:

Based on when the statement was generated, the value of unsettled trades or pending transactions (e.g. those that occur or settle after the last business day of the month) may not be reflected on your statement. To see your most current portfolio value, visit *etrade.com*.

## ASSET ALLOCATION (AS OF 08/31/20)

14.79% - Cash & Equivalents

85.21% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 08/31/20 | | AS OF 06/30/20 | | % CHANGE |
|---|---|---|---|---|---|
| Cash & Equivalents | $ | 1,243.90 | $ | 1,268.88 | -1.97% |
| **Total Cash/Margin Debt** | **$** | **1,243.90** | **$** | **1,268.88** | **-1.97%** |
| Stocks, Options & ETF (Long) | $ | 7,165.00 | $ | 7,065.00 | 1.42% |
| **Total Value of Securities** | **$** | **7,165.00** | **$** | **7,065.00** | **1.42%** |
| **Net Account Value** | **$** | **8,408.90** | **$** | **8,333.88** | **0.90%** |

**Securities products and services are offered by E✻TRADE Securities LLC, Member FINRA/SIPC.**
Sweep Deposit Account is a bank deposit account with E✻TRADE Bank, a Federal savings bank, Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E✻TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

E✻TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 3 OF 6



# E✳TRADE®

## E✳TRADE Securities
### Investment Account

**Account Number:**

**Statement Period :** July 1, 2020 - August 31, 2020

**Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Interest Received | | |
| Taxable | $        0.02 | $        0.08 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 08/31/20)



78.58% - CGC
14.79% - CASH EQUIV
6.62% - CRON

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 4 OF 6



# E✳TRADE
### E✳TRADE Securities
### Investment Account

**Account Number:**

**Statement Period :** July 1, 2020 - August 31, 2020

**Account Type:** INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (14.79% of Holdings)

| DESCRIPTION | | | | | | PORTFOLIO % | AMOUNT |
|---|---|---|---|---|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | | | | | | |
| Opening Balance | | | | | | | 1,268.88 |
| Closing Balance | | | | | | 14.79 | 1,243.90 |
| Average Balance | | | | | | | 1,155.56 |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of August 31, 2020** | | | | | | | 1,243.90 |
| ETRADE BANK | | | | | | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| | | | | | | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|
| **TOTAL CASH & CASH EQUIVALENTS** | | | | | | 14.79% | $1,243.90 |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (85.21% of Holdings)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | |
|---|---|---|---|---|---|---|---|
| ***CANOPY GROWTH CORPORATION COMMON SHARES | CGC | Margin | 400 | 16.5200 | 6,608.00 | 78.58 | |
| ***CRONOS GROUP INC COM | CRON | Margin | 100 | 5.5700 | 557.00 | 6.62 | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$7,165.00** | **85.21%** | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 08/31/20)** | | | | | **$8,408.90** | | |

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 07/27/20 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | 0.01 |
| 08/26/20 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | 0.01 |



# E✱TRADE®

## E✱TRADE Securities
### Investment Account

**Account Number:**

**Statement Period :** July 1, 2020 - August 31, 2020

**Account Type:** INDIVIDUAL

## DIVIDENDS & INTEREST ACTIVITY (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|------|------------------|-------------|---------------|----------------|-----------------|
| | | | | | $0.02 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | $0.02 |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|--|-------------|----------|
| 08/10/20 | Wire | WIRE OUT | | 1,000.00 | |
| 08/10/20 | Other | OUTGOING WIRE FEE | | 25.00 | |
| 08/12/20 | Deposit | ACH DEPOSIT REFID:520842227482; | | | 1,000.00 |
| **NET WITHDRAWALS & DEPOSITS** | | | | $25.00 | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY  ( 0.0100% APY/0.0100%APY Earned as of 08/31/20)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdasgreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------------------|-------------|--------------------|
| 07/01/20 | | OPENING BALANCE | $1,268.88 |
| 07/27/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.01 |
| 08/10/20 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -1,025.00 |
| 08/13/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 1,000.00 |
| 08/26/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.01 |
| 08/31/20 | | CLOSING BALANCE | $1,243.90 |

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6 OF 6



PAGE 1 OF 6

**July 1, 2020 - August 31, 2020**
**Account Number:**

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**

Based on when the statement was generated, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. To review your most current portfolio value, visit *etrade.com*.

**IMPORTANT INFORMATION:**

**Want to get important documents faster?**
Get your statements, confirms, and tax forms online with paperless delivery. Enroll at *etrade.com/paperless*.

E*TRADE Securities
Investment Account

## Account At A Glance



|  | $8,333.88 | $8,408.90 |
|---|---|---|
|  | As of 06/30/20 | As of 08/31/20 |

| Net Change: | $75.02 |
|---|---|

▲ DETACH HERE

LEAH WILLETT

DETACH HERE ▲

| Use This Deposit Slip | Acct: |
|---|---|

**Please do not send cash**

Make checks payable to E*TRADE Securities LLC

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484



Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation (SIPC). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of t h e ( 1 ) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/easconnectsweepagree or requested by calling 866-789-0755.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have kept deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which include alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statement. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
**"** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

S1RB240 - 07/20



Case 2:19-cv-20543-KM-ESK   Document 97-4   Filed 05/31/22   Page 18 of 50 PageID: 7820

## E✳TRADE

**E✳TRADE Securities**
Investment Account

**Account Number:**

**Statement Period :** July 1, 2020 - August 31, 2020

**Account Type:** INDIVIDUAL

## ACCOUNT OVERVIEW

Last Statement Date:       June 30, 2020

| | | |
|---|---|---|
| Beginning Account Value (On 06/30/20): | $ | 8,333.88 |
| Ending Account Value (On 08/31/20): | $ | 8,408.90 |
| Net Change: | $ | 75.02 |

For current rates, please visit etrade.com/rates

## Customer Update :

Based on when the statement was generated, the value of unsettled trades or pending transactions (e.g. those that occur or settle after the last business day of the month) may not be reflected on your statement. To see your most current portfolio value, visit etrade.com.

## ASSET ALLOCATION (AS OF 08/31/20)



14.79% - Cash & Equivalents

85.21% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | | AS OF 08/31/20 | | AS OF 06/30/20 | % CHANGE |
|---|---|---|---|---|---|
| Cash & Equivalents | $ | 1,243.90 | $ | 1,268.88 | -1.97% |
| **Total Cash/Margin Debt** | $ | 1,243.90 | $ | 1,268.88 | -1.97% |
| Stocks, Options & ETF (Long) | $ | 7,165.00 | $ | 7,065.00 | 1.42% |
| **Total Value of Securities** | $ | 7,165.00 | $ | 7,065.00 | 1.42% |
| **Net Account Value** | $ | 8,408.90 | $ | 8,333.88 | 0.90% |

Securities products and services are offered by E✳TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E✳TRADE Bank, a Federal savings bank, Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E✳TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



Case 2:19-cv-20543-KM-ESK   Document 97-4   Filed 05/31/22   Page 19 of 50 PageID: 7821

**E*TRADE Securities**
Investment Account

**Account Number:**

**Statement Period :** July 1, 2020 - August 31, 2020

**Account Type :** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

| | | |
|---|---|---|
| AUG-19 | -26.41% | |
| SEP-19 | -3.87% | |
| OCT-19 | -11.21% | |
| NOV-19 | -6.79% | |
| DEC-19 | 11.52% | |
| JAN-20 | 5.11% | |
| FEB-20 | -14.91% | |
| MAR-20 | -18.81% | |
| APR-20 | 8.67% | |
| MAY-20 | 7.35% | |
| JUN-20 | -6.04% | |
| JUL-20 | 10.82% | |
| AUG-20 | -8.95% | |

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Interest Received | | |
| Taxable | $        0.02 | $        0.08 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 08/31/20)



78.58% - CGC
14.79% - CASH EQUIV
6.62% - CRON

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

Case 2:19-cv-20543-KM-ESK   Document 97-4   Filed 05/31/22   Page 20 of 50 PageID: 7822



**E✳TRADE**

Investment Account

**Account Number:**

**Statement Period :** July 1, 2020 - August 31, 2020

**Account Type:** INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (14.79% of Holdings)

| DESCRIPTION | | | | | PORTFOLIO % | | AMOUNT |
|---|---|---|---|---|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | | | | | | |
| Opening Balance | | | | | | | 1,268.88 |
| Closing Balance | | | | | | | 1,243.90 |
| Average Balance | | | | | 14.79 | | 1,155.56 |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of August 31, 2020** | | | | | | | 1,243.90 |
| ETRADE BANK | | | | | | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| **TOTAL CASH & CASH EQUIVALENTS** | | | | | **14.79%** | | **$1,243.90** |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (85.21% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***CANOPY GROWTH CORPORATION COMMON SHARES | CGC | Margin | 400 | 16.5200 | 6,608.00 | 78.58 | | |
| ***CRONOS GROUP INC COM | CRON | Margin | 100 | 5.5700 | 557.00 | 6.62 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$7,165.00** | **85.21%** | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 08/31/20)** | | | | | **$8,408.90** | | | |

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 07/27/20 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | 0.01 |
| 08/26/20 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | 0.01 |

Case 2:19-cv-20543-KM-ESK   Document 97-4   Filed 05/31/22   Page 21 of 50 PageID: 7823



**E\*TRADE Securities**
**Investment Account**

**Account Number:**

**Account Type:** INDIVIDUAL

**Statement Period :** July 1, 2020 - August 31, 2020

## DIVIDENDS & INTEREST ACTIVITY (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|------|------|------|------|------|------|
| | | | | | $0.02 |

**TOTAL DIVIDENDS & INTEREST ACTIVITY** $0.02

**NET DIVIDENDS & INTEREST ACTIVITY**

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------|------|------|------|
| 08/10/20 | Wire | WIRE OUT | 1,000.00 | |
| 08/10/20 | Other | OUTGOING WIRE FEE | 25.00 | |
| 08/12/20 | Deposit | ACH DEPOSIT REFID:520B4227482; | | 1,000.00 |

**NET WITHDRAWALS & DEPOSITS** $25.00

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY ( 0.0100% APY/0.0100% APY Earned as of 08/31/20)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------|------|------|
| 07/01/20 | | OPENING BALANCE | $1,268.88 |
| 07/27/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.01 |
| 08/10/20 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -1,025.00 |
| 08/13/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 1,000.00 |
| 08/26/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.01 |
| 08/31/20 | | CLOSING BALANCE | $1,243.90 |

E\*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6 OF 6

Canopy Growth Corp.
Securities Litigation c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

Today's Date: 26April2022

SUBJECT: Nancy T Kamm requests exclusion from the Settlement Class in Ortiz v. Canopy Growth Corporation, Case No. 2:19-cv-20543-KM-ESK (D.N.J.).

Below is information requested concerning this exclusion. Please research the BUY transaction details provided in this letter to confirm trade proof for the 2 applicable BUY transactions executed through Schwab during the Settlement Class Period.  I am not providing personal account information, as this violates my financial and personal privacy. I have nothing to gain except financial exposure by providing this information since I am EXCLUDING myself from this class action. If this is an issue and I am included in the class as a result, I will not benefit at all from this class action based on estimated settlement compensation.

(A)  Name, address, telephone number, and e-mail address (if any)

Nancy Kamm,                                      -- Phone:

(B)  Date, number of securities, and dollar amount of all purchases, acquisitions, sales, or dispositions of Canopy Securities during the Settlement Class Period

     NOTE: NO CGC Shares were sold during the Settlement Class Period.

| Date | Action | Details | Symbol/Desc | QTY | Price | Fees/Comm & | TOTAL |
|------|--------|---------|-------------|-----|-------|-------------|-------|
| 12/08/2020 | Sell | Trade Detail NOT provided (out of settle period) | CGC | CANOPY GROWTH CORP F | 60 | $28.076 | $0.04 | $1,684.52 |
| 02/26/2020 | Buy | See Trade Detail provided in C below | CGC | CANOPY GROWTH CORP F | 40 | $20.188 | | -$807.52 |
| 09/24/2018 | Buy | See Trade Detail provided in C below | CGC | CANOPY GROWTH CORP F | 20 | $50.945 | $4.95 | -1,023.85 |

Total 3 TXNs:  - $146.85

LOSS

Exclusion of Nancy T Kamm                   CGC Settlement Class Action                   Page   1

(C)  Number of Canopy Securities held by you as of May 28, 2020.

Refer to (B) for Securities held -- 60 Shares were held as of May 28, 2020. **NOTE these shares were NOT sold suring the settlement class period.**

Documentary Proof for CGC Securities held during the settlement class period
(i)      Each purchase or acquisition – See figures below for 2 Purchase Transactions.
(ii)     **Not applicable**

| Accounts > History | |
|---|---|
| **Trade Details** | |
| **CGC - CANOPY GROWTH CORP F** | |
| Transactions | Trade Details |
| Trade Date | 09/24/2018 |
| Settle Date | 09/26/2018 |
| Security # | 1421725 |
| CUSIP # | 138035100 |
| Action | Buy |
| Quantity | 20 |
| Price | $50.945 |
| Principal | -$1,018.90 |
| Commission | $4.95 |
| Total | -$1,023.85 |

| Trade Details | |
|---|---|
| **Trade Details** | |
| **CGC - CANOPY GROWTH CORP F** | |
| Transactions | Trade Details |
| Trade Date | 02/26/2020 |
| Settle Date | 02/28/2020 |
| Security # | 1421725 |
| CUSIP # | 138035100 |
| Action | Buy |
| Quantity | 40 |
| Price | $20.188 |
| Principal | -$807.52 |
| Commission | 0.00 |
| Total | -$807.52 |

Signed below by Nancy T Kamm, the "beneficial owner" of the CGC Securities identified in this letter.

*Nancy T Kamm*

**Nancy T Kamm**

Exclusion of Nancy T Kamm                CGC Settlement Class Action                Page  2



Ms. Nancy Kamm

25 APR 2022

1 9063-256455

CANOPY GROWTH CORP
SECURITIES LITIGATION
c/o STRATEGIC CLAIMS SERVICES
P.O. BOX 230
600 N. JACKSON ST, STE 205
MEDIA, PA 19063

APR 28 2022

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

### In The Matter of

*EDUARDO ORTIZ v. CANOPY GROWTH CORPORATION*
UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY
Case No.: 2:19-cv-20543-KM-ESK

Canopy Growth Corp. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Facsimile: (610) 565-7985

---

Name:  **Justin Robert Parker**

Street Address:

Telephone Number:

Email Address:

Date of Securities purchased during Settlement Class Period: **07/15/2019**
Securities purchased during Settlement Class Period:  **3**
Canopy Securities held by you as of May 28, 2020: **559**

I, Justin Robert Parker, wish to be excluded from the settlement class in Eduardo Ortiz v. Canopy Growth Corporation, United States District Court District New Jersey Case Number 2:19-cv-20543-KM-ESK. I understand I will not receive money from the class settlement.

I further verify that the following is true: My name, address and other contact information are accurately set forth above. I received and read the Notice of Pendency of Class Action and proposed Settlement that was sent to me via an E*TRADE Securities Email. I understand that by signing this letter, I voluntarily choose to "opt out"of the proposed Settlement of this Class Action. I understand that by opting out, I may not accept any money allocated for me in the proposed Settlement. On the other hand, I also understand that if I wish to assert any claims related to those set forth in this lawsuit, I can do so separately. Furthermore, I object to both the settlement amount and the "supposed" Settlement Class Period. And, I understand that I will need to consult with an attorney to obtain advice regarding my future rights with respect to this Settlement. I have included all requested documents and I have not been coerced by anyone to opt out of this Class Action. I choose to opt out of my own free will.

I declare under penalty of perjury under the laws of the State of New Jersey that the forgoing is true and correct.

Signed: _____   Date: 04/15/2022

Printed Name: Justin Parker

# E✱TRADE
# FINANCIAL®
Trading • Investing • Banking

Page 1 of 2

## E✱TRADE Securities

**Investment Account**

## TRADE CONFIRMATION

**Account Number:**

**Account Name:**

JUSITN PARKER

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Tax questions? No problem. Get helpful tips, tools, and key dates in the E✱TRADE Tax Center. Visit etrade.com/tax today.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/11/16 | 03/16/16 | 6 1 | TWMJF | BUY | 150 | $2.11 | Cash | PRINCIPAL | $316.50 |
| ***CANOPY GROWTH CORPORATION COM | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | NET AMOUNT | $326.49 |
| 03/11/16 | 03/16/16 | 6 1 | TWMJF | BUY | 319 | $2.10 | Cash | PRINCIPAL | $669.90 |
| ***CANOPY GROWTH CORPORATION COM | | | | | | | | NET AMOUNT | $669.90 |

▲ DETACH HERE
JUSITN PARKER

DETACH HERE ▲

**Use This Deposit Slip   Acct:**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Clearing LLC.
Mail deposits to:

E✱TRADE CLEARING LLC
PO Box 484
Jersey City, NJ 07303-0484

# E✲TRADE
# FINANCIAL°
Trading  •  Investing  •  Banking

Page 1 of 2

## E✲TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number:**

**Account Name:**
JUSITN PARKER

E✲TRADE Securities LLC
PO Box 484
Jersey City, NJ  07303-0484
1-800-ETRADE-1  (1-800-387-2331)
etrade.com

**Customer Update**
Take advantage of the Online Customer Service Center to complete a number of
transactions and interactions. Please visit etrade.com/servicecenter to learn more.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/25/17 | 04/28/17 | 6 1 | TWMJF | BUY | 3 | $6.9243 | Cash | PRINCIPAL | $20.77 |
| ***CANOPY GROWTH CORPORATION COM | | | | | | | | COMMISSION | $6.95 |
| | | | | | | | | **NET AMOUNT** | **$27.72** |

▲ DETACH HERE

JUSITN PARKER

DETACH HERE   ▲

**Use This Deposit Slip   Acct:**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Make checks payable to E✲TRADE Securities LLC.
Mail deposits to:

**TOTAL DEPOSIT**

E✲TRADE Securities LLC
PO Box 484
Jersey City, NJ  07303-0484

# E✱TRADE
# FINANCIAL·
Trading · Investing · Banking

**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number:**

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Account Name:**

JUSITN PARKER

**Customer Update**
Take advantage of the Online Customer Service Center to complete a number of transactions and interactions. Please visit etrade.com/servicecenter to learn more.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/15/17 | 05/18/17 | 6 1 | TWMJF | BUY | 3 | $6.04 | Cash | PRINCIPAL | $18.12 |
| ***CANOPY GROWTH CORPORATION COM | | | | | | | | COMMISSION | $6.95 |
| | | | | | | | | NET AMOUNT | $25.07 |

▲ DETACH HERE

JUSTIN PARKER

DETACH HERE ▲

**Use This Deposit Slip** Acct:

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

Page 1 of 2

# E✳TRADE
# FINANCIAL·
Trading • Investing • Banking

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number:**

**Account Name:**
JUSTIN PARKER

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Invest on the go. With the E✳TRADE Mobile app, you have everything you need in the palm of your hand. Visit etrade.com/mobile to learn more.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/15/19 | 07/17/19 | 3 1 | CGC | BUY | 3 | $35.00 | Margin | PRINCIPAL | $105.00 |
| ***CANOPY GROWTH CORPORATION COMMON SHARES | | | | | | | | COMMISSION | $6.95 |
| | | | | | | | | NET AMOUNT | $111.95 |

▲ DETACH HERE

JUSTIN PARKER

DETACH HERE ▲

**Use This Deposit Slip   Acct:**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

# E✳TRADE
# FINANCIAL'
Trading • Investing • Banking

## E✳TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number:**

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Account Name:**
JUSITN PARKER

| Customer Update |
|---|
| Tax questions? No problem. Get helpful tips, tools, and key dates in the E*TRADE Tax Center. Visit etrade.com/tax today. |

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL/ CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/01/16 | 03/04/16 | 6 1 | TWMJF | BUY | 51 | $2.242 | Cash | PRINCIPAL | $114.34 |
| ***CANOPY GROWTH CORPORATION COM | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | **NET AMOUNT** | **$124.33** |

▲ DETACH HERE
JUSITN PARKER

DETACH HERE ▲

| Use This Deposit Slip | Acct: |
|---|---|

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Clearing LLC.
Mail deposits to:

E*TRADE CLEARING LLC
PO Box 484
Jersey City, NJ 07303-0484

# E✳TRADE
# FINANCIAL°
Trading  •  Investing  •  Banking

Page 1 of 2

## E✳TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number:**

**Account Name:**
JUSITN PARKER

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ  07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Opportunity. Whip Your Retirement Savings Into Shape! Make the most of all you've achieved when you roll over an old 401(k). For more information visit etrade.com/rollover.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/27/15 | 04/30/15 | 6 1 | TWMJF | BUY | 30 | $1.698 | Cash | PRINCIPAL | $50.94 |
| ***TWEED MARIJUANA INC COM | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | **NET AMOUNT** | **$60.93** |

▲ DETACH HERE
JUSITN PARKER

DETACH HERE  ▲

**Use This Deposit Slip   Acct:**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Clearing LLC.
Mail deposits to:

E✳TRADE CLEARING LLC
PO Box 484
Jersey City, NJ  07303-0484

r          r          r

c/o Strategic Claims Services                                      Phone: (866) 274-4004
600 N. Jackson Street – Suite 205                                     Fax: (610) 565-7985
Media, PA 19063                                           Email: info@strategicclaims.net

May 4, 2022

Justin Robert Parker

Re:          r          r          r

Mr. Parker,

We received your request for exclusion from the          r          r          r          Case
No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is
needed in order for your request to be valid:

> Supporting documentation for the number of shares held on August 26, 2020, an authorized
> statement from the broker containing the holding information found in an account
> statement; and/or
> If the shares were sold prior to August 26, 2020, please submit your trade confirmation
> slips, broker account statements, or an authorized statement from the broker containing the
> sale transaction information between June 27, 2018 and August 26, 2020.

For your request to be honored, we must receive the information above no later than **May 17,
2022.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Margery Craig
Project Manager
Strategic Claims Services

**August 1, 2020 - August 31, 2020**
**Account Number:**
**Account Type:**     **INDIVIDUAL**

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303 -0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

## Customer Update:

Based on when the statement was generated, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. To review your most current portfolio value, visit *etrade.com*.

**E*TRADE Securities
Investment Account**

**IMPORTANT INFORMATION:**

**Want to get important documents faster?**
Get your statements, confirms, and tax forms online with paperless delivery. Enroll at *etrade.com/paperless*.

JUSTIN PARKER

## Account At A Glance



| | |
|---|---|
| $21,380.31 | $21,068.99 |
| As of 07/31/20 | As of 08/31/20 |

**Net Change:** $-311.32

---

▲ DETACH HERE
JUSTIN PARKER

▲ DETACH HERE

**E*TRADE**

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303 -0484

**Use This Deposit Slip**     **Acct:**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |



Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/customeragree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. **THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU**

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer. more information about which can be found at https://us.etrade.com/customer-service/faq The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")) Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of execution, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for price improvement if available

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information about how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: (1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program") For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/easconnectssweepagree or requested by calling 866-789-0755.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements.If your statement reflects a distribution that included a return of capital on Direct Participation Program and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within five (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared

(1) Tell us your name and account number
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information
(3) Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly If we take more than 10 business days to do this we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**Div/Crwn; Yield.** Annual dividend or bond % yield
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
**\*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions



# E✻TRADE

**E✻TRADE Securities**
Investment Account

**Account Number** :::

**Statement Period :** August 1, 2020 - August 31, 2020

**Account Type: INDIVIDUAL**

### Customer Update:

Based on when the statement was generated, the value of unsettled trades or pending transactions (e.g., those that occur or settle after the last business day of the month) may not be reflected on your statement. To see your most current portfolio value, visit etrade.com.

## ACCOUNT OVERVIEW

Last Statement Date: July 31, 2020

| | |
|---|---|
| Beginning Account Value (On 07/31/20): | $ 21,380.31 |
| Ending Account Value (On 08/31/20): | $ 21,068.99 |
| Net Change: | $ -311.32 |

For current rates, please visit etrade.com/rates

## ASSET ALLOCATION (AS OF 08/31/20)



0.20% - Cash & Equivalents

99.80% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 08/31/20 | AS OF 07/31/20 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ 42.07 | $ 41.66 | 0.98% |
| **Total Cash/Margin Debt** | $ 42.07 | $ 41.66 | 0.98% |
| Stocks, Options & ETF (Long) | $ 21,026.92 | $ 21,338.65 | -1.46% |
| **Total Value of Securities** | $ 21,026.92 | $ 21,338.65 | -1.46% |
| **Net Account Value** | $ 21,068.99 | $ 21,380.31 | -1.46% |

Securities products and services are offered by E✻TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E✻TRADE Bank, a Federal savings bank, Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, and are not guaranteed deposits or obligations of E✻TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

E✻TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303 -0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



# E✳TRADE



**E✳TRADE Securities**
Investment Account

**Account Number:**

**Statement Period :** August 1, 2020 - August 31, 2020

**Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ 0.00 | $ -145.50 |
| **Dividends Received** | | |
| Taxable | $ 17.95 | $ 200.71 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 08/31/20)



43.83% - CGC

0.55% - OTHER
2.11% - T
2.78% - FB
2.99% - VZ
3.43% - PEO
4.26% - BWXT
5.17% - BRKB

11.70% - MSFT

15.07% - PRU

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303 -0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 4 OF 10

# E✳TRADE

**E✳TRADE Securities**
Investment Account

**Account Number:**

**Statement Period :** August 1, 2020 - August 31, 2020

**Account Type:** INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.20% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| Extended Insurance Sweep Deposit Account | | |
| Opening Balance | | 41.66 |
| Closing Balance | 0.20 | 92.07 |
| Average Balance | | 42.20 |
| Extended Insurance Sweep Deposit Account Balance by Bank as of August 31, 2020 | | 42.07 |
| ETRADE BANK | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| TOTAL CASH & CASH EQUIVALENTS | 0.20% | $42.07 |
|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (99.80% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***AIRBUS SE AMERICAN DEPOSITARY RECEIPTS UNSPONSORED | EADSY | Margin | 2 | 20.5820 | 41.16 | 0.20 | | |
| AT&T INC | T | Margin | 14.9407 | 29.8100 | 445.38 | 2.11 | 31.00 | 6.95% |
| ***AURORA CANNABIS INC | ACB | Margin | 8 | 9.8000 | 78.40 | 0.37 | | |
| BERKSHIRE HATHAWAY INC DEL COM NEW CL B | BRKB | Margin | 5 | 218.0400 | 1,090.20 | 5.17 | | |
| ***BRITISH AMERICAN TOBACCO PLC SPONSORED ADR | BTI | Cash | 0.3561 | 33.7700 | 11.99 | 0.06 | 1.00 | 8.34% |
| ***BRITISH AMERICAN TOBACCO PLC SPONSORED ADR | BTI | Margin | 2.0193 | 33.7700 | 68.19 | 0.32 | 5.00 | 7.33% |
| BWX TECHNOLOGIES INC COM | BWXT | Margin | 16.1293 | 55.6100 | 896.95 | 4.26 | 12.00 | 1.34% |
| ***CANOPY GROWTH CORPORATION COMMON SHARES | CGC | Margin | 559 | 16.5200 | 9,234.68 | 43.83 | | |
| CISCO SYSTEMS INC | CSCO | Margin | 6.5452 | 42.2200 | 276.34 | 1.31 | 9.00 | 3.26% |



**E*TRADE**

**E*TRADE Securities**
Investment Account

Account Number:

Statement Period : August 1, 2020 - August 31, 2020

Account Type: INDIVIDUAL

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| COCA COLA COMPANY (THE) | KO | Margin | 5.6643 | 49.5300 | 280.55 | 1.33 | 9.00 | 3.21% |
| FACEBOOK INC CL A | FB | Margin | 2 | 293.2000 | 586.40 | 2.78 | | |
| ***IANTHUS CAPITAL HOLDNGSINC COMMON | ITHUF | Cash | 217 | 0.0695 | 15.08 | 0.07 | | |
| ***IANTHUS CAPITAL HOLDNGSINC COMMON | ITHUF | Margin | 70 | 0.0695 | 4.87 | 0.02 | | |
| MEDICAL MARIJUANA INC | MJNA | Cash | 1,050 | 0.0168 | 17.64 | 0.08 | | |
| MICROSOFT CORP | MSFT | Margin | 12.8841 | 225.5300 | 2,905.76 | 13.79 | 26.00 | 0.89% |
| ***MPX INTL CORP COM | MPXOF | Cash | 130 | 0.0880 | 11.44 | 0.05 | | |
| ***MPX INTL CORP COM | MPXOF | Margin | 41 | 0.0880 | 3.61 | 0.02 | | |
| PRUDENTIAL FINANCIAL INC | PRU | Margin | 46.8629 | 67.7700 | 3,175.90 | 15.07 | 206.00 | 6.49% |
| PUBLIC SERVICE ENTERPRISE GROUP INC | PEG | Margin | 13.8393 | 52.2400 | 722.97 | 3.43 | 27.00 | 3.73% |
| ***REVIVE THERAPEUTICS LTD COM | RVVTF | Cash | 58 | 0.2300 | 13.34 | 0.06 | | |
| ***ROYAL BANK OF CANADA | RY | Margin | 2.263 | 76.1200 | 172.26 | 0.82 | 7.00 | 4.06% |
| STARBUCKS CORP | SBUX | Margin | 1 | 84.4700 | 84.47 | 0.40 | 2.00 | 2.37% |
| ***SUPREME CANNABIS CO INC COM NEW | SPRWF | Cash | 26 | 0.1590 | 4.13 | 0.02 | | |
| ***TAIWAN SEMICONDUCTOR MFG CO LTD-SPONSORED ADR REPSTG 5 COM | TSM | Margin | 3.2183 | 79.2500 | 255.06 | 1.21 | 4.00 | 1.57% |
| VERIZON COMMUNICATIONS | VZ | Margin | 10.6318 | 59.2700 | 630.15 | 2.99 | 26.00 | 4.13% |
| WISDOM HOMES OF AMERICA INC COM | WOFA | Cash | 1 | 0.0002 | 0.00 | 0.00 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$21,026.92** | **99.80%** | **$365.00** | **1.74%** |

E*TRADE Securities LLC • PO Box 484, Jersey City NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6 OF 10

# E*TRADE

**E*TRADE Securities**
Investment Account

Account Number:

Statement Period : August 1, 2020 - August 31, 2020

Account Type: INDIVIDUAL

**TOTAL PRICED PORTFOLIO HOLDINGS (ON 08/31/20)**   $21,068.99

**TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME**   $365.00

## TRANSACTION HISTORY

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|------|------------------|-------------|---------------|----------------|-----------------|
| 08/03/20 | Dividend | AT&T INC CASH DIV ON 14.68271 SHS REC 07/10/20 PAY 08/03/20 | T | | 7.64 |
| 08/03/20 | Dividend | VERIZON COMMUNICATIONS CASH DIV ON 10.51914 SHS REC 07/10/20 PAY 08/03/20 | VZ | | 6.47 |
| 08/21/20 | Dividend | STARBUCKS CORP CASH DIV ON 1 SHS REC 08/07/20 PAY 08/21/20 | SBUX | | 0.41 |
| 08/25/20 | Dividend | ***BRITISH AMERICAN TOBACCO PLC SPONSORED ADR CASH DIV ON 0.30861 SHS REC 07/10/20 PAY 08/24/20 | BTI | | 0.21 |
| 08/25/20 | Dividend | ***BRITISH AMERICAN TOBACCO PLC SPONSORED ADR AGENCY PROCESSING FEE | BTI | 0.01 | |
| 08/25/20 | Dividend | ***BRITISH AMERICAN TOBACCO PLC SPONSORED ADR CASH DIV ON 2.01934 SHS REC 07/10/20 PAY 08/24/20 | BTI | | 1.39 |
| 08/25/20 | Dividend | ***ROYAL BANK OF CANADA CASH DIV ON 2.34233 SHS REC 07/27/20 PAY 08/24/20 FRGN-W/H&SOURCE | RY | 0.27 | 1.83 |
| | | **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | $0.28 | $17.95 |
| | | **NET DIVIDENDS & INTEREST ACTIVITY** | | | $17.67 |

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC



# E✱TRADE

## E✱TRADE Securities
### Investment Account

**Account Number:**  **Statement Period :** August 1, 2020 - August 31, 2020  **Account Type:** INDIVIDUAL

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 08/03/20 | Adjustment | TRNSFR FROM MARGIN TO CASH | | 14.11 |
| 08/03/20 | Adjustment | TRNSFR FROM MARGIN TO CASH | 14.11 | |
| 08/04/20 | Adjustment | TFR CASH TO MARGIN | 14.11 | |
| 08/04/20 | Adjustment | TFR CASH TO MARGIN | | 14.11 |
| 08/21/20 | Adjustment | TRNSFR FROM MARGIN TO CASH | | 0.41 |
| 08/21/20 | Adjustment | TRNSFR FROM MARGIN TO CASH | 0.41 | |
| 08/26/20 | Adjustment | TFR MARGIN TO CASH | | 1.38 |
| 08/26/20 | Adjustment | TFR MARGIN TO CASH | 1.38 | |

**NET WITHDRAWALS & DEPOSITS**  $0.00

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 08/03/20 | AT&T INC REIN @ 29.6088 REC 07/10/20 PAY 08/03/20 | T | Div Reinvest | 0.258 | | 7.64 | |
| 08/03/20 | VERIZON COMMUNICATIONS REIN @ 57.4103 REC 07/10/20 PAY 08/03/20 | VZ | Div Reinvest | 0.1127 | | 6.47 | |
| 08/25/20 | ***BRITISH AMERICAN TOBACCO PLC SPONSORED ADR REIN @ 34.1499 REC 07/10/20 PAY 08/24/20 | BTI | Div Reinvest | 0.0465 | | 1.59 | |
| 08/25/20 | ***ROYAL BANK OF CANADA REIN @ 75.3074 REC 07/27/20 PAY 08/24/20 | RY | Div Reinvest | 0.0207 | | 1.56 | |

**TOTAL OTHER ACTIVITY**  $17.26

**NET OTHER ACTIVITY**  $17.26

# E✳TRADE

**E✳TRADE Securities**
Investment Account

**Account Number:**

**Statement Period :** August 1, 2020 - August 31, 2020

**Account Type:** INDIVIDUAL

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY ( 0.0100% APY/0.0000%APY Earned as of 08/31/20)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdasgreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 08/01/20 | | OPENING BALANCE | $41.66 |
| 08/03/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 14.11 |
| 08/04/20 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -14.11 |
| 08/21/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.41 |
| 08/31/20 | | CLOSING BALANCE | $42.07 |

4/22/2022

To Whom It May Concern,

Re: Exclusion from Settlement Class in Ortiz v. Canopy Growth Corporation, Case No. 2:19-cv-20543-KM-ESK (D.N.J.).

I, Beshoy Mankaryous, request exclusion from the Settlement Class in Ortiz v. Canopy Growth Corporation, Case No. 2:19-cv-20543-KM-ESK (D.N.J.).

As requested – please find detailed information below;

Beshoy Mankaryous

| Date | Number of Securities | Dollar Amount of all Purchases, Acquisitions, Sales or Dispositions | Number of Canopy Securities held by you as of May 28, 2020 |
|------|---------------------|-------------------------------------------------------------------|-----------------------------------------------------------|
| 08/19/2019 | 157 | $4,199.30 | 157 |

Beshoy Mankaryous

X_____

Signature

MR_CE_BHKLDHBBBCPM5_BBBBB 20190830

# Fidelity INVESTMENTS®

**INVESTMENT REPORT**
July 1, 2019 - August 31, 2019

Account #
BESHOY MANKARYOUS - INDIVIDUAL

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 08/21 | CANOPY GROWTH CORPORATION COM NPV | 138035100 | You Bought | 157.000 | $26.71560 | -$4.95 | -$4,199.30 |
| | ISIN #CA1380351009 SEDOL #BYTN3W0 | | | | | | |
| **Total Securities Bought** | | | | | | | **-$4,199.30** |
| **Net Securities Bought & Sold** | | | | | | **-$4.95** | **-$4,199.30** |

### Dividends, Interest & Other Income
*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | | Amount |
|---|---|---|---|---|---|---|---|
| 08/30 | CASH | 315994103 | Interest Earned | - | - | | $0.13 |
| **Total Dividends, Interest & Other Income** | | | | | | | **$0.13** |

### Deposits

| Date | Reference | | Description | | | | Amount |
|---|---|---|---|---|---|---|---|
| 08/20 | | | Eft Funds Received E27507390 /web Citibank Na *****2236 | | | | $4,200.00 |
| **Total Deposits** | | | | | | | **$4,200.00** |

### Core Fund Activity
*For information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Account Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 08/20 | CASH | You Bought | CASH @ 1 | 4,200.000 | $1.0000 | $4,200.00 | $4,207.14 |
| 08/21 | CASH | You Sold | CASH @ 1 | -4,199.300 | 1.0000 | -4,199.30 | 7.84 |
| 08/30 | CASH | Reinvestment | CASH NET INT REINVEST | 0.130 | 1.0000 | 0.13 | 7.97 |
| **Total Core Fund Activity** | | | | | | **$0.83** | |

CERTIFIED MAIL

7021 1970 0002 2534 1437

eshoy Mankaryous

Canopy Growth corp.
Securities Litigation
c/o Strategic claims Services
P.O. Box 230
600 North Jackson St., Ste. 205
Media, PA 19063-2542 A

U.S. POSTAGE PAID
FCM LETTER
EPOQ PLAIN, NJ
11208
APR 28, 22
AMOUNT
$4.33
R2303S101818-14

MAY 03 2022

MR_CE_BJTZPFBBBDSBH_BBBBB 20200831

S

# Fidelity
INVESTMENTS®

Envelope # BJTZPFBBBDSBH

BESHOY MANKARYOUS

**Contact Information**

| | |
|---|---|
| Online | Fidelity.com |
| FAST℠,Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |
| Stock Plan Services | (800) 544-9354 |
| Sun 5pm - Sat 12am ET | |

**INVESTMENT REPORT**
July 1, 2020 - August 31, 2020

Fidelity Account BESHOY MANKARYOUS - INDIVIDUAL
▶ Account Number:

**Your Account Value:** $34,333.54

Change from Last Period: ▼ $3,289.90

| | This Period | Year-to-Date |
|---|---|---|
| | | $37,508.05 |
| Beginning Account Value | $37,623.44 | |
| Additions | - | 6,840.26 |
| Subtractions | -4,000.00 | -4,000.00 |
| Change in Investment Value * | 710.10 | -6,014.77 |
| Ending Account Value ** | $34,333.54 | $34,333.54 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $34,333.54 | |

\*   Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.
\*\*  Excludes unpriced securities.

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

H5526964632020083 1

1 of 10





# Fidelity INVESTMENTS®

## Account Summary

INVESTMENT REPORT
July 1, 2020-August 31, 2020

### Accounts Included in This Report

| Page | Account Type/Name | Account Number | Beginning Value | Ending Value |
|---|---|---|---|---|
| | **GENERAL INVESTMENTS** | | | |
| 3 | FIDELITY ACCOUNT BESHOY MANKARYOUS - INDIVIDUAL | | $37,623.44 | $34,333.54 |
| | **Ending Account Value** | | **$37,623.44** | **$34,333.54** |

### Other Holdings [1]

| Page | Account Type/Name | | Beginning Value | Ending Value |
|---|---|---|---|---|
| | **STOCK PLAN** | | | |
| | Items shown under "Stock Plans" represent your interests under your company's stock plans, for which Fidelity Stock Plan Services LLC provides administrative and record keeping services. Items shown under "Stock Plans" are not assets held in your Fidelity brokerage account, and therefore are not carried by NFS and are not covered by SIPC. Fidelity Stock Plan Services LLC provides this statement to you as part of administrative and recordkeeping services it provides to the company. See the Participant Agreement for details. | | | |
| | RESTRICTED STOCK UNITS - T-MOBILE RSU | | $0.00 | $0.00 [v] |
| | **Total Including Other Holdings** | | **$37,623.44** | **$34,333.54** |

[1] Other Holdings, including Assets Held Away, are provided for informational purposes only and may not be custodied at Fidelity Investments and may not reflect accurate values. See individual account listing for additional details.

[v] Stock Plan values are an estimate of current value. See the Stock Plan Section below for a complete description of the values shown. Values may be unvested, and may not reflect with-drawable assets. This information is included on your statement solely as a service to you. It is derived from information provided by your company and Fidelity is not responsible for its accuracy.

Total Account Trades Sep 2019 - Aug 2020:  0

MR_CE_BJTZPFBBBDS8H_BBBB8 20200831

S

2 of 10

**Fidelity** INVESTMENTS®

MR_CE_BJTZPFBBBDSBH_BBBBB 20200831

3 of 10

INVESTMENT REPORT
July 1, 2020 - August 31, 2020

Account #
BESHOY MANKARYOUS - INDIVIDUAL

## Account Summary

### Account Value: $34,333.54

### Change in Account Value ▼ $3,289.90

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $37,623.44 | $37,508.05 |
| **Additions** | - | 6,840.26 |
| Deposits | - | 6,840.26 |
| **Subtractions** | -4,000.00 | -4,000.00 |
| Withdrawals | -4,000.00 | -4,000.00 |
| **Change in Investment Value** * | 710.10 | -6,014.77 |
| **Ending Account Value** | $34,333.54 | $34,333.54 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $34,333.54 | |
| Free Credit Balance | $889.56 | |

*Free credit balances (FCB)* include cash credits from the sale of long positions, deposits, cash dividends, and interest payments which have not been transferred to a money market fund or FDIC core position. FCB also includes positions, FCASH and credit balances that exceed the amount required to satisfy your margin obligations. Refer to the back of your statement for more information.

Total Account Trades Sep 2019 - Aug 2020: 0

* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

## Account Holdings



3% Core Account ($889)

97% Stocks ($33,443)

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Five Below INC | $27,800 | 81% |
| Canopy Growth Corporation Com Npv Isin #CA1380351009 Sedol #Byn3W0 | 2,593 | 8 |
| Starbucks Corp Com USD0.001 | 1,351 | 4 |
| **Total** | **$31,745** | **93%** |

*Please note that, due to rounding, percentages may not add to 100%.*

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Taxable** | **$20.77** | **$48.24** |
| Dividends | 20.72 | 48.00 |
| Interest | 0.05 | 0.24 |
| **Total** | **$20.77** | **$48.24** |

MR_CE_BJTZPFBBBDSBH_BBBBB 20200831

S

4 of 10

**Fidelity**
INVESTMENTS

INVESTMENT REPORT
July 1, 2020 - August 31, 2020

Account #
BESHOY MANKARYOUS - INDIVIDUAL

## Core Account and Credit Balance Cash Flow
*Core Account: CASH*

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Balance** | $4,868.79 | $75.31 |
| **Investment Activity** | | |
| Securities Bought | - | -$2,074.25 |
| Dividends, Interest & Other Income D | 20.77 | 48.24 |
| **Total Investment Activity** | **$20.77** | **-$2,026.01** |
| **Cash Management Activity** | | |
| Deposits | - | 6,840.26 |
| Withdrawals | -4,000.00 | -4,000.00 |
| **Total Cash Management Activity** | **-$4,000.00** | **$2,840.26** |
| **Ending Balance** | **$889.56** | **$889.56** |

D  *Includes dividend reinvestments.*

# Holdings

## Core Account

| Description | Beginning Market Value Jul 1, 2020 | Quantity Aug 31, 2020 | Price Per Unit Aug 31, 2020 | Ending Market Value Aug 31, 2020 | Total Cost Basis | Unrealized Gain/Loss Aug 31, 2020 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| CASH | $4,868.79 | 889.560 | $1.0000 | $889.56 | not applicable | not applicable | - |

*For balances below $99,999,999,999.99, the current interest rate is 0.01%.*

| **Total Core Account (3% of account holdings)** | **$4,868.79** | | | **$889.56** | | - | |

**Fidelity**
*INVESTMENTS*

INVESTMENT REPORT
July 1, 2020 - August 31, 2020

## Holdings

Account #
BESHOY MANKARYOUS - INDIVIDUAL

### Stocks

| Description | Beginning Market Value Jul 1, 2020 | Quantity Aug 31, 2020 | Price Per Unit Aug 31, 2020 | Ending Market Value Aug 31, 2020 | Total Cost Basis | Unrealized Gain/Loss Aug 31, 2020 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| ABBVIE INC COM USD0.01(ABBV) | $1,178.16 | 12.000 | $95.7700 | $1,149.24 | $976.98 | $172.26 | $56.64 4.930% |
| AUXLY CANNABIS GROUP INC COM NPV ISIN #CA05335P1099 SEDOL #BDGMOB3 (CBWTF) | 334.07 | 1,569.000 | 0.1228 | 192.65 | 1,009.69 | -817.04 | - - |
| CANNABIS SCIENCE INC COM | unavailable | 1,600.000 | - | unavailable | 130.39 | unavailable | - - |
| CANOPY GROWTH CORPORATION COM NPV ISIN #CA1380351009 SEDOL #BYTN3W0 (CGC) | 2,537.12 | 157.000 | 16.5200 | 2,593.64 | 4,199.30 | -1,605.66 | - - |
| CARL DATA SOLUTIONS INC COM NPV ISIN #CA1421731037 SEDOL #BYQ5D30 (CDTAF) | 46.42 | 527.000 | 0.1036 | 54.60 | 69.92 | -15.32 | - - |
| FIVE BELOW INC(FIVE) | 27,155.14 | 254.000 | 109.4500 | 27,800.30 | 17,738.38 | 10,061.92 | - - |
| MEDICAL MARIJUANA INC(MJNA) | 54.28 | 3,310.000 | 0.0168 | 55.60 | 364.74 | -309.14 | - - |
| MEDMEN ENTERPRISES INC COM NPV ISIN #CA58507M1077 SEDOL #BYVPJP9 (MMNFF) | 272.02 | 1,235.000 | 0.1995 | 246.43 | 4,447.37 | -4,200.94 | - - |
| STARBUCKS CORP COM USD0.001 (SBUX) | 1,177.44 | 16.000 | 84.4700 | 1,351.52 | 1,339.36 | 12.16 | 26.24 1.940 |
| **Total Common Stock (97% of account holdings)** | **$32,754.65** | | | **$33,443.98** | **$30,276.13** | **$3,298.24** | **$82.88** |
| **Total Stocks (97% of account holdings)** | **$32,754.65** | | | **$33,443.98** | **$30,276.13** | **$3,298.24** | **$82.88** |
| **Total Holdings** | | | | **$34,333.54** | **$30,276.13** | **$3,298.24** | **$82.88** |

*All positions held in cash account unless indicated otherwise.*

MR_CE_BJTZPFBBBDS8H_BBBBB 20200831

S

MR_CE_BJTZPFBBBDSBH_BBBBB 20200831

**Fidelity INVESTMENTS**

Account #
BESHOY MANKARYOUS - INDIVIDUAL

## Holdings

EAI   **Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short
& EY  positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal
and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the**
**"Additional Information and Endnotes" section.**

Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

## Activity

### Dividends, Interest & Other Income

(Includes dividend reinvestment)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 07/31 | CASH | 315994103 | Interest Earned | - | - | $0.04 |
| 08/14 | ABBVIE INC COM USD0.01 | 00287Y109 | Dividend Received | - | - | 14.16 |
| 08/21 | STARBUCKS CORP COM USD0.001 | 855244109 | Dividend Received | - | - | 6.56 |
| 08/31 | CASH | 315994103 | Interest Earned | - | - | 0.01 |
| **Total Dividends, Interest & Other Income** | | | | | | **$20.77** |

### Withdrawals

| Date | Reference | Description | Amount |
|---|---|---|---|
| 08/04 | Money Line Paid | EFT FUNDS PAID ED23910580 /WEB CITIBANK NA ******2236 | -$4,000.00 |
| **Total Withdrawals** | | | **-$4,000.00** |

### Core Fund Activity

For more information about the operation of your core account, please refer to your Customer Agreement.

| Settlement Account |
|---|

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 07/31 | CASH | Reinvestment | CASH NET INT REINVEST | 0.040 | $1.0000 | $0.04 | $4,868.83 |
| 08/04 | CASH | You Sold | CASH @ 1 | -4,000.000 | 1.0000 | -4,000.00 | 868.83 |
| 08/14 | CASH | You Bought | CASH @ 1 | 14.160 | 1.0000 | 14.16 | 882.99 |

**Fidelity** ® INVESTMENTS

INVESTMENT REPORT
July 1, 2020 - August 31, 2020

## Activity

Account #
BESHOY MANKARYOUS - INDIVIDUAL

### Core Fund Activity (continued)

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|------|------|-------------|-------------|----------|-------|--------|---------|
| 08/21 | CASH | You Bought | CASH @ 1 | 6.560 | 1.0000 | 6.56 | 889.55 |
| 08/31 | CASH | Reinvestment | CASH NET INT REINVEST | 0.010 | 1.0000 | 0.01 | 889.56 |
| **Total Core Fund Activity** | | | | | | **-$3,979.23** | |

### Estimated Cash Flow *(Rolling as of August 31, 2020)*

| Month | Bond & CD Income | Bond & CD Principal | Stock Income | ETP Income | Mutual Fund Income | Other Income | Total Est. Cash Flow |
|-------|------------------|---------------------|--------------|------------|---------------------|--------------|----------------------|
| September 2020 | -- | -- | -- | -- | -- | -- | -- |
| October | -- | -- | -- | -- | -- | -- | -- |
| November | -- | -- | 21 | -- | -- | -- | 21 |
| December | -- | -- | -- | -- | -- | -- | -- |
| January 2021 | -- | -- | -- | -- | -- | -- | -- |
| February | -- | -- | 21 | -- | -- | -- | 21 |
| March | -- | -- | -- | -- | -- | -- | -- |
| April | -- | -- | -- | -- | -- | -- | -- |
| May | -- | -- | 21 | -- | -- | -- | 21 |
| June | -- | -- | -- | -- | -- | -- | -- |
| July | -- | -- | -- | -- | -- | -- | -- |
| August | -- | -- | 21 | -- | -- | -- | 21 |
| **Total** | **--** | **--** | **$84** | **--** | **--** | **--** | **$84** |

This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold. **Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.**

MR_CE_BJTZPFBBBDS8H_BBBBB 20200831

INVESTMENT REPORT
July 1, 2020 - August 31, 2020

Account #
BESHOY MANKARYOUS - INDIVIDUAL

## Estimated Cash Flow *(Rolling as of August 31, 2020)*

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

-- *not available*

## Additional Information and Endnotes

▲   Due to current events, mail may be delayed by circumstances beyond our control. You can always view your statements and other documents online. Learn more about paperless options at www.Fidelity.com/edelivery.

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.  **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

For more information about your statement, please refer to our  **Frequently Asked Questions**  document at  **Fidelity.com/statements** .

## Information About Your Fidelity Statement

**TDD Service** for the Hearing-Impaired Call 800-544-0118, 9 am - 9 pm ET, 7 days a week.
**Lost or Stolen Cards** For 24-hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity Debit Card.
**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.
**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to the alternative minimum tax and/or state and local taxes. For retirement accounts (IRAs, HSAs, Keoghs), IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.
**Cost Basis, Gain/Loss, and Holding Period Information** Cost basis, gain/loss, and holding period information is provided for informational purposes only. When displayed, cost basis information reflects, on the basis of IRS reporting regulations, the cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your position reflects certain adjustments required for tax purposes). Such information should consult their advisors for further information. **Cost** Fidelity provides cost information for certain transactions and does not reflect dividends or capital gains information may be adjusted for certain transactions and does not reflect dividends or capital gains information. If you have a retirement account (IRA, Keogh, or HSA) or a HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule (Rb-10(b)) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, which may be reported on your statement, including insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC), and not in your brokerage account. **Assets carried in the brokerage account, including positions managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC** but do not constitute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you includes full information about commissions and other charges, and such information is available upon request. **Information on Dividend Reinvestment Shares** Upon written request Fidelity will provide the date of the dividend reinvestment transaction, the number of shares purchased, and the per-share price. **Price Information** The Total Market Value has been calculated out to 9 decimal places; additionally, the security price may be impacted by how such prices are reported and there may be instances where the price for such security is generally not available from a pricing source. The Market Value of a security for which a price is not available may not reflect N/A or unavailable value at which the security may be sold or purchased based on various market factors. The sale or redemption amounts (e.g., $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. For certain securities price information may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally limited. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

---

using the FIFO method if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance. **Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage account, by calling 866-408-1138. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA). **Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).
**Mutual Funds and Performance** Before investing, **consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully.** Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. **Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.** **Sales Loads** Fidelity reserves the right to terminate or modify its exchange privilege in the future. In connection with 1) to purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products such as alternative investments or private placements ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and concessions, and/or 12b-1 fees. Additionally, such funds, or their investment affiliates (for shareholder services, start-up fees, infrastructure support and maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations. **SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including up to $250,000 for claims for cash). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.
**Fidelity Investments** Fidelity Brokerage Services Company LLC (FDC), is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.
**FPWA Services** Fidelity Go®, Fidelity® Personalized Planning & Advice and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy, the Fidelity® Tax-Managed International Equity Index Strategy, the Fidelity® Intermediate Municipal Strategy, and the Fidelity® Core Bond Strategy. Advisory services offered by FPWA are distributed by FPWA's affiliate, Fidelity Brokerage Services LLC (FBS), or for FPFTC, a federal savings bank, provides for trust services offered by FPFTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These advisory services are provided for a fee. FBS, NFS, FDC, FPWA and FPFTC are direct or indirect subsidiaries of FMR LLC.
**Ratings Information from Standard & Poor's ("S&P")** may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of an investment or the advisability of investing in securities. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such information or ratings. S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings. **Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither endorsed nor guaranteed by any bank, nor are they insured by the FDIC. Money market fund investments are not federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.45.0


**Fidelity** INVESTMENTS

This page intentionally left blank

Case 2:19-cv-20543-KM-ESK   Document 97-5   Filed 05/31/22   Page 14 of 43 PageID: 7866

r          r          r

c/o Strategic Claims Services

Phone: (866) 274-4004

600 N. Jackson Street – Suite 205

Fax: (610) 565-7985

Media, PA 19063

Email: info@strategicclaims.net

May 12, 2022

eshoy Mankaryous

Re:          r          r          r

eshoy Mankaryouys,

We received your request for exclusion from the          r          r          r          Case No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is needed in order for your request to be valid:

> Supporting documentation for the number of shares held on August 26, 2020, an authorized statement from the broker containing the holding information found in an account statement; and/or
>
> If the shares were sold prior to August 26, 2020, please submit your trade confirmation slips, broker account statements, or an authorized statement from the broker containing the sale transaction information between June 27, 2018 and August 26, 2020.

For your request to be honored, we must receive the information above no later than **May 17, 2022.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Margery Craig
Project Manager
Strategic Claims Services

**mcraig@strategicclaims.net**

| | |
|---|---|
| **From:** | Claims Analyst <info@strategicclaims.net> |
| **Sent:** | Monday, May 16, 2022 2:03 PM |
| **To:** | osephine Bra ata; Margery Craig |
| **Subject:** | Fwd: Margery Craig Canopy Growth Corp. Securities Litigation, Case   2:19-c -20   3- M- S |
| **Attachments:** | Statement08312020.pdf; canopy letter. pg |

Josephine,

Please see the below documentation for exclusion.

---------- Forwarded message ---------
From:
Date: Sun, May 15, 2022 at 2:14 PM
Subject: Margery Craig Canopy Growth Corp. Securities Litigation, Case   2:19-cv-20543- M-ES
To: <info@strategicclaims.net>

Margery Craig
Project Manager
Strategic Claims Services
Canopy Growth Corp. Securities Litigation
letter was received 05/15/22
Margery Craig,

I am in receipt of your response regarding my re uest for exclusion from the Canopy Growth Corp. Securities Litigation, Case   2:19-cv-20543- M-ES .

All re uested information to exclude myself from this class action suit has been provided.

ith regards to the re uest for  supporting documentation for the number of shares held on August 26, 2020  this was provided in the form of my Portfolio printout directly from my current broker, and broker at the time of purchase, Fidelity Investments.

The printout provided included the following information

        Date of purchase
        Number of shares purchased
        Number of shares held effective August 26, 2020
        Cost of purchase per share
        Current value of shares

I have enclosed another copy for your records and expect to be excluded from the aforementioned class action suit against Canopy Growth Corp.

Should you re uest additional documentation moving forward, I expect to be notified via phone and email in a timely manner with more than 7 business days to provide re uested documentation.

1

I can reached via email at _____


--
Claims Administrator
Strategic Claims Services
600 N. Jackson St., Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

**Fidelity** INVESTMENTS ®

Envelope # BJTZPFBBBDSBH

BESHOY MANKARYOUS
8927 88TH ST
WOODHAVEN NY 11421-2530

## Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST℠ Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |
| Stock Plan Services | (800) 544-9354 |
| Sun 5pm – Sat 12am ET | |

INVESTMENT REPORT
July 1, 2020 – August 31, 2020

Fidelity Account BESHOY MANKARYOUS - INDIVIDUAL
▶ Account Number: X64-939529

### Your Account Value:            $34,333.54

Change from Last Period:            ▼ $3,289.90

| | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | $37,623.44 | $37,508.05 |
| Additions | - | 6,840.26 |
| Subtractions | -4,000.00 | -4,000.00 |
| Change in Investment Value * | 710.10 | -6,014.77 |
| Ending Account Value ** | $34,333.54 | $34,333.54 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $34,333.54 | |

\*   Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

\*\* Excludes unpriced securities.

s

1 of 10

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

H55269644832020000831



INVESTMENT REPORT
July 1, 2020–August 31, 2020



# Account Summary

## Accounts Included in This Report

| Page | Account Type/Name | Account Number | Beginning Value | Ending Value |
|---|---|---|---|---|
| | **GENERAL INVESTMENTS** | | | |
| 3 | FIDELITY ACCOUNT BESHOY MANKARYOUS - INDIVIDUAL | | $37,623.44 | $34,333.54 |
| | **Ending Account Value** | | $37,623.44 | $34,333.54 |

## Other Holdings[1]

| Page | Account Type/Name | | Beginning Value | Ending Value |
|---|---|---|---|---|
| | **STOCK PLAN** | | | |
| | Items shown under "Stock Plans" represent your interests under your company's stock plans, for which Fidelity Stock Plan Services LLC provides administrative and record keeping services. | | | |
| | Items shown under "Stock Plans" are not assets held in your Fidelity brokerage account, and therefore are not carried by NFS and are not covered by SIPC. Fidelity Stock Plan Services LLC | | | |
| | provides this statement to you as part of administrative and recordkeeping services it provides to the company. See the Participant Agreement for details. | | | |
| > | RESTRICTED STOCK UNITS - T-MOBILE RSU | | $0.00 | $0.00 ∨ |
| | **Total Including Other Holdings** | | $37,623.44 | $34,333.54 |

1   Other Holdings, including Assets Held Away, are provided for informational purposes only
    and may not be custodied at Fidelity Investments and may not reflect accurate values. See
    individual account listing for additional details.

>   Stock Plan values are an estimate of current value. See the Stock Plan Section below for a
    complete description of the values shown. Values may be unvested, and may not reflect
    with-drawable assets. This information is included on your statement solely as a service to
    you. It is derived from information provided by your company and Fidelity is not responsible
    for its accuracy.

Total Account Trades Sep 2019 - Aug 2020:  0

s

Case 2:19-cv-20543-KM-ESK   Document 100   Filed 06/07/22   Page 116 of 150 PageID: 8329
Case 2:19-cv-20543-KM-ESK   Document 97-5   Filed 05/31/22   Page 15 of 45 PageID: 7871

3 of 10

MR_CE_BJTZPFBBBDSBH_BBBBB 20200031

# Fidelity® INVESTMENTS

## Account Summary

**INVESTMENT REPORT**
July 1, 2020 - August 31, 2020

**Account #**
BESHOY MANKARYOUS - INDIVIDUAL

### Account Value: $34,333.54

### Change in Account Value ▼ $3,289.90

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $37,623.44 | $37,508.05 |
| **Additions** | - | 6,840.26 |
| Deposits | - | 6,840.26 |
| **Subtractions** | -4,000.00 | -4,000.00 |
| Withdrawals | -4,000.00 | -4,000.00 |
| **Change in Investment Value \*** | 710.10 | -6,014.77 |
| **Ending Account Value** | $34,333.54 | $34,333.54 |
| Accrued Interest (AI) | 0.00 | |
| **Ending Account Value Incl. AI** | $34,333.54 | |
| Free Credit Balance | $889.56 | |

**Free credit balances (FCB)** include cash credits from the sale of long positions, deposits, cash dividends, and interest payments which have not been transferred to a money market fund or FDIC core position. FCB also includes positions, FCASH and credit balances that exceed the amount required to satisfy your margin obligations. Refer to the back of your statement for more information.

Total Account Trades Sep 2019 - Aug 2020: 0

\*   Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

### Account Holdings



3% Core Account ($889)

97% Stocks ($33,443)

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Five Below INC | $27,800 | 81% |
| Canopy Growth Corporation Com Npv Isin #CA1380351009 Sedol #Blyth3W0 | 2,593 | 8 |
| Starbucks Corp Com USD0.001 | 1,351 | 4 |
| **Total** | **$31,745** | **93%** |

Please note that, due to rounding, percentages may not add to 100%.

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Taxable** | $20.77 | $48.24 |
| Dividends | 20.72 | 48.00 |
| Interest | 0.05 | 0.24 |
| **Total** | **$20.77** | **$48.24** |

MR_CE_BJTZPFBBBDS8H_BBBB8 20200831
s

INVESTMENT REPORT
July 1, 2020 - August 31, 2020

Account # --- --- ---
BESHOY MANKARYOUS - INDIVIDUAL

## Core Account and Credit Balance Cash Flow
*Core Account: CASH*

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Balance** | $4,868.79 | $75.31 |
| **Investment Activity** | | |
| Securities Bought | - | -$2,074.25 |
| Dividends, Interest & Other Income D | 20.77 | 48.24 |
| **Total Investment Activity** | $20.77 | -$2,026.01 |
| **Cash Management Activity** | | |
| Deposits | - | 6,840.26 |
| Withdrawals | -4,000.00 | -4,000.00 |
| **Total Cash Management Activity** | -$4,000.00 | $2,840.26 |
| **Ending Balance** | $889.56 | $889.56 |

D  *Includes dividend reinvestments.*

# Holdings

## Core Account

| Description | Beginning Market Value Jul 1, 2020 | Quantity Aug 31, 2020 | Price Per Unit Aug 31, 2020 | Ending Market Value Aug 31, 2020 | Total Cost Basis | Unrealized Gain/Loss Aug 31, 2020 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| CASH | $4,868.79 | 889.560 | $1.0000 | $889.56 | not applicable | not applicable | - |

*For balances below $99,999,999,999.99, the current interest rate is 0.01%.*

| Total Core Account (3% of account holdings) | $4,868.79 | | | $889.56 | | | - |

MR_CE_BJTZPFBBBDS8H_BBBB8 20200831

s

5 of 10

INVESTMENT REPORT
July 1, 2020 - August 31, 2020

Account # ----------
BESHOY MANKARYOUS - INDIVIDUAL

# Holdings

## Stocks

| Description | Beginning Market Value Jul 1, 2020 | Quantity Aug 31, 2020 | Price Per Unit Aug 31, 2020 | Ending Market Value Aug 31, 2020 | Total Cost Basis | Unrealized Gain/Loss Aug 31, 2020 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| ABBVIE INC COM USD0.01(ABBV) | $1,178.16 | 12.000 | $95.7700 | $1,149.24 | $976.98 | $172.26 | $56.64 4.930% |
| AUXLY CANNABIS GROUP INC COM NPV ISIN #CA05335P1099 SEDOL #BDGMQB3 (CBWTF) | 334.07 | 1,569.000 | 0.1228 | 192.65 | 1,009.69 | -817.04 | - - |
| CANNABIS SCIENCE INC COM | unavailable | 1,600.000 | - | unavailable | 130.39 | unavailable | - - |
| CANOPY GROWTH CORPORATION COM NPV ISIN #CA1380351009 SEDOL #BYTN3W0 (CGC) | 2,537.12 | 157.000 | 16.5200 | 2,593.64 | 4,199.30 | -1,605.66 | - - |
| CARL DATA SOLUTIONS INC COM NPV ISIN #CA1421731037 SEDOL #BYQ5D30 (CDTAF) | 46.42 | 527.000 | 0.1036 | 54.60 | 69.92 | -15.32 | - - |
| FIVE BELOW INC(FIVE) | 27,155.14 | 254.000 | 109.4500 | 27,800.30 | 17,738.38 | 10,061.92 | - - |
| MEDICAL MARIJUANA INC(MJNA) | 54.28 | 3,310.000 | 0.0168 | 55.60 | 364.74 | -309.14 | - - |
| MEDMEN ENTERPRISES INC COM NPV ISIN #CA58507M1077 SEDOL #BYVPJP9 (MMNFF) | 272.02 | 1,235.000 | 0.1995 | 246.43 | 4,447.37 | -4,200.94 | - - |
| STARBUCKS CORP COM USD0.001 (SBUX) | 1,177.44 | 16.000 | 84.4700 | 1,351.52 | 1,339.36 | 12.16 | 26.24 1.940 |
| **Total Common Stock (97% of account holdings)** | $32,754.65 | | | $33,443.98 | $30,276.13 | $3,298.24 | $82.88 |
| **Total Stocks (97% of account holdings)** | $32,754.65 | | | $33,443.98 | $30,276.13 | $3,298.24 | $82.88 |
| **Total Holdings** | | | | $34,333.54 | $30,276.13 | $3,298.24 | $82.88 |

*All positions held in cash account unless indicated otherwise.*

MR_CE_BJTZPFBBBDSBH_BBBBB 20200831



**INVESTMENT REPORT**
July 1, 2020 - August 31, 2020

Account #
BESHOY MANKARYOUS - INDIVIDUAL

# Holdings

EAI  Estimated Annual Income (EAI) & Estimated Yield (EY) - EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short
& EY  positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal
and/or capital gains, which would render them overstated. Actual Income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the
"Additional Information and Endnotes" section.

Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

# Activity

## Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 07/31 | CASH | 315994103 | Interest Earned | - | - | $0.04 |
| 08/14 | ABBVIE INC COM USD0.01 | 00287Y109 | Dividend Received | - | - | 14.16 |
| 08/21 | STARBUCKS CORP COM USD0.001 | 855244109 | Dividend Received | - | - | 6.56 |
| 08/31 | CASH | 31599A103 | Interest Earned | - | - | 0.01 |
| **Total Dividends, Interest & Other Income** | | | | | | **$20.77** |

## Withdrawals

| Date | Reference | Description | Amount |
|---|---|---|---|
| 08/04 | Money Line Paid | EFT FUNDS PAID ED23910580 /WEB CITIBANK NA *****2236 | -$4,000.00 |
| **Total Withdrawals** | | | **-$4,000.00** |

## Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Account | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
| | | | CASH NET INT REINVEST | | | | $4,868.83 |
| 07/31 | CASH | Reinvestment | CASH @ 1 | 0.040 | $1.0000 | $0.04 | 4,868.83 |
| 08/04 | CASH | You Sold | CASH @ 1 | -4,000.000 | 1.0000 | -4,000.00 | 868.83 |
| 08/14 | CASH | You Bought | | 14.160 | 1.0000 | 14.16 | 882.99 |



INVESTMENT REPORT
July 1, 2020 - August 31, 2020

**Account #**
BESHOY MANKARYOUS - INDIVIDUAL

## Activity

### Core Fund Activity (continued)

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|------|------|-------------|-------------|----------|-------|--------|---------|
| 08/21 | CASH | You Bought | CASH @ 1 | 6.560 | 1.0000 | 6.56 | 889.55 |
| 08/31 | CASH | Reinvestment | CASH NET INT REINVEST | 0.010 | 1.0000 | 0.01 | 889.56 |
| **Total Core Fund Activity** | | | | | | **-$3,979.23** | |

### Estimated Cash Flow *(Rolling as of August 31, 2020)*

| Month | Bond & CD Income | Bond & CD Principal | Stock Income | ETP Income | Mutual Fund Income | Other Income | Total Est. Cash Flow |
|-------|------------------|---------------------|--------------|------------|--------------------|--------------|----------------------|
| September 2020 | -- | -- | -- | -- | -- | -- | -- |
| October | -- | -- | -- | -- | -- | -- | -- |
| November | -- | -- | 21 | -- | -- | -- | 21 |
| December | -- | -- | -- | -- | -- | -- | -- |
| January 2021 | -- | -- | -- | -- | -- | -- | -- |
| February | -- | -- | 21 | -- | -- | -- | 21 |
| March | -- | -- | -- | -- | -- | -- | -- |
| April | -- | -- | -- | -- | -- | -- | -- |
| May | -- | -- | 21 | -- | -- | -- | 21 |
| June | -- | -- | -- | -- | -- | -- | -- |
| July | -- | -- | -- | -- | -- | -- | -- |
| August | -- | -- | 21 | -- | -- | -- | 21 |
| **Total** | **--** | **--** | **$84** | **--** | **--** | **--** | **$84** |

This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold. **Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.**

MR_CE_BJTZPFBBBDSBH_BBBB 20200831
s

Case 2:19-cv-20543-KM-ESK   Document 100   Filed 06/07/22   Page 121 of 150 PageID: 8334
Case 2:19-cv-20543-KM-ESK   Document 97-5   Filed 05/31/22   Page 24 of 43 PageID: 7876

8 of 10



**INVESTMENT REPORT**
July 1, 2020 - August 31, 2020

**Account #**
BESHOY MANKARYOUS - INDIVIDUAL

## Estimated Cash Flow *(Rolling as of August 31, 2020)*

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

*-- not available*

## Additional Information and Endnotes

▲  Due to current events, mail may be delayed by circumstances beyond our control. You can always view your statements and other documents online. Learn more about paperless options at www.Fidelity.com/edelivery.

**Estimated Annual Income (EAI) & Estimated Yield (EY)**  - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.   **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

For more information about your statement, please refer to our  Frequently Asked Questions document at  **Fidelity.com/statements** .

Case 2:19-cv-20543-KM-ESK Document 100 Filed 06/07/22 Page 122 of 150 PageID: 8335
Case 2:19-cv-20543-KM-ESK Document 97-5 Filed 05/31/22 Page 25 of 43 PageID: 7877

9 of 10

S

588130.45.0

## Information About Your Fidelity Statement

TDD Service for the Hearing-Impaired Call 800-544-0118, 9 am - 9 pm ET, 7 days a week.
Lost or Stolen Cards For 24-hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

Additional Investments with Fidelity Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

Income Summary Shows income for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to the alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

Cost Basis, Gain/Loss, and Holding Period Information NFS is required to report the adjusted cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account indicates otherwise) and does not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

Cost Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvested within a mutual fund position. Because retirement and HSA accounts are not subject to cost basis reporting, these are not reported to the IRS on Form 1099-B. For Fidelity brokerage accounts, the Realized Gain/Loss from Sales section, if displayed, shows the cost basis and holding period of securities sold. When you sell or exchange shares of mutual funds or other securities, you may have a gain or loss that must be reported to the IRS, unless the account is a retirement or HSA account, or the security is a money market fund. For this purpose, a purchase cost basis and holding period or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds.

## Additional Information About Your Brokerage Account, If Applicable

Free credit balances (FCB) are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and indicate proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. Assets Separate from Your Brokerage Account Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, which may be reported on your statement, including insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund accounts), are not part of your brokerage account. Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in a brokerage account managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. Customers' Free Credit Balances Securities purchased on margin are Fidelity's collateral. We can sell securities held in your account to cover purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. Information About Your Option Transactions Each transaction confirmation previously provided to you contains full information about commissions and other charges, and supplementary information is available upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to assignment only upon expiration. Equity Dividend Reinvestment Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). Price Information Prices are obtained from various sources, are not guaranteed, and may not reflect the actual value of a security, including those priced at par value which may differ from par. Interest received on escrowed transactions is not reflected in interest income. Total Market Value has been calculated out of 10 decimal places, however the individual unit price may be displayed in rounded form. "n/a" means price information is not available or not applicable. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not readily available, prices are estimated using a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may based on certain factors and assumptions, and may not reflect all of the factors that affect the value of the security, including market amounts (e.g., $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the information is unavailable or where the security may have been delisted or is otherwise no longer valued. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement may also reflect a secondary market price. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

using the FIFO method if shares were purchased at different times or prices. Statement Mailing We deliver statements at least four times during the calendar year for any account with a balance.
Statement Discrepancies Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to Fidelity by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).
Material Changes Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).
Mutual Funds and Performance Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus or, if available, a summary prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.
Sales Loads & Fees Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products such as alternative investments or private placements ("funds"), or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and concurrent sales loads and concurrent 12b-1 fees (distribution and/or service fees) and additional compensation for things like record keeping, start-up fees, infrastructure support and maintenance, and marketing, engagement and analytics programs.
Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds whose shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

Executing Orders on the Floor of the NYSE The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.
SIPC Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including the claims limit for cash claims). For details, including the SIPC brochure, please see www.sipc.org, or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.
Fidelity Investments Fidelity Distributors Company LLC (FDC), is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or FMR. Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the New York Stock Exchange and SIPC. Insurance products are distributed through FBS, and/or FDC. Trust services offered through Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank, or FMR LLC.
FPWA Services Fidelity Go®, Fidelity® Personalized Planning & Advice and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® Intermediate Municipal Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy, the Fidelity® Tax-Managed International Equity Index Strategy, and the Fidelity® Equity-Income Strategy. Advisory services offered by FPWA or FPPA are not bank deposits and are not insured or guaranteed by a bank. FPWA or Fidelity Personal Trust Company, FSB (FPTC), are direct or indirect subsidiaries of FMR LLC.
FPPA and FPTC products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These advisory services are provided for a fee. FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.
Miscellaneous Standard & Poors ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes. S&P does not act as a fiduciary or an investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such information or ratings. S&P gives no express or implied warranties, including, but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.
Miscellaneous Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor guaranteed by, any bank or other depository institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.



Claevens Estriplet

Canopy Growth Corp. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

4/24/2022

**Re: Request exclusion from the Settlement Class in Ortiz v. Canopy Growth Corporation, Case No. 2:19-cv-20543-KM-ESK (D.N.J.)**

Dear Claims Settlement Administrator:

Please let this letter serve as my official written request to be **_excluded_** from the **Settlement Class in Ortiz v. Canopy Growth Corporation, Case No. 2:19-cv-20543-KM-ESK (D.N.J.)**. See below and the enclosed for the additional information requested.

Name: **Claevens Estriplet**
Address:
Telephone:
Date of Security Purchase: **4/28/2020**
Number of Shares Purchased (and currently holding): **2**

As proof of security purchase and holdings I have provided a portion of my brokerage statement.

Sincerely,

Claevens Estriplet

# TIAA

**Brokerage**
Account Statement

TIAA Brokerage
A Division of TIAA-CREF Individual & Institutional
Services, LLC Member FINRA, SIPC
8500 Andrew Carnegie Boulevard FL2 02
Charlotte, NC 28262
800-842-2252

CLAEVENS ESTRIPLET

March 1, 2022 - March 31, 2022
Account Number:

**Your Financial Institution:**

## Portfolio at a Glance

|  | This Period | Year-to-Date |
|---|---|---|
| BEGINNING ACCOUNT VALUE |  |  |
| Dividends, Interest and Other Income |  |  |
| Net Change in Portfolio[1] |  |  |
| ENDING ACCOUNT VALUE |  |  |
| Estimated Annual Income |  |  |

[1] Net Change in Portfolio is the difference between the ending account value and beginning account value after activity.

**The Bank Deposits in your account are FDIC insured bank deposits.**
FDIC insured bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). These bank deposits are covered by the Federal Deposit Insurance Corporation (FDIC), up to allowable limits.

## For Your Information

Effective March 21, 2022, TIAA Brokerage customers will have an updated Customer Account Agreement. Preview the updated agreement at www.TIAA.org/Brokerage_CAA. See the Statement Message section at the end of your statement for information.

Do you need to take your IRA Required Minimum Distribution this year? If you have a Traditional IRA and are 72 years of age or older, or have an Inherited IRA, you may be required to take a distribution. Don't wait to start. We can discuss automating your payment or other options. Get started today by calling 800-842-2252, weekdays 8 a.m.—7 p.m. (ET). (1956671)

Please refer to the Messages section of the statement for additional information regarding your account.

Go paperless

Clearing services by Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon.

# TIAA

TIAA Brokerage
A Division of TIAA-CREF Individual & Institutional
Services, LLC Member FINRA, SIPC
8500 Andrew Carnegie Boulevard (AC-02)
Charlotte, NC 28262
800-842-2252

**March 1, 2022 - March 31, 2022**
**CLAEVENS ESTRIPLET**

## Portfolio Holdings

### CASH, MONEY FUNDS AND BANK DEPOSITS 1.00% of Portfolio

| Opening Date | Quantity | Account Number | Maturity Ending | Unit Cost | Current Cost Basis | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield | Current Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FDIC Insured Bank Deposits | | | | | | | | | | | |
| TIAA BANK BROKERAGE SWEEP ACCT held at TIAA CREF FDIC INSURED | | | | | | | | | | | |
| 03/01/22 | | | 03/31/22 | | | | | | | | |
| **Total FDIC Insured Bank Deposits** | | | | | | | | | | | |

### TOTAL CASH, MONEY FUNDS AND BANK DEPOSITS

### EQUITIES 96.00% of Portfolio
### Common Stocks

| Date Acquired | Quantity | Unit Cost | Current Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| CANOPY GROWTH CORP COM ISIN# CA1380351009 | | | | Security Identifier: CGC | | | | |
| Dividend Option: Cash | | | | CUSIP: 138035100 | | | | |
| 04/28/20 | 2.0000 | 18.0000 | 36.00 | 7.5906 | 15.18 | -20.82 | | |

Account Number: 250

Go paperless

Route to agent
Envelope Type: 2002

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon





TIAA

LOG OUT

Account summary    Goals    Actions    Resources    Products

TIAA Brokerage    ∨    TRANSFER MONEY    TRADE ∨

TOTAL ACCOUNT VALUE    DAY'S CHANGE

CASH TO TRADE

OVERVIEW    INVESTMENTS    BALANCES    ACTIVITY    ORDER STATUS    RESEARCH

Feedback

# Investments

Data delayed at least 15 minutes

CURRENT HOLDINGS    PROJECTED CASH    COST BASIS    PAST HOLDINGS

VIEW HOLDING:

CGC    ∨

Export

## Cost basis summary    

**CGC | CANOPY GROWTH CORP COM ISIN# CA1380351009**

| Security type | Stock |
|---|---|
| **Total shares owned** | **2** |
| Market value | $11.14 |
| Market price | $5.57 |
| **Total unrealized gain/loss** | -$24.86 |
| | (-69.06%) |

Cost basis

cost basis

Total purchase cost                                                                     $36.00



TRADE

| PURCHASE DATE ▼ | QTY ▲ | PURCHASE COST PURCHASE PRICE ▲ | MKT VALUE MKT PRICE ▲ | UNREALIZED GAIN/LOSS ▲ | TERM ▲ |
|---|---|---|---|---|---|
| 04/28/2020 | 2 | **$36.00** $18.00 | **$11.14** $5.57 | -$24.86 (-69.06%) | Long |

Feedback





Jesse R. Welfer

May 14, 2022

VIA PRIORITY MAIL EXPRESS

Canopy Growth Corp. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

    RE: Opting Out From Settlement
    Ortiz v. Canopy Growth Corporation
    <u>Case No. 2:19-cv-20543-KM-ESK (D.N.J.)</u>

Dear Sir/Madam:

   **I request exclusion from the Settlement Class in *Ortiz v. Canopy Growth Corporation*, Case No. 2:19-cv-20543-KM-ESK (D.N.J.).** My name is Jesse R. Welfer, address is , and Tel. No. I wish all communications to be via mail, and not by e-mail. Enclosed herewith please find my TD Ameritrade Statement for Account # ending in for the period 02/01/19 – 02/28/19 (documentary proof), with the full account number redacted as it comprises confidential personal information, evidencing (i) my purchase of 17 and 4 shares of Canopy Securities on 01/31/19 and 02/13/19, respectively, during the Settlement Class Period, and (ii) demonstrating my status as a beneficial owner of the Canopy Securities.

   I designate, and request that, the aforementioned enclosed TD Ameritrade Statement be treated as confidential information as I never requested to participate, and do not wish to participate, in this class action litigation, as I would not receive any benefit from the proposed Settlement.

   Please do not hesitate to contact me if you have any questions.

        Very truly yours,

        *Jesse Welfer*

        **Jesse R. Welfer**

Enclosure



PO BOX 2577
OMAHA NE 68103-2577

JESSE RYAN WELFER

# Terms and Conditions

TDA 150/1218

# TD Ameritrade

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement Reporting Period:**
02/01/19 - 02/28/19

**Statement for Account #**
JESSE RYAN WELFER

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield |
|---|---|---|---|---|---|---|
| Cash | $11.51 | $1,600.00 | ($1,588.49) | - | $ - | - |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - |
| Money Market | - | - | - | - | - | - |
| Short Balance | - | - | - | - | - | - |
| Stocks | 1,587.74 | - | 1,587.74 | - | - | - |
| Short Stocks | - | - | - | - | - | - |
| Fixed Income | - | - | - | - | - | - |
| Options | - | - | - | - | - | - |
| Short Options | - | - | - | - | - | - |
| Mutual Funds | - | - | - | - | - | - |
| Other | - | - | - | - | - | - |
| **Total** | **$1,599.25** | **$1,600.00** | **($0.75)** | **-** | **$ 0.00** | **0.0%** |

### Portfolio Allocation

Cash 0.7%

Stocks 99.3%

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 02/28/19 ** | $1,588.49 |
| Unrealized Gains | 26.16 |
| Unrealized Losses | (26.91) |
| Funds Deposited/(Disbursed) YTD | 1,600.00 |
| Income/(Expense) YTD | - |
| Securities Received/(Delivered) YTD | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Gain/Loss.

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $1,600.00 | $ - |
| Securities Purchased | (1,588.49) | (1,588.49) |
| Securities Sold | - | - |
| Funds Deposited | - | 1,600.00 |
| Funds Disbursed | - | - |
| Income | - | - |
| Expense | - | - |
| Other | - | - |
| **Closing Balance** | **$11.51** | **$11.51** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $ - |
| Interest | - | - | - |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | **$0.00** | **$0.00** | **$0.00** |

page 1 of 2

**Statement for Account #** ▬▬

02/01/19 - 02/28/19

## Online Cash Services Summary

| Description | Current | | | | | | | Year To Date |
|---|---|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | | | |
| Checks Deposited | $ - | | | | | | | $ 1,600.00 |
| *Subtotal* | 0.00 | | | | | | | 1,600.00 |
| **TOTAL** | 0.00 | | | | | | | 1,600.00 |

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| AXON ENTERPRISE INC COM | AAXN | 11 | $ 53.83 | $ 592.13 | 01/31/19 | $ 565.97 | $ 51.45 | $ 26.16 | $ - | - |
| CANOPY GROWTH CORPORATION COM | CGC | 21 | 47.41 | 995.61 | 01/31/19 | 1,022.52 | 48.69 | (26.91) | - | - |
| **Total Stocks** | | | | $1,587.74 | | $1,588.49 | | $(0.75) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $1,587.74 | | $1,588.49 | | $(0.75) | $0.00 | 0.0% |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$1,600.00** |
| 01/31/19 | 02/04/19 | Cash | Buy - Securities Purchased | AXON ENTERPRISE INC COM Commission/Fee 6.95 | AAXN | 11 | $ 50.82 | $ (565.97) | 1,034.03 |
| 01/31/19 | 02/04/19 | Cash | Buy - Securities Purchased | CANOPY GROWTH CORPORATION COM Commission/Fee 6.95 | CGC | 17 | 48.4647 | (830.85) | 203.18 |
| 02/13/19 | 02/15/19 | Cash | Buy - Securities Purchased | CANOPY GROWTH CORPORATION COM Commission/Fee 6.95 | CGC | 4 | 46.1796 | (191.67) | 11.51 |
| **Closing Balance** | | | | | | | | | **$11.51** |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

page 2 of 2



r          r          r

c/o Strategic Claims Services
600 N. Jackson Street – Suite 205
Media, PA 19063

Phone: (866) 274-4004
Fax: (610) 565-7985
Email: info@strategicclaims.net

May 18, 2022

Jesse R. Welfer

Re:          r          r          r

Jesse R. Welfer,

We received your request for exclusion from the          r          r          r          Case
No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is
needed in order for your request to be valid:

> Supporting documentation for the number of shares held on August 26, 2020, an authorized
> statement from the broker containing the holding information found in an account
> statement; and/or
> If the shares were sold prior to August 26, 2020, please submit your trade confirmation
> slips, broker account statements, or an authorized statement from the broker containing the
> sale transaction information between June 27, 2018 and August 26, 2020.

For your request to be honored, we must receive the information above no later than **May 2 ,
2022.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Margery Craig
Project Manager
Strategic Claims Services

Jesse R. Welfer

May 23, 2022

<u>VIA FAX: (610) 565-7985</u>

Canopy Growth Corp. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

<u>Attention: Margery Craig, Project Manager, Strategic Claims Services</u>

RE: Opting Out From Settlement
Ortiz v. Canopy Growth Corporation
<u>Case No. 2:19-cv-20543-KM-ESK (D.N.J.)</u>

Dear Ms. Craig:

In response to your letter, dated May 18, 2022, a copy of which is attached for your convenience, attached herewith please find my TD Ameritrade Statement for Account # ending in 8448, for the period 08/01/20 – 08/31/20 (documentary proof), with the full account number redacted as it comprises confidential personal information, evidencing 21 shares of Canopy Growth Corp. held by me on August 26, 2020. I designate, and request that, the aforementioned TD Ameritrade Statement be treated as confidential information as I never requested to participate, and do not wish to participate, in this class action litigation.

I reiterate my request for exclusion from the Settlement Class in *Ortiz v. Canopy Growth Corporation*, Case No. 2:19-cv-20543-KM-ESK (D.N.J.). All communications to me should be via mail, as I cannot receive communications via facsimile.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

*Jesse Welfer*

𝓙𝓮𝓼𝓼𝓮 𝓡. 𝓦𝓮𝓵𝓯𝓮𝓻

Attachments

Case 2:19-cv-20543-KM-ESK  Document 100  Filed 06/07/22  Page 138 of 150 PageID: 8351
05/28/22  08:08 FAX  Case 2:19-cv-20543-KM-ESK  Document 97-6  Filed 05/31/22  Page 42 of 77 PageID: 7937
SEXTER & WARMFLASH P.C.  ☐003

*Canopy Growth Corp. Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson Street – Suite 205
Media, PA 19063

Phone: (866) 274-4004
Fax: (610) 565-7985
Email: info@strategicclaims.net

May 18, 2022

Jesse R. Welfer

Re: *Canopy Growth Corp. Securities Litigation*

Jesse R. Welfer,

We received your request for exclusion from the *Canopy Growth Corp. Securities Litigation*, Case No.: 2:19-cv-20543-KM-ESK. At this time, we are missing the following information, which is needed in order for your request to be valid:

- Supporting documentation for the number of shares held on August 26, 2020, an authorized statement from the broker containing the holding information found in an account statement; and/or
- If the shares were sold prior to August 26, 2020, please submit your trade confirmation slips, broker account statements, or an authorized statement from the broker containing the sale transaction information between June 27, 2018 and August 26, 2020.\

For your request to be honored, we must receive the information above no later than May 25, 2022.  If you have any questions, please contact me at your earliest convenience.

Regards,

Margery Craig
Project Manager
Strategic Claims Services

@004



PO BOX 2577
OMAHA NE 68103-2577

**JESSE RYAN WELFER**

# Terms and Conditions

TDA 101 12/15



# TD Ameritrade

00-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
TD Ameritrade Clearing, Inc., Member SIPC

## Statement Reporting Period:
08/01/20 - 08/31/20

### Statement for Account #
JESSE RYAN WELFER

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield |
|---|---|---|---|---|---|---|
| Cash | $11.51 | $11.51 | $ | | $ | |
| Insrd Dep Acct (IDA) | | | | | | |
| Money Market | | | | | | |
| Short Balance | | | | | | |
| Stocks | 1,289.40 | 1,298.31 | (6.91) | (0.7)% | | |
| Short Stocks | | | | | | |
| Fixed Income | | | | | | |
| Options | | | | | | |
| Short Options | | | | | | |
| Mutual Funds | | | | | | |
| Other | | | | | | |
| **Total** | **$1,300.91** | **$1,309.82** | **($8.91)** | **(0.7)%** | **$ 0.00** | **0.0%** |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening Balance | $11.51 | $11.51 |
| Securities Purchased | | |
| Securities Sold | | |
| Funds Deposited | | |
| Funds Disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing Balance** | **$11.51** | **$11.51** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | $ | $ | $ |
| Dividends | | | |
| Interest | | | |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | **$0.00** | **$0.00** | **$0.00** |

## Portfolio Allocation

Cash 0.9%

Stocks 99.1%

## Performance Summary

| Cost Basis As Of - 08/31/20 ** | $1,666.49 |
|---|---|
| Unrealized Gains | 376.51 |
| Unrealized Losses | (976.80) |
| Funds Deposited/(Disbursed) ™ | |
| Income/(Expense) ™ | |
| Securities Received/(Delivered) ™ | 0.00 |

**To view realized gains and losses for your account, login at
www.tdameritrade.com and visit My Accounts > Cost Basis.

page 1 of 2

**Statement for Account #**
08/01/20 - 08/31/20

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| AXON ENTERPRISE INC COM | AAXN | 11 | $ 85.68 | $ 942.48 | 01/31/19 | $ 565.97 | $ 51.45 | $ 376.51 | $ - | - |
| CANOPY GROWTH CORPORATION COM | CGC | 21 | 16.52 | 346.92 | 01/31/19 | 1,022.52 | 48.69 | (675.60) | - | - |
| **Total Stocks** | | | | $1,289.40 | | $1,588.49 | | $(299.09) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $1,289.40 | | $1,588.49 | | $(299.09) | $0.00 | 0.0% |

page 2 of 2

# SUPPORT CENTER
### Support Ticket System

05/23/2022 09:35:53 AM

# Ticket #181746

| | | | |
|---|---|---|---|
| **Status** | New | **Name** | 8x8 Team |
| **Priority** | Normal | **Email** | noreply@8x8.com |
| **Department** | Claims Administrators | **Phone** | |
| **Create Date** | 05/23/2022 09:24:08 AM | **Source** | Email |

| | | | |
|---|---|---|---|
| **Assigned To** | | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | **Last Response** | |
| **Due Date** | 05/24/2022 09:24:08 AM | **Last Message** | 05/23/2022 09:24:09 AM |

### Ticket Details

**Case:** Canopy Growth

## Your Internet Fax number 16105657985 has a new message from

---

Ticket #181746 printed by gallen on 05/23/2022 09:35:53 AM

# SUPPORT CENTER
### Support Ticket System

05/23/2022 09:35:53 AM

05/23/2022 09:24:09 AM Your Internet Fax number 16105657985 has a new message from 8x8 Team

Dear General

Your Internet Fax number 16105657985 has a new message.

Sender:
Pages: 7/7

Faxes over 50 pages cannot be received as email attachments. If the fax is not attached, please login to your 8x8 softphone application and navigate to the **Fax** tab to view the fax.

**Important**: Faxes are only stored online for 60 days. Be sure to download and save any faxes you want to keep.

Should you have any customer service or technical support questions, please contact us at 1-888-898-8733.

Sincerely,
Your 8x8 Support Team

fax.pdf (166.5 kb)

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPTED FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECEPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.   IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

TX No. _____

FAX TO : Canopy Growth Corp. Securities Litigation

FAX No: (610) 565-7985

ATTN. : Margery Craig, Project Manager, Strategic Claim Services

FROM : Jesse A. Welfer by Jeremy Welfer

RE : Opting Out From Settlement – Case No.: 2:19-cv-20543 (D.N.J.)

DATE : May 23, 2022

TIME : _____

PAGES (INCLUDING COVER PAGE) : 7 pgs.

MESSAGE

Please see the attached documents regarding the above-referenced matter. If you are missing any pages, please call me at (212) 577-2800.

Very truly yours,

Jeremy Welfer on behalf of Jesse Welfer