# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| EDUARDO ORTIZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CANOPY GROWTH CORPORATION, BRUCE LINTON, MARK ZEKULIN, MIKE LEE, TIM SAUNDERS, DAVID KLEIN, and RADE KOVACEVIC,<br><br>    Defendants. | Case No. 2:19-cv-20543-KM-ESK |

## NOTICE OF MOTION FOR DISTRIBUTION OF
## CLASS ACTION SETTLEMENT FUNDS

PLEASE TAKE NOTICE that Lead Plaintiffs Anthony Sultan, Ellaine Sultan, Anna Cooley, Formica Industries Limited, David Pendola and Dean K. Lurie (collectively, "Plaintiffs"), will move this Court for entry of the [Proposed] Order Granting Distribution of Class Action Settlement Fund ("Class Distribution Order"). Among other things, the Class Distribution Order: (i) approves the Claims Administrator's recommendations accepting and rejecting Claims submitted in the Federal Action; (ii) directs distribution of the Net Settlement Fund to Authorized Claimants whose Claims have been accepted as valid and approved by the Court; and (iii) provide for payment to Strategic Claims Services, the Claims Administrator,

1

in the amount of $364,022.03 to satisfy all administration fees and expenses through the initial distribution.

This motion is based on this Notice of Motion; the Memorandum of Law; the Declaration of Paul Mulholland Concerning the Results of the Claims Administration Process and the exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matter properly before the Court.

Plaintiffs respectfully request that the Court decide the Motion on the papers and enter the Class Distribution Order.

Dated:  May 2, 2023                     Respectfully submitted,

**POMERANTZ LLP**

*/s/ Brian Calandra*
Brian Calandra
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (917) 463-1044
Email: jalieberman@pomlaw.com
            bcalandra@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Gonen Haklay*

Gonen Haklay
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399

2

Email: ghaklay@rosenlegal.com
Email: lrosen@rosenlegal.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Shayne C. Stevenson*

Steve W. Berman
Shayne C. Stevenson
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Fax: (206) 623-0594
Email: steve@hbsslaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**THE SCHALL LAW FIRM**

Brian Schall
Rina Restaino
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
Facsimile: (877) 590-0482
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Lead Plaintiff David Pendola*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Brian Calandra*
Brian Calandra
