**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDUARDO ORTIZ, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>CANOPY GROWTH CORPORATION, BRUCE LINTON, MARK ZEKULIN, MIKE LEE, TIM SAUNDERS, DAVID KLEIN, and RADE KOVACEVIC,<br><br>                 Defendants. | Case No. 2:19-cv-20543-KM-ESK<br><br>**DECLARATION OF PAUL MULHOLLAND ISO PLAINTIFFS' UNOPPOSED MOTION FOR *CY PRES* DISTRIBUTION** |

1

I, Paul Mulholland, declare:

1.    I am the President of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over thirty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred (500) class action settlements since its inception. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify thereto.

2.    I respectfully submit this declaration in order to provide the Court and the parties involved in the above-captioned litigation with information regarding the remaining funds available for a *cy pres* contribution.

3.    On May 3, 2023, the Court issued the Order Granting Motion for Distribution of Class Action Settlement Funds. ECF 102. After administration costs and attorney's fees and expenses, $ 7,554,246.87 remained to distribute to eligible class members. On June 5, 2023, SCS sent Distribution payments to 42,158 Authorized Claimants in the total amount of $7,554,246.87 who received a check more than $10.00. These checks expired on December 2, 2023.

4.    After SCS' due diligence and outreach for checks to be cashed, SCS prepared and performed a second distribution on February 1, 2024, to 1,798 eligible

2

class members who had cashed their first distribution check and who received a check for more than $10.00.  These checks expired on July 30, 2024.

4.    As of the time of this filing, the remaining funds in the account total $12,622.10 due to Distribution payments that have not been cashed and are now stale.

5.    Attached as Exhibit A is a true and correct copy of an SCS invoice for $11,601.95 for post-distribution work.

6.    After deducting the costs invoiced in Exhibit A, the residual balance is $1,020.15.

7.    SCS respectfully requests that the remaining $1,020.15 be issued to the Howard University School of Law Investor Justice and Education Clinic.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12th day of September 2024, in Media, Pennsylvania.

_____
Paul Mulholland

3