## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

EDUARDO ORTIZ, individually and on behalf of all others similarly situated,

          Plaintiff,

v.

CANOPY GROWTH CORPORATION, BRUCE LINTON, MARK ZEKULIN, MIKE LEE, TIM SAUNDERS, DAVID KLEIN, and RADE KOVACEVIC,

          Defendants.

) Case No. 2:19-cv-20543-KM-ESK

## [PROPOSED] ORDER TO DISTRIBUTE THE FUNDS REMAINING IN THE NET FEDERAL SETTLEMENT FUND TO *CY PRES* RECIPIENT

Having considered all materials and arguments submitted in support of the Motion to Distribute the Funds Remaining in the Net Federal Settlement Fund to *Cy Pres* Recipient (the "Motion"), including the Memorandum of Law in Support of the Motion, and the Declaration of Paul Mulholland in Support of the Motion,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    The Court approves payment of $1,020.15, the total amount of funds remaining in the Net Federal Settlement Fund, to the Howard University School of Law Investor Justice and Education Clinic from the Net Federal Settlement Fund.

3.     After the distribution of funds, the claims administrator shall close the fund, terminate the telephone helpline, and website.

4.     The case is hereby closed.

IT IS SO ORDERED.

Dated: _____9/24, 2024_____

THE HONORABLE Madeline Cox Arleo
UNITED STATES DISTRICT JUDGE